**James W. Hunt – SBN 122582**
**Christopher S. Hickey – SBN 198938**
**FITZPATRICK & HUNT,**
**TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100
Fax.: (213) 873-2125 Fax
james.hunt@fitzhunt.com
christopher.hickey@fitzhunt.com

Attorneys for Defendants
**SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.;** and **UNITED TECHNOLOGIES CORPORATION**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMINIC FONTALVO, a minor, by and through his Guardian ad litem, NORMA FONTALVO, individually and as successor in interest to Alexis Fontalvo, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; DUPONT DE NEMOURS AND COMPANY LLC; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100,<br><br>Defendants. | Case No. 13-cv-0331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>**DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 7.1-1, the undersigned, counsel of record for SIKORSKY AIRCRAFT CORPORATION, certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. All named plaintiffs;
2. All named defendants;
3. United Technologies Corporation; and
4. The United States of America.

SIKORSKY AIRCRAFT CORPORATION is wholly owned by UNITED TECHNOLOGIES CORPORATION, whose shares trade on the New York Stock Exchange.

Dated: February 12, 2013

**FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP**

By: [signature]
James W. Hunt
Christopher S. Hickey
Attorneys for Defendants,
**SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.;** and **UNITED TECHNOLOGIES CORPORATION**

**CERTIFICATE OF SERVICE**

**Dominic Fontalvo, et al. v. Sikorsky Aircraft Corporation, et al.**
**USDC – Southern Court Case No.: 13-cv-0331-GPC-KSC**
**Our File No.: 600,191**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 633 West Fifth Street, 60th Floor, Los Angeles, California 90071.

On **February 12, 2013**, I served the document(s) described as: **DEFENDANT SIKORSKY AIRCRAFT CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED PARTIES** on the interested party(s) in this action, as follows:

**SEE ATTACHED SERVICE LIST**

_X_ **(By U.S. Mail)** By placing ______ the original / _X_ a true copy thereof enclosed in a sealed envelope(s), with postage fully paid, addressed as per the attached service list, for collection and mailing at Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

_X_ **(By CM/ECF System)** I caused to be electronically filed a true and correct copy of the above-entitled document(s) with the Clerk of the Court using Case Management/Electronic Case Filing (CM/ECF), which will send notification that such filing is available for viewing and downloading to all counsel on record electronically as required by the Court on this matter.

____ **(By Facsimile)** I transmitted from a facsimile transmission machine whose telephone number is (213) 873-2125 the above-entitled document(s) to the parties listed on the attached Service List and whose facsimile transmission machine telephone number is indicated. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

____ **(By Personal Service)** By placing the above-entitled document(s) in a sealed envelope(s) and instructing First Legal Courier to personally deliver the envelope(s) to the offices at the addressee(s) set forth on the attached service list. The original signed proof of service by the courier will be filed with the Court upon receipt of same.

_X_ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on **February 12, 2013** at Los Angeles, California.

Angelina Hernandez

Angelina Hernandez

**SERVICE LIST**

**Dominic Fontalvo, et al. v. Sikorsky Aircraft Corporation, et al.**
**USDC – Southern Court Case No.: 13-cv-0331-GPC-KSC**
**Our File No.: 600,191**

| **Attorney for Plaintiffs**<br>Lawrence P. Grassini<br>Roland Wrinkle<br>Lars C. Johnson<br>GRASSINI & WRINKLE<br>20750 Ventura Boulevard, Ste. 221<br>Woodland Hills, CA 91364-6235<br>Tel: (818) 348-1717<br>Fax: (818) 348-7921<br>mail@grassiniandwrinkle.com | |
|---|---|