

**UNITED STATES MARINE CORPS**
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
P.O. BOX 452038
SAN DIEGO CA 92145-2038

IN REPLY REFER TO:
5720
SJA/CIV
SEP 2 9 2011

Mr. and Mrs. Rolando Fontalvo
Attention: LtCol Jay M. Holtermann

Dear Mr. and Mrs. Fontalvo:

Please find enclosed a copy of the Manual of the Judge Advocate General final report of the command investigation into the facts and circumstances surrounding the class "A" CH-53E aircraft mishap of 17 March 2011, that resulted in the death of your son, Staff Sergeant Alexis Fontalvo, U.S. Marine Corps.

Some parts of the investigation have been redacted or removed because they contain information exempt from public disclosure under the rulemaking established under the Freedom of Information Act (FOIA). As such, certain personal identifying information of third parties listed in the report has been removed, including names, birth dates, birth places, social security numbers, telephone numbers, mailing and e-mail addresses, and other information that may be personal to a third party.

Other documents have been removed because they were generated by other U.S. Government agencies and thus are not under our control. We have forwarded those portions of the investigation to the appropriate agencies for a release determination. Those agencies will provide a response to you. We regret any delay this may create.

a. The release authority for enclosures (22), (23), (24), (25), (35), and (37) is Commander, Naval Air Technical Data and Engineering Service Command, Naval Air Station North Island, Building 90, Distribution, PO Box 357031, San Diego, California 92135-7031.

b. The release authority for enclosures (38) and (48) is Commander, Naval Air Forces, Office of the Force Judge Advocate (N01J), Box 357051, San Diego, California 92135-7051.

5720
SJA/CIV

    c.   The release authority for enclosure (45) is Commanding Officer, (Attn: Public Affairs/FOIA), PSC Box 21002, Jacksonville, North Carolina 28545.

    d. The release authority for enclosures (5), (7), (16), (18), (28), (29), and (30) is Naval Criminal Investigative Services Headquarters (Code 00LJF), 27130 Telegraph Road, Quantico, Virginia 22134-2253.

    e.   The release authority for enclosure (46) is Office of Counsel NAWCAD, Attn: FOIA Officer, Bldg 435, 47076 Liljencrantz Road, Patuxent River, Maryland 20670.

    Other documents have been removed because they were generated by agencies outside the U.S. Government.  Although they were included in the investigation as enclosures, we cannot consider them for release because they remain under the control of the civilian agency that originated and maintain these records.  If you would like to obtain copies of enclosures (41), (43), and (44) from Sikorsky, you may contact them directly at this address:  Sikorsky, 6900 Main Street, Stratford, Connecticut 06614.

    We have kept the scope of any redactions or removal as narrow as possible.  However, if you would like a formal determination regarding the portions that have been deleted or removed, please submit a request to our office:  Director, Joint Law Center, Attention:  FOIA, Box 452022, San Diego, California 92145-2022.

    I would like to extend my deepest sympathy to you and to your family.  I hope that the information contained in the investigation will assist you in some manner with the tragic loss of your son.

                 Sincerely,

                 PHILIP J. BETZ JR
                 Colonel, U.S. Marine Corps
                 Staff Judge Advocate
                 By direction of the
                 Commanding General

Enclosure:  1. Command Investigation of 18 Jul 2011

## JAG Investigation Request

Rolando & Norma R. Fontalvo
(Name)

(Address)

(City/State/Zip Code)
22 Sept 2011
(Date)

(Convening Authority)

(Address)

(City, State, Zip Code)

To Whom It May Concern:

SSgt Alexis Fontalvo       -2071     died while serving on active
(Marine's Rank, Name, and SSN)
duty in the U.S. Marine Corps on   17 March 2011.  Our relationship to the
                                   (Date of Death)

Marine is that of     Parents.

My Casualty Assistance Calls Officer (CACO) advised me an investigation into the circumstances surrounding the death will be investigated and takes approximately four weeks to complete.  I understand the investigation will be reviewed and endorsed prior to its submission to me.  I further understand it may take approximately two months to complete this review.

Request a complete copy of the investigation, to include copies of all endorsements, be provided to me at the above address.  Please advise of any documents that cannot be provided and the reason for denial.  If the investigation is delayed and not completed in four weeks, please advise of the approximate date of completion.

Sincerely,

(Signature)

Enclosure:  DD Form 1300

Fax to Marine's Command (Attn:  SJA/FOIA Office
CC:  Copy to HQMC Casualty Section

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS 3280 Russell Road Quantico, VA 22134-5103 | REPORT CONTROL SYMBOL DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT TYPE Interim | | | | 2. DATE PREPARED 28 Mar 2011 |
|---|---|---|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix) Fontalvo, Alexis | b. SOCIAL SECURITY NO. 2071 | c. RANK SSGT | d. PAY GRADE E-5 | e. OCCUPATIONAL CODE/ RATING 6153 |
|---|---|---|---|---|

| f. COMPONENT Regular | g. BRANCH USMC | h. ORGANIZATION HMH-361, MAG-16, 3d MAW, MCAS Miramar, CA | | |
|---|---|---|---|---|

**4. CASUALTY INFORMATION**

| a. TYPE Nonhostile | b. STATUS Deceased | c. CATEGORY Accident | d. DATE OF CASUALTY 17 Mar 2011 | e. PLACE OF CASUALTY San Diego, CA |
|---|---|---|---|---|

| f. CIRCUMSTANCES Accident: Result of being pinned underneath aircraft landing gear. |
|---|

| g. DUTY STATUS Active Duty/On Duty | h. BODY RECOVERED Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH 1986 | b. PLACE OF BIRTH Paterson, NJ | c. COUNTRY OF CITIZENSHIP United States |
|---|---|---|

| d. RACE White |
|---|

| e. ETHNICITY Hispanic or Spanish descent other than Latin American | f. SEX Male |
|---|---|

| g. RELIGIOUS PREFERENCE Roman Catholic Church |
|---|

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY MEPS Houston, TX | b. DATE OF ENTRY 21 Jun 2004 | c. HOME OF RECORD AT TIME OF ENTRY Houston, TX |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** (Name, Address, and Relationship) (Continue on separate sheet, if necessary)

Dominic M. Fontalvo, c/o Tashina S. Peshlakai,                            Lakeside, CA           (Son)
Rolando Fontalvo, Sr.,                          Houston, TX           (Father), 1
Norma R. Fontalvo,                          Houston, TX           (Mother), 2
Rolando Fontalvo, Jr.,                          Houston, TX           (Brother), 3
**** End of Interested Persons ****

Item 3c changed: Sergeant Alexis Fontalvo was posthumously promoted to the rank of Staff Sergeant, as of 17 March 2011, under section 1521(a) of title 10, U.S. Code. Pay grade shown in item 3d is that of E-5 since additional pay is not involved.

| FOOTNOTES: | 1 Adult next of kin. 2 Beneficiary for gratuity pay in event there is no surviving spouse or child - as designated on record of emergency data. 3 Beneficiary for unpaid pay and allowances - as designated on record of emergency data. |
|---|---|

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY HMH 361 Casualty Msg dated 17 Mar 2011 | b. DATE RECEIVED 17 Mar 2011 |
|---|---|

| 9. DISTRIBUTION DFAS, OSGLI, VA (Report # 038-11) | 10. SIGNATURE ELEMENT CINDY V. GRUBB Head of Case Management By direction of the Commandant of the Marine Corps |
|---|---|

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD FORM 1300, MAR 2004          PREVIOUS EDITION MAY BE USED.



**UNITED STATES MARINE CORPS**
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452038
SAN DIEGO CA 92145-2038

IN REPLY REFER TO:
5800
SJA/INV
AUG 3 1 2011

SECOND ENDORSEMENT on ▮▮▮▮▮▮ ltr 5830 IO of 18 Jul 11

From:   Commanding General, 3d Marine Aircraft Wing
To:     Headquarters Marine Corps, 3280 Russell Road, Quantico, VA
        22134-5103, Manpower and Reserve Affairs (MMSR-6)

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

1.  Readdressed and forwarded pursuant to section 0229(d)(3) of the
reference.

2.  The findings of fact, opinions, and recommendations of the
Investigating Officer are approved.

3.  I specifically find that Sergeant Fontalvo's death occurred while
in the line of duty and not due to his own misconduct.

4.  Per section 0209(g)(8) of the reference, the Office of the Staff
Judge Advocate will retain a copy of this investigation for a period of
two (2) years.

5.  On behalf of the Marines and Sailors of 3d Marine Aircraft Wing, I
would like to express our sorrow in the loss of Sergeant Fontalvo and
to send our heartfelt condolences to his surviving family members.

T. CONANT

Copy to:
OJAG (Code 15)
CNAF
D/C, Aviation
CMC (JAD)
CMC (CL)
AC/S, ALD
DOSS
CO, MAG-16
CO, HMH-361
File



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5800
Legal
AUG 1 5 2011

FIRST ENDORSEMENT on ▇▇▇▇▇▇ CI 5830 IO of 18 Jul 11

From:   Commanding Officer, Marine Aircraft Group 16
To:     Commanding General, 3d Marine Aircraft Wing

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

1.   Readdressed and forwarded recommending a determination of in
the line of duty and not as a result of misconduct.

2.   I have reviewed the contents of this command investigation
and concur with the Investigating Officer's findings of fact,
opinions, and recommendations (1) through (7).

3.   The point of contact is ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇.

Copy to:
CO, HMH-361
Files



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
IO
JUL 18 2011

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ USMC
To:    Commanding Officer, Marine Aircraft Group 16

Subj:  COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
       SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
       DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
       ON 17 MARCH 2011

Ref:   (a) JAGINST 5800.7E, Part II

Encl:  (1) CO, MAG-16's Appointment Ltr 5810 CO of 18 Mar 11
           with Requested and Approved Extensions
       (2) IO's summary of mishap observances and post mishap
           tests conducted
       (3) Environmental data, collected 17 March 11
       (4) HMH-361 Flight Schedule for 17 Mar 11
       (5) Voluntary Statement from ▮▮▮▮▮▮▮▮ taken by NCIS
           dtd 18 Mar 11
       (6) Voluntary Statement from ▮▮▮▮▮▮▮▮ taken by IO dtd
           25 Mar 11
       (7) Voluntary Statement from ▮▮▮▮▮▮▮▮▮▮ taken
           by NCIS dtd 24 Mar 11
       (8) Voluntary Statement from ▮▮▮▮▮▮▮ taken by IO
           dtd 25 Mar 11
       (9) Copy of Aircrew Training Jacket for Sergeant Fontalvo
      (10) Excerpt copies of NATOPS qualifications and
           designations for Sergeant Fontalvo
      (11) Flight Logbook copy for Sergeant Fontalvo
      (12) HMH-361 Flight Hour Tracking Sheet
      (13) Voluntary Statement from ▮▮▮▮▮▮▮▮ taken by
           IO dtd 8 Apr 11
      (14) Voluntary Statement from ▮▮▮▮▮▮▮ taken by IO
           dtd 31 Mar 11
      (15) Voluntary Statement from ▮▮▮▮▮▮▮▮
           ▮▮▮▮▮ taken by IO dtd 31 Mar 11
      (16) Voluntary Statement from ▮▮▮▮▮▮▮ taken by
           NCIS dtd 17 Mar 11
      (17) Voluntary Statement from ▮▮▮▮▮▮▮ taken by
           IO dtd 25 Mar 11
      (18) Voluntary Statement from ▮▮▮▮▮▮▮ taken by
           NCIS dtd 18 Mar 11
      (19) IO's Diagram of mishap aircraft location and aircrew
           positions

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
ON 17 MARCH 2011

    (20) Voluntary Statement from ▮▮▮▮▮▮▮▮▮▮ dtd 6
Apr 11

    (21) Voluntary Statement from ▮▮▮▮▮▮▮▮▮▮
taken by IO dtd 6 Apr 11

    (22) Excerpts from NAVAIR A1-H53BE-NFM-00 CH53E NATOPS
Flight Manual; checklist procedures

    (23) Excerpts from A1-H53E-GAI-000 General Aircraft
Information

    (24) Excerpts from NAVAIR A1-H53BE-NFM-00 CH53E NATOPS
Flight Manual; Landing Gear System

    (25) A1-H53CE-130-100 Landing Gear Systems Manual

    (26) Aviation Skills Management (ASM) data for Sergeant
Fontalvo printed 2 Jun 11

    (27) IO photograph of Sergeant Fontalvo immediately
following aircraft removal

    (28) Copy of Autopsy Examination Report obtained by NCIS
dtd 31 Mar 11

    (29) Copy of Fire Department Report obtained by NCIS dtd
25 Mar 11

    (30) Copy of EMS report obtained by NCIS dtd 31 Mar 11

    (31) Selected Maintenance Action Forms and Inspection
Record Copies from the ADB for BUNO 163077

    (32) Excerpts from AIRS Logbook, including outstanding
Technical Directives BUNO 163077

    (33) Voluntary Statement from ▮▮▮▮▮▮▮▮▮▮ dtd 22 Mar
11

    (34) Record of Daily Inspection from Aircraft Discrepancy
Book

    (35) A1-H53CE-MRC-200 Daily Inspection Procedures

    (36) Record of Turnaround Inspection from Aircraft
Discrepancy Book

    (37) A1-H53CE-MRC-100 Turnaround Inspection Procedures

    (38) CH-53E BUNO 163077 Damaged Aircraft Condition and
Disposition Report dtd 7 Apr 11

    (39) IO photograph of mishap cockpit configuration

    (40) Narrative of Post-Mishap Tests Conducted Authored by
▮▮▮▮▮▮▮▮▮▮ dtd 22 Apr 11

    (41) Materials Engineering Report dtd 13 May 11
authored by ▮▮▮▮▮▮▮▮

    (42) IO photographs of affected wires

    (43) Engineering Investigation titled "Report:
Inadvertent Retraction of Landing Gear While on the
Ground, CH-53E" authored by Sikorsky Engineer ▮▮▮▮
▮▮▮▮ dtd 23 Aug 05

    (44) Power Point Presentation titled "Wire Degradation's
Role in Helicopter Incident" authored by Sikorsky

2

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

        Engineer ████████████ given to Aging Aircraft
        Conference dtd 18 Apr 07
(45)    Command Investigation of HMT-302 Aviation Ground
        Mishap which occurred 20 Jun 05
(46)    Email from ██████████████ detailing Kapton
        Wire Replacement dtd 22 Jul 11
(47)    Email from ██████████████ detailing phased Kapton wire
        replacement completion dtd 22 Jul 11
(48)    Draft Technical Directive proposed by NAVAIR with
        respect to Landing Gear Wiring Inspection

<u>Preliminary Statement</u>

1.  In accordance with reference (a) and pursuant to enclosure
(1), a command investigation was conducted regarding the
circumstances surrounding the death of Sergeant Alexis Fontalvo
at Marine Heavy Helicopter Squadron 361 (HMH-361) on the
afternoon of 17 March 2011 on the flightline at Marine Corps Air
Station (MCAS) Miramar, California.

2.  All reasonably available evidence was collected for this
investigation, each directive of the Convening Authority was
met, and all governing regulations contained within the
references were adhered to. Enclosures (2) through (48) contain
factual material evidence pertinent to this investigation.

3.  Legal assistance was provided by ████████████████████, U.S.
Marine Corps, 3d Marine Aircraft Wing (3d MAW) ████████████
████████, and ██████████████. U.S. Marine Corps, ████████████
██████████████ 3d MAW pursuant to enclosure (1).

4.  All interviews taken for this investigation were conducted
by the Investigating Officer (IO) in person at MCAS Miramar.

5.  All social security numbers and other personal identifying
information were obtained from administrative sources.

6.  This investigation was conducted concurrently with the
Aviation Mishap Board (AMB) and Naval Criminal Investigative
Service (NCIS) investigations, yet remained separate and
independent as dictated by reference (a) and enclosure (1).
However, the hierarchy of investigative priority rendered this
investigation third behind the other two, causing several delays
and difficulties in collecting witness statements, aircraft
data, and evidence. Most notable, the initiation of the
engineering investigation by external agencies was delayed by

3

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

the above events.  Enclosure (1) includes the original
appointment letter and the requested and approved extensions.

<u>Findings of Fact</u>

1.  The location and environment on 17 March 2010 was as
follows:

    a.  Location:  MCAS Miramar, Hangar 5 Flightline (N 32 52 01
W 117 01 50) [Encl (2)]

    b.  Air Temperature:  18°C [Encl (3)]

    c.  Wind Direction and Speed:  310 degrees at 06 knots [Encl
(3)]

    d.  Wind Gusts:  0 knots [Encl (3)]

    e.  Conditions:  Clear skies with 7 statute miles of
visability [Encl (3)]

    f.  Altimeter:  30.05 inches of mercury [Encl (3)]

2.  The mishap aircraft (MAC) was a gray Cargo Helicopter (CH)
53E, BUNO 163077, side number 69, assigned to HMH-361.  [Encl
(2)]

3.  The aircrew of the MAC on 17 March 2011 were:

    a.  ███████████████████ USMC; Helicopter
Aircraft Commander (HAC), Left Seat.  [Encls (4), (5), (6), (7),
(8)]

    b.  ████████████████████████ USMC;
Helicopter Second Pilot, (H2P), Right Seat.  [Encls (4), (5),
(6), (7), (8)]

    c.  █████████████████ USMC; Crew
Chief, Right Window.  [Encls (4), (5), (6), (7), (8)]

    d.  ████████████████ USMC;
Assistant Crew Chief, Cabin.  [Encls (4), (5), (6), (7), (8)]

    e.  Sergeant Alexis Fontalvo XXX XX 2071/6153 USMC; Aerial
Observer, Left Window.  [Encls (4), (5), (6), (7), (8)]

4

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

4.  All personnel involved in the mishap flight were on active
duty in the regular component of the U.S. Marine Corps.  [Encl
(2)]

5.  Sergeant Fontalvo was designated as an Aerial Observer on 30
September 2010, and was qualified as an Aerial Observer for the
mishap flight.  [Encls (9), (10)]

6.  Sergeant Fontalvo had flown 37.4 total hours in the CH-53E.
[Encls (11), (12)]

7.  Sergeant Fontalvo had met all ground and flight syllabus
requirements, was medically and physiologically qualified,
NATOPS current and qualified, aeronautically adapted, well-
rested, and physically and mentally prepared to conduct flight
operations.  [Encls (10), (13), (14), (15)]

8.  The flight schedule dated 17 March 2011 authorized the
aircrew to fly a proficiency training flight.  This flight
schedule was signed by the HMH-361 ███████████████████
████████████████████████████.  [Encl (4)]

9.  The mishap section flight briefing was conducted in the HMH-
361 ready room by the pilots.  The brief did not include
standard pre-taxi NATOPS procedures because it was not required.
[Encl (6)]

10.  The mishap pilots' NATOPS brief for the MAC did not include
standard pre-taxi NATOPS procedures because it was not required.
[Encl (6)]

11.  The mishap aircrew's brief was specific to external lift
operations, and only included crew position assignments for the
aircrew.  There was not any discussion of individual NATOPS
checklist procedures because it was not required.  [Encls (16),
(17)]

12.  ██████████████ briefed the aircrew on the concept of
operations before preflighting, encompassing the conduct of the
flight.  This did not include any emergency procedures.  Such
discussion is not required.  [Encl (6)]

13.  ██████████████ completed a Preflight Inspection of the mishap
aircraft starting at the crew door, and going counter-clockwise
around the front of the aircraft.  This included the nose
landing gear, the left main landing gear, and eventually the

5

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

forward hydraulics compartment which includes the utility
hydraulics system that powers the landing gear. [Encl (6)]

14. Upon Preflight Inspection, the forward hydraulics
compartment was determined to be safe by ███████████,
accompanied by ███████████. They did not immediately
recognize any problems with the system, the hydraulic lines, or
electrical wires. [Encls (6), (17)]

15. ███████████ conducted a Preflight Inspection of
the cabin and cockpit, exited the crew door and, going clockwise
around the mishap aircraft, inspected the rest of the aircraft
to include the right main landing gear. [Encls (6), (8)]

16. Each landing gear was determined to be safe; the landing
gear safety pins were in but not checked for tension. Such a
practice is not required by the governing manuals. [Encls (6),
(8), (17)]

17. The pilots and aircrew took their positions for start-up
and rotor engagement per the NATOPS checklist. [Encls (6), (8),
(17)]

18. Once the engines were online, there were no discrepancies
or abnormalities related to the utility hydraulics, landing
gear, or electrical system. [Encls (6), (8), (17)]

19. ███████████ was at the 12 O'clock position, Sergeant
Fontalvo was in or around the right crew door, and ███████
███████ was seated in the cabin before the landing gear safety
pins were pulled. [Encls (6), (8), (17), (18), (19)]

20. External to the aircrew, ███████████████████
███████████ USMC, HMH-361, was assigned as the taxi
director for the mishap flight, and took a position on the taxi-
line approximately 30 feet in front of the aircraft at the 11
O'clock position. [Encls (19), (20)]

21. ███████████████████████████ USMC,
HMH-361, was an aircrewman on the aircraft to the immediate left
(south) of the mishap aircraft. During the mishap timeframe, he
was located outside his aircraft, on the right side, closest to
the mishap aircraft. [Encls (19), (21)]

22. At the point in the NATOPS checklist where the droop stops
are noted as "out" by the crew chief, ███████████ asked for

6

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

and received oral authority from the pilots to pull the landing
gear safety pins, the auxiliary fuel tank pins, and the chocks
from the wheels in order to be ready to taxi. [Encls (6), (17)]

23.  The call for "pins and chocks", referring to pulling the
landing gear safety pins, the auxiliary fuel pins, as well as
the wheel chocks, is executed after electrical power has been
applied to the aircraft. [Encl (22)]

24.  Landing gear safety pins provide a mechanical lock,
preventing the gear from collapsing due to malfunction or
failure. [Encl (23)]

25.  Auxiliary fuel tank pins provide a mechanical lock,
preventing the auxiliary fuel tank from inadvertently releasing.
[Encl (23)]

26.  In a properly functioning landing gear system, the landing
gear will not retract unless the gear handle is in the up
position, the aircraft weight is off the wheels, and the landing
gear safety pins have been removed. [Encl (24), (25)]

27.  As ██████████████ came inside the rotor arc to remove the
landing gear safety pins, he was met by Sergeant Fontalvo, who
indicated via hand signals that he would remove the left main
landing gear safety pin and auxiliary fuel tank pin while
███████████████ went to the nose landing gear. [Encls (17),
(20)]

28.  It is routine, but not prescribed by NATOPS, to pull the
landing gear safety pin out before the auxiliary fuel tank pin.
[Encls (21), (22)]

29.  During normal operation, landing gear safety pins are
removed unimpeded with little to no friction. The time to take
a landing gear safety pin out of a properly functioning system
is 1-2 seconds. [Encls (2), (21)]

30.  Sergeant Fontalvo is an Airframes Collateral Duty Quality
Assurance Representative (CDQAR). This qualification requires
significant exposure and a working mechanical knowledge of the
landing gear system. [Encl (26)]

31.  Sergeant Fontalvo proceeded under the left fuel sponson,
but was having trouble removing the landing gear safety pin from
the left main landing gear. [Encls (20), (21)]

7

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

32.  Simultaneously, ███████████ had trouble pulling the
nose landing gear safety pin.  [Encls (16), (17)]

33.  The right main landing gear pin was never approached.
[Encls (16), (17)]

34.  ████████████ began troubleshooting the landing gear
system underneath the nose landing gear compartment by visually
inspecting the down-and-locked pin.  [Encls (16), (17)]

35.  Sergeant Fontalvo got out from underneath the left sponson,
removed the left auxiliary fuel tank pin, and then went back
underneath the left main landing gear to reattempt to remove the
left main landing gear safety pin.  [Encl (20)]

36.  Sergeant Fontalvo was lying on his left side, with his feet
pointed outboard of the aircraft, attempting to remove the left
main landing gear safety pin with his right arm.  [Encls (20),
(21)]

37.  The left main landing gear retracted immediately when the
left main landing gear safety pin was removed.  [Encl (20)]

38.  Sergeant Fontalvo's right arm was trapped within the
landing gear mechanism as it retracted.  [Encl (27)]

39.  Sergeant Fontalvo was killed by the weight of the
helicopter causing blunt force polytrauma.  He suffered numerous
injuries including but not limited to:  skull fractures, spinal
fractures, and brainstem/spinal cord separation.  [Encls (27),
(28)]

40.  Autopsy toxicology results for Sergeant Fontalvo were
negative.  [Encl (28)]

41.  ██████████ and ████████████████ felt the mishap
aircraft violently shift.  They did not immediately recognize
the nature of the emergency.  [Encls (5), (6), (7), (8)]

42.  ████████████ called for an emergency shutdown when he
realized what had happened.  The pilots asked for clarification
and, once briefed, ████████████ executed an emergency shutdown.
[Encls (5), (6), (7), (8), (16), (17)]

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

43.  MCAS Miramar emergency response crews were dispatched to
the scene at 1523, approximately 1 minute after the landing gear
retracted.  [Encl (29)]

44.  The determination to redesignate the mishap scene from a
rescue to a recovery was made by the mishap on scene commander.
[Encls (2), (29), (30)]

45.  The recovery mission was delayed when the air bladder used
to lift the mishap aircraft failed and had to be replaced.
[Encl (29)]

46.  The mishap aircraft was lifted using a stronger air bladder
and immediately reinforced with wooden trusses and a jack at the
jack point.  [Encl (29)]

47.  Sergeant Fontalvo's body was recovered by Crash Fire Rescue
and pronounced dead at 1713.  [Encls (28), (30)]

48.  The Aircraft Discrepancy Book, Aircraft Log Book, and
NALCOMIS were immediately secured per squadron mishap protocol.
[Encl (2)]

49.  The Maintenance Action Forms and outstanding Technical
Directives were thoroughly examined, dating back to 2007.  No
discrepancies or symptoms were annotated with the landing gear
system, electrical system, or hydraulic system components
related to the landing gear system.  [Encls (31), (32)]

50.  The mishap aircraft completed phase "D" maintenance on 20
January 2011.  The aircraft had flown 21.6 hours since phase.
[Encl (32)]

51.  The mishap aircraft completed depot level maintenance (IMC)
overhall on 20 October 2010.  The aircraft had flown 99.9 hours
since IMC.  [Encl (32)]

52.  The mishap aircraft's last safe flight was on 9 March 2011.
The landing gear was cycled several times in flight without
indications of malfunction.  The landing gear safety pins were
also removed and replaced two times during refueling operations,
with no discrepancies noted.  [Encl (33)]

53.  The Daily inspection was completed at 2102 on 15 March 2011
by ███████████████████████████ USMC, HMH-361.

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

The functionality of the landing gear safety pins is not a
required check on a Daily inspection.  [Encls (34), (35)]

54.  The Turnaround inspection was completed at 2244 on 16 March
2011 by ████████████████████████████████ USMC, HMH-
361.  The functionality of the landing gear safety pins is not a
required check on a Turnaround inspection.  [Encls (36), (37)]

55.  The total damage estimate for the landing gear retraction
and repair, including parts and labor was $265,381.00.  [Encl
(38)]

56.  The post mishap survey of the mishap aircraft found that
the landing gear handle was down, and that both weight on wheels
override switches were down and covered.  [Encls (18), (39)]

57.  A post mishap test proved that the weight-on-wheels
switches were functional for each landing gear.  [Encls (2),
(40)]

58.  When the mishap aircraft was energized with electrical
power after the mishap, the only indication of malfunction was
the left main landing gear indicator indicating "up", while the
nose wheel and right main landing gear indicated down.  [Encl
(40)]

59.  The post mishap engineering investigation concluded that
the main landing gear drag strut, the utility hydraulics module,
and the landing gear control panel were all functioning
correctly at the time of the mishap.  [Encl (41)]

60.  During post mishap inspection, avionics mechanics
discovered several portions of the wire leading from the landing
gear control panel to the utility module had exposed wires.
This means that the lamination of the wire was degraded and the
wiring was unprotected.  [Encls (40), (41), (42)]

61.  The wire in question leads to pin 494.  This pin, when
energized, retracts the landing gear.  This action occurs
downstream of all interlocks preventing gear retraction, other
than the landing gear safety pin.  [Encls (40), (41)]

62.  During post-mishap testing, a bare portion of the wire in
question heading to pin 494 was deliberately energized with 28
volts direct current (DC) from an outside source.  This caused
the landing gear to retract.  [Encls (2), (40)]

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

63.   The wire in question starts as Spec 55 wire (MIL-W-22759/43) and is spliced into the Kapton wire (MIL-W-81381/11). The engineering investigation found bare portions on both sections of the length wire in question.  [Encls (40), (41), (42)]

64.   The engineering investigation cites widespread Kapton wire degradation due to age, moisture intrusion, and handling of the wire (bending, clamping, and wire ties).  [Encl (41)]

65.   The engineering investigation highlights numerous sites of probable electrical arcing on the wire in question on the Kapton section of the subject wire.  [Encl (41)]

66.   Kapton wiring degradation and subsequent arcing has been cited as a causal factor during a similar CH-53E mishap in June 2005.  [Encls (43), (44)]

67.   During the 2005 CH-53E mishap, the aircraft was taxiing when all three of its landing gear retracted.  All three landing gear safety pins were already pulled.  [Encls (43), (44), (45)]

68.   The command investigation for the 2005 mishap was published before the engineering investigation was completed and, in turn, before causal factors were determined.  [Encl (45)]

69.   It was later determined that bare Kapton wiring between the Landing Gear Control Panel and the utility module was the cause of the 2005 mishap.  [Encls (43), (44)]

70.   The fleet-wide plan to replace Kapton wiring was in place before the 2005 mishap.  It is a phased program that prioritized each Kapton wire bundle into one of 3 phases.  Aircraft are modified when inducted into IMC.  [Encls (45), (46), (47)]

71.   The Kapton wiring program has never been fully funded, and is due to be phase 3 complete in Fiscal Year 2017.  [Encl (46)]

72.   At present, there are 97 CH-53Es in service.  One hundred percent are Phase I complete, 29 percent are Phase II complete, and Phase III is still in development.  [Encl (47)]

73.   The harness of wires that was involved in both mishaps is a part of Phase III of the Kapton wiring replacement plan.  [Encl (46)]

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

74.  As a result of this mishap, Naval Air Systems Command
(NAVAIR) drafted a Technical Directive requiring a one-time
inspection of the suspect wiring harness.  It further directs
replacement of the wiring and spiral wrapping if damage is
found.  This proposed Technical Directive has not been signed at
the time of this report.  [Encls (47), (48)]

75.  Landing gear safety pins are only mentioned in one
maintenance publication.  They are not mentioned in the NATOPS
publications.  There is no reference to malfunction or immediate
actions when confronted with malfunction of the landing gear
system with relation to landing gear safety pins.  [Encls (22),
(23), (24), (25)]

## Opinions

1.  Sergeant Fontalvo died in the line of duty and not due to
his own misconduct.  [FF (3), (4), (5), (7), (31), (35), (39),
(40)]

2.  Sergeant Fontalvo did not have physical, emotional,
medicinal, or illicit substance dependency issues that would
have contributed to his performance or decision making as an
Airframes CDQAR or an Aerial Observer.  [FF (7),(40)]

3.  The three inspections that took place before the aircrew
started the mishap aircraft (Daily, Turnaround, Preflight) were
thorough and in accordance with maintenance publications.  There
is no requirement to check the functionality of the landing gear
safety pins with or without electrical power.  [FF (53), (54),
(75)]

4.  The bare wire found subsequent to the mishap was well hidden
among a wire bundle that is not in the field of view for any
non-intrusive inspections, including Phase, Daily, Turnaround,
and Preflight Inspections.  [FF (60), (61), (62), (63)]

5.  The mishap aircraft utility hydraulic system was receiving
an inadvertant electrical signal downstream of all of the
safety interlocks with the notable exception of the landing gear
safety pin.  This caused the landing gear to continuously
attempt retraction, casuing the landing gear safety pins to be
tight or stiff in their positions as they are the mechanical
barrier to retraction.  Once the landing gear safety pin was
forcibly removed, the left main landing gear retracted, trapping

12

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

Sergeant Fontalvo underneath the weight of the aircraft.
Sergeant Fontalvo did not have time to react.  The weight of the
helicopter forced the landing gear to retract instaneously.  [FF
(29), (37), (56), (57), (59), (60), (61), (62), (63), (64) (66),
(69)]

6.  The source of the electrical signal is unknown.  The
introduction of a stray electrical signal likely came from a
separate charged wire within the same bundle.  The Kapton
portion of the wire in question showed significant degradation,
and several indications of moisture and possible arcing.  The
non-Kapton portion of the wire in question also had possible
exposure sites identified.  [FF (61), (62), (63), (64), (65)]

7.  While the landing gear should never retract while on the
ground, the last remaining barrier to retraction was the landing
gear safety pin.  As a qualified Airframes CDQAR, Sergeant
Fontalvo is considered a duty expert with respect to the landing
gear system.  Therefore, Sergeant Fontalvo should have
recognized the danger of an impeded landing gear safety pin and
immediately egressed.  [FF (7), (29), (30)]

8.  The pilots did not receive any warning or indication of
malfunction outside of the sudden displacement of the mishap
aircraft and tip path plane.  [FF (41), (42), (56), (58)]

9.  ███████████ was advised and consciously chose to shut down
the mishap aircraft instead of lifting off.  Taking off would
have put his aircrew and bystander Marines at great risk, and
would not have saved Sergeant Fontalvo's life.  Expedited
removal of the mishap aircraft, whether by flight, crane, or
cutting would not have changed the outcome once the gear
retracted.  [FF (19), (20), (21), (38), (39), (42)]

10.  There exists a significant training issue with respect to
maintenance publications and the landing gear safety pins.
While most aircrewman and all Airframes mechanics have come to
understand its function through repeated contact and routine
maintenance, at no time are aircrewman nor airframes mechanics
formally taught the function of the landing gear safety pin, nor
the danger and immediate actions if the pin is not functioning
properly.  [FF (75)]

11.  The causal factors for the 2005 inadvertent gear retraction
mishap and this mishap are very similar.  The 2005 mishap
command investigation was completed before the engineering

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

investigation was concluded; therefore, causal factors were not
identified.  Because of this, usable reccommendations were not
filed.  After the 2005 engineering investigation was concluded,
the command investigation Convening Authority should have
followed up and made appropriate recommendations for corrective
action, possibly preventing a future incident.  [FF (66), (67),
(68), (69)]

12.  NAVAIR did not accelerate nor alter the plan to replace
Kapton wiring after the 2005 CH-53E mishap.  Replacement of the
Kapton wiring may have prevented this mishap.  [FF (70), (71),
(72), (73), (74)]

<u>Recommendations</u>

1.  A formal determination that Sergeant Fontalvo died in the
line of duty and not due to his own misconduct.

2.  Verbiage should be added to the aircraft systems
familiarization portion of the CH-53E NATOPS to include a
description and the purpose of the landing gear saftey pins.
Include a Warning in aircrew pocket checkists annotating the
danger of removing a pin that is impeded and immediate action
steps that must be executed.

3.  A description and explanation of the landing gear safety
pins' function should be added to all appropriate technical
publications.  Include a Warning regarding the danger of
removing a pin that is impeded.

4.  Add landing gear safety pin familiarization and
functionality technical training to schoolhouse requirements for
aircrewman as well as for airframes mechanics.

5.  Identify and replace Kapton wiring that can lead to serious
aviation or ground mishaps if comprimised.  Accelerate
replacement of these wires in all aircraft without waiting for
scheduled IMC.

6.  Adjust NATOPS procedures so the landing gear safety pins are
removed before electrical power is applied to aircraft.  This
would eliminate the possibility of an aircrewman being
underneath the aircraft when the gear is capable of
inadvertantly retracting.

```
Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011
```

7.  Reengineer the landing gear system so the safety interlocks
cannot be electrically bypassed.



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5810
CO
MAR 1 8 2011

From:  Commanding Officer, Marine Aircraft Group 16
To:    ████████████████████████████ USMC

Subj:  COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
       SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
       DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
       ON 17 MARCH 2011

Ref:   (a) Manual of the Judge Advocate General (JAGMAN),
           Chapter II
       (b) OPNAVINST 3750.16

1.  This appoints you, per reference (a), to inquire into the
facts and circumstances surrounding the Marine Heavy Helicopter
Squadron 361 CH-53E aircraft mishap and the death of Sergeant
Fontalvo on 17 March 2011 which occurred on the flight line
outside of Hangar 5, Marine Corps Air Station Miramar, San
Diego, California.

2.  Investigate the cause and nature of the incident and
recommend appropriate administrative or disciplinary action.
Report your findings of fact, opinions, and recommendations
including a line of duty determination recommendation in letter
form by 7 April 2011, unless an extension of time is granted.

3.  This command investigation is convened to investigate the
circumstances surrounding a Class "A" aviation mishap in
compliance with 10 U.S.C. § 2555.

4.  Per reference (a), if you are not a graduate of the Naval
Aviation Safety Officer or Command Course, have previous service
on an aviation mishap safety or aviation mishap JAGMAN
investigation, or previous assignment as a squadron Aviation
Safety Officer, you are directed to consult with a member of the
armed forces or an officer or employee of the Department of
Defense who possesses knowledge and expertise relevant to
aviation mishap investigations.

5.  There will be a concurrent joint service safety
investigation pursuant to reference (b).  Close coordination and
planning with the senior Marine safety mishap board member is
advised.  Due to the separate purposes and procedures of JAGMAN

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

investigations and military mishap investigations there are
specific limitations and restrictions regarding the integration
of these investigations, use of evidence obtained, including
witness statements and the use and disclosure of the respective
reports.  In conducting the JAGMAN investigation, care shall be
exercised to respect the privileged character of the aviation
mishap safety investigation.  Consult your legal advisor.

6.  If you have not previously done so, read the reference in
its entirety before beginning your investigation and seek legal
advice from ████████████████████████████. 3d
Marine Aircraft Wing, and ██████████████████████
███████████████████, 3d Marine Aircraft Wing, throughout the course
of your investigation.

Copy to:
CO, HMH-361
CO, HMH-466
SJA, 3d MAW

2



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452026
SAN DIEGO, CA 92145-2026

IN REPLY REFER TO:
5830
CO
APR 5 2011

FIRST ENDORSEMENT on ███████████ ltr 5830 IO of 4 Apr 11

From:  Commanding Officer, Marine Aircraft Group 16
To:    ████████████████ USMC

Subj:  COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
       SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
       DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
       ON 17 MARCH 2011

1.  Your extension is approved.  Your new deadline is 6 May 2011,
unless another extension is granted.

███████████████████



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
IO
APR 4 2011

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ USMC
To:   Commanding Officer, Marine Aircraft Group 16

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
      SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
      DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
      ON 17 MARCH 2011

Ref:  (a) JAGMAN Section 0204
      (b) CO, MAG-16's ltr 5810 CO of 18 Mar 11

1.  In accordance with reference (a) and as directed in reference
(b), an extension of time is requested until 6 May 2011.  The
reason for this request is to obtain the results of the
Engineering Investigation on the mishap aircraft components,
which will be published on approximately 1 May 2011.



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
CO
MAY 0 3 2011

FIRST ENDORSEMENT on ███████████ ltr 5830 IO of 29 Apr 11

From:  Commanding Officer, Marine Aircraft Group 16
To:    ███████████████████████████ USMC

Subj:  COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
       SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
       DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
       ON 17 MARCH 2011

1.  Your extension is approved.  Your new deadline is 26 May
2011, unless another extension is granted.

2



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
IO
APR 2 9 2011

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ USMC
To:   Commanding Officer, Marine Aircraft Group 16

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
      SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
      DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
      ON 17 MARCH 2011

Ref:  (a) JAGMAN Section 0204
      (b) CO, MAG-16's ltr 5810 CO of 18 Mar 11

1.  In accordance with reference (a) and as directed in reference
(b), an extension of time is requested until 26 May 2011.  The
reason for this request is to obtain the results of the
Engineering Investigation on the mishap aircraft components,
which will be published on approximately 15 May 2011.



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
IO

MAY 2 3 2011

From:  ████████████████████████  USMC
To:    Commanding Officer, Marine Aircraft Group 16

Subj:  COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
       SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
       DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
       ON 17 MARCH 2011

Ref:   (a) JAGMAN Section 0204
       (b) CO, MAG-16's ltr 5810 CO of 18 Mar 11

1.  In accordance with reference (a) and as directed in reference
(b), an extension of time is requested until 17 Jun 2011.  The
reason for this request is to digest the recently released
results results from the Engineering Investigation on the
aircraft wiring, and to research appropriate reccomendations to
improve worldwide CH53E operations.



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
CO
MAY 24 2011

FIRST ENDORSEMENT on ███████████ ltr 5830 IO of 23 May 11

From: Commanding Officer, Marine Aircraft Group 16
To:   ████████████████████████ USMC

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
      SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
      DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
      ON 17 MARCH 2011

1. Your extension is approved.  Your new deadline is 17 June
2011, unless another extension is granted.



Copy to:
JLC, MCAS Miramar
CO, HMH-361

2



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452026
SAN DIEGO, CA 92145-2026

IN REPLY REFER TO:
5830
CO
JUN 1 7 2011

FIRST ENDORSEMENT on ████████ ltr 5830 IO of 17 Jun 11

From: Commanding Officer, Marine Aircraft Group 16
To:   ████████████████ USMC

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
      SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
      DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
      ON 17 MARCH 2011

1.  Your extension is approved.  Your new deadline is 18 July
2011, unless another extension is granted.

████████████████████

Copy to:
JLC, MCAS Miramar
CO, HMH-361

2



**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
IO
JUN 1 7 2011

From:  ██████████████████████████ USMC
To:    Commanding Officer, Marine Aircraft Group 16

Subj:  COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
       SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
       DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
       ON 17 MARCH 2011

Ref:   (a) JAGMAN Section 0204
       (b) CO, MAG-16's ltr 5810 CO of 18 Mar 11

1.  In accordance with reference (a) and as directed in reference
(b), an extension of time is requested until 18 July 2011.  The
reason for this request is to obtain a JAGMAN investigation from
2005.  This archived JAGMAN details a very similar CH53E mishap
where the gear retracted uncommanded while the aircraft was on
the deck.  The process of JAGMAN retrieval has been made
difficult because it has been sent to the National Archives.

Notes and observations made by ███████████████, Investigating
Officer.

- On 17 March, I was part of the onlookers for the unfolding
  mishap at HMH-361.  THe aircraft appears to be laying
  approximately 20 degrees left wing down.  It is shut down.
  Emergency response vehicles surround the scene, and people are
  running in every direction.  About an hour into the mishap
  chronology, it seems that the pace of action slows down.  I
  surmise that the crewmember is dead, and understand that the
  methodical approach to lifting the aircraft is to ensure the
  recovery teams safety.
- Aircraft location: MCAS Miramar Flightline, Hangar 5, spot 2.
  N 32 52 01  W 117 01 50
- The mishap aicraft (MAC) is a gray Cargo Helicopter (CH) 53E,
  BUNO 163077, side number 69, assigned to HMH-361.


GENDERAL AIRCRAFT CONFIGURATION:

- The gear handle was down and the downlock release- set.
- Emergency gear handle-down
- Parking brake-on
- #1/#2 radios were on
- Servo switches were centered
- SCL-forward Nr at 100%
- T-handles- forward
- Fuel Selector Levers-3/3/1
- Generators-all 3 on
- APP-off
- HNVS-on
- Flight control checks were conducted.
- Nr-100%, overspeed checks conducted.
- Ramp and Door was up
- WOW switch was covered.
- CB were in with the exception of the ramp open and tail skid.

- I speak to the AMB Safety presiding officer, ███████████
  ██████, and he informs me that all pertinent flight and
  aircrew data has been secured and/or electronically locked per
  squadron and safety protocol.
- I speak to the administrative section, and they provide me
  with all the pertinent data on the deceased.  When questioned,
  they inform me that all crewmembers were in HMH-361 on regular
  active duty.
- I am underneath the aircraft with an HMH-361 Airframes
  technician.  We practice pulling out the landing gear safety

pin with no electrical power on the aircraft.  The pin moves
freely and is able to be pulled in as much time as it takes to
get there.  The technician explains the mechanical function of
the landing gear safety pin, and speculates why it would be
"stuck".

- Tests are performed on the aircraft.  Specifically, we are
  looking to verify/research the following:
  - If we can recreate the mishap
    - Theories
      - Bumped gear handle
      - Spontaneuous retraction
      - Utility module malfunction
      - Crossed wires recieving input inadvertantly
      - Hydraulic failure
      - Internal drag strut failure

  - Verify that the weight on wheels switches work
  - Testing is observed by ████████████████.  NAVAIR
    hydraulics engineer
  - Summary of tests conducted will be written by ████
    ████████, who is the Avionics expert.
- After 3 days, bare wires are discovered.  When the bare
  portion of the wire to pin 494 recieves a 28VDC voltage, it
  retracts the landing gear.
- After testing complete, the Utility module, the drag strut,
  the Landing Gear Control panel, and now the wiring is packaged
  and sent to NAVAIR for engineering inspection.





Weather:
A. Briefed By: OTHER
B. Briefing Utilization: USED
C. Air Temp: 18 F
D. Relative Humidity:
E. Dewpoint: F
F. Water Temp: F
G. Wind Direction: 310
H. Wind Speed/Gust: 06/00
I. Ceiling Agl (100s ft): 150
J. Sky Condition: CLEAR
K. Horizon: VISIBLE
L. Visibility Statute Miles: 7.0
M. Altimeter Setting: 30.05
N. Icing: N
O. Obstruction of Vision:
P. Precipitation:
Q. Extreme WX:
R. Briefing Accuracy: NOT APPL


Obtained by HMH-361 on 17 March 2011 via MCAS Weather Office




# UNITED STATES MARINE CORPS
Marine Heavy Helicopter Squadron 361
Marine Aircraft Group 16
3D Marine Aircraft Wing
MCAS Miramar, P.O. Box 452060
San Diego, CA 92145-2060
"FLYING TIGERS"

**Thursday, 17-Mar-2011**
**JULIAN: 1076**

| | |
|---|---|
| SDO: | |
| SDC: | |
| AM ODO: | |
| PM ODO: | |

| FIELD HOURS: | 0830-0100 |
|---|---|
| SUNRISE/SUNSET: | 0657 / 1858 |
| MOONRISE/SET: | 1701 / 0515 |
| ILLUM: | 89 % |
| EENT: | 1951 |
| HLL PERIOD: | 1951-0602 |
| LLL PERIOD: | NONE |
| LPOD: | 2330 |

| | CH-53E SCHEDULED | FLIGHT HOURS | SORTIES | HOURS |
|---|---|---|---|---|
| | | MONTHLY | 10 | 16.0 |
| | | QUARTERLY | | |
| | | ANNUAL | | |

| | CUM | PROJ |
|---|---|---|
| | 84.1 | 225.0 |
| | 1006.4 | 560.0 |
| | 3440.4 | 2435.0 |

## FLIGHT SCHEDULE

| EVENT# | BRF./L/T/O./L/DTR. HOURS | SORTIES | PILOT / COPILOT | T&R / PILOT | CREW CHIEF / OBSERVER | T&R / AIRCREW | TIME | MISSION | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 4000 | 0800 / TBD / TBD | 0.0 | | | | | | | |
| 4001 | 0800 / TBD / TBD | 0.0 | | | | | | | |
| 4002-1 | 1300 / 1530 / 1830 | 2 / 3.0 | | 2411 / 2410X, 2411X | | 2411 / 2411 / 2410X, 2411X | 1A3 / 1A9 | SINGLE / DUAL PT EXT | 1, 2 |
| 4002-2 | 1300 / 1530 / 1830 | 2 / 3.0 | | 2411 / 2410X, 2411X | SGT FONTALVO | 2411 / 2411 / 2410X, 2411X | 2K2 | FCF | |
| 4003-1 | 1630 / 1900 / 2359 | 3 / 5.0 | | 2120, 2220, 2320 / 2120X, 2220X, 2220X, 2320X | | 2120, 2220, 2320 / 2120X, 2220X, 2320X | 1A3 / 1A9 | NS FAM / HLL CALS / TERF / FORM | 3, 4 |
| 4003-2 | 1630 / 1900 / 2359 | 3 / 5.0 | | 2120, 2220, 2320 / 2120X, 2220X, 2320X | | 2120, 2220, 2320 / 2120X, 2220X, 2320X | 1A3 / 1A9 | NS FAM / HLL CALS / TERF / FORM | 3, 4 |
| SIM | 0700 / 0800 / 1000 | 1 / 2.0 | | 2100 / 2100 | | | 1A1 | INST SIM | |

* SECTION LEADER          $ DIVISION LEADER          + FLIGHT LEADER          X ATF REQUIRED
A/C AWAY FROM HOME BASE: 0                          ALL A/C: CH-53E          A/C AT IMC/SDLM: 2/0

## FLIGHT NOTES:
EVENT NOTES:
1. _____ AND _____ TO CONDUCT EXTERNALS AT THE FCLP PAD. PRIMARY FREQ: 40.80. POC: _____
2. _____ AND _____ TO SPIN BACKUP FOR EVENT 4002.
3. TERF AUTHORIZED ON THE STUD ROUTE NO LOWER THAN 150' UNTIL CURRENT AND THEN NO LOWER THAN 50'.
4. _____ AND _____ TO SPIN BACKUP FOR EVENT 4003.

SPINS:
1. _____
2. _____
3. _____
4. _____

QUESTIONS:
1. 0730-1630: SQUADRON WEIGH-INS FOR ANYONE THAT HAS NOT COMPLETED 1ST HALF OF THE YEAR WEIGH-INS. LOCATION: S-3 OFFICE. POC: _____
2. 1500: AOM IN THE READY ROOM FOR ALL OFFICERS.
3. 1600: OFFICER'S CALL FOR _____ AT THE O'CLUB. EVENT IS OPEN TO ALL OFFICERS.

EP
EMERGENCY SHUTDOWN
(*1. HIGH PRESSURE ROTOR BRAKE SWITCH - EMERGENCY. *2. ALL ENGINE SPEED CONTROL LEVERS - SHUT OFF. *3. APP - AS REQUIRED. *4. FUEL SELECTOR
LEVERS - SHUT OFF.)
( THE HEATER IS RATED AT _____ BTU'S AND DRAWS FUEL FROM THE _____ TANK AT THE RATE OF 54 PPH.
( 600,000, #2 LEFT )

NATOPS
DEFINE L-HOUR.
(*IN AMPHIBIOUS OPERATIONS, THE TIME AT WHICH THE FIRST HELICOPTER OF THE HELICOPTERBORNE ASSAULT WAVE TOUCHES DOWN IN THE ZONE.")

TACTICS

OPS ___//S//___    MAINT ___//S//___    DOSS ___//S//___

25 March 2011

1040



HMH-361

On the day of the mishap, 17 March, I was the aircraft commander and section leader for flight. THe section brief for the flight consisted mostly of how the two aircraft were going to conduct OPCs in the local airspace, as well as deconflict at Miramar between the external load and the helicopter spots.

Sergeant Fontalvo was to get training codes for external operations that day.

After the brief, I screened the Aircraft Discrepancy Book, and I do not remember any MAFs pertaining to the landing gear in the open or closed MAFs. I pay particular attention to landing gear MAFs because of having sometimes to leave the gear pinned.   I also do not remember seeing any open MAFs regarding the utility hydraulic system, and although I wasn't as thorough in the closed MAFs, I don't remember their being any utility hydraulic issues pertaining to it being "down" or leaking.  There was only one NPPC, regarding the #3 Nf tape gauge.

I was left seat for the flight, so I went out the crew door and preflighted to the left in CCW fashion. Beginning with the nose gear, nothing was out of the ordinary as I preflighted.  I checked the servicing pin on the top, it was flush.  The landing gear pin was in place though I did not touch it.  The rest of the inspection of the nose landing gear was unremarkable.

When I got to the left main landing gear, I preflighted it in the same fashion.  I checked the servicing pin on top, finding it flush.  The gear pin was in place.  I did not notice any leaks in or around the left main landing gear.

I also preflighted the utility hydraulics reservoir, as well as the utility module. All of the filter buttons were in, and the surrounding are was relatively dry compared to some aircraft. My preflight was complete there, because ▮▮▮▮▮▮▮▮ completed the preflight on the right side of the aircraft. After completion, all crewmembers agreed that the aircraft looked good, and that there were no outstanding discrepancies restricting it from flight.

Even though it is right-seat's responsibility, I took a scan of the cabin circuit breakers on both left and right.  The only anomaly with the panel was that the #2 ignition CB was pulled.  I asked ▮▮▮▮▮▮▮ about that CB, and we decided to put it back in.

With respect to crewmember position assignments, I was in the left seat (copilots seat), ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ was in the right seat, ▮▮▮▮▮ was in the right window, Sgt Fontalvo was in the left window, and▮▮▮▮▮▮ was on the tail.

I was first to climb into the cockpit and went to the left seat.  I do not recall bumping into switches, or getting hung up when climbing in.  I make a habit of taking a quick scan around the cockpit, with specific

attention to the landing gear handle to make sure it had not moved. ▮▮▮▮▮▮▮▮ climbed into the right seat. He pulled his bag in after he sat down, and at no time did I see him bump anything or get hung up on switches when entering.

We began the NATOPS checklist. After resolving the APP start issues, we continued with the checklist. I specifically remember visually checking the visual landing gear position indicators, and it read "3 down and locked". I also physically gave the gear handle the "bump" to ensure it was in the down position. I did not visually or manually check the downlock release mechanism.

We reached the point in the NATOPS checklist where you push the engines forward to a rotor speed of 98% to remove the droop stops. ▮▮▮▮▮▮▮ was at approximately was moving between the 11 and 1oclock position. ▮▮▮▮▮▮ was up ICS, but remained in the cabin. I did not see Sgt Fontalvo up to this point. I can only say he was not outside the rotor arc.

I know that ▮▮▮▮▮▮ was in the aircraft to my right, with her crew chief out front. On our left was a test aircraft unrelated to our flight, with ▮▮▮▮▮▮ as the crew chief. At some point, an airframer entered the rotor arc to retrieve something. I assumed it was related to the pump handle we borrowed to charge the accumulator for app start.

After reaching the "droop stops are out" point, the collective is down. I start generator # 2, and turn off the app. I run the engines to 100% Nr to execute overspeed checks. ▮▮▮▮▮▮ said "pins and chalks" and I respond with "go ahead and pull-em". I call for overspeed checks, and ▮▮▮▮▮▮ states "area clear". I completed all three overspeed checks. I decided to wait for flat pitch checks because I don't have a visual on all three crewmembers.

At this time, I remember a female voice coming across the radio on base frequency. It is about the time that ▮▮▮▮▮ was supposed to check in. I reached for the radio trigger to respond. I never ended up doing that because at that point was when we had the violent motion. It happened in an instant. It was as if this couch just disappeared underneath me, it was that quick. The plane basically fell on its side.

To the best of my recollection, I remember ▮▮▮▮▮▮ coming in the rotor arc from the 3oclock, and remember someone coming under the probe. I do not remember specifically seeing Sgt Fontalvo at any time. I assumed ▮▮▮▮▮ was under the nose getting the nosewheel landing gear pin.

I was not at the controls at this point. Immediately when the aircraft crashed, I came on the controls to make sure the collective is down and the cyclic is pushed right to remain parallel to the ground. ▮▮▮▮▮▮ has already done that.

Dynamic rollover was my first instinctive diagnosis. I reflexively took another look at the pedals to make sure they were centered. They were.

I hear someone on ICS saying something loud. To the best of my recollection it was "oh my God, oh my God" very loud over the ICS. It was mostly incoherent.

When the ICS goes silent and there isn't any violent motion with the aircraft, I ask over ICS "tell me what is happening. What is going on". At that point, someone states over ICS "oh my God, someone is under the aircraft, shut it down, shut it down".

I visually confirmed that ▮▮▮▮▮▮▮▮▮▮ was holding the controls, and immediately reached for all three speed control levers and shut them down. I then switched the rotor brake to emergency, and followed that with the fuel control levers off. I did not start the APP. I robotically put collective in for the droops and the rotor stops.

▮▮▮▮▮▮ comes in the crew door, looking pretty shook up, and states that we need to call an ambulance. I instruct ▮▮▮▮▮▮▮▮ to go to the ODO and call an ambulance. He egresses and does so. I took off my vest and went outside to see Sgt Fontalvo.

My first recognition that the landing gear was collapsed was when I started asking outside what was going on.

I certify that this 3 page statement is an accurate representation of my interview.

| Sign | Print | Date |
|------|-------|------|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | 13APR11 |

HMH-361

Interview 25 March 2011  1340

I checked into the squadron 25th of January, and I have had 4 or 5 flights, including one nighttime flight.

On 25 March 2011, I showed up at 0900 for crew rest purposes, got some chow, discussed flight related stuff with a peer of mine, and then did some last minute flight planning. The brief started at 1300. ████ ████ did some section leadership briefing, only because we were going to use Yuma Course rules for OPCs, and then dissolve the section when we came back to Miramar. This was an initial external training code for me, conducting single and dual point externals at Miramar's LHD pad.

I did not screen the ADB before flight.

I arrived at the aircraft to find the aircrew working on setting up the external pennants, and then ████ ████ briefed the crew on the scheme of maneuver for the flight. We then began the preflight based on seat assignment. I was assigned the right seat. This means that I start with the cabin and cockpit, preparing it for the prestart checklist. This day I did not preflight the cabin circuit breaker panels. I do remember the gear handle being down, and I manually triggered mechanical downlock release lever to insure it was spring loaded to the locked position. It was. I do not remember how much gas was in the tanks.

I then proceeded to preflight the right side of the aircraft. I pulled the auxiliary fuel tank pin and it moved freely. I then went underneath the aircraft to inspect the right main landing gear. I do not generally manipulate the gear pins unless they do not look seated appropriately. On this day, its condition was "all the way in" with the push pin part of it flush with the drag link. I also checked the downlock pin looking for the nipple, as well as the brakes, tires and the hydraulic servicing pin on top. There was nothing else to note about the right main landing gear that day. I did not look at any of the other two landing gear, as ████████ preflighted them.

At the culmination of preflight, the pilots generally meet at the "doghouse" (forward hydraulics compartment). By the time I reached the top of the aircraft, ████████ had completed the preflight of that area and the compartment was already closed and latched.

At the completion of preflight, I ask ████████ if he had any discrepancies with preflight, he indicated he did not, and I reported the same from my side. I did not have an enlisted crew member with me on preflight.

I was the second pilot into the cockpit, sitting right seat. I was behind ████████ waiting for him to get in. I didn't notice him having any trouble getting in the cockpit or getting tangled. I then got into the

right seat, and then once seated, pulled my navigation bag up from the step into the floorboards of the cockpit.

The NATOPS checklist was being read aloud by �ना▅▅▅▅ and I remained on the controls during startup. I remember the call for the landing gear check and downlock release. I reaffirmed that the gear handle was down, then mechanically actuated the downlock release to ensure proper function. During the checklist, ▅▅▅▅▅▅ was out front on ICS. I heard ▅▅▅▅▅▅ on ICS, but am unsure if Sgt Fontalvo was up ICS.

Other than the problems with the APP clutch not engaging and having to recharge it, I would characterize the startup that day as normal.

At the time where we run the engines forward to 100%, I was at the controls. After the droop stops were out, I put the collective down. ▅▅▅▅▅▅▅▅ was at the 12oclock position. ▅▅▅▅▅▅manipulated the speed control levers to 98%, turned #2 generator on, turned the APP off, and pushed the engines to 100% Nr.

I don't know when the call was made for pins and chalks. I remember someone stating "going cold" indicating that they were going off ICS, and ▅▅▅▅▅ moving toward the aircraft. My focus is on the tip path plane, making sure it is level with the horizon.

I do not remember seeing Sgt Fontalvo outside the aircraft. I heard other voices on ICS that were not ▅▅▅▅▅▅ nor ▅▅▅▅▅ but I cannot be sure who it was. I had never met Sgt Fontalvo before that day, nor have I flown with him.

Shortly after going to 100%, I felt the aircraft "go left", specifically roll left quickly and violently . I do not remember it yawing in any way. My first instinct was that something happened with the tail rotor. My immediate reaction was to keep the tip patch plan from striking the deck.

After it happened, I remember asking what happened over ICS. Nobody was talking. People were running around outside the rotor arc. ▅▅▅▅▅ asked over ICS "I need to know what is going on". ▅▅▅▅▅came to the copilots window (left side) and his facial expression told me something bad had happened. ▅▅▅▅▅ reiterated that he needed to know what was going on outside. ▅▅▅▅▅▅▅ responded that "he's under there". I didn't know who it was, but it had to be ▅▅▅▅▅▅ or Sgt Fontalvo.

At that point, I maintained the controls, and ▅▅▅▅▅▅initiated the emergency engine shutdown. We did not restart the APP. ▅▅▅▅▅directed me to run to the ODO and call 911. I ripped myself out of the aircraft and began running upstairs. I did not come back outside.

Interview Complete 1405 25March 2011.

I certify that this 2 page statement is an accurate representation of my interview.

Sign                              Print                          31 Mar 11

Sign                              Print                          Date

2310

# CH-53 ENLISTED AIRCREW TRAINING FORM

| FLIGHT EVAL | Q | U | D | N | A | FLIGHT EVAL | Q | U | D | N | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CC / AO RESPONSIBILITIES | | | | | | LOAD CLEARANCE | | | | | X |
| EMERGENCY PROCEDURES | X | | | | | STANDARD TERMINOLOGY | | | | | X |
| A/C CONFIGURATION/PREPARATION | X | | | | | THREAT RECOGNITION | | | | | X |
| UNDERSTANDING OF TRAINING | X | | | | | THREAT REACTION | | | | | X |
| SITUATIONAL AWARENESS | X | | | | | WINGMAN RESPONSIBILITIES | | | | | X |
| ASSERTIVENESS | X | | | | | CABIN CONFIGURATION | | | | | X |
| DECISION MAKING | X | | | | | FUEL MANAGEMENT | | | | | X |
| COMMUNICATION | X | | | | | STANDARD TERMINOLOGY | | | | | X |
| LEADERSHIP | X | | | | | COMMUNICATION FLOW | | | | | X |
| ADAPTABILITY/FLEXABILITY | X | | | | | SHIPBOARD PROCEDURES | | | | | X |
| MISSION ANALYSIS | X | | | | | FLIGHT PATTERNS | | | | | X |
| BRIEF PAX | | X | | | | LSE CONSIDERATIONS | | | | | X |
| LOAD/ONLOAD PAX | | X | | | | WEAPONS/LASER PREPARATION | | | | | X |
| LOAD/ONLOAD CARGO | | X | | | | WEAPONS/LASER KNOWLEDGE | | | | | X |
| RIB | | X | | | | WEAPONS/LASER EMPLOYMENT | | | | | X |
| WINGMAN RESPONSIBILITIES | | | | | | LOOKOUT DOCTRINE | | | | | X |
| TAC FORM MANEUVERS | | X | | | | SMART PACK USAGE | | | | | X |
| STANDARD TERMINOLOGY | X | | | | | NVG KNOWLEDGE | | | | | X |
| A/C CLEARANCE | X | | | | | NVG PREPARATION | | | | | X |
| LZ/TERRAIN SUITABILITY | X | | | | | NVG USAGE | | | | | X |
| STANDARD TERMINOLOGY | X | | | | | NIGHT ENVIRONMENT CONSIDERATION | | | | | X |
| A/C CLEARANCE | X | | | | | LOOKOUT DOCTRINE | | | | | X |
| LOOKOUT DOCTRINE | X | | | | | STANDARD TERMINOLOGY | | | | | X |
| TERF MANEUVERS | X | | | | | BOGEY/BANDIT ACQUISITION | | | | | X |
| SYSTEM PREFLIGHT/KNOWLEDGE | | | | | | BOGEY/BANDIT HANDOFF | | | | | X |
| LOAD PRE-FLIGHT | X | | | | | SUGGESTED MANUEVER | | | | | X |
| HGT PROCEDURES/CONSIDERATION | X | | | | | ASE EMPLOYMENT | | | | | X |
| STANDARD TERMINOLOGY | X | | | | | SYSTEM KNOWLEDGE/INSTALL | | | | | X |
| COMMUNICATION FLOW | | | | | | FAIP OPERATIONS | | | | | X |
| DRIFT CORRECTION/ANTICIPATION | X | | | | | | | | | | |

**MISSION / A/C PREPARATION:** INTRO. DAY TERF

**BRIEF: DISCUSSED:** UNDERSTAND TERF BASICS

**EXECUTION:** SNM WAS BRIEFED ON TERF TYPES AND MANUEVERS, AND EXPECTATIONS OF AN AO DURING TERF FLIGHT. SNM'S OVERALL PERFORMANCE WAS SUFICIANT.

**STRENGTHS:** IMPROVEMENT OF CALS AND SITUATION

**WEAKNESSES:** AIR SICKNESS

**RECOMMENDATIONS:** MORE FLIGHT TIME

| INSTRUCTOR SIGNATURE: | | |
|---|---|---|
| DATE OF FLIGHT | 20100812 | FLIGHTTIME 6.0 |
| TRAINING CODE | ~~100Y~~ 2310 | LANDINGS/EXTERNALS 8/0 |
| INSTRUCTOR | STUDENT | FONTALVO |

# CH-53 ENLISTED AIRCREW TRAINING FORM

2211

## MISSION / A/C PREPARATION: DAY SECTION CALS

**BRIEF: DISCUSSED:** INTO. TO DAY SECTIONS CALS

**EXECUTION:** SNM WAS INTRODUCED TO SECTION CONFINED AREA LANDINGS DURING THE DAY TIME ENVIROMENT

**STRENGTHS:** IMPROVEMENT OF CALS AND OBSTICLE CLEARANCE

**WEAKNESSES:** SITUATION AWARENESS

**RECOMMENDATIONS:** MORE FLIGHT TIME

| | |
|---|---|
| INSTRUCTOR SIGNATURE: | ██████ |
| DATE OF FLIGHT | 12 AUG. 2010 |
| FLIGHTTIME | 6.0 |
| TRAINING CODE | ~~1625~~ 2211 |
| LANDINGS/EXTERNALS | 8/0 |
| INSTRUCTOR | ██████ |
| STUDENT | FONTALVO |

### FLIGHT EVAL (Panel 1)

| FLIGHT EVAL | Q | U | D | N | A |
|---|---|---|---|---|---|
| CG / AO RESPONSIBILITIES | X | | | | |
| EMERGENCY PROCEDURES | X | | | | |
| A/C CONFIGURATION/PREPARATION | X | | | | |
| UNDERSTANDING OF TRAINING | X | | | | |
| SITUATIONAL AWARENESS | X | | | | |
| ASSERTIVENESS | X | | | | |
| DECISION MAKING | X | | | | |
| COMMUNICATION | X | | | | |
| LEADERSHIP | X | | | | |
| ADAPTABILITY/FLEXIBILITY | X | | | | |
| MISSION ANALYSIS | X | | | | |
| BRIEF PAX | X | | | | |
| LOAD/UNLOAD PAX | X | | | | |
| LOAD/UNLOAD CARGO | X | | | | |
| HEZ | X | | | | |
| WINGMAN RESPONSIBILITIES | X | | | | |
| TAC FORM MANUEVERS | X | | | | |
| STANDARD TERMINOLOGY | X | | | | |
| A/C CLEARANCE | X | | | | |
| LZ/TERRAIN SUITABILITY | X | | | | |
| STANDARD TERMINOLOGY | | | | X | |
| A/C CLEARANCE | | | | X | |
| LOOKOUT DOCTRINE | | | | X | |
| TERR MANUEVERS | | | | X | |
| SYSTEM PREFLIGHT/KNOWLEDGE | | | | X | |
| LOAD PRE-FLIGHT | | | | X | |
| HST PROCEDURES/CONSIDERATION | | | | X | |
| STANDARD TERMINOLOGY | | | | X | |
| COMMUNICATION PLAN | | | | X | |
| DRIFT CORRECTION/ANTICIPATION | | | | X | |

### FLIGHT EVAL (Panel 2)

| FLIGHT EVAL | Q | U | D | N | A |
|---|---|---|---|---|---|
| LOAD CLEARANCE | X | | | | |
| STANDARD TERMINOLOGY | X | | | | |
| THREAT RECOGNITION | X | | | | |
| THREAT REACTION | X | | | | |
| WINGMAN RESPONSIBILITIES | X | | | | |
| CABIN CONFIGURATION | X | | | | |
| FUEL MANAGEMENT | X | | | | |
| STANDARD TERMINOLOGY | X | | | | |
| COMMUNICATION FLOW | X | | | | |
| SHIPBOARD PROCEDURES | X | | | | |
| FLIGHT PATTERNS | X | | | | |
| LSE CONSIDERATIONS | X | | | | |
| WEAPONS/LASER PREPARATION | X | | | | |
| WEAPONS/LASER KNOWLEDGE | X | | | | |
| WEAPONS/LASER EMPLOYMENT | X | | | | |
| LOOKOUT DOCTRINE | X | | | | |
| SMART PACK USAGE | X | | | | |
| NVG KNOWLEDGE | X | | | | |
| NVG PREPARATION | X | | | | |
| NVG USAGE | | | | X | |
| NIGHT ENVIRONMENT CONSIDERATION | | | | X | |
| LOOKOUT DOCTRINE | | | | X | |
| BOGEY/BANDIT ACQUSITION | | | | X | |
| BOGEY/BANDIT HANDOFF | | | | X | |
| SUGGESTED MANUEVER | | | | X | |
| ASE EMPLOYMENT | | | | X | |
| SYSTEM KNOWLEDGE/INSTALL | | | | X | |
| FAM OPERATIONS | | | | X | |

# CH-53 ENLISTED AIRCREW TRAINING FORM

| FLIGHT EVAL | Q | U | D | N A |
|---|---|---|---|---|
| **CC / AD RESPONSIBILITIES** | | | | |
| EMERGENCY PROCEDURES | X | | | |
| A/C CONFIGURATION/PREPARATION | X | | | |
| UNDERSTANDING OF TRAINING | X | | | |
| **SITUATIONAL AWARENESS** | | | | |
| ASSERTIVNESS | X | | | |
| DECISION MAKING | X | | | |
| COMMUNICATION | X | | | |
| LEADERSHIP | X | | | |
| ADAPTABILITY/FLEXIBILITY | X | | | |
| MISSION ANALYSIS | X | | | |
| **BRIEF PAX** | | | | |
| LOAD/UNLOAD PAX | X | | | |
| LOAD/UNLOAD CARGO | X | | | |
| HLS | X | | | |
| **WINGMAN RESPONSIBILITIES** | | | | |
| TAC FORM MANUEVERS | X | | | |
| **STANDARD TERMINOLOGY** | | | | |
| A/C CLEARANCE | X | | | |
| L&/TERRAIN SUITABILITY | X | | | |
| **NIGHT ENVIRONMENT CONSIDERATION** | | | | X |
| STANDARD TERMINOLOGY | | | | X |
| A/C CLEARANCE | X | | | |
| LOOKOUT DOCTRINE | X | | | |
| TERP MANUEVERS | X | | | |
| SYSTEM PREFLIGHT/KNOWLEDGE | X | | | |
| LOAD PRE-FLIGHT | X | | | |
| NST PROCEDURES/CONSIDERATION | X | | | |
| STANDARD TERMINOLOGY | X | | | |
| COMMUNICATION FLOW | X | | | |
| DRIFT CORRECTION/ANTICIPATION | X | | | |

| FLIGHT EVAL | Q | U | D | N A |
|---|---|---|---|---|
| LOAD CLEARANCE | | | | X |
| STANDARD TERMINOLOGY/KEY | | | | X |
| THREAT RECOGNITION | | | | X |
| THREAT REACTION | | | | X |
| WINGMAN RESPONSIBILITIES | | | | X |
| CABIN CONFIGURATION | | | | X |
| FUEL MANAGEMENT | | | | X |
| FLIGHT PATTERNS | | | | X |
| STANDARD TERMINOLOGY | | | | X |
| COMMUNICATION FLOW | | | | X |
| SHIPBOARD PROCEDURES | | | | X |
| LSE CONSIDERATIONS | | | | X |
| WEAPONS/LASER PREPARATION | | | | X |
| WEAPONS/LASER KNOWLEDGE | | | | X |
| WEAPONS/LASER EMPLOYMENT | | | | X |
| LOOKOUT DOCTRINE | | | | X |
| SMART PACK USAGE | | | | X |
| NVG KNOWLEDGE | | | | X |
| NVG PREPARATION | | | | X |
| NVG USAGE | | | | X |
| LOOKOUT DOCTRINE | | | | X |
| STANDARD TERMINOLOGY | | | | X |
| BOGEY/BANDIT ACQUISITION | | | | X |
| BOGEY/BANDIT HANDOFF | | | | X |
| SUGGESTED MANUEVER | | | | X |
| ASE EMPLOYMENT | | | | X |
| SYSTEM KNOWLEDGE/INSTALL | | | | X |
| FARP OPERATIONS | | | | X |

**MISSION / A/C PREPARATION:DAY CALS**

**BRIEF:DISCUSSED:INTO. TO DAY CALS**

**EXECUTION:SNM WAS INTRODUCED TO CONFINED AREA LANDINGS DURING THE DAY TIME ENVIROMENT**

**STRENGTHS: IMPROVEMENT OF CALS AND OBSTICLE CLEARANCE**

**WEAKNESSES:SITUATION AWARENESS**

**RECOMMENDATIONS:MORE FLIGHT TIME**

**INSTRUCTOR SIGNATURE:**

| | |
|---|---|
| DATE OF FLIGHT | 12 AUG. 2010 |
| TRAINING CODE | ~~101~~ 220 |
| INSTRUCTOR | FONTALVO |

| | |
|---|---|
| FLIGHTTIME | 6.0 |
| LANDINGS/EXTERNALS | 8/0 |
| | STUDENT |

# CH-53  ENLISTED AIRCREW TRAINING FORM

## MISSION / A/C PREPARATION:DAY FORM

BRIEF:DISCUSSED:INTO. FORMATION FLIGHT

EXECUTION:SNM WAS INTRODUCED TO SECTION FORM IN THE LOCAL AREA OF OKINAWA JAPAN.

STRENGTHS: IMPROVEMENT OF CALS AND OBSTICLE CLEARANCE

WEAKNESSES:CALL DASH TWO AIRCRAFT

RECOMMENDATIONS:N/A

INSTRUCTOR SIGNATURE: ▮▮▮

| | |
|---|---|
| DATE OF FLIGHT | 12 AUG. 2010 |
| TRAINING CODE | ~~T2X~~ 21b |
| INSTRUCTOR | STUDENT   FONTALVO |
| FLIGHTTIME | 6.0 |
| LANDINGS/EXTERNALS | 8/O |

### FLIGHT EVAL

| Item | Q | U | N | D |
|---|---|---|---|---|
| CC / AO RESPONSIBILITIES | X | | | |
| EMERGENCY PROCEDURES | X | | | |
| A/C CONFIGURATION/PREPARATION | X | | | |
| UNDERSTANDING OF TRAINING | X | | | |
| SITUATIONAL AWARENESS | X | | | |
| ASSERTIVNESS | X | | | |
| DECISION MAKING | X | | | |
| COMMUNICATION | X | | | |
| LEADERSHIP | X | | | |
| ADAPTABILITY/FLEXABILITY | X | | | |
| MISSION ANALYSIS | X | | | |
| BRIEF FAX | X | | | |
| LOAD/UNLOAD PAX | X | | | |
| LOAD/UNLOAD CARGO | X | | | |
| HEE | X | | | |
| WINGMAN RESPONSIBILITIES | X | | | |
| TAC FORM MANEUVERS | X | | | |
| STANDARD TERMINOLOGY | X | | | |
| A/C CLEARANCE | X | | | |
| LZ/TERRAIN SUITABILITY | X | | | |
| STANDARD TERMINOLOGY | | | X | |
| A/C CLEARANCE | | | X | |
| LOOKOUT DOCTRINE | | | X | |
| TERF MANEUVERS | | | X | |
| SYSTEM PREFLIGHT/KNOWLEDGE | | | X | |
| LOAD PRE-FLIGHT | | | X | |
| HST PROCEDURES/CONSIDERATION | | | X | |
| STANDARD TERMINOLOGY | | | X | |
| COMMUNICATION FLOW | | | X | |
| DRIFT CORRECTION/ANTICIPATION | | | X | |

### FLIGHT EVAL

| Item | Q | U | N | D |
|---|---|---|---|---|
| LOAD CLEARANCE | | | | X |
| STANDARD TERMINOLOGY | | | | X |
| THREAT RECOGNITION | | | | X |
| THREAT REACTION | | | | X |
| WINGMAN RESPONSIBILITIES | | | | X |
| CABIN CONFIGURATION | | | | X |
| FUEL MANAGEMENT | | | | X |
| STANDARD TERMINOLOGY | | | | X |
| COMMUNICATION FLOW | | | | X |
| SHIPBOARD PROCEDURES | | | | X |
| FLIGHT PATTERNS | | | | X |
| LSE CONSIDERATIONS | | | | X |
| WEAPONS/LASER PREPARATION | | | | X |
| WEAPONS/LASER KNOWLEDGE | | | | X |
| WEAPONS/LASER EMPLOYMENT | | | | X |
| LOOKOUT DOCTRINE | | | | X |
| SMART PACK USAGE | | | | X |
| NVG KNOWLEDGE | | | | X |
| NVG PREPARATION | | | | X |
| NIGHT ENVIRONMENT CONSIDERATION | | | | X |
| LOOKOUT DOCTRINE | | | | X |
| STANDARD TERMINOLOGY | | | | X |
| BOGEY/BANDIT ACQUISITION | | | | X |
| BOGEY/BANDIT HANDOFF | | | | X |
| SUGGESTED MANEUVER | | | | X |
| ASE EMPLOYMENT | | | | X |
| SYSTEM KNOWLEDGE/INSTALL | | | | X |
| FARP OPERATIONS | | | | X |



**UNITED STATES MARINE CORPS**
MARINE HEAVY HELICOPTER SQUADRON 361
MARINE AIRCRAFT GROUP 16
P.O. BOX 452060
SAN DIEGO, CA 92145-2060

IN REPLY REFER TO:
3710
DOSS
1 Feb 11

From:   Sergeant Alexis Fontalvo XXX XX 2071/6153 USMC
To:     Commanding Officer, Marine Heavy Helicopter Squadron 361

Subj:   VOLUNTEER STATEMENT FOR DUTY INVOLVING FLYING

Ref:    (a) OPNAVINST 3710.7U

1.  I have been advised of the duties and volunteer to fly as an
aircrew member. I understand that this letter will be filed in section
I, part B, of the NATOPS Flight Personnel Qualifications/Training
Jacket in accordance with the reference, and will remain in effect
unless I withdraw this letter.

A. FONTALVO



UNITED STATES MARINE CORPS
MARINE HEAVY HELICOPTER SQUADRON 361
MARINE AIRCRAFT GROUP 16
P.O. BOX 452060
SAN DIEGO, CA 92145-2060

IN REPLY REFER TO
1326/2
S-3
1 Feb 11

From: Commanding Officer, Marine Heavy Helicopter Squadron 361
USMC
To:   Sergeant Alexis Fontalvo 136 84 2071/6153 USMC
      ███████████████████████████████ USMC
      ███████████████████████████████████ USMC
      ███████████████████████████ USMC
      ███████████████████████████████████ USMC

Subj: ASSIGNMENT OF NON-CREWMEMBER TEMPORARY-INDEFINITE FLIGHT
      ORDERS

Ref:  (a) MCO 1326.2G

1.  Per the reference, you are hereby ordered to duty in a flying
status involving flights as a CH-53E Non-Crewmember (Aerial
Gunner/Observer).  These orders are effective 1 February 2011 and
will remain in effect until 30 September 2011.

2.  If during this period, you are discharged and reenlist at
this station without a break in active service, these orders will
remain in effect for the period specified herein.

3.  You are hereby notified that these flight orders and your
flight status, as per paragraph 1 above, will be terminated as of
30 September 2011 unless subsequently renewed.

4.  These orders will be automatically revoked upon transfer from
this unit.

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

Copy To:
S-1
S-2
NATOPS
Flight Line
Flight Equipment
TEFO Binder
Files
Unit Diary #: _____        Initials: _____

**CLEARANCE NOTICE (Aeromedical)**

Date: 29 JUL 10

From: FS BNC FUTENMA

To: CO – LMM-262

Name: FONTALVO ALEXIS
SSN: 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
Rank/Service: SGT /USMC
HR Loc: BNC FUTENMA

1. Recommend subject individual be found physically qualified and aeronautically adapted for duty involving flight as:

Class 1: ☐ SNA ☐ SGI ☐ SGII ☐ SGIII
Class 2: ☐ SNFO ☐ NFO ☐ ATC ☐ AC/SAR ☐ AC/FW ☑ Other AC /HELO

Waiver has been (recommended) (granted) for: _____

2. ☐ Corrective lens required in performance of flight duties.
   ☐ Corrective lens required and extra pair must be carried in performance of flight duties (DVA < 20/100).

3. ☑ Annual Physical Examination.
   ☐ Following Aircraft Mishap/Incident.
   ☐ Return from sick/grounded list.
   ☐ Other (specify) _____

4. ☐ Date grounded _____
   Expiration date of clearance 31 MAR 2011
   Reason _____

Original to: ☐ CO ☐ Oper. Off.
Copy to: ☐ Oper. Off. ☐ Trng. Off.

29 JUL 10 by _____
(Date)

Signature
☑ FS ☐ Other
If other, received concurrence from: _____
Name _____
Unit _____

NAVMED 6150/2
NAVMED 6410/2 (Rev. 5-80)
S/N 0105-LF-010-1700

*U.S. GPO: 1965-704-002/22314



UNITED STATES MARINE CORPS
MARINE MEDIUM HELICOPTER SQUADRON 262 (REIN)
31ST MARINE EXPEDITIONARY UNIT
III MARINE EXPEDITIONARY FORCE
UNIT 37238
FPO AP 96603-7238

IN REPLY REFER TO:
3710
DOSS
30 Sep 10

From:   Commanding Officer, Marine Medium Helicopter Squadron 262
        (REIN)
To:     Sergeant Alexis Fontalvo XXX XX 2071/6153 USMC

Subj:   AERIAL GUNNER/OBSERVER DESIGNATION

Ref:    (a)  OPNAVINST 3710.7U
        (b)  A1-H53BE-NFM-000
        (c)  NAVMC DIR 3500.47
        (d)  NAVMC DIR 3500.89
        (e)  MCO P1000.6G
        (f)  MCO P1200.7U

1.  Per the references, and having demonstrated the knowledge,
proficiency, and dedication required, you are hereby designated
a CH-53E Helicopter Aerial Observer and authorized to wear the
Naval Aircrew insignia per reference (g).

2.  Additionally, having met the requirements as outlined in
reference (f), you are hereby granted the additional MOS 6199,
Aerial Observer.

3.  An appropriate entry will be made in your NATOPS
Qualification Jacket, Aircrew Performance Record, and Aviator's
Flight Log Book.

Copy to:
NATOPS
APR



UNITED STATES MARINE CORPS
MARINE MEDIUM HELICOPTER SQUADRON 262(REIN)
31ST MARINE EXPEDITIONARY UNIT
III MARINE EXPEDITIONARY FORCE
UNIT 37238
FPO AP 96603-7238

IN REPLY REFER TO:
3710
DOSS
25 Sep 10

From:  Commanding Officer, Marine Medium Helicopter Squadron 262 (REIN)
To:    Sergeant Alexis Fontalvo XXX XX 2071/6153 USMC

Subj:  TRAINING AND READINESS FLIGHT DEFERRAL

Ref:   (a)  OPNAVINST 3710.7U
       (b)  NAVMC DIR 3500.47
       (c)  NAVMC DIR 3500.89

1.  EXT flights 170, 171, 172, and 173 are being deferred due to lack of external opportunities and to further progress in training per reference (c).

2.  Flights being deferred will be conducted at the earliest possible opportunity. ███████████████

3.  An appropriate entry per reference (a) will be made in your NATOPS Qualification Jacket and Aircrew Performance Record.

████████████

Copy to:
NATOPS
APR

# CRM Training/Evaluation Record

This for is to be permanently maintained in the NATOPS jacket Section II, Part C.

## CRM IMM Instructors Course
*(Document completion date for IMM Instructors Course in this block)*

Date Completed:

## CRM Facilitator Course
*(List all CRM Facilitator Courses Attended in this Section)*

| T/M Aircraft | Date Completed | Unit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Ground Training
*(List Annual CRM Ground training for each TM aircraft in this section)*
Annual CRM ground training expires the last day of the current month plus one year.

| T/M Aircraft | Date Completed | Initial/ Recurrency | Unit |
|---|---|---|---|
| CH 53 E | 12 AUG 10 | INITIAL | HMM 262 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## Flight Evaluation
*(List Annual CRM flight evaluations for each T/M in this section)*
CRM renewal expires last day of the current month plus on year and may be accomplished 60 days early.

| T/M Aircraft | Date Completed | Initial/ Recurrency | Unit | Expiration Date |
|---|---|---|---|---|
| CH 53 E | 12 AUG 10 | INITIAL | HMM 262 | 31 AUG 11 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Extensions
*(List extensions to CRM ground training and/or flight evaluation for each T/M aircraft)*

| T/M Aircraft | Ground/Flight | Authority | Expiration Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| NAME (Last, first, middle initial) | SSN |
|---|---|
| FUNTALVO, ALEXIS | XXX XX 2071 |

NATOPS EVALUATION REPORT
OPNAV 3710/7 (4-90) S/N0107-LF-009-800

REPORT SYMBOL OPNAV 3710 21

| NAME (Last, first, initial) | GRADE | SSN |
|---|---|---|
| FONTALVO, A | SGT | XXX XX 2071 |
| SQUADRON/UNIT | AIRCRAFT MODEL | CREW POSITION |
| HMM-262, 31ST MEU | CH-53E | AERIAL OBSERVER |
| TOTAL FLIGHT HOURS | TOTAL HOURS IN MODEL. | DATE OF LAST EVALUATION |
| 28.0 | 28.0 | INITIAL |

## NATOPS EVALUATION

| REQUIREMENT | DATE COMPLETED | Q | CQ | U |
|---|---|---|---|---|
| OPEN BOOK EXAMINATION | 25 Sep 2010 | 3.84 | | |
| CLOSED BOOK EXAMINATION | 25 Sep 2010 | 3.84 | | |
| ORAL EXAMINATION | 29 Sep 2010 | Q | | |
| EGRESS | 29 Sep 2010 | Q | | |
| *EVALUATION FLIGHT | 29 Sep 2010 | Q | | |

| FLIGHT DURATION | AIRCRAFT BUNO | OVERALL FINAL GRADE |
|---|---|---|
| 5.0 | 162525 | QUALIFIED |

REMARKS OF EVALUATOR/INSTRUCTOR .

Sgt Fontalvo flew a 5.0 hour flight consisting of PAX and cargo movement aboard USS ESSEX. SNM manned the AO gun position for the duration of the flight. SNM maintained good situational awareness throughout the flight and was assertive with onload and off load of all passengers and cargo. SNM was also available for minor tasking in the cockpit and assisted when necessary. With each simulated emergency, SNM was able to provide ample knowledge, react accordingly and correct actions in accordance with PCL. Overall SNM flew a solid initial NATOPS check and is qualified to be an Aerial Observer in the CH-53E. This flight serves as his annual CRM Flight in accordance with OPNAVINST 3710.7U as well as his annual EGRESS training requirement.

Strengths: Aircraft knowledge, Safety, Standard Terminology
Weaknesses: Tactics

NAVFLIR# GC6N5DT

EXPIRES 30SEP11

| GRADE, NAME OF EVALUATOR/INSTRUCTOR | SIGNATURE | DATE |
|---|---|---|
| | | 30 Sep 2010 |
| GRADE, NAME OF EVALUEE | SIGNATURE | DATE |
| SGT A. A. FONTALVO | | 30 Sep 2010 |

REMARKS OF EVALUEE

Sgt Fontalvo is well Qualified As AN Aerial Observer in the CH-53E. He has my full confidence to operate safely At All times.

| RANK, NAME OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | 30 Sep 2010 |

*WST, OFT, COT, or cockpit check in accordance with OPNAVINST 3710.

A-7247

A1-H53BE-NFM-000

*DOC NUMBER*
*1 C 6 N 5 DT*

## CH-53E AIRCREW NATOPS EVALUATION FORM

| | Q | CQ | UQ | Comments |
|---|---|---|---|---|
| Evaluee FONTALVO, ALEXIS | | | | |
| Evaluee SSN | | | | |
| Instructor | | | | |
| Date of Flight 27 SEPT 2010 | | | | |
| Total Hours 28.0 | | | | |
| Model Hours 28.0 CH-53E / 28.0 | | | | |
| Flight Duration 5.2 | | | | |
| Helicopter Buno 162 525 | | | | |
| Date of Last Eval INITIAL | | | | |
| Expires 31 SEPT, 2011 | | | | |

Open Book Date and Grade 25 SEPT 10   3  8
Closed Book Date and Grade 26 SEPT 10   3  8
Final Overall Grade Q

☐ Turn-in completed ATF to S-3 Pilot Training (USMC)
☐ TMR code 2L4 entered in NALCOMIS

| | Q | CQ | UQ | Comments |
|---|---|---|---|---|
| **Phase I Ground Evaluation** | | | | |
| Open / Closed Book | ☒ | ☐ | ☐ | |
| Oral Exam | ☒ | ☐ | ☐ | |
| **Phase II Flight Evaluation** | | | | |
| **PREFLIGHT** | | | | |
| Aircraft Inspection | ☒ | ☐ | ☐ | |
| Yellow Sheet | ☒ | ☐ | ☐ | |
| Compliance with MRCs | ☒ | ☐ | ☐ | |
| **CONDITION OF AIRCRAFT** | | | | |
| Cleanliness | ☒ | ☐ | ☐ | |
| **CABIN GEAR** | | | | |
| Security | ☒ | ☐ | ☐ | |
| Condition | ☒ | ☐ | ☐ | |
| **GROUND SAFETY PRECAUTIONS** | | | | |
| Observance | ☒ | ☐ | ☐ | |
| **LOADING INTERNAL CARGO** | | | | |
| Weight and Balance | ☒ | ☐ | ☐ | |
| Use of Tiedowns | ☒ | ☐ | ☐ | |
| **AUXILIARY POWER PLANT** | | | | |
| Inspection | ☒ | ☐ | ☐ | |
| Operation | ☒ | ☐ | ☐ | |
| **RANGE EXTENSION FUEL SYSTEM** | ☐ | ☐ | ☐ | DNO |
| Installation | ☐ | ☐ | ☐ | DNO |
| Operation | ☐ | ☐ | ☐ | DNO |
| **BRIEFING OF PASSENGERS** | ☒ | ☐ | ☐ | |
| **HAND SIGNALS** | ☒ | ☐ | ☐ | |
| Day | ☒ | ☐ | ☐ | |
| Night | ☒ | ☐ | ☐ | |
| **FUELING AND SERVICING** | ☒ | ☐ | ☐ | |
| Gravity | ☒ | ☐ | ☐ | |
| Pressure | ☒ | ☐ | ☐ | |
| HIFR | ☐ | ☐ | ☐ | DNO |
| **POSTFLIGHT AND DAILY** | ☒ | ☐ | ☐ | |
| Inspection | ☐ | ☐ | ☐ | |
| Compliance with MRCs | ☒ | ☐ | ☐ | |

| | Q | CQ | UQ | Comments |
|---|---|---|---|---|
| **SECURING OF AIRCRAFT** | ☒ | ☐ | ☐ | |
| Stowage of Gear | ☐ | ☐ | ☐ | |
| Tiedowns and Covers | ☒ | ☐ | ☐ | |
| **Phase III Mission Evaluation Areas** | | | | |
| **PERSONAL FLIGHT EQUIPMENT** | ☒ | ☐ | ☐ | |
| Availability | | | | |
| Condition | | | | |
| Usage | ☒ | ☐ | ☐ | |
| **SAFETY REGULATIONS** | ☒ | ☐ | ☐ | |
| Compliance | | | | |
| **EMERGENCY PROCEDURES** | ☒ | ☐ | ☐ | |
| Proficiency | | | | |
| Compliance | ☒ | ☐ | ☐ | |
| **FLIGHT PARAMETERS** | ☒ | ☐ | ☐ | |
| Knowledge | | | | |
| Alertness | ☒ | ☐ | ☐ | |
| **VOICE PROCEDURES** | | | | |
| **CONFINED AREA LANDINGS** | | | | |
| Observation | | | | |
| Communication | | | | |
| **EXTERNAL CARGO OPERATIONS** | ☐ | ☐ | ☐ | DNO |
| Procedures | ☐ | ☐ | ☐ | DNO |
| Voice Procedures | ☐ | ☐ | ☐ | DNO |
| **WINCH OPERATIONS** | ☒ | ☐ | ☐ | |
| Loading | | | | |
| Unloading | ☐ | ☐ | ☐ | DNO |
| **UTILITY HOIST OPERATIONS** | ☐ | ☐ | ☐ | DNO |
| Procedures | ☐ | ☐ | ☐ | DNO |
| ICS Communication | ☐ | ☐ | ☐ | DNO |
| **AIRCREW COORDINATION** | ☒ | ☐ | ☐ | |
| Decision Making | ☒ | ☐ | ☐ | |
| Assertiveness | ☒ | ☐ | ☐ | |
| Mission Analysis | ☒ | ☐ | ☐ | |
| Communication | ☒ | ☐ | ☐ | |
| Leadership | ☒ | ☐ | ☐ | |
| Adaptability / Flexibility | ☒ | ☐ | ☐ | |
| Situational Awareness | ☒ | ☐ | ☐ | |

**Narrative of Flight:**

Strengths: AIRCRAFT KNOWLEDGE, SAFTY, STANDARD TERMINOLOGY

Weakness: TACTICS

Narrative: TODAYS FLIGHT CONSISTED OF PAX + CARGO MOVEMENT ABORD USS SHIP. SNM MANNED THE AO ____ GUN POSITION FOR THE DURATION OF THE FLIGHT. NO UNSAFE TENDANCIES NOTED.

CH53E-F239

Figure 21-1.  NATOPS Evaluation Forms (Sheet 2 of 2)

ORIGINAL

NAME _ FONTALVO, A.

FILE OR SERIAL NO. _____ 2071

DESIGNATION: NO. _____

DATE _____

LOG NO. | _____ FROM _ 12 AUGUST 2010

TO _____

IF FOUND, PLEASE RETURN TO

CHIEF OF NAVAL OPERATIONS
NAVY DEPARTMENT
WASHINGTON, D.C. 20350

1

OPNAV FORM 3740-11 (REV. 1-65)



FY 2010 Marine Aviation Plan

Deputy Commandant for Aviation



MONTH ___  YEAR 2010

CODES: A—Automatic   F—ADF   L—LF range   T—TACAN
C—CCA   G—GCA   O—OMNI   S—Simulated
I—ILS   R—Radar   J—Jet

| AIRCRAFT | | KIND OF FLIGHT CODE | TOTAL PILOT TIME | FIRST PILOT | CO-PILOT | A/C COMDR. | SPECIAL CREW TIME |
|---|---|---|---|---|---|---|---|
| DAY | MODEL | SERIAL NUMBER | | | | | |
| 12 | CH53E | 165294 | 1A1 | | | | 6.5 |
| 13 | CH53E | 165244 | 1A1 | | | | 4.2 |
| 19 | CH53E | 162525 | 1A1 | | | | 5.0 |

TOTAL THIS PAGE ................ 15.7
BROUGHT FORWARD
TOTAL TO DATE .... 15.7   TOTAL ACCUM. PILOT TIME
TOTALS THIS FISCAL YEAR ....... 15.7
*See page 2 for codes.

INSTRUMENT TIME — ACT: 3.4 ; NIGHT TIME: 0.3, 3.4

LANDINGS — CARRIER, SEA/LAND, CATAPULT
STD. INST. APPR. COMPLETED

| | ACT | SIM | NIGHT TIME |
|---|---|---|---|
| | | | 0.3 |
| | 3.4 | | 3.4 |
| TOTAL THIS PAGE | 3.4 | | 3.7 |
| | | | 1 |
| TOTALS THIS FISCAL YEAR | 3.4 | | 3.7 |

REMARKS
Plus AC2 (initial)
0150
12/25/12

Pilot-time report submitted through last (or, —) day of this month, noted by:

CERTIFIED A CORRECT RECORD

Approved:

C.O. or authorized deputy

# ADB Work Order

| Work Center 210 | | | CF Reqd N | QA Reqd N | System Reason 2ND STAGE FLUCTUATES | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd P | PILOT/INITIATOR | | In Process Inspections | | Modex 69 |

| REPAIR CYCLE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 27 OCT 2010 | 1745 | K | IN WORK | 27 OCT 2010 | 1807 | K | COMPLETED | 28 OCT 2010 | 1705 |

**DISCREPANCY**

2ND STAGE HYDRAULIC PRESSURE GAUGE FLUCTUATES RAPIDLY BETWEEN 2700 AND 3000 PSI.

**CORRECTIVE ACTION**

REMOVED AND REPLACED 2ND STAGE PRESSURE INDICATOR AND 2ND STAGE TRANSMITTER IAW 450-000. SYSTEM OP CHECKS GOOD IAW 450-200. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 229F2RV | JCN GKM300152 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|---|
| 120 | | | N | N | FIRST STAGE RESEVIOR | | | |
| Assy Cd | Buno/Serno | | WO Status Cd | PILOT/INITIATOR | | | In Process Inspections | Modex |
| AHXD | 163077 | | D | ▓▓▓▓▓▓▓▓ | | | | 69 |

| REPAIR CYCLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 27 OCT 2010 | 1932 | Z | IN WORK | 27 OCT 2010 | 2055 | Z | COMPLETED | 28 OCT 2010 | 0133 |

**DISCREPANCY**

FIRST STAGE RESEVIOR BLEW OUT FOWARD CASING CAP SEAL. MFR #10-072***UPDATE*** FIRST STAGE RESERVIOR REMOVED AND REPLACED BUT NOT PRESSURE CHECK OR BLED AND SERVICED.***UPDATE*** POC ▓▓▓▓▓▓▓▓▓▓

**CORRECTIVE ACTION**

REMOVED AND REPLACED FIRST STAGE RESERVOIR IAW 450-000. AREA FOD FREE AT TIME OF INSPECTION. REFER B&S TO JCN: GKM300147. REFER PRESSURE CHECK TO JCN: GKM301166.  REFER TO JCN GKM300153 FOR FIRST STAGE SAMPLE.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | 229F2S2 | GKM300157 |

# ADB Work Order

| Work Center 120 | | | CF Reqd N | QA Reqd N | System Reason INFLIGHT HANDLE | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd **U** | PILOT/INITIATOR ▮▮▮▮▮ | | | In Process Inspections | Modex **69** |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 28 OCT 2010 | 2349 | | IN WORK | 29 OCT 2010 | 0100 | | COMPLETED | 31 OCT 2010 | 1852 |

**DISCREPANCY**
DURRING INFLIGHT PUMP OPPERATION HANDLE BROKE OFF.

**CORRECTIVE ACTION**
R/R INFLIGHT PUMP OPERATION HANDLE IAW 450-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▮▮▮▮▮ | INSPECTED BY ▮▮▮▮▮ | MAINT CONTROL ▮▮▮▮▮ | MCN 229F2U7 | JCN GKM302208 |
|---|---|---|---|---|

# ADB Work Order

| Work Center<br>020 | | CF Reqd<br>N | QA Reqd<br>N | System Reason<br>RAMP SELECTOR HANDLE | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd<br>AHXD | Buno/Serno<br>163077 | WO Status Cd<br>P | PILOT/INITIATOR | | | In Process Inspections | Modex<br>69 |

| REPAIR CYCLE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 16 DEC 2010 | 1258 | H | IN WORK | 16 DEC 2010 | 1450 | H | COMPLETED | 17 FEB 2011 | 1415 |

**DISCREPANCY**

RAMP SELECTOR HANDLE BROKEN APAF IN AIRFRAMES.

**CORRECTIVE ACTION**

Work order closed out due to transfer new MCN: 2AD19LO

| CORRECTED BY | INSPECTED BY | MAINT CONTROL<br>Transfer | MCN<br>229F53G | JCN<br>GKM350011 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|
| X52 | | N | N | LOCKPIN | | | |

| Assy Cd | Buno/Serno | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|
| AHXD | 163077 | U | ▉▉▉▉▉▉▉ | | | 69 |

| | | | | REPAIR CYCLE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 16 DEC 2010 | 1707 | | IN WORK | 17 JAN 2011 | 0700 | | COMPLETED | 17 JAN 2011 | 1421 |

**DISCREPANCY**

PYLON FOLD UPPER LOCKPIN ACTUATOR HAS BROKEN WIRE.

**CORRECTIVE ACTION**

REPLACED UPPER PYLON LOCK PIN SWITCH AFTER INSTALLATION OF UPPER LOCKPIN ASSY.  REINSTALLED LOWER LOCKPIN SWITCH AFTER REPLACEMENT OF LOWER LOCKPIN ASSY. INSTALLATION CHECKS GOOD IAW 450-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉▉ | ▉▉▉▉▉▉ | 229F53Y | GKM350024 |

# ADB Work Order

| Work Center<br>120 | | CF Reqd<br>N | QA Reqd<br>N | System Reason<br>UTILITY PUMP | | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd<br>AHXD | Buno/Serno<br>163077 | WO Status Cd<br>**P** | PILOT/INITIATOR<br>████████ | | | In Process Inspections | | Modex<br>**69** |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 03 DEC 2010 | 1849 | C | IN WORK | 03 DEC 2010 | 1945 | C | COMPLETED | 04 DEC 2010 | 0611 |

DISCREPANCY

UTILITY PUMP REMOVED DUE TO AGB FOM. ***UPDATE*** GASKET NEEDS REPLACED DO TO REMOVAL OF PUMP

CORRECTIVE ACTION

RE-INSTALLED PUMP AND REPLACED GASKET AS REQUIRED IAW 260-000. REFER TO AGB FOM MAF FOR IN PRO INSPECTIONS GKM337790.

| CORRECTED BY<br>████████ | INSPECTED BY<br>████████ | MAINT CONTROL<br>████████ | MCN<br>22BQ0I2 | JCN<br>GKM337604 |
|---|---|---|---|---|

## ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason 2ND STG PUMP GASKET | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | WO Status Cd **D** | | PILOT/INITIATOR ▓▓▓▓▓▓▓ | | In Process Inspections | Modex **69** |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 03 DEC 2010 | 1844 | Z | IN WORK | 03 DEC 2010 | 1952 | Z | COMPLETED | 04 DEC 2010 | 0610 |

**DISCREPANCY**
2ND STAGE PUMP GASKET NEEDS REPLACED.

**CORRECTIVE ACTION**
REPLACED 2ND STAGE PUMP GASKET AS REQUIRED IAW 260-000

| CORRECTED BY ▓▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓▓▓ | MCN 22BQ0I1 | JCN GKM337605 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|---|
| X52 | | | N | N | UTL HEAT EXCHANGER/BLOWER | | | |

| Assy Cd | Buno/Semo | | WO Status Cd | PILOT/INITIATOR | | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|---|---|
| AHXD | 163077 | | U | ███████████ | | | | 69 |

|  | REPAIR CYCLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | DATE | TIME | EOC | | DATE | TIME | EOC | DATE | TIME |
| RECEIVED | 29 NOV 2010 | 1741 | | IN WORK | 10 JAN 2011 | 0700 | | COMPLETED  18 JAN 2011 | 1324 |

**DISCREPANCY**

UTL OIL HOT LIGHT CAME ON WHILE ON DECK.  EXECUTED PROCEDURES FROM PCL AND DETERMINED THAT THE HEAT EXCHANGER/BLOWER WAS OVERHEATING/SHUTING DOWN.  THIS HAPPENED TWICE ON DECK PRIOR TO FLIGHT AND ONCE AFTER FLIGHT.  DID NOT OCCUR WHILE AIRBORNE.

**CORRECTIVE ACTION**

USING PROCEDURES IN THE 450-200, DETERMINED THAT THE HEAT EXCHANGER OPERATED PROPERLY WHEN THE OVEERTEMP SWITCH IS BYPASSED. REPLACED OVERTEMP SWITCH. INSTALLATION CHECKS GOOD IAW 450-000. AREA FOD FREE AT TIME OF INSPECTION. NPPC.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ███████████ | ███████████ | ███████ | 22BQ0BT | GKM333637 |

# ADB Work Order

| Work Center | | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|---|
| 120 | | | N | N | 2ND STG PRESS. REDUCER | | | |

| Assy Cd | Buno/Serno | | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|---|
| AHXD | 163077 | | U | ▮▮▮▮▮▮ | | | 69 |

| REPAIR CYCLE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 26 NOV 2010 | 2215 | | IN WORK | 26 NOV 2010 | 2216 | | COMPLETED | 27 NOV 2010 | 0107 |

DISCREPANCY

2ND STG 1000 PSI PRESSURE REDUCER IS LEAKING FROM FITTING.

CORRECTIVE ACTION

TIGHTEN AFCS 2ND STG 1000 PSI PRESSURE REDUCER 2ND IAW 450-000

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | 22BQ083 | GKM330747 |

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason 2ND STG PRESS. TRANSMIT. | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | WO Status Cd U | PILOT/INITIATOR ▮▮▮▮▮ | | | In Process Inspections | Modex 69 |

| | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 26 NOV 2010 | 2211 | | IN WORK | 26 NOV 2010 | 2212 | | COMPLETED | 27 NOV 2010 | 0204 |

DISCREPANCY
2ND STAGE PRESSURE TRANSMITTER IS LEAKING FROM BACK FITTING.

CORRECTIVE ACTION
TIGHTEN 2ND STG PRESSURE TRANSMITTER JAMNUT IAW 450-000.

| CORRECTED BY ▮▮▮▮▮ | INSPECTED BY ▮▮▮▮▮ | MAINT CONTROL ▮▮▮▮▮ | MCN 22BQ082 | JCN GKM330746 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 211 | | | CF Reqd N | QA Reqd N | System Reason B/F C/B POPS | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | | WO Status Cd U | PILOT/INITIATOR ▇▇▇▇▇▇▇▇ | | In Process Inspections | | Modex 69 |

| REPAIR CYCLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | DATE | TIME |
| RECEIVED | 22 SEP 2010 | 1400 | | IN WORK | 04 OCT 2010 | 0600 | | COMPLETED 07 OCT 2010 | 0910 |

**DISCREPANCY**

BLADEFOLD C/B POPS WHEN PITCHLOCK SWITCH IS PLACED IN ENGAGE OR WHEN HEAD REACHES FOLD POSITION. ****NEW WORK:  AE007****

**CORRECTIVE ACTION**

REAPIRED MULTIPLE WIRES ALONG 2ND STAGE ISOLATION VALVE HARNESS, SYSTEM OP CHECKS GOOD IAW 140-200.

| CORRECTED BY ▇▇▇▇▇▇ | INSPECTED BY ▇▇▇▇▇▇ | MAINT CONTROL ▇▇▇▇▇▇ | MCN 0NGHNP9 | JCN WC8265279 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | |
|---|---|---|---|---|---|---|
| 120 | | N | N | ENGINE START LEAKS | | |

| Assy Cd | Buno/Serno | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|
| AHXD | 163077 | U | ▓▓▓▓▓▓▓▓▓ | | | 69 |

| | | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 15 SEP 2010 | 0626 | | IN WORK | 22 SEP 2010 | 1405 | | COMPLETED | 22 SEP 2010 | 1524 |

DISCREPANCY

ENGINE START HYDRAULIC FITTINGS LEAKING. NEW WORK: AE010

CORRECTIVE ACTION

ENGINE START LEAKS FIXED AS REQUIRED IAW 450-000.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | 0NGHNNX | WC8258226 |

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason 2ND STAGE RESERVOIR | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | WO Status Cd U | PILOT/INITIATOR ▓▓▓▓▓▓▓ | | | In Process Inspections | Modex 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 15 SEP 2010 | 0622 | | IN WORK | 22 SEP 2010 | 1354 | | COMPLETED | 22 SEP 2010 | 1525 |

**DISCREPANCY**
2ND STAGE RESERVOIR IS LEAKING OUT OF LIMITS FROM THE SIGHT GAUGE AND WEEP HOLE. NEW WORK: AE010

**CORRECTIVE ACTION**
REMOVED AND REPLACED 2ND STAGE RSVR IAW 450-000, CHECKS GOOD AS REQUIRED.

| CORRECTED BY ▓▓▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓ | MCN 0NGHNNU | JCN WC8258223 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason ENGINE START RTRN MANIFOL | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | WO Status Cd U | PILOT/INITIATOR | | | In Process Inspections | Modex 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 15 SEP 2010 | 0621 | | IN WORK | 16 SEP 2010 | 0600 | | COMPLETED | 22 SEP 2010 | 1526 |

**DISCREPANCY**
ENGINE START RETURN MANIFOLD LEAKING FROM FILTER BOWL. NEW WORK: AE010

**CORRECTIVE ACTION**
REMOVED AND REPLACED ENGINE START RETURN MANIFOLD IAW 450-000.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 0NGHNNT | JCN WC8258222 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|
| 120 | | N | N | 2ND STG PRESS | | | |
| Assy Cd | Buno/Serno | WO Status Cd | PILOT/INITIATOR | | | In Process Inspections | Modex |
| AHXD | 163077 | **U** | Transfer | | | | **69** |

| REPAIR CYCLE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | | DATE | TIME |
| RECEIVED | 12 FEB 2010 | 0856 | | IN WORK | 22 SEP 2010 | 1337 | | COMPLETED | | 22 SEP 2010 | 1527 |

**DISCREPANCY**

ORIGINAL: 2ATBZ77. ORIGINAL: 307RYOG. ORIGINAL: 307RYBA. 2ND STAGE HYD PRESS TRANSMITTER WILL NOT ADJUST WHEN SECOND STAGE IS SECURED, READS -100 AND ONLY READS 2900 DURING NORMAL OPERATION. TROUBLESHOT TO BAD PRESSURE TRANSMITTER.

**CORRECTIVE ACTION**

PRESSURE TRANSMITTER CHECKS GOOD IAW 450-000.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| | | | 0NGHM37 | WC8043049 |

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason 1ST STG SAMPLE | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | WO Status Cd U | | PILOT/INITIATOR Transfer | | In Process Inspections | Modex 69 |

| REPAIR CYCLE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 12 FEB 2010 | 0856 | | IN WORK | 22 SEP 2010 | 1330 | | COMPLETED | 22 SEP 2010 | 1530 |

**DISCREPANCY**

ORIGINAL: 2ATBZ74. ORIGINAL: 307RYOD. ORIGINAL: 307RY7K. 1ST STG SAMPLE DUE TO R&R 1ST STG PUMP.

**CORRECTIVE ACTION**

RESAMPLED 1ST STAGE DURING TESTLINE PROCEDURES. CHECKS GOOD IAW 450-000.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 0NGHM34 | JCN WC8043053 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | |
|---|---|---|---|---|---|---|
| 120 | | N | N | 2ND STG LEAK | | |
| Assy Cd | Buno/Serno | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
| AHXD | 163077 | U | ▮▮▮▮▮▮▮▮ | | | **69** |

| | REPAIR CYCLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | DATE | TIME |
| RECEIVED | 24 JAN 2011 | 1941 | | IN WORK | 24 JAN 2011 | 2100 | | COMPLETED 24 JAN 2011 | 2259 |

**DISCREPANCY**

2ND STG LEAKING, PREFORM LEAK CHECK TO ISOLATE THE LEAK.

**CORRECTIVE ACTION**

REPLACED PACKING AND RETAINER ON 2ND STG PRESS TRANSMITER IAW 450-000 PRESSURE CHECK GOOD. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | 229F6CO | GKM024565 |

# ADB Work Order

| Work Center 210 | | | CF Reqd N | QA Reqd N | System Reason NUMBER 1 ENG. | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd U | | PILOT/INITIATOR ▮▮▮▮▮▮▮▮ | | In Process Inspections | Modex 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 24 JAN 2011 | 1749 | | IN WORK | 25 JAN 2011 | 0830 | | COMPLETED | 25 JAN 2011 | 0856 |

**DISCREPANCY**
NNMBER ONE ENGINE WILL NOT START.  NO NG INDICATION.  TROUBLESHOT TO CANNON PLUG AND HAND SAFETY WIRED THE CANNON PLUG AND IT APPEARED TO WORK.

**CORRECTIVE ACTION**
SAFETY WIRED THE #1 CANNON PLUG ON THE ENG START VALVE. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▮▮▮▮▮▮ | INSPECTED BY ▮▮▮▮▮▮ | MAINT CONTROL ▮▮▮▮▮▮ | MCN 229F6CL | JCN GKM024566 |
|---|---|---|---|---|

# ADB Work Order

| Work Center X52 | | CF Reqd N | QA Reqd N | System Reason CORRODED TERMINAL | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | WO Status Cd U | PILOT/INITIATOR ▓▓▓▓▓ | | In Process Inspections | Modex 69 | |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 07 JAN 2011 | 0847 | | IN WORK | 17 JAN 2011 | 0901 | | COMPLETED | 17 JAN 2011 | 1028 |

**DISCREPANCY**

PYLON DISCONNECT COUPLING LIMIT SWITCH CORRODED TERMINAL.

**CORRECTIVE ACTION**

CLEANED CORROSION OFF PYLON DISCONNECT COUPLING SWITCH TERMINAL IAW 505 MANUAL. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▓▓▓▓▓▓ | INSPECTED BY ▓▓▓▓ | MAINT CONTROL ▓▓▓▓ | MCN 229F5R3 | JCN GKM003C26 |
|---|---|---|---|---|

# ADB Work Order

| Work Center X51 | | CF Reqd N | QA Reqd N | System Reason INFLIGHT FILLER CAP | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | WO Status Cd U | PILOT/INITIATOR ▓▓▓▓▓ | | | In Process Inspections | Modex 69 |

| | REPAIR CYCLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 06 JAN 2011 | 0956 | | IN WORK | 11 JAN 2011 | 0746 | | COMPLETED | 17 JAN 2011 | 0820 |

DISCREPANCY
INFLIGHT FILLER CAP ATRIPPED

CORRECTIVE ACTION
REPLACED INFLIGHT FILLER CAP IAW 450-000 AREA IS FOD FREE AT TIME OF INSPECTION

| CORRECTED BY ▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓ | MCN 229F5Q1 | JCN GKM006594 |
|---|---|---|---|---|

# ADB Work Order

| Work Center<br>X51 | | | CF Reqd<br>N | QA Reqd<br>N | System Reason<br>PYLON FOLD SEQUENCE VALVE | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd<br>AHXD | Buno/Serno<br>163077 | | WO Status Cd<br>**D** | PILOT/INITIATOR<br>▓▓▓▓ | | | In Process Inspections | Modex<br>**69** |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 06 JAN 2011 | 0925 | Z | IN WORK | 07 JAN 2011 | 0700 | Z | COMPLETED | 11 JAN 2011 | 1432 |

**DISCREPANCY**
PYLON FOLD SEQUENCE VALVE SEVERLY WORN AND CORRODED

**CORRECTIVE ACTION**
REMOVED AND REPLACED PYLON FOLD SEQUENCE VALVE IAW 450-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY<br>▓▓▓▓ | INSPECTED BY<br>▓▓▓▓ | MAINT CONTROL<br>▓▓▓▓ | MCN<br>229F5PL | JCN<br>GKM006579 |
|---|---|---|---|---|

# ADB Work Order

| Work Center<br>X51 | | | CF Reqd<br>N | QA Reqd<br>N | System Reason<br>LOWER PYLON LOCKPIN ASSY | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd<br>AHXD | Buno/Serno<br>163077 | | WO Status Cd<br>D | PILOT/INITIATOR<br>▆▆▆▆▆▆ | | | In Process Inspections | Modex<br>**69** |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 06 JAN 2011 | 0923 | Z | IN WORK | 06 JAN 2011 | 1200 | Z | COMPLETED | 14 JAN 2011 | 1455 |

**DISCREPANCY**
LOWER PYLON FOLD LOCKPIN GOUGED

**CORRECTIVE ACTION**
REMOVED AND REPLACED LOWER PYLON FOLD LOCK PIN IAW 450-000 AREA IS CLEAN AND FOD FREE AT TIME OF INSPECTION

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN<br>229F5PK | JCN<br>GKM006578 |
|---|---|---|---|---|
| ▆▆▆▆▆ | ▆▆▆▆▆ | ▆▆▆▆▆ | | |

# ADB Work Order

| Work Center | | | CF Reqd | QA Reqd | System Reason | | | | |
|---|---|---|---|---|---|---|---|---|---|
| X51 | | | N | N | UPPER PYLON LOCKPIN ASSY | | | | |
| Assy Cd | Buno/Semo | | WO Status Cd | PILOT/INITIATOR | | | | In Process Inspections | Modex |
| AHXD | 163077 | | **D** | ▮▮▮▮▮▮▮▮ | | | | | **69** |

| REPAIR CYCLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | DATE | TIME |
| RECEIVED | 06 JAN 2011 | 0917 | Z | IN WORK | 06 JAN 2011 | 0918 | Z | COMPLETED   14 JAN 2011 | 1444 |

**DISCREPANCY**
UPPER PYLON FOLD LOCKPIN GOUGED

**CORRECTIVE ACTION**
REMOVED AND REPLACED UPPER PYLON FOLD LOCKPIN IAW 450-000 AREA CLEAN AND FOD FREE AT TIME OF INSPECTION

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | 229F5PJ | GKM006577 |

| Assy Serno | Serno | Mcn | Wuc | Cmp Dt | Sys Rsn |
|---|---|---|---|---|---|
| | 163077 | 0NGHM3C | 42AN0 | 9/28/2010 13:42:43 | BMS CONNECTOR |
| | 163077 | 0NGHNQW | 42AK4 | 9/29/2010 10:51:55 | @#3 GENERATOR |
| | 163077 | 228PZWN | 42A5300 | 11/20/2010 10:45:06 | PILOT SPOT LIGHT |
| | 163077 | 22BQ075 | 42A0J00 | 11/27/2010 02:21:59 | Cannib MISC INTERIOR LIGH |
| | 163077 | 229F4OU | 42A6141 | 12/15/2010 10:45:54 | LEFT SIDE POSITION LIGHT |
| | 163077 | 229F5DR | 42AC1 | 1/12/2011 11:24:30 | HI-TIME: 797 |
| | 163077 | 229F5MB | 42AJY | 1/12/2011 12:15:00 | R/H GEN RELAY WIRES |
| | 163077 | 229F5MV | 42AX3 | 1/12/2011 14:08:54 | RTR HEAD INSP LT LENS |
| | 163077 | 229F5MN | 42AC1 | 1/13/2011 11:48:00 | #1 GEN XFRMR BOOT |
| | 163077 | 229F5MO | 42AC1 | 1/13/2011 13:43:29 | #3 GEN XFRMR BOOT |
| | 163077 | 229F5MP | 42AJA00 | 1/13/2011 13:46:11 | #1 A/C J-BOX FILTHY |
| | 163077 | 229F5MQ | 42AJG00 | 1/13/2011 13:48:20 | #2 A/C J-BOX FILTHY |
| | 163077 | 229F5MR | 42AJB00 | 1/13/2011 13:50:26 | #3 A/C J-BOX FILTHY |
| | 163077 | 229F5MS | 42AJH00 | 1/13/2011 13:56:00 | #2 D/C J-BOX DIRTY |
| | 163077 | 229F5MT | 42AJL | 1/14/2011 11:46:20 | #1 CONV COMP FILTHY |
| | 163077 | 229F5MU | 42AJL | 1/14/2011 11:47:53 | #2 CONV COMP DIRTY |
| | 163077 | 229F5MY | 42AV211 | 1/14/2011 11:52:28 | L/H NAV LT POTTING |
| | 163077 | 229F5QW | 42A4110 | 1/14/2011 11:58:00 | WIRE BUNDLE SLACK |

| Assy Serno | Serno | Mcn | Wuc | Cmp Dt | Sys Rsn |
|---|---|---|---|---|---|
| | 163077 | 229F5QY | 42A411Q | 1/14/2011 12:02:46 | WIRE BUNDLE SLACK |
| | 163077 | 229F5QZ | 42AJX | 1/14/2011 12:04:17 | WIRE BUNDLE NOT SECURE |
| | 163077 | 229F5R0 | 42AJX | 1/14/2011 13:40:00 | GEN RELAY PANEL |
| | 163077 | 229F5R2 | 42AJY | 1/14/2011 13:45:00 | R/H GEN RELAY PANEL |
| | 163077 | 229F5RB | 42AT0 | 1/17/2011 14:10:00 | PYLON TERMINAL BOARD |
| | 163077 | 229F5R9 | 42A411Q | 1/17/2011 14:12:17 | LEFT E-BAY WIRE BUNDLE |
| | 163077 | 2AD1A36 | 42A5300 | 3/3/2011 01:44:13 | COPILOT SPOTLIGHT INOP |
| | 163077 | 2AD1ANX | 42A4D | 3/10/2011 10:07:38 | #2 ENGINE T5 GAUGE |
| | 163077 | 2AD1AXL | 42AJX | 3/16/2011 23:20:25 | NO. 2 BLOWER |

## COMPLETE WORK ORDER FOR...

| MCN | JCN | | Type WO | Org Code | Modex | Buno/Semo | Assy Cd | Work Center | CF Req | QA Req |
|---|---|---|---|---|---|---|---|---|---|---|
| 229F5QW | GKM003C11 | | PF | GKM | **69** | 163077 | AHXD | X52 | N | N |

| Intrm Cd | Code | | Basic No | | Rev Ltr | | | Amend | | Part | | Kit No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Turn-In Doc | WUC/UNS | | | Trans | M/L | Item Process | Action Taken | Mal Code | Disc Code | Type Maint |
|---|---|---|---|---|---|---|---|---|---|---|
| | 42A4110 | *FWD COCKP,T* *Instrument PnL* | | 11 | 1 | 1 | C | W31 | M | G |

| REMOVED/OLD ITEM | | INSTALLED/NEW ITEM | |
|---|---|---|---|
| Cage | Serial Number | Cage | Serial Number |
| Part Number | Date Removed<br>00    0000 0000 | Part Number | Date Installed<br>00    0000 0000 |

| Man Hrs<br>1.2 | Elapsed Hrs<br>0.4 | Received<br>07 JAN 2011 0834 | EOC | In Work<br>14 JAN 2011 1008 | EOC | Completed<br>14 JAN 2011 1158 | WO Status Cd<br>**U** |
|---|---|---|---|---|---|---|---|

| Meter | In Process Insp<br>N | Safety EI | Posit | Fld | Tech | System Reason<br>WIRE BUNDLE SLACK |
|---|---|---|---|---|---|---|

### (H-Z) Failed/Required Material

| Index | F/P | A/T | MAL | Cage | Part Number | QTY | PROJ | PRI | Date ORD | DDSN | Date RCVD | NOMEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**DISCREPANCY**

INITIATOR

WIRE BUNDLE @ F/S 442, SEVERAL TIE POINTS NOT SECURE, BUNDLE SLACK NOT CORRECT.

**CORRECTIVE ACTION**

ADJUSTED WIRE BUNDLE SLACK AND SECURED WIRE BUNDLE AS REQUIRED. INSTALLATION CHECKS GOOOD IAW 420-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL |
|---|---|---|
| | | |

# COMPLETE WORK ORDER FOR...

| MCN 229F5QZ | JCN GKM003C15 | | Type WO PF | Org Code GKM | Modex **69** | Buno/Serno 163077 | Assy Cd AHXD | Work Center X52 | CF Req N | QA Req N |
|---|---|---|---|---|---|---|---|---|---|---|
| Intrm Cd | Code | Basic No | | Rev Ltr | | Amend | | Part | | Kit No |

| Turn-In Doc | WUC/UNS 42AJX  *L/H General Relay Pnl* | | Trans 11 | M/L 1 | Item Process 1 | Action Taken C | Mal Code W33 | Disc Code M | Type Maint G |
|---|---|---|---|---|---|---|---|---|---|

| REMOVED/OLD ITEM | | INSTALLED/NEW ITEM | |
|---|---|---|---|
| Cage | Serial Number | Cage | Serial Number |
| Part Number | Date Removed 00   0000 0000 | Part Number | Date Installed 00   0000 0000 |

| Man Hrs 0.9 | Elapsed Hrs 0.3 | Received 07 JAN 2011 0843 | EOC | In Work 14 JAN 2011 1117 | EOC | Completed 14 JAN 2011 1204 | WO Status Cd U |
|---|---|---|---|---|---|---|---|
| Meter | In Process Insp N | Safety El | Posit | Fid | Tech | System Reason WIRE BUNDLE NOT SECURE | |

### (H-Z) Failed/Required Material

| Index | F/P | A/T | MAL | Cage | Part Number | QTY | PROJ | PRI | Date ORD | DDSN | Date RCVD | NOMEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DISCREPANCY**

INITIATOR ▉▉▉▉▉▉

WIRE BUNDLES ADJACENT TO L/H GENERAL RELAY PANEL NOT SECURED.

**CORRECTIVE ACTION**
SECURED WIRE BUNDLE AS REQUIRED. INSTALLATION CHECKS GOOD IAW 420-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▉▉▉▉▉ | INSPECTED BY ▉▉▉▉▉ | MAINT CONTROL ▉▉▉▉▉ |
|---|---|---|

Page 1 of 1

# COMPLETE WORK ORDER FORM

| MCN 229F5R0 | JCN GKM003C23 | | Type WO PF | Org Code GKM | Modex **69** | Buno/Serno 163077 | | Assy Cd AHXD | Work Center X52 | CF Req N | QA Req N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Intrm Cd | Code | Basic No | | Rev Ltr | | | Amend | | Part | | Kit No |

| Turn-In Doc | WUC/UNS 42AJX  LHH General Relay Pnl | | | Trans 11 | M/L 1 | Item Process 1 | Action Taken C | Mal Code 306 | Disc Code M | Type Maint G |
|---|---|---|---|---|---|---|---|---|---|---|

| REMOVED/OLD ITEM | | INSTALLED/NEW ITEM | |
|---|---|---|---|
| Cage | Serial Number | Cage | Serial Number |
| Part Number | Date Removed 00   0000 0000 | Part Number | Date Installed 00   0000 0000 |

| Man Hrs 2.1 | Elapsed Hrs 0.7 | | EOC | In Work 07 JAN 2011 0844 | EOC | Completed 14 JAN 2011 1340 | WO Status Cd **U** |
|---|---|---|---|---|---|---|---|
| Meter | In Process Insp N | Safety EI | Posit | Fid | Tech | System Reason GEN RELAY PANEL | |

**(H-Z) Failed/Required Material**

| Index | F/P | A/T | MAL | Cage | Part Number | QTY | PROJ | PRI | Date ORD | DDSN | Date RCVD | NOMEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Received** 14 JAN 2011 1222

| DISCREPANCY | INITIATOR |
|---|---|
| #1 GENERAL RELAY PANEL COMPONENTS FILTHY. | ▓▓▓▓▓▓▓▓ |

**CORRECTIVE ACTION**
CLEANED #1 GENERAL RELAY PANEL AND ALL COMPONENTS AND WIRING. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ |

Page 1 of 1

## COMPLETE  WORK  ORDER FOR...

| MCN 229F5R2 | JCN GKM003C18 | | Type WO PF | Org Code GKM | Modex 69 | Buno/Serno 163077 | Assy Cd AHXD | Work Center X52 | CF Req N | QA Req N |
|---|---|---|---|---|---|---|---|---|---|---|
| Intrm Cd | Code | Basic No | | Rev Ltr | | | Amend | Part | | Kit No |

| Turn-In Doc | WUC/UNS 42AJY R/H General Relay Pnl | | Trans 11 | M/L 1 | Item Process 1 | Action Taken C | Mal Code 306 | Disc Code M | Type Maint G |
|---|---|---|---|---|---|---|---|---|---|

| REMOVED/OLD ITEM | | INSTALLED/NEW ITEM | |
|---|---|---|---|
| Cage | Serial Number | Cage | Serial Number |
| Part Number | Date Removed 00   0000 0000 | Part Number | Date Installed 00   0000 0000 |

| Man Hrs 2.1 | Elapsed Hrs 0.7 | | EOC | In Work 07 JAN 2011 0846 | EOC | Completed 14 JAN 2011 1303 | WO Status Cd U |
|---|---|---|---|---|---|---|---|
| Meter | In Process Insp N | Safety EI | Posit | Fid | Tech | System Reason R/H GEN RELAY PANEL | |

### (H-Z) Failed/Required Material

| Index | F/P | A/T | MAL | Cage | Part Number | QTY | PROJ | PRI | Date ORD | DDSN | Date RCVD | NOMEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DISCREPANCY**

**INITIATOR**

#2 GENERAL RELAY PANEL FILTHY.

**CORRECTIVE ACTION**
CLEANED #2 GENERAL RELAY PANEL, ALL COMPONENTS AND WIRING. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL |
|---|---|---|

## COMPLETE WORK ORDER FORM

| MCN 229F5R9 | JCN GKM003C20 | | Type WO PF | Org Code GKM | Modex 69 | Buno/Serno 163077 | | Assy Cd AHXD | Work Center X52 | CF Req N | QA Req N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Intrm Cd | Code | Basic No | | Rev Ltr | | Amend | | Part | | | Kit No |

| Turn-In Doc | WUC/UNS 42A4110 | Cockpit DOME Light Pwl Assy | | Trans 11 | M/L 1 | Item Process 1 | Action Taken C | Mal Code W33 | | Disc Code M | Type Maint G |
|---|---|---|---|---|---|---|---|---|---|---|---|

| REMOVED/OLD ITEM | INSTALLED/NEW ITEM |
|---|---|

| Cage | | Serial Number | Cage | | Serial Number |
|---|---|---|---|---|---|
| Part Number | | Date Removed 00   0000 0000 | Part Number | | Date Installed 00   0000 0000 |

| Man Hrs 1.8 | Elapsed Hrs 0.6 | Received 07 JAN 2011 0858 | EOC | In Work 17 JAN 2011 1139 | EOC | Completed 17 JAN 2011 1412 | WO Status Cd U |
|---|---|---|---|---|---|---|---|

| Meter | In Process Insp N | Safety EI | PosIt | Fld | Tech | System Reason LEFT E-BAY WIRE BUNDLE | |
|---|---|---|---|---|---|---|---|

**(H-Z) Failed/Required Material**

| Index | F/P | A/T | MAL | Cage | Part Number | QTY | PROJ | PRI | Date ORD | DDSN | Date RCVD | NOMEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DISCREPANCY | INITIATOR |
|---|---|
| LEFT E-BAY WIRE BUNDLE ON LOWER SHELF IMPROPERLY SECURED, WIRES IN A TWISTED MESS. | |

**CORRECTIVE ACTION**
PROPERLY SECURED WIRE BUNDLE IN LEFT E-BAY LOWER SHELF AS REQUIRED. INSTALLATION CHECKS GOOD IAW 420-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL |
|---|---|---|

# INSPECTION RECORD

PHASE
(Periodical or Conditional)

| 1. AIRCRAFT MODEL/EQUIPMENT NAME | 2. TYPE/MODEL/SERIES | 3. BUNO OR SERIAL NUMBER |
|---|---|---|
| CH-53E | | 163077 |

| 4. TYPE OR DESCRIPTION OF INSPECTION | 5. REFERENCE | 6. DATE COMMENCED | 7. DATE COMPLETED | 8. ACTIVITY | 9. SIGNATURE |
|---|---|---|---|---|---|
| PHASE "C"/5762.5 | A1-H53CE-MRC-400 | 090821 | 091005 | HMH-462 | ████ |
| Phase "D" / 5153.0 | A1-H53CG-MRC-400 | 11 0103 | 11 01 20 | HMH-465 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

OPNAV 4790/22A (Rev. 1-84)

# INSPECTION RECORD

CONDITIONAL (Periodical or Conditional)

| 1. AIRCRAFT MODEL/EQUIPMENT NAME | 2. TYPE/MODEL/SERIES | 3. BUNO OR SERIAL NUMBER |
|---|---|---|
| CH-53E | | 163077 |

| 4. TYPE OR DESCRIPTION OF INSPECTION | 5. REFERENCE | 6. DATE COMMENCED | 7. DATE COMPLETED | 8. ACTIVITY | 9. SIGNATURE |
|---|---|---|---|---|---|
| TRANSFER INSP/5350.7 | COMNAVAIRFORINST 4790.2 | 081023 | 081023 | HMH-462 | |
| ACCEPTANCE INSP/5350.7 | COMNAVAIRFORINST 4790.2 | 081024 | 081024 | HMH-466 | |
| TRANSFER INSP/A5455.3 | COMNAVAIRFORINST 4790.2A | 090315 | 090315 | HMH-466 | |
| ACCEPTANCE INSP/A5465.0 | COMNAVAIRFORINST 4790.2A | 090315 | 090316 | HMH-361 | |
| TRANSFER INSP/5714.6 | COMNAVAIRFORINST 4790.2A | 090806 | 090806 | HMH-361 | |
| ACCEPTANCE INSP/5732.3 | COMNAVAIRFORINST 4790.2A | 090815 | 090815 | HMH-462 | |
| ONE TIME INSP/5762.5 | A1-H53CE-420-000 | 090912 | 090915 | HMH-462 | |
| TRANSFER INSP/5824.9 | COMNAVAIRFORINST 4790.2A | 091127 | 091127 | HMH-462 | |
| ACCEPTANCE INSP/5824.9 | COMNAVAIRFORINST 4790.2A | 091128 | 091128 | HMH-366 DET B | |
| TRANSFER INSP/5874.7 | COMNAVAIRFORINST 4790.2A | 100112 | 100112 | HMH-366 DET B | |
| ACCEPTANCE INSP / | COMNAVAIRFORINST 4790.2A CH2 | 100121 | 100407 | FRCSW SAN DIEGO | |
| TRANSFER INSP / | COMNAVAIRFORINST 4790.2A CH2 | 101007 | 101007 | FRCSW SAN DIEGO | |
| ACCEPTANCE INSP /5800.5 | COMNAVAIRFORINST 4790.2A CH2 | 101008 | 101020 | HMH-465 | |
| TRANSFER INSP / 5704.3 | CoM NAVAERFORIUST 4790.2A CH2 | 110214 | 110214 | HMH-465 | |
| ACCEPTANCE INSP / 5941.8 | Comnavaerforinst 4790.2A | 110202 | 110206 | HMH-361 | |

OPNAV 4790/22A (Rev. 1-84)

## MISCELLANEOUS/HISTORY

| AIRCRAFT MODEL OR EQUIPMENT NAME | EQUIPMENT MODEL/TYPE | BUNO OR SERIAL NO. |
|---|---|---|
| CH-53E | | 163077 |

| DATE | REMARKS |
|---|---|
| 091127 | EFFECTIVE THIS DATE, TRANSFERRED ACFT BUNO 163077 TO HMH-366 IAW PAC ATL #1132-10 MSG DTG 091258Z NOV 09. THE MONTHLY FLIGHT SUMMARY FLIGHT HOURS IN PERIOD AND SINCE NEW WERE VERIFIED TO BE CORRECT. |
| | HMH-462 |
| 091128 | EFFECTIVE THIS DATE, RCVD BUNO 163077 FM HMH-462 IAW 2ND MAW ATL NR J132-10 MSG DTG 091258Z NOV 09. HYD SAMPLES TAKEN AT TIME OF ACCEPTANCE WITH FOLLOWING RESULTS: 1ST STAGE CLASS 3, 2ND STAGE CLASS 5, UTILITY CLASS 3. PERIOD 003, FID 0711, OSM 224. PHASE BASE TIME ACFT TSN 5627.2 WITH NEXT PHASE "D" DUE AT ACFT TSN 5927.2 14 DAY INSP BASE DATE 25NOV2009 WITH NEXT INSP DUE ON 09DEC2009, 28 DAY INSP BASE DATE 25NOV2009 WITH NEXT INSP DUE ON 23DEC2009, 56 DAY INSP BASE DATE 25NOV2009 WITH NEXT INSP DUE ON 20JAN2009, 6 MONTH (182 DAY) INSP BASE DATE 24OCT2009 WITH NEXT INSP DUE ON 24APR2010, 1 YEAR INSP BASE DATE 13MAY2009 WITH NEXT INSP DUE ON 13MAY2010. 1 YEAR COMPASS SWING INSP BASE DATE 13MAY2009 WITH NEXT INSP DUE ON 13MAY2010. 1 YEAR AHRS INSP BASE DATE 13MAY2009 WITH NEXT INSP DUE ON 13MAY2010. 25 HR INSP BASE TIME 5810.1 ACFT TSN WITH NEXT INSP DUE AT 5835.1 ACFT TSN. 50 HR INSP BASE TIME 5759.8 ACFT TSN WITH NEXT INSP DUE AT 5859.8 ACFT TSN. 100 HR BASE TIME ACFT TSN WITH NEXT INSP DUE AT 5246.4 ACFT TSN. 450 HR INSP PERFORMED AT 5717.2 ACFT TSN WITH NEXT INSP DUE AT 5917.2 ACFT TSN. 1200 HR INSP BASE TIME 4493.5 ACFT TSN WITH NEXT INSP DUE AT 6893.5 ACFT TSN. THE MONTHLY FLIGHT SUMMARY FLIGHT HOURS IN PERIOD AND SINCE NEW WERE VERIFIED TO BE CORRECT. |
| | HMH-366 DET B |

OPNAV FORM 4790/25A (8-69)

## MISCELLANEOUS/HISTORY

| AIRCRAFT MODEL OR EQUIPMENT NAME | EQUIPMENT MODEL/TYPE | BUNO OR SERIAL NO. |
|---|---|---|
| CH-53E | | 163077 |

| DATE | REMARKS |
|---|---|
| 100929 | THE FOLLOWING SPECIAL INSPECTIONS WERE ACCOMPLISHED CONCURRENTLY WITH THE PMI-D PROCESS: 14 DAY, 28 DAY, 56 DAY, 90 DAY, 6 MONTH, 365 DAY AND 400 HOUR ON THE TAIL ROTOR DRIVE SHAFTS #2, #3, #4, #5, #6. REFER TO THE CH-53E IMC SPEC ON MRC INSPECTIONS NOT ACCOMPLISHED. SAN DIEGO |
| 100929 | HYDRAULIC FLUID SAMPLES TAKEN THIS DATE. RESULTS: 1ST STAGE – CLASS 3, 2ND STAGE – CLASS 3, UTILITY – CLASS 4. SAN DIEGO |
| 101007 | THIS AIRCRAFT IS TRANSFERRED TO HMH-465 UPON COMPLETION OF PMI-D.  THE MONTHLY FLIGHT SUMMARY FLIGHT HOURS IN PERIOD AND SINCE NEW WERE VERIFIED TO BE CORRECT. SAN DIEGO |
| 101013 | EFFECTIVE THIS DATE, 14, 24, 56 DAY SPECIAL INSPECTION INDUCTION DATE WAS RESCHEDULED FROM 100929 TO 101013 AS AUTHORIZED BY COMNAVAIRFORINST 4790.2 A CH 2. HMH-465 |
| 10 10 21 | EFFECTIVE THIS DATE, PHASE INSPECTION INDUCTION HOURS WAS VERIFIED AND WHEN DUE CALCULATED NOT TO EXCEED 200 HOURS FROM PREVIOUS PHASE. NEXT PHASE DUE "D" PHASE AT 5985.5 TSN.  NO 10% ALLOWED IAW COMNAVAIRFOR  SAN DIEGO  CA  01081EZ  HMH-465 |

OPNAV FORM 4790/25A (8-69)

# MISCELLANEOUS/HISTORY

| AIRCRAFT MODEL OR EQUIPMENT NAME | EQUIPMENT MODEL/TYPE | BUNO OR SERIAL NO. |
|---|---|---|
| CH-53E | | 163077 |

| DATE | REMARKS |
|---|---|
| 110215 | EFFECTIVE THIS DATE, (LATE ENTRY: 101020), RCVD ACFT BUNO 163077 FROM FRC SW SAN DIEGO,CA UPON COMPLETION OF PMI-D. PHASE BASE TIME IS 5762.5 WITH NEXT "D" PHASE DUE AT 5962.5. THIS DATE, THE MONTHLY FLIGHT SUMMARY FLIGHT HOURS IN PERIOD AND SINCE NEW WERE VERIFIED TO BE CORRECT.

HMH-465, MAG-16 |
| 110216 | EFFECTIVE THIS DATE, ACFT BUNO 163077 WAS TRANSFERRED TO HMH 361 IAW CG 3RD MAW ATL J132-11. ACFT BASE DATES AND TIMES WERE VERIFIED/ESTABLISHED AND ARE AS FOLLOWS:

INSP/BASE/NEXT DUE — INSP/BASE/NEXT DUE

SPECIAL 14 DAY/101013 / 110302 — M.E. 14 DAY/101013 / 110302

SPECIAL 28 DAY/101013 / 110302 — M.E. 28 DAY/101013 / 110302

SPECIAL 56 DAY/101013 / 110330 — M.E. 182 DAY/100929 / 110330

SPECIAL 182 DAY/100929 / 110330 — M.E. 364 DAY/100929 / 110928

SPECIAL 364 DAY/100929 / 110928 — M.E. 3 YR./ 100126 / 130126

SPECIAL 25 HR/ 5931.1 / 5981.1 — M.E. 200 HR/5880.3 / 6080.3

SPECIAL 50 HR/ 5809.8 / 5774.0  6063.00  6071.8 — M.E. 400 HR/5874.7 / 6274.7

SPECIAL 100 HR/ 5917.2 / 6017.2 — M.E. 800 HR/ 5874.7 / 6674.7

SPECIAL 150 HR/ 5912.1 / 6062.1 — PHASE/ 5762.5/ 6162.50  5593.6 / 6153.0

SPECIAL 1200 HR/5693.5 / 6893.5

THE MONTHLY FLIGHT SUMMARY HOURS IN PERIOD AND IN LIFE WERE VERIFIED TO BE CORRECT.

HMH-465 |

## MISCELLANEOUS/HISTORY

| AIRCRAFT MODEL OR EQUIPMENT NAME | TYPE/MODEL/SERIES | BUNO OR SERIAL NO |
|---|---|---|
| CH-53E | | 163077 |

| DATE | REMARKS |
|---|---|
| 110110 | EFFECTIVE THIS DATE, RECEIVED ACFT BUNO 163077 FROM HMH-465 IAW CG 3RD MAW ATL NR J132-11 MSG DTG 041637Z JAN 11.  THE FOLLOWING INSPECTION BASE TIMES AND WHEN DUE TIMES HAVE BEEN ESTABLISHED: |

| INSPECTION | BASE TIME | WHEN DUE |
|---|---|---|
| 200 HOUR PHASE (A) | 5953.0 | 6153.0 |
| 25 HOUR | 5931.1 | 5981.1 |
| 50 HOUR | 5809.8 | 6009.8 |
| 100 HOUR | 5917.2 | 6017.2 |
| 150 HOUR | 5912.1 | 6062.1 |
| 200 HOUR M.E. | 5880.3 | 6080.3 |
| 400 HOUR M.E. | 5874.7 | 6274.7 |
| 800 HOUR M.E. | 5874.7 | 6674.7 |
| 1200 HOUR | 5693.5 | 6893.5 |
| 14 DAY | 101013 | 110302 |
| 14 DAY M.E. | 101013 | 110302 |
| 28 DAY | 101013 | 110302 |
| 28 DAY M.E. | 101013 | 110302 |
| 56 DAY | 101013 | 110330 |
| 182 DAY | 100929 | 110330 |
| 182 DAY M.E. | 100929 | 110330 |
| 364 DAY | 100929 | 110928 |

OPNAV 4790/25A (REV 8-69) S/N 0107-LF770-3505

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Site : HMH361

Requested ORG Code : GH7
BUNO      : 163077
TD Code   : ALL
TD Basic  : ALL

Date : 27 APR 2011
Time : 09:34
Req By :
Page : Page 1 of 8

| BUNO/ Serno | Component Serno | TD Code | TD Basic | KN | AMP AREA INTV ENDR RI | MCN | M/L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Exondtr | Usage Remng |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | 00040 | 93 | 0003 | 00 | | R | 3 | 7294200 | 22 Jan 2007 | 30 Jun 2015 | 3.0 | REINSTL FIT PGS RMVD ON PREV SW INSTL-NO LONGER ON ACTV TDSA | | 1.000 |
| | | | 0011 | | | R | 3 | 7294200 | 17 Jun 2010 | 30 Jun 2018 | 3.0 | INSTL OF FLIR SYS, SEU, DP SW VER 4.03 AND VSP SW VER 2.40 | | 1.0.. |
| | 163077 | 50 | 0619 | A1 | | R | 3 | 1000000 | 11 Aug 2005 | 30 Jun 2013 | 1280.0 | C/W INSTRUCTIONS FOR INSTALLATION OF THE INTEGRATED | | 1.000 |
| | | | 0549 | | | R | 3 | 1000000 | 08 Jan 2009 | 30 Jun 2016 | 20.0 | COMPLY W/INSTL OF RT-1851(A) ARC-210 SATCOM RADIO.UP TO | | 1.000 |
| | | | 0549 | | | R | 3 | 1000000 | 08 Jan 2009 | 30 Jun 2016 | 200.0 | COMPLY W/INSTL OF RT-1851(A) ARC-210 SATCOM RADIO.UP TO | | 1.000 |
| | | | 0550 | A1 | | R 2AD1AWJ | 1 | 1000000 | 29 Jul 2010 | 30 Jun 2016 | 0.5 | PERFORM RELOCATION OF APP CLUTCH BLEED AIR LINE | | 1.000 |
| | | | 0555 | A1 | | R | 3 | 1000000 | 06 May 2010 | 31 Dec 2017 | 30.0 | INSTL HEELS WUC 1000000 DEPOT-LVL MOD AS | | 1.000 |
| | | | 0555 | A3 | | R | 3 | 1000000 | 06 May 2010 | 31 Dec 2017 | 20.0 | INSTL HEELS WUC 1000000 DEPOT-LVL MOD AS | | 1.000 |
| | | | 0557 | A1 | | R | 3 | 1000000 | 19 May 2010 | 30 Jun 2018 | 70.0 | INSTL OF MCU | | 1.000 |
| | | | 0562 | A1 | | R | 3 | 1000000 | 17 Dec 2009 | 31 Dec 2017 | 25.0 | INSTL CRASH ATTENUATING CREW CHIEF SEAT IN CH53E | | 1.000 |
| | | | 0566 | A1 | | R | 3 | 1000000 | 08 Mar 2011 | 31 Dec 2013 | 52.0 | INSTL OF CH53E ALE-47 DUAL DISPENSER POD SYSTEM | | 1.000 |

Site : HMH361

Requested ORG Code : GH7
BUNO : 163077
TD Code : ALL
TD Basic : ALL

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Date : 27 APR 2011
Time : 09:34
Req By :
Page : Page 2 of 8

| BUNO/ Serno | Component Serno | TD Code | TD Basic | Kit | I R N E R I V D I I | A M P E A P N R P L I | MCN | M / L WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expndtr | Usage Remng |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | 163077 | 50 | 0565 | A2 | | | R | 3 | 08 Mar 2011 | 31 Dec 2013 | 52.0 | INSTL OF CH53E ALE-47 DUAL DISPENSER POD SYSTEM | | 1.000 |
| | | | 0566 | A3 | | | R | 3 1000000 | 08 Mar 2011 | 31 Dec 2013 | 52.0 | INSTL OF CH53E ALE-47 DUAL DISPENSER POD SYSTEM | | 1.00~ |
| | | | 0566 | A4 | | | R | 3 1000000 | 08 Mar 2011 | 31 Dec 2013 | 52.0 | INSTL OF CH53E ALE-47 DUAL DISPENSER POD SYSTEM | | 1.000 |
| | | | 0569 | 00 | | | R 2AD1AWK | 1 1000000 | 15 Jul 2010 | 30 Jun 2018 | 100.0 | INSTL OF THE T64-GE-419 ENG ONTO THE CH53E | | 1.000 |
| | | 93 | 0008 | 00 | | | R | 1 1000000 | 10 Mar 2011 | 31 Dec 2012 | 0.5 | INSTL ANALE-47(V) OFP SW VER. 1130, SEQUENCER OFP 3049 | | 1.000 |
| | 1842 | 51 | 0091 | 00 | | | R | 1 15A7492 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | 207AB | 61 | 1212 | 00 | | | R | 1 49AP300 | 04 Feb 2002 | 31 Dec 2009 | 6.0 | ADD ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | | | 1324 | 00 | | | R | 1 49AP300 | 26 Jan 2005 | 31 Dec 2012 | 0.5 | PROVIDE PROVISIONS FOR QUICK DISCONNECT OF SINGLE POINT CARGO | | 1.000 |
| | | | 1324 | 00 | | 1 | R | 1 49AP300 | 13 Dec 2005 | | 1.0 | CHANGE PARA 12, RECORDS AFFECTED SECT TO READ: | | 1.000 |
| | 2081 | 61 | 1212 | 00 | | | R | 1 15A6133 | 04 Feb 2002 | 31 Dec 2009 | 6.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | 20L5334 | 67 | 1155 | 00 | | 1 | U 2AD1AVY | 1 91A1L00 | 17 Dec 2010 | 31 Dec 2011 | 0.4 | ACB 1155 A1 ONE-TIME INSPECTION OF OPNAV 4790/138 AIRCREW | | 1.000 |

Site : HMH361

Requested ORG Code : GH7
BUNO : 163077
TD Code : ALL
TD Basic : ALL

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Date :27 APR 2011
Time :09:34
Req By :
Page :Page 3 of 8

| BUNO/ Serno | Component Serno | TD Code | TD Basic | Kit | A M P I R E A N E N R R I V D I I | MCN | M / L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expddr | Usage Remrg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | 269133 | 02 | 0114 | | R | | 2 | 22600 | 28 Jan 2010 | 30 Jun 2018 | 0.5 | REPL 10 O'CLOCK EXHAUST FRAME PREZ ELBOW W/NEW DESIGN | | 1.000 |
| | | | 0119 | | R | | 1 | 22600 | 14 Jul 2010 | 30 Jun 2018 | 16.0 | CONVERSION OF T64-GE-416A TO T64-GE-419 FOR USE ON | | 1.0... |
| | 269447 | 02 | 0114 | | R | | 2 | 22600 | 28 Jan 2010 | 30 Jun 2018 | 0.5 | REPL 10 O'CLOCK EXHAUST FRAME PREZ ELBOW W/NEW DESIGN | | 1.000 |
| | | | 0119 | | R | | 1 | 22600 | 14 Jul 2010 | 30 Jun 2018 | 16.0 | CONVERSION OF T64-GE-416A TO T64-GE-419 FOR USE ON | | 1.000 |
| | 269490 | 02 | 0114 | | R | | 2 | 22600 | 28 Jan 2010 | 30 Jun 2018 | 0.5 | REPL 10 O'CLOCK EXHAUST FRAME PREZ ELBOW W/NEW DESIGN | | 1.000 |
| | | | 0119 | | R | | 1 | 22600 | 14 Jul 2010 | 30 Jun 2018 | 16.0 | CONVERSION OF T64-GE-416A TO T64-GE-419 FOR USE ON | | 1.000 |
| | 2799 | 61 | 1212 | 00 | R | | 1 | 15A6133 | 04 Feb 2002 | 31 Dec 2009 | 6.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | 655 | 61 | 1212 | 00 | R | | 1 | 15A6133 | 04 Feb 2002 | 31 Dec 2009 | 6.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | 95419 | 61 | 1510 | A1 | R | | 3 | 22662 | 05 Aug 2010 | 30 Jun 2018 | 64.0 | COMPLY W/MOD OF T64 MFC | | 1.000 |
| | | | 1510 | B1 | R | | 3 | 22662 | 05 Aug 2010 | 30 Jun 2018 | 64.0 | COMPLY W/MOD OF T64 MFC | | 1.000 |
| | A069-00799 | 51 | 0088 | 00 | B  R | | 3 | 15A7AG0 | 28 Aug 2009 | 31 Dec 2012 | 8.0 | COMPLY W/IMPROVEMENT OF MR DAMPER | | 1.000 |

Site : HMH361

Requested ORG Code : GH7
BUNO : 163077
TD Code : ALL
TD Basic : ALL

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Date : 27 APR 2011
Time : 09:34
Req By :
Page : Page 4 of 8

| BUNO/ Serno | Component Serno | TD Code | TD Basic | Kit | AMP | MCN | M/L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expndtr | Usage Remng |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | A069-00802 | 51 | 0088 | 00 | B | R | 3 | 16A74G0 | 26 Aug 2009 | 31 Dec 2012 | 8.0 | COMPLY W/IMPROVEMENT OF MR DAMPER | | 1.000 |
| | A069-01524 | 51 | 0088 | 00 | B | R | 3 | 16A74G0 | 26 Aug 2009 | 31 Dec 2012 | 8.0 | COMPLY W/IMPROVEMENT OF MR DAMPER | | 1.0.. |
| | | | 0091 | 00 | | R | 1 | 16A74G0 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | ADD ADDITIONAL METHOD OF TRACKING COMPONENTS BY -------- | | 1.000 |
| | A069-01638 | 51 | 0088 | 00 | B | R | 3 | 16A74G0 | 26 Aug 2009 | 31 Dec 2012 | 8.0 | COMPLY W/IMPROVEMENT OF MR DAMPER | | 1.000 |
| | A069-02891 | 51 | 0088 | 00 | B | R | 3 | 16A74G0 | 26 Aug 2009 | 31 Dec 2012 | 8.0 | COMPLY W/IMPROVEMENT OF MR DAMPER | | 1.000 |
| | A069-03049 | 51 | 0088 | 00 | B | R | 3 | 16A74G0 | 26 Aug 2009 | 31 Dec 2012 | 8.0 | COMPLY W/IMPROVEMENT OF MR DAMPER | | 1.000 |
| | A117-00501 | 51 | 0091 | 00 | | R | 1 | 16A6100 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY -------- | | 1.000 |
| | A117-02546 | 51 | 0091 | 00 | | R | 1 | 16A6100 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | A117-04108 | 51 | 0091 | 00 | | R | 1 | 16A6100 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY -------- | | 1.000 |
| | A130-00383 | 51 | 0091 | 00 | | R | 1 | 16A74J0 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | ADD ADDITIONAL METHOD OF TRACKING COMPONENTS BY -------- | | 1.000 |
| | | 52 | 0160 | 00 | | U | 1 | 16A74J0 | 11 May 2005 | 31 Dec 2006 | 2.0 | COMPLY W/1 TIME INSP FOR MFG DEFECT ON MR PITCH HORN | | 1.000 |

_(handwritten notes near A130-00383: "inc / off test / rip off")_

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Site : HMH361

Requested ORG Code : GH7
BUNO : 163077
TD Code : ALL
TD Basic : ALL

Date : 27 APR 2011
Time : 09:34
Req By :
Page : Page 5 of 8

BUNO/Serno: 163077

| Component Serno | TD Code | TD Basic | Kit | AMREAP INENRR IV QI | MCN | M/L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expndtr | Usage Remks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A137-00145 | 51 | 0097 | | | R | 3 | 15A7500 | 14 Feb 2011 | 30 Jun 2018 | 1.0 | INSTL OF HS3E IMPROVED MR SWASHPLATE BEARING | | 1.000 |
| A139-00165 | 51 | 0091 | 00 | | R | 1 | 15AF400 | 16 Oct 2001 | 31 Dec 2009 | 10.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY, | | 1.0~ |
| N/A ~ 0092 A1 | | 0092 | A1 | | R | 3 | 15AF400 | 18 Nov 2005 | 30 Jun 2012 | 2.0 | ROTOR SYSTEM, HUB ASSEMBLY, TAIL ROTOR, ROTOR TRACK AND | | 1.000 |
| ~ 52 | | 0159 | 00 | | U | 1 | 15AF400 | 22 Apr 2008 | 30 Jun 2009 | 1.0 | PROVIDE ONE TIME INSPECTION OF TAIL ROTOR HUB/BLADE | | 1.000 |
| A15-00856 | 51 | 0094 | 00 | | R | 1 | 26DF300 | 09 Mar 2011 | 30 Jun 2018 | 4.0 | INSTL OF NGB INPUT AND OUTPUT SEALS | | 1.000 |
| | | 0094 | A1 | 02 | R | 2 | 26DF300 | 09 Mar 2011 | 30 Jun 2018 | 2.0 | INSTL OF NGB INPUT AND OUTPUT SEALS | | 1.000 |
| | | 0094 | A2 | 02 | R | 2 | 26DF300 | 09 Mar 2011 | 30 Jun 2018 | 2.0 | INSTL OF NGB INPUT AND OUTPUT SEALS | | 1.000 |
| A170-00067 | 61 | 1406 | B1 | | R | 3 | 11G1100 | 30 Sep 2009 | 31 Dec 2016 | 20.0 | REMOVE THE NUMBER SIX DRIVE SHAFT SUPPORT FITTINGS, | | 1.000 |
| A276-00475 | 61 | 1212 | 00 | | R | 1 | 26DE310 | 04 Feb 2002 | 31 Dec 2009 | 6.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| A302-01486 | 51 | 0091 | 00 | | R | 1 | 15AD100 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| B142-00214 | 61 | 1212 | 00 | | R | 1 | 14E1610 | 04 Feb 2002 | 31 Dec 2009 | 6.0 | TO ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |

Site : HMH361

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Requested ORG Code : GH7
BUNO : 163077
TD Code : ALL
TD Basic : ALL

Date : 27 APR 2011
Time : 09:34
Req By : ▮▮▮▮
Page : Page 6 of 8

| BUNO/ Serno | Component Serno | TD Code | TD Basic | Kit | A M P I R E N R N V D I | P R I | MCN | M / L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expndtr | Usage Remng |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | CYC00116 | 61 | 1294 | 00 | | U | | 1 | 295C700 | 16 Dec 2003 | 31 Dec 2003 | 1.0 | TO PROVIDE AN ADDITIONAL SEAL TO THE EAPS | | 1.000 |
| | D474-00922 | 51 | 0062 | 00 | | U | | 6 | 16A74G3 | 01 Feb 1983 | 30 Jun 1988 | 8.0 | COMPLY W/INSTL OF MR DAMPERS IMPROVED ROD END ASSY | | 1.0.. |
| | GKM0237 | 54 | 5535 | A1 | | R | 2AD19LP | 1 | 12B40 | 01 Dec 2010 | 30 Jun 2014 | 1.0 | COMPLY W/MOD OF AN/AAQ-24(V) ZEROIZE AND EGI PWR PNL ASSY | | 1.000 |
| | J5814 | 61 | 1355 | A1 | | R | | 3 | 22662 | 16 Jan 2008 | 30 Jun 2016 | 1.0 | PROVIDE INSTL INSTRUCTIONS FOR ADDITION OF | | 1.000 |
| | | | 1610 | A1 | | R | | 3 | 22662 | 05 Aug 2010 | 30 Jun 2018 | 64.0 | COMPLY W/MOD OF T64 MFC | | 1.000 |
| | | | 1610 | B1 | | R | | 3 | 22662 | 05 Aug 2010 | 30 Jun 2018 | 64.0 | COMPLY W/MOD OF T64 MFC | | 1.000 |
| | PNCLE034 | 61 | 1294 | 00 | | U | | 1 | 295C700 | 16 Dec 2003 | 31 Dec 2003 | 1.0 | TO PROVIDE AN ADDITIONAL SEAL TO THE EAPS | | 1.000 |
| | SL01660 | 51 | 0091 | 00 | | R | | 1 | 16A7492 | 15 Oct 2001 | 31 Dec 2009 | 10.0 | ADD AN ADDITIONAL METHOD OF TRACKING COMPONENTS BY | | 1.000 |
| | SUSG2085 | 61 | 1511 | A1 | | R | | 3 | 2266100 | 04 Aug 2010 | 30 Jun 2018 | 20.0 | COMPLY W/MOD T64 ENG ROTARY FUEL PUMP AND FILTER | | 1.000 |
| | | | 1511 | B1 | | R | | 3 | 2266100 | 04 Aug 2010 | 30 Jun 2018 | 20.0 | COMPLY W/MOD T64 ENG ROTARY FUEL PUMP AND FILTER | | 1.000 |
| | SUSG2168 | 61 | 1511 | A1 | | R | | 3 | 2266100 | 04 Aug 2010 | 30 Jun 2018 | 20.0 | COMPLY W/MOD T64 ENG ROTARY FUEL PUMP AND FILTER | | 1.000 |

Site : HMH361

Requested ORG Code : GH7
BUNO : 163077
TD Code : ALL
TD Basic : ALL

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

Date : 27 APR 2011
Time : 09:34
Req By :
Page : Page 7 of 8

| BUNO/ Serno | Component Serno | TD Code | TD Basic | Kit | A M P I R E A P N E N R R I T Y D I I | MCN | P R R | M / L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expndtr | Usage Remks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | SUSG2168 | 61 | 1511 | B1 | | | R | 3 | 2286100 | 04 Aug 2010 | 30 Jun 2018 | 20.0 | COMPLY W/MOD T64 ENG ROTARY FUEL PUMP AND FILTER | | 1.000 |
| | SUSG376 | 61 | 1511 | A1 | | | R | 3 | 2286100 | 04 Aug 2010 | 30 Jun 2018 | 20.0 | COMPLY W/MOD T64 ENG ROTARY FUEL PUMP AND FILTER | | 1.0 |
| | | | 1511 | B1 | | | R | 3 | 2286100 | 04 Aug 2010 | 30 Jun 2018 | 20.0 | COMPLY W/MOD T64 ENG ROTARY FUEL PUMP AND FILTER | | 1.000 |
| | XXX | 61 | 1373 | A1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | A1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | A1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | A1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | A1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | A1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | B1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | B1 | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |

Site : HMH361

Requested ORG Code : GH7
BUNO        : 163077
TD Code     : ALL
TD Basic    : ALL

Date   : 27 APR 2011
Time   : 09:34
Req By :
Page   : Page 8 of 8

**NALCOMIS**
**Configuration Management**
**Outstanding Technical Directives Report**

| BUNO/ Serno | Component Serno | TD Code | TD Basic | Kit | I N I T | R E Q V | E N V Q | A M P R I T | P R I | MCN | M / L | WUC/UNS | Issue Date | Target Completion Date | Man Hours | TD Description | Schd Expndtr | Usage Remng |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163077 | XXX | 61 | 1373 | B1 | | | | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | B1 | | | | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.00 |
| | | | 1373 | B1 | | | | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |
| | | | 1373 | B1 | | | | | | R | 3 | 22616 | 26 Feb 2010 | 30 Jun 2018 | 2.0 | INSTL OF T64 VARIABLE GEOMETRY ACTUATOR SEAL | | 1.000 |

| *DEPARTMENT OF THE NAVY*<br><br>**VOLUNTARY STATEMENT** | 1. PLACE<br>HMH-361 |
| --- | --- |
| | 2. DATE<br>22 March 2011 |

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ USMC ▓ , make the following

free and voluntary statement to _____ ,

whom I know to be _____ .

I make this statement of my own free will and without any threats or promises extended to me. I fully understand that this

statement is given concerning my knowledge of

Aircraft 69 on 9 March 2011.
I signed for aircraft 69 on 9 March 2011 to conduct a training flight
from MCAS Miramar over to the Yuma range area, and recovered back at MCAS
Miramar. I was the section leader for the flight. The crew on board was
▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ as the co-pilots, crewchiefs were ▓▓▓▓▓▓▓
and ▓▓▓▓▓▓▓ and my AO for the flight was Sgt Fontalvo. We had no
maintenance issues starting up the aircraft and taxiing outbound for an
on time take off of 0930. Pins were pulled with no issues or any
indications that anything was out of the ordinary. Once departed, as the
flight passed Santee Lakes and before Lake Jennings I moved the gear
handle up in order to bring the gear up. We received the normal
indication of three up and locked, which was verbalized over ICS. We
proceeded over the hill into R-2510 to conduct training. Once complete
with TAC Form maneuvers, the gear handle was again manipulated to bring
the gear down. Normal indication of three down and locked was shown and
verbalized over ICS and we then began the TERF training for the flight.
TERF complete, the flight transitioned to Imperial Airfield for fuel.
The gear remained down for this evolution with no issues. The flight
departed Imperial and conducted CALS at LZ Bull. As per the timeline and
training requirements, the flight departed for Miramar at about 1345.
Following course rules home, the flight brought the gear back up at
Plaster City with normal indications three up and locked. Once on final
for runway 28 the gear was brought down with normal indications showing
three down and locked which was again, verbalized over ICS. Safe
landings were made by both aircraft. The flight taxied back to the line,
pins went in without issue followed by a normal shutdown.



## Daily Maint. Records for MODEX 69   /BUN  163077

Received Date:  15 MAR 2011 1531     Completion Date:   15 MAR 2011 2102     Maint Cntl Sig: ▮▮▮▮▮▮▮

| Card No | Wc Cd | Tool Box # | Discrepancy | Corrected | Worker Signature |
|---------|-------|-----------|-------------|-----------|------------------|
| !2.2 | 13A | NTR | | ☐ | |
| !5.2 | 13A | NTR | | ☐ | |
| !5.3 | 13A | NTR | | ☐ | |
| !5.6 | 13A | NTR | | ☐ | |
| *3.2 | 120 | 5-1 | | ☐ | |
| *3.22 | 120 | 5-1 | | ☐ | |
| *3.23 | 120 | 5-1 | | ☐ | |
| *3.24 | 120 | 5-1 | | ☐ | |
| *3.3 | 120 | 5-1 | | ☐ | |
| *3.30 | 120 | 5-1 | | ☐ | |
| *3.37 | 120 | 5-1 | | ☐ | |
| *3.8 | 120 | 5-1 | | ☐ | |
| *3.9 | 120 | 5-1 | | ☐ | |
| ^4 | 200 | 200-41 | | ☐ | |
| ^4.1 | 200 | 200-41 | | ☐ | |
| ^4.2 | 200 | 200-41 | | ☐ | |
| ^4.3 | 200 | 200-41 | | ☐ | |
| ^4.4 | 200 | 200-41 | | ☐ | |

## Maint. Records for MODEX        /BUN'

Received Date:  15 MAR 2011 1531      Completion Date:   15 MAR 2011 2102      Maint Cntl Sig: ▮▮▮▮▮▮▮

| Card No | Wc Cd | Tool Box # | Discrepancy | Corrected | Worker Signature |
|---------|-------|-----------|-------------|-----------|------------------|
| ^4.5 | 200 | 200-41 | | ☐ | |
| ^5.5 | 200 | 200-41 | | ☐ | |
| ^5.4 | 200 | 200-41 | | ☐ | |
| 1 | 310 | 1-5 | | ☐ | |
| 2 | 310 | 1-5 | | ☐ | |
| 2.1 | 310 | 1-5 | | ☐ | |
| 2.10 | 310 | 1-5 | | ☐ | |
| 2.2 | 310 | 1-5 | | ☐ | |
| 2.3 | 310 | 1-5 | | ☐ | |
| 2.4 | 310 | 1-5 | | ☐ | |
| 2.5 | 310 | 1-5 | | ☐ | |
| 2.6 | 310 | 1-5 | | ☐ | |
| 2.7 | 310 | 1-5 | | ☐ | |
| 2.8 | 310 | 1-5 | | ☐ | |
| 2.9 | 310 | 1-5 | | ☐ | |
| 3.1 | 310 | 1-5 | | ☐ | |
| 3.10 | 310 | 1-5 | | ☐ | |
| 3 11 | 310 | 1-5 | | ☐ | |

## Maint. Records for MODEX    /BUN

Received Date:  15 MAR 2011 1531        Completion Date:  15 MAR 2011 2102        Maint Cntl Sig: ▓▓▓▓▓▓▓

| Card No | Wc Cd | Tool Box # | Discrepancy | Corrected | Worker Signature |
|---------|-------|------------|-------------|-----------|------------------|
| 3.12 | 310 | 1-5 | | ☐ | |
| 3.13 | 310 | 1-5 | | ☐ | |
| 3.14 | 310 | 1-5 | | ☐ | |
| 3.15 | 310 | 1-5 | | ☐ | |
| 3.16 | 310 | 1-5 | | ☐ | |
| 3.17 | 310 | 1-5 | | ☐ | |
| 3.18 | 310 | 1-5 | | ☐ | |
| 3.19 | 310 | 1-5 | | ☐ | |
| 3.2 | 310 | 1-5 | | ☐ | |
| 3.20 | 310 | 1-5 | | ☐ | |
| 3.21 | 310 | 1-5 | | ☐ | |
| 3.22 | 310 | 1-5 | | ☐ | |
| 3.23 | 310 | 1-5 | | ☐ | |
| 3.24 | 310 | 1-5 | | ☐ | |
| 3.25 | 310 | 1-5 | | ☐ | |
| 3.26 | 310 | 1-5 | | ☐ | |
| 3.27 | 310 | 1-5 | | ☐ | |
| 3.28 | 310 | 1-5 | | ☐ | |

## Maint. Records for MODEX      /BUN

**Received Date:** 15 MAR 2011 1531      **Completion Date:** 15 MAR 2011 2102      **Maint Cntl Sig:** ▮▮▮▮▮▮

| Card No | Wc Cd | Tool Box # | Discrepancy | Corrected | Worker Signature |
|---------|-------|-----------|-------------|-----------|-----------------|
| 3.44 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 3.45 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 3.5 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 3.6 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 3.7 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 3.8 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 3.9 | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 5.2 SP H | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 5.3 DPP | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 5.4 FAST | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 5.5 WINCH | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 5.6 CONFIG | 310 | 1-5 | | ☐ | ▮▮▮▮ |
| 5.6 PROBE | 310 | 1-5 | | ☐ | ▮▮▮▮ |

## Maint. Records for MODEX        /BUN

Received Date: 15 MAR 2011 1531     Completion Date:   15 MAR 2011 2102     Maint Cntl Sig: ▓▓▓▓▓▓▓

| Card No | Wc Cd | Tool Box # | Discrepancy | Corrected | Worker Signature |
|---------|-------|-----------|-------------|-----------|------------------|
| 3.29 | 310 | 1-5 | | ☐ | |
| 3.3 | 310 | 1-5 | | ☐ | |
| 3.30 | 310 | 1-5 | | ☐ | |
| 3.31 | 310 | 1-5 | | ☐ | |
| 3.32 | 310 | 1-5 | | ☐ | |
| 3.32 | 310 | 1-5 | | ☐ | |
| 3.33 | 310 | 1-5 | | ☐ | |
| 3.34 | 310 | 1-5 | | ☐ | |
| 3.35 | 310 | 1-5 | | ☐ | |
| 3.36 | 310 | 1-5 | | ☐ | |
| 3.37 | 310 | 1-5 | | ☐ | |
| 3.38 | 310 | 1-5 | | ☐ | |
| 3.39 | 310 | 1-5 | | ☐ | |
| 3.4 | 310 | 1-5 | | ☐ | |
| 3.40 | 310 | 1-5 | | ☐ | |
| 3.41 | 310 | 1-5 | | ☐ | |
| 3.42 | 310 | 1-5 | | ☐ | |
| 3.43 | 310 | 1-5 | | ☐ | |

## Turnaround Maint. Records for MODEX 69 /BUN 163077

Received Date: 16 MAR 2011 1630    Completion Date: 16 MAR 2011 2244    Maint Cntl Sig: ▓▓▓▓▓▓

| Card No | Wc Cd | Tool Box # | Discrepancy | Corrected | Worker Signature |
|---------|-------|-----------|-------------|-----------|------------------|
| 1 | 310 | 1-7 | | ☐ | |
| 2 | 310 | 1-7 | | ☐ | |
| 3 | 310 | 1-7 | | ☐ | |
| 4 | 310 | 1-7 | | ☐ | |
| 5 | 310 | 1-7 | | ☐ | |
| 6 | 310 | 1-7 | | ☐ | |
| 7 | 310 | 1-7 | | ☐ | |
| 8 | 310 | 1-7 | | ☐ | |
| 9 | 310 | 1-7 | | ☐ | |



MONTH September   YEAR 2010

CODES: A—Automatic   F—ADF   L—LF range   T—TACAN
C—CCA   G—GCA   O—OMNI   S—Simulated
I—ILS   R—Radar   J—Jet

| DAY | AIRCRAFT MODEL | SERIAL NUMBER | KIND OF FLIGHT CCSR | TOTAL PILOT TIME | FIRST PILOT | CO-PILOT | A/C COMDR. | SPE-CIAL CREW TIME |
|---|---|---|---|---|---|---|---|---|
| 7 | CH-53E | 1624984 | 1A1 | | | | | 2.8 |
| 27 | CH-53E | 164786 | 1A1 | | | | | 4.5 |
| 29 | CH53E | 162525 | 1A4 | | | | | 5.0 |

TOTAL THIS PAGE   15.7
BROUGHT FORWARD   12.2 (actually in totals column)
TOTAL TO DATE   28.0
TOTAL ACCUM PILOT TIME
*See page 2 for codes.

| INSTRUMENT TIME | | NIGHT TIME | LANDINGS | | | | | | CATAPULT | | STD INST. APPROACH PATTERN | | REMARKS |
| ACT | SIM | | DAY | NGT | 10B | CARRIER | SO/LAND | | | O | I | S | |
| 2.0 | 1.0 | 2.0 | | | | | | | | | | | 7/282 261,410 |
| 3.4 | — | 3.7 | | | | | | | | | | | |
| 5.4 | 1.0 | 5.7 | | | | | | | | | | | |

TOTALS, THIS FISCAL YEAR

Pilot-time report submitted through last ( or, —  ) day of this month, noted by _____ (initial)

CERTIFIED A CORRECT RECORD _____ Pilot
_____ Approved.
C.O. or authorized deputy

MONTH ___JAN___   YEAR __2011__

**AIRCRAFT** — MODEL / SERIAL NUMBER

| DAY | KIND OF FLIGHT CODE | TOTAL PILOT TIME | FIRST PILOT | CO-PILOT | A/C COMDR. | SPECIAL CREW TIME |
|-----|------|------|------|------|------|------|
| C135E 164365 MK2 | | No FLIGHTS FLOWN FOR OCTOBER | | | | 7.0 |

| TOTAL THIS PAGE | | | | | | 7.0 |
| BROUGHT FORWARD | 28.0 | | | | | — |
| TOTAL TO DATE | 30.0 | TOTAL ACCUM. PILOT TIME | | | | 7.0 |

*See page 2 for codes.   TOTALS, THIS FISCAL YEAR

CODES: A—Automatic  C—CCA  E—ADF  G—GCA  I—ILS  L—LF range  O—ORRN  R—Radar  T—TACAN  S—Simulated  J—Jet

| DAY | INSTRUMENT TIME ACT | SIM | NIGHT TIME | LANDINGS (CARRIER DAY / NT / DT / 108) | Sea/Land | CATAPULT | STD INST. APPR. COMPLETED ON / EE S | REMARKS |
|-----|------|------|------|------|------|------|------|------|
| 27 | | | | | | | | 2010 THROXITH DECEMBER 2010 |

132216

| | ACT | SIM | | | | | |
| | — | — | | | | | |
| | 5.4 | 1.0 | | | | | |
| | 5.4 | 1.0 | | | | | TOTALS, THIS FISCAL YEAR |

Pilot-time report submitted through last (or ___) day of this month; noted by _____ (initial)

CERTIFIED A CORRECT RECORD:

Approved: _____   Pilot
C.O. or authorized deputy

MONTH FEB   YEAR 2011

CODES: A—Automatic   C—CCA

F—ADF   L—LF range   T—TACAN
G—GCA   O—OMNI   S—Simulated
I—ILS   R—Radar   J—Jet

| DAY | MODEL | SERIAL NUMBER | KIND OF FLIGHT CODE | TOTAL PILOT TIME | FIRST PILOT | CO-PILOT | A/C COMDR. | SPECIAL CREW TIME |
|---|---|---|---|---|---|---|---|---|
| 3 | CH53E | 164365 | A1 IM5 | | | | | 2.5 |

**TOTAL THIS PAGE**

BROUGHT FORWARD: 30.0

TOTAL TO DATE

TOTAL ACCUM. PILOT TIME

*See page 2 for codes.

TOTALS, THIS FISCAL YEAR: 2.5 / 2.0 / 4.5

Instrument / Night / Landings / Catapult table:
INSTRUMENT TIME — ACT / SIM   NIGHT TIME
ACT: 5.4 / SIM: 1.0
5.4 / 1.0

TOTALS, THIS FISCAL YEAR

STD INST. APPROACHES EXECUTED

REMARKS: D7210

Pilot-time report submitted through last ( —— ) day of this month; noted by ____ (initial)

CERTIFIED A CORRECT RECORD:

Approved: ____   Pilot
____   C.O. or authorized deputy

MONTH MARCH        YEAR 2011

| DAY | AIRCRAFT MODEL | SERIAL NUMBER | KIND OF FLIGHT CODE | PILOT TIME TOTAL PILOT TIME | FIRST PILOT | CO-PILOT | A/C COMDR. | SPE-CIAL CREW TIME |
|---|---|---|---|---|---|---|---|---|
| 9 | CH53E | 163077 | 2U6 1A1 | | | | | 5.0 |

TOTAL THIS PAGE
BROUGHT FORWARD
TOTAL TO DATE    TOTAL ACCUM. PILOT TIME
*See page 2 for codes.    TOTALS THIS FISCAL YEAR

CODES: A—Automatic   F —ADF   L —LF range   T —TACAN
       C—CCA         G —GCA   O —OMNI       S —Simulated
                     I —ILS   R —Radar      J —Jet

| INSTRUMENT TIME | | NIGHT TIME | LANDINGS | | | | | | CATAPULT | STD INST. APP. COM-PLETED | | REMARKS |
| ACT | SIM | | CARRIER | | | SEA/ LAND | | | | NO. | TYPE S |
| | | | ARR | T&G | TO | | | | | | | |

CERTIFIED CORRECT RECORD

Approved: _____   Pilot

_____   C.O. or authorized deputy

Pilot-time report submitted through last (or: _____) day of this month; noted by _____ (initial)

TOTALS THIS FISCAL YEAR



# HMH-361 PILOT HOGBOARDS





3/23/2011



## HMH-361 ENLISTED HOGBOARDS



| Name | Last Day Flown | Last NVG Flown | Current Month Hours | Current Month NVG | Current Month HLL | Current Month LLL | Last Month Flight Time | Last Month NVG | Last Month HLL | Last Month LLL | Fiscal Year Hours | Total Hours | Total NVG | Total HLL | Total LLL | Model Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Crew Chiefs** | | | | | | | | | | | | | | | | |
| | 03/15/11 | 01/24/11 | 4.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 155.5 | 3320.4 | 913.3 | 432.4 | 480.0 | 3320.4 |
| | 02/24/11 | 02/15/11 | 0.0 | 0.0 | 0.0 | 0.0 | 20.3 | 11.0 | 0.0 | 8.0 | 147.5 | 1757.5 | 587.0 | 267.3 | 319.7 | 1518.1 |
| | 03/15/11 | 02/27/11 | 3.5 | 3.5 | 2.5 | 1.0 | 26.8 | 18.0 | 4.5 | 13.5 | 191.8 | 1756.8 | 486.0 | 320.1 | 165.9 | 1616.6 |
| | 03/16/11 | 03/16/11 | 12.1 | 2.5 | 0.1 | 0.0 | 8.0 | 5.5 | 5.5 | 5.5 | 302.1 | 1285.5 | 716.0 | 340.4 | 375.5 | 1257.9 |
| | 03/22/11 | 03/16/11 | 14.2 | 2.5 | 2.5 | 0.0 | 18.5 | 14.5 | 0.5 | 14.0 | 145.7 | 1859.5 | 513.6 | 234.8 | 277.6 | 1858.5 |
| | 03/03/11 | 03/03/11 | 5.4 | 2.4 | 0.0 | 2.4 | 5.2 | 4.0 | 0.0 | 4.0 | 183.7 | 1218.8 | 789.2 | 433.5 | 355.7 | 1316.9 |
| | 11/26/10 | 11/26/10 | 9.4 | 2.0 | 0.0 | 2.0 | 5.0 | 4.5 | 0.0 | 4.5 | 141.7 | 815.3 | 257.7 | 160.5 | 97.2 | 815.3 |
| | 03/15/11 | 03/15/11 | 22.8 | 6.4 | 0.0 | 6.4 | 2.0 | 0.0 | 2.0 | 0.0 | 145.6 | 1281.0 | 445.8 | 210.0 | 234.9 | 1281.0 |
| | 03/15/11 | 03/05/11 | 0.0 | 4.4 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 3.0 | 240.3 | 1380.4 | 653.1 | 298.1 | 326.5 | 1599.4 |
| | 01/25/11 | 03/30/11 | 10.0 | 2.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 3.0 | 18.3 | 483.5 | 361.9 | 161.3 | 138.5 | 1402.3 |
| | 01/11/11 | 12/04/10 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 5.0 | 0.0 | 5.0 | 228.3 | 1057.8 | 290.2 | 138.9 | 151.5 | 642.2 |
| | 03/15/11 | 03/15/11 | 8.6 | 3.6 | 3.6 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 114.7 | 914.8 | 267.7 | 127.0 | 140.7 | 914.8 |
| | 02/03/11 | 02/03/11 | 15.8 | 2.4 | 0.0 | 0.5 | 0.5 | 0.0 | 0.0 | 0.0 | 22.8 | 1017.8 | 397.9 | 174.9 | 160.3 | 1017.8 |
| | 03/22/11 | 02/14/11 | 6.8 | 0.0 | 0.0 | 0.0 | 90.0 | 0.0 | 0.0 | 0.0 | 215.8 | 445.9 | 207.7 | 90.0 | 117.7 | 445.9 |
| | 03/09/11 | 03/09/11 | 20.1 | 4.0 | 2.5 | 1.5 | 8.0 | 2.5 | 2.5 | 0.0 | 119.9 | 309.9 | 86.9 | 46.0 | 40.9 | 309.9 |
| | 02/20/11 | 02/20/11 | 10.8 | 0.0 | 0.0 | 0.0 | 2.0 | 1.5 | 0.0 | 0.5 | 78.2 | 694.4 | 230.2 | 120.0 | 112.7 | 694.4 |
| | 03/15/11 | 03/15/11 | 10.0 | 8.4 | 0.9 | 8.4 | 2.0 | 0.0 | 0.0 | 0.0 | 248.0 | 922.9 | 302.7 | 176.3 | 130.6 | 922.9 |
| | 01/14/11 | 11/14/10 | 22.5 | 0.0 | 0.0 | 0.0 | 16.5 | 0.0 | 0.0 | 0.0 | 180.7 | 763.9 | 268.8 | 138.2 | 100.6 | 763.9 |
| | 03/22/11 | 02/27/11 | 19.9 | 7.1 | 6.1 | 1.0 | 2.0 | 0.6 | 0.0 | 0.0 | 113.6 | 614.4 | 193.3 | 121.7 | 108.1 | 614.4 |
| | 03/15/11 | 03/15/11 | 15.8 | 4.4 | 4.4 | 0.0 | 22.8 | 11.5 | 8.5 | 0.0 | 119.7 | 278.1 | 192.5 | 84.2 | 57.3 | 278.1 |
| | | | | | | | 10.7 | 0.0 | 0.0 | 0.0 | 88.8 | 330.3 | 100.9 | 68.9 | 32.0 | 330.3 |
| **Average** | | | 10.1 | 2.6 | 1.9 | 0.8 | 8.5 | 4.2 | 1.3 | 2.9 | 165.6 | 1161.0 | 389.2 | 194.6 | 194.6 | 1153.3 |
| **Aerial Observers** | | | | | | | | | | | | | | | | |
| | 01/14/11 | 01/14/11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 114.9 | 1280.6 | 440.5 | 197.3 | 242.8 | 1390.6 |
| | 03/16/11 | 12/28/10 | 5.5 | 0.0 | 0.0 | 0.0 | 10.5 | 0.0 | 0.0 | 0.0 | 65.6 | 553.0 | 227.5 | 107.3 | 225.2 | 553.0 |
| | 12/22/10 | 01/24/11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.2 | 0.0 | 0.0 | 0.0 | 0.0 | 16.8 |
| | 03/05/11 | 02/27/10 | 5.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 0.0 | 188.9 | 407.6 | 219.0 | 125.6 | 93.4 | 407.6 |
| | 06/10/10 | 06/10/10 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 9.5 | 9.5 | 0.0 | 0.0 | 0.0 | 507.5 |
| | 12/25/10 | 03/03/11 | 4.5 | 2.4 | 0.0 | 2.4 | 18.5 | 11.5 | 0.0 | 4.5 | 166.6 | 507.4 | 212.1 | 118.7 | 93.0 | 507.5 |
| | 03/03/11 | 03/03/11 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 0.0 | 9.4 | 100.1 | 14.9 | 2.5 | 12.4 | 100.1 |
| | 01/28/11 | 01/28/11 | 0.0 | 0.0 | 0.0 | 0.0 | 11.5 | 0.0 | 0.0 | 4.5 | 40.3 | 315.5 | 87.3 | 46.2 | 42.0 | 315.5 |
| | 03/01/11 | 03/01/11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 146.0 | 724.5 | 445.0 | 142.6 | 135.2 | 326.5 |
| | 01/23/11 | 01/24/11 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 4.0 | 205.3 | 328.5 | 165.1 | 81.9 | 83.2 | 328.5 |
| | 02/22/11 | 02/10/11 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.7 | 10.7 | 0.0 | 0.0 | 0.0 | 10.7 |
| | 01/14/11 | 07/20/10 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 31.5 | 64.2 | 13.0 | 7.7 | 5.3 | 64.2 |
| | 03/15/11 | 02/01/11 | 0.0 | 0.0 | 0.0 | 0.0 | 17.0 | 0.0 | 0.0 | 0.0 | 33.9 | 33.9 | 17.0 | 5.7 | 0.0 | 54.0 |
| | 03/15/11 | 11/22/10 | 9.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 28.2 | 54.8 | 8.3 | 3.0 | 5.3 | 54.8 |
| | 03/22/11 | 02/25/11 | 8.5 | 0.0 | 0.0 | 0.0 | 8.5 | 0.0 | 0.0 | 0.0 | 52.6 | 55.4 | 12.6 | 12.6 | 0.0 | 55.4 |
| | 03/15/11 | 12/22/10 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 221.8 | 411.9 | 174.2 | 104.8 | 68.4 | 411.9 |
| | 02/20/11 | 02/20/11 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 4.5 | 0.5 | 4.0 | 53.8 | 55.7 | 16.1 | 16.1 | 0.0 | 53.7 |
| | | | | | | | | | | | 40.7 | 59.4 | 19.2 | 7.2 | 12.0 | 59.4 |
| **Average** | | | 3.0 | 0.1 | 0.0 | 0.1 | 2.5 | 1.4 | 0.6 | 0.8 | 78.3 | 315.2 | 115.4 | 59.5 | 55.9 | 315.2 |

3/23/2011

████████████████████████████████████████████████████████████████████████

8 April 2011

0750

████████████████

Sgt Fontalvo is the father to my one year old son, and the acting father for my 10 year old daughter from a previous relationship.

My daughters father is no longer in the picture. This was not a contentious issue for me and my husband.

Our son was born on February 22, 2010.

We have been dating for 4 years and were recently engaged to be married. The engagement occurred in the beginning of March, when my mother passed away. No date was set for the wedding.

I met Sgt Fontalvo when we were deployed together as a part of HMH-466.

I currently work at MWHS-3, out of the ALD office.

Sgt Fontalvo and I have lived together, off base, since December of 2007.

Sgt Fontalvo is really close with his nuclear family, which all live in Houston. Mother, Father and older brother. His father has 2 other children from a previous relationship that he is not as close with. I have a good relationship with his family. They have always been particularly good with my daughter.

My family resides in New Mexico. My stepmother, who raised me, died in March. My birthmother passed away when I was six. Sgt Fontalvo had a close relationship with my father.

Sgt Fontalvo left on deployment for the 31st MEU in July 2010. Our connectivity was good while he was deployed. We used email when he was on the ship, and skype when he was in Okinawa.

He returned early because our son was going to have surgery in October to remove a tumor from his lung. Because he had an upper respitory infection in October, the surgery was postponed until November. He was excited to be home, and aside from the stress of a 9month old having surgery, we enjoyed a good relationship during that time. The surgery was very successful, and our son came home after 5 days. It was decided by the command that Sgt Fontalvo would stay home vice returning to Okinawa. There were no further complications to my sons health after his surgery recovery.

While he was home and the squadron was deployed, Sgt Fontalvo would check in each morning with ████████████████████████. The █████ was also around for HMH-361.

The rest of the detachment came home in December of 2010. His normal work hours resumed. While he was mildly disappointed not finishing the deployment with them, he was happy to stay home with the family. Generally, he wished to come back to HMH-466. He had actually asked to return to his first squadron, but his request was denied. He worked for a SNCO in his shop that treated him different after

he didn't return to his deployment. I always felt that they didn't treat him with the respect he deserved as a SNCO select. He worked in the front office of airframes while the SNCOs and officers worked in a different office.

I would consider our mutual friends to be ████ and her husband ████ as well as his wife ████ and their family.

Sgt Fontalvo is not a big drinker. I do not like alcohol and he respects that. He would occasionally go out with his friends for a few beers, but didn't drink much around me because of the way I felt about it. He certainly did not have an alcohol dependency.

Sgt Fontalvo's time was mostly consumed with being a father. He enjoyed playing flight simulator on the computer. He had been selected to staff sergeant this summer, and intended on staying in the Marine Corps. We were talking about moving to Pensacola so he could teach at the schoolhouse there. He was excited about becoming a Staff Sergeant.

I did not know of any injuries that he had. To the best of my knowledge, he was not on any medication. He certainly did not have a dependency on prescription medication.

Sgt Fontalvo has never spoken to me about suicide, nor do I know of anytime that he ever contemplated it. He was never physically nor mentally abusive to me .

He had started flying this summer, on deployment, and was designated an Aerial Observer. He loved flying. He was very excited going to work the morning he died, because it was the first time he was going to act as an AO. This means he wasn't going to be in the back, but manning the left window. He called me that afternoon to tell me how excited he was.

_____          _____          _____
Sign                       Print                      Date

31 March 2011

1105

██████████. HMH-466 Airframes

I've known Sgt Fontalvo since October 26, 2006. Our relationship could be described as both a personal and professional. We deployed together with HMH-466. We shared several social occasions before this most recent deployment, but our visits had been more infrequent since deployment. I was invited to his son's first birthday party. We also share the same birthday, and intended on celebrating it together.

I have never known Sgt Fontalvo to be addicted to any drugs or alcohol; in fact he was usually the designated driver when out on social occasions. I also don't know of any addictions to prescription medication. His mood was very even, and I knew of no stressors in his life that he was having trouble with.

Since he returned from deployment, he seemed even happier than previous. He was very proud to be a father of his son. He desired to return to HMH-466, but he was not unhappy in the airframes shop at HMH-361. He seemed to enjoy flying.

I certify that this 1 page statement is an accurate representation of my interview.



SIMAR11

Sign                          Print                          Date

███████

███████████████ HMH-361

31 MARCH 2011

0954

I have known SSGT Montalvo for approximately 1 and a half years, since he checked into HMH-361. I would describe our relationship as personal and professional. He worked for me in the shop. I knew him well, but I did not know ██████ as well. We have met a couple of times at squadron functions.

I did not qualify him as a mechanic, his training and qualification as an Airframes CDI and CDQAR came underneath ██████████

I went to Afghanistan when Sgt Fontalvo went to 31ˢᵗ MEU, so my more recent interaction with him did not start again until 10 Feb 2011.

Sgt Fontalvo was very motivated around the shop.   He had found out in September that he was selected for Staff Sergeant. He was definitely happy about his job, and excited for promotion. He was also happy to be flying with the squadron.

He was always very polite and professional, and I would characterize his general demeanor as happy.

He never came to me with any relationship problems.  He had several medical appointments for his son, but nothing I thought was out of the ordinary.  It did not affect his work ethic or attitude.

I do not know of any addition to drugs, alcohol nor medications.  I never saw him acting erratically in or around the shop.

The environment of the airframes shop was pretty good after deployment.  We are a pretty tight group. The month of March was a relatively normal month in Airframes, no external stresses out of the ordinary.

I certify that this 1 page statement is an accurate representation of my interview.

███████████         ███████████      13 APR 2011

Sign                         Print                        Date



Crew locations at time of mishap

A/C 69
Pilot right seat:
Pilot left seat:
In the cabin:
At Lose Landing Gear:
Left Main Landing Gear:   Sgt Fontalvo
Taxi Director:

A/C 68
Turn-up, right side:

Sgt Fontalvo

HANGAR 5

N

6april

1506

████████████

HMH-361 flightline

On 17 March, I was assisting on the flightline, acting as a taxi director for aircraft 69. I am a 6113 flightline mechanic. I got to the fleet and HMH-361 in January of this year. I was out on the flightline approximately 8 minutes before the aircraft turned up. This was my first time taxiing an aircraft, and I was under training.

Referencing the diagram, I was at the 1130 to 12oclock of the aircraft. I did not see the call or hand signal for pins and chalks. ██████████ went to the nose wheel at the same time that Sgt Fontalvo went to the left main landing gear. I did not see ██████████ actions at the nose landing gear as I was watching Sgt Fontalvo at the left main landing gear.

Sgt Fontalvo went underneath the main landing gear, and tried to pull the landing gear pin out. When he was unable, he laid down, presumably so he could get more leverage. He still could not get it out. He got back up, and went and pulled the aux tank pin.   With the aux tank pin in his hand, he went back underneath. He was laying on his left side. His feet were pointing outward from the aircraft. He reached up with his right hand again to pull the main landing gear pin. I do not know where the aux tank pin was at this time.   Between the time that he pulled the aux tank pin and the time the aircraft collapsed, approximately 45 seconds past. He was pulling at the main landing gear pin the whole time. He was not otherwise moving or inspecting the rest of the main landing gear.

The aircraft slammed to the deck without warning, and Sgt Fontalvo was trapped underneath.

| ████████████ | ████████████ | 2011 04 13 |
| --- | --- | --- |
| Sign | Print | Date |

6 April 2011

0857

████████████████

HMH-361 Flightline

I was conducting a post-phase ground turn of A/C 68, which was parked to the immediate left of A/C 69 on 17 March, 2011.  On preflight of A/C 68, we found that the # 2 overheat harness had been cannibalized, so our aircraft was not going to be flying that afternoon.  This left us to conduct "ground work" on A/C 68.

I was on my aircraft's right side, as the pilots of A/C 68 were conducting test procedures on the #3 engine.  This was the side closest to the hangar, as well as closest to the mishap A/C 69.  We were at a stopping point, as the pilots were writing down the parameters on their test card.

The first time I saw Sgt Fontalvo was when he came around from the opposite side of the aircraft and underneath the probe to pull the pins on the left side of his aircraft.  He was always inside the rotor arc. He was not up ICS.  At that point, my attention went back to my aircraft for approximately 10 seconds.

The standard procedure is pulling the landing gear pin first, then the Aux tank second.  Normally, pulling the pins takes only a few seconds.  You duck underneath the Aux tank , and pull the pin out.  It should slide nice and smooth.  Generally you stay either on your knees or crouching while pulling the pins.

What caught my eye was that Sgt Fontalvo was laying on his side to look up into the wheel well . Knowing  Sgt Fontalvo is an airframer, I was not alarmed by him inspecting  the landing gear.   He was laying down on his left side, reaching up with his right hand, with his feet extended toward me, or outward from the aircraft.

He reached up with his right hand, with his body on its left side, but flush with the ground.  He was reaching up to grab the landing gear pin.  I could not tell how much force he was applying to pull the pin. I don't remember the next few seconds, but what I do remember doing is telling my pilots "the bird is down" and then disconnecting ICS to run over and assist.

I did not see Sgt Fontalvo approach or pull the Auxiliary Tank pin.

I certify that this 1 page statement is an accurate representation of my interview.

| ████████████ | ████████████ | 13 APRIL 2011 |
| Sign | Print | Date |

ASM

Page 1 of 3

Trainee

**Name:** SGT FONTALVO, ALEXIS   **SSN Last 4:** 2071   **Up-To-Date as of:** 02-Jun-2010   by

Search

| **Accreditation Status:** | |
| **Accreditation Type:** | |
| **Accreditation Status Reason:** | |
| **Tour Of Duty:** | ( 04-Feb-2011 - Present ) HMH-361 |

[ Search ]   [ Reset ]

[ Add ]
[ Up To Date ]
[ Return ]

Accreditations

Records 1 to 31 of 31

| Type ↑ | Title | Unit | Status | Signer | Assigned Date | Granted On | Expires on |
|---|---|---|---|---|---|---|---|
| LICENSE | A/S32A-42 TOW TRACTOR (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 09-Mar-2011 | 03-Aug-2011 |
| LICENSE | 1428AS100 3000 PSI PORTABLE NITROGEN CYLINDER (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 09-Mar-2011 | 14-Nov-2011 |
| LICENSE | A/M27T-5 HYDRAULIC SERVICING UNIT (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 09-Mar-2011 | 03-Aug-2011 |
| LICENSE | A/S32A-45 MID RANGE TOW TRACTOR (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 09-Mar-2011 | 06-Nov-2011 |
| LICENSE | NC-10A/B/C AND AM/32A-108 MOBILE ELECTRIC POWER PLANT (MEPP) (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 09-Mar-2011 | 23-Nov-2011 |
| LICENSE | ACU-20/M AIR COMPRESSOR UNIT (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 09-Mar-2011 | 03-Aug-2011 |
| QUALIFICATION | HELICOPTER HYDRAULIC/PNEUMATIC MECHANIC (6153 MATMEP LEVEL IV) (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 22-Feb-2011 | |
| QUALIFICATION | FUEL SAMPLE QUAL (H-53E) (MC) | HMH-361 | Active | | 22-Feb-2011 | 30-Mar-2011 | |
| QUALIFICATION | HELICOPTER HYDRAULIC/PNEUMATIC MECHANIC (6153 MATMEP | HMH-361 | Active | | 22-Feb-2011 | 22-Feb-2011 | |

ASM

| Qualification | Unit | Status | | |
|---|---|---|---|---|
| LEVEL I) (H-53E) (MC) QUALIFICATION NAMP INDOC TRAINING (MC) | HMH-361 | Pending Qualification | 03-Mar-2011 | |
| QUALIFICATION BLADE/PYLON FOLD QUAL (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 30-Mar-2011 |
| QUALIFICATION AUXILIARY POWER PLANT (APP) QUAL (H-53E) (MC) | HMH-361 | *Expired* | 22-Feb-2011 | 23-Feb-2011 / 24-Mar-2011 |
| QUALIFICATION CORROSION CONTROL/EMERGENCY RECLAMATION LEVEL III MATMEP | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION EGRESS/EXPLOSIVE SYSTEM CHECKOUT CERTIFICATION (H-53E) (MC) | HMH-361 | Active | 18-Feb-2011 | 04-Mar-2011 / 30-Sep-2011 |
| QUALIFICATION ORGANIZATIONAL LEVEL MAINTENANCE MATMEP (SECTIONS C AND D LEVEL IV) | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION ORGANIZATIONAL LEVEL MAINTENANCE MATMEP (SECTIONS C AND D LEVEL III) | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION QUALITY ASSURANCE LEVEL II MATMEP | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION BRAKE RIDER CERTIFICATION (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 30-Mar-2011 |
| QUALIFICATION HELICOPTER HYDRAULIC/PNEUMATIC MECHANIC (6153 MATMEP LEVEL III) (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION PLANE CAPTAIN DESIGNATION (H-53E) (MC) | HMH-361 | Pending Qualification | 15-Feb-2011 | |
| QUALIFICATION PAINT TOUCH-UP AND MARKINGS N-701-0013 (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION CORROSION CONTROL/EMERGENCY RECLAMATION LEVEL IV MATMEP | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION TAXI DIRECTOR SYLLABUS/CERTIFICATION (H- | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |

3/31/2011

ASM

3/31/2011

53E) (MC)

| | | | | |
|---|---|---|---|---|
| QUALIFICATION | AIRCRAFT TOW QUAL (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 30-Mar-2011 |
| QUALIFICATION | AIRCRAFT TIRE/WHEEL MAINTENANCE QUALIFICATION/CERTIFICATION (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 09-Mar-2011 |
| QUALIFICATION | HELICOPTER HYDRAULIC/PNEUMATIC MECHANIC (6153 MATMEP LEVEL II) (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION | ORGANIZATIONAL LEVEL MAINTENANCE MATMEP (SECTIONS C AND D LEVEL II) | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION | CORROSION CONTROL/EMERGENCY RECLAMATION LEVEL II MATMEP | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION | QUALITY ASSURANCE LEVEL I MATMEP | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION | CORROSION CONTROL/EMERGENCY RECLAMATION LEVEL I MATMEP | HMH-361 | Active | 22-Feb-2011 | 22-Feb-2011 |
| QUALIFICATION | HYDRAULIC CONTAMINATION CONTROL ANALYSIS TECHNICIAN DESIGNATION (H-53E) (MC) | HMH-361 | Active | 22-Feb-2011 | 15-Mar-2011 |

| mcn | wuc | sys_rsn | rcvd_dt | cmp_dt |
|-----|-----|---------|---------|--------|
| 229F1QB | 13A40 | NLG HARNESS CLAMPS | 10/8/2010 04:56:48 | 10/26/2010 02:50:26:983 |
| 229F1QC | 13A6410 | PARKING BRAKE LIGHT | 10/8/2010 04:56:48 | 10/20/2010 12:51:49:953 |
| 229F2EG | 13A6410 | PARKING BRAKE LIGHT | 10/20/2010 12:51:49:953 | 10/20/2010 19:49:00 |
| 229F2RU | 13A6410 | PARKING BREAK LIGHT | 10/27/2010 17:42:29:086 | 10/28/2010 03:24:46:763 |
| 229F38M | 13AE1 | MLG GROUNDING STRAP | 11/9/2010 08:18:24:126 | 11/9/2010 08:32:00 |
| 229F4PH | 13AE1 | L M O/B TIRE | 12/13/2010 10:10:43:633 | 12/13/2010 13:47:00 |
| 229F56A | 13A53 | \TAIL SKID ACTUATOR | 12/20/2010 08:05:24:823 | 12/20/2010 15:07:00 |
| 0NGHNQU | 13000 | NLG HARNESS CLAMPS | 9/28/2010 13:40:21:32 | 10/8/2010 04:56:48 |
| 0NGHNQX | 13A6410 | PARKING BRAKE LIGHT | 9/28/2010 19:28:03:316 | 10/8/2010 04:56:48 |
| 22BPZYM | 13AE1 | LEFT NOSE TIRE | 11/21/2010 16:05:59:046 | 11/21/2010 19:30:12:86 |
| 22BPZYN | 13AE1 | MATCH SET | 11/21/2010 16:14:51 | 11/21/2010 19:29:53:126 |
| 22BPZZN | 13AB1 | EMERGENCY LANDING GEAR | 11/21/2010 20:00:00 | 11/22/2010 00:17:00 |
| 22BQ0MT | 13A50 | TAIL SKID ACTUATOR | 12/5/2010 20:58:05:733 | 12/20/2010 09:55:46:376 |

# ADB Work Order

| Work Center 210 | | | CF Reqd N | QA Reqd N | System Reason NLG HARNESS CLAMPS | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | | WO Status Cd U | PILOT/INITIATOR Transfer | | In Process Inspections | | Modex 69 |

| REPAIR CYCLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 08 OCT 2010 | 0456 | | IN WORK | 25 OCT 2010 | 1800 | | COMPLETED | 26 OCT 2010 | 0250 |

**DISCREPANCY**

ORIGINAL: 0NGHNQU. NLG HARNESS CLAMPS ARE WORN. R&R
NEW WORK: AE010

**CORRECTIVE ACTION**

REPLACED NLG HARNESS CLAMPS IAW 130-000. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 229F1QB | JCN GKM281272 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 210 | | | CF Reqd N | QA Reqd N | System Reason PARKING BRAKE LIGHT | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd U | | PILOT/INITIATOR Transfer | | In Process Inspections | Modex 69 |

| REPAIR CYCLE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 08 OCT 2010 | 0456 | | IN WORK | 20 OCT 2010 | 1251 | | COMPLETED | 20 OCT 2010 | 1251 |

DISCREPANCY
ORIGINAL: 0NGHNQX.  PARKING BRAKE LIGHT INOP  WHEN HANDLE RAISED AND BRAKES CONFIRMED ON. LIGHT WORKS WITH CAUTION PANEL PRESS TO TEST.
****NEW WORK: AE007****

CORRECTIVE ACTION
SCIR Change Close-Out.  Refer To MCN: 229F2EG

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 229F1QC | JCN GKM281273 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | | | |
|---|---|---|---|---|---|---|---|---|
| 210 | | N | N | PARKING BRAKE LIGHT | | | | |

| Assy Cd | Buno/Semo | WO Status Cd | PILOT/INITIATOR | | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|---|
| AHXD | 163077 | D | Transfer | | | | **69** |

| REPAIR CYCLE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 20 OCT 2010 | 1251 | Z | IN WORK | 20 OCT 2010 | 1920 | Z | COMPLETED | 20 OCT 2010 | 1949 |

**DISCREPANCY**

SCIR CHANGE: 229F1QC. ORIGINAL: 0NGHNQX. PARKING BRAKE LIGHT INOP  WHEN HANDLE RAISED AND BRAKES CONFIRMED ON. LIGHT WORKS WITH CAUTION PANEL PRESS TO TEST.
****NEW WORK: AE007****

**CORRECTIVE ACTION**

CLEANED CORROSION AND LUBRICATED PARKING BRAKE SWITCH LINKAGE. OPERATION CHECKS GOOD IAW 130-200. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| | | | 229F2EG | GKM281273 |

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | | | |
|---|---|---|---|---|---|---|---|---|
| 210 | | N | N | PARKING BREAK LIGHT | | | | |

| Assy Cd | Buno/Serno | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|
| AHXD | 163077 | U | ▓▓▓▓▓▓▓ | | | 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 27 OCT 2010 | 1742 | | IN WORK | 27 OCT 2010 | 1756 | | COMPLETED | 28 OCT 2010 | 0324 |

**DISCREPANCY**

PARKING BREAK LIGHT IS INTERMITTENT WITH PARKING BREAK CONFIRMED ON.  ATTEMPTED TO RESET BREAK AND LIGHT WOULD COME ON, ONLY TO TURN OFF AGAIN WITHIN A FEW SECONDS.

**CORRECTIVE ACTION**

ADJUSTED PARKING BRAKE ADJUST SWITCH IAW 130-000. SYSTEM OP CHECKS GOOD IAW 130-200 AREA FOD FREE AT TIME OF INSPECITON.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | 229F2RU | GKM300151 |

# ADB Work Order

| Work Center 310 | | | CF Reqd N | QA Reqd N | System Reason MLG GROUNDING STRAP | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | | WO Status Cd U | PILOT/INITIATOR ▓▓▓▓▓▓▓ | | | In Process Inspections | Modex 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 09 NOV 2010 | 0818 | | IN WORK | 09 NOV 2010 | 0820 | | COMPLETED | 09 NOV 2010 | 0832 |

**DISCREPANCY**
MAIN LANDING GEAR GROUNDING STRAP WORN.

**CORRECTIVE ACTION**
REMOVED AND REPLACED MAIN LANDING GEAR GROUNDING STRAP IAW 130-000. AREA LEFT FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▓▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓▓▓▓▓ | MCN 229F38M | JCN GKM313514 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason L M O/B TIRE | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | WO Status Cd D | PILOT/INITIATOR ▓▓▓▓▓▓ | | | In Process Inspections | Modex 69 |

| | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 13 DEC 2010 | 1010 | Z | IN WORK | 13 DEC 2010 | 1054 | Z | COMPLETED | 13 DEC 2010 | 1347 |

**DISCREPANCY**
L/M/O/B TIRE CUT OUT OF LIMITS.

**CORRECTIVE ACTION**
REMOVED AND REPLACED L/M/O/B TIRE IAW 130-000.  AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▓▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓▓ | MCN 229F4PH | JCN GKM347163 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 210 | | CF Reqd N | QA Reqd N | System Reason \TAIL SKID ACTUATOR | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | WO Status Cd D | PILOT/INITIATOR | | | In Process Inspections | Modex **69** |

| | REPAIR CYCLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 20 DEC 2010 | 0805 | Z | IN WORK | 20 DEC 2010 | 0812 | Z | COMPLETED | 20 DEC 2010 | 1607 |

DISCREPANCY

TAIL SKID ACTUATOR STUCK IN THE EXTENDED POSITION.

CORRECTIVE ACTION

REMOVED AND REPLACED TAIL SKID ACTUATOR. SYSTEM OIP CHECKS GOOD IAW 130-200. AREA FOD FREE AT THE TIME OF INSPECTION.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 229F56A | JCN GKM354074 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 020 | | | CF Reqd N | QA Reqd N | System Reason NLG HARNESS CLAMPS | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd U | PILOT/INITIATOR ███████ | | In Process Inspections | | Modex **69** |

|  | REPAIR CYCLE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DATE | TIME | EOC | | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 28 SEP 2010 | 1340 | | IN WORK | 00 | 0000 | 0000 | | COMPLETED | 08 OCT 2010 | 0456 |

**DISCREPANCY**

NLG HARNESS CLAMPS ARE WORN. R&R
NEW WORK: AE010

**CORRECTIVE ACTION**

Work order closed out due to transfer new MCN: 229F1QB

| CORRECTED BY | INSPECTED BY | MAINT CONTROL Transfer | MCN 0NGHNQU | JCN WC8271333 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|
| 020 | | N | N | PARKING BRAKE LIGHT | | | |

| Assy Cd | Buno/Serno | WO Status Cd | PILOT/INITIATOR | | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|---|
| AHXD | 163077 | U | ▮▮▮▮▮▮ | | | | 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 28 SEP 2010 | 1928 | | IN WORK | 00  0000 | 0000 | | COMPLETED | 08 OCT 2010 | 0456 |

**DISCREPANCY**

PARKING BRAKE LIGHT INOP  WHEN HANDLE RAISED AND BRAKES CONFIRMED ON. LIGHT WORKS WITH CAUTION PANEL PRESS TO TEST.
****NEW WORK: AE007****

**CORRECTIVE ACTION**

Work order closed out due to transfer new MCN: 229F1QC

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| | | Transfer | 0NGHNQX | WC8271336 |

# ADB Work Order

| Work Center 120 | | | CF Reqd N | QA Reqd N | System Reason LEFT NOSE TIRE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd D | PILOT/INITIATOR | | | In Process Inspections | | Modex 69 |

| | REPAIR CYCLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 21 NOV 2010 | 1605 | Z | IN WORK | 21 NOV 2010 | 1857 | Z | COMPLETED | 21 NOV 2010 | 1930 |

**DISCREPANCY**

LEFT NOSE TIRE HAS CUT IN SIDEWALL OUT OFF LIMITS.

**CORRECTIVE ACTION**

REMOVED AND REPLACED THE LEFT NOSE WHEEL AS REQUIRED, IAW 130-000.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN 22BPZYM | JCN GKM325682 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 120 | | | CF Reqd N | QA Reqd N | System Reason MATCH SET | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | | WO Status Cd D | PILOT/INITIATOR ▓▓▓▓▓▓ | | In Process Inspections | Modex **69** | |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 21 NOV 2010 | 1614 | Z | IN WORK | 21 NOV 2010 | 1624 | Z | COMPLETED | 21 NOV 2010 | 1929 |

**DISCREPANCY**
MATCH SET LEFT NOSE LANDING GEAR TIRE FOUND BAD

**CORRECTIVE ACTION**
REMOVED AND REPLACED RIGHT NOSE WHEEL AS A MATCH SET DUE TO LEFT WHEEL NEEDING REPLACEMENT.

| CORRECTED BY ▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓▓ | MCN 22BPZYN | JCN GKM325683 |
|---|---|---|---|---|

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason EMERGENCY LANDING GEAR | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | WO Status Cd U | PILOT/INITIATOR ▮▮▮▮ | | In Process Inspections | | Modex 69 |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 21 NOV 2010 | 2000 | | IN WORK | 21 NOV 2010 | 2300 | | COMPLETED | 22 NOV 2010 | 0017 |

**DISCREPANCY**

EMERGENCY LANDING GEAR BLOW DOWN BOTTLE NEEDS SERVICED.

**CORRECTIVE ACTION**

SERVICED EMERGENCY LANDING GEAR BLOW DOWN BOTTLE IAW GAI-000. AREA FREE OF FOD AT TIME OF INSPECTION.

| CORRECTED BY ▮▮▮▮ | INSPECTED BY ▮▮▮▮ | MAINT CONTROL ▮▮▮▮ | MCN 22BPZZN | JCN GKM325709 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | CF Reqd | QA Reqd | System Reason | | | |
|---|---|---|---|---|---|---|---|
| 210 | | N | N | TAIL SKID ACTUATOR | | | |

| Assy Cd | Buno/Serno | | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|---|
| AHXD | 163077 | | U | ▓▓▓▓▓▓ | | | **69** |

| | | | REPAIR CYCLE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 05 DEC 2010 | 2058 | | IN WORK | 05 DEC 2010 | 2059 | | COMPLETED | 20 DEC 2010 | 0955 |

**DISCREPANCY**

TAIL SKID ACTUATOR INOP. TROUBLE SHOT TO BAD TAIL SKID ACTUATOR. POC LCPL ULOTH. ****UPDATE**** ACTUATOR FULLY EXTENDED, GOOD TO FLY, POC ▓▓▓▓▓▓▓▓

**CORRECTIVE ACTION**

SCIR CHANGED. REFER TO MCN: 229F56A JCN: GKM354074

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | 22BQ0MT | GKM339731 |

| mcn | wuc | sys_rsn | rcvd_dt | cmp_dt |
|---|---|---|---|---|
| 2AD1A2T | 4525500 | NO.1 START VALVE | 3/2/2011 18:02:21:09 | 3/2/2011 20:41:35:443 |
| 2AD1A30 | 452M170 | 2ND STG HYD LEAK | 3/2/2011 20:10:56:053 | 3/9/2011 23:19:30:723 |
| 2AD1A8D | 452C5 | PYLON FOLD | 3/4/2011 17:20:12:74 | 3/15/2011 13:57:42:9 |
| 229F1YL | 45213 | 1ST STAGE SAMPLE | 10/13/2010 09:48:15:1 | 10/27/2010 17:32:00 |
| 229F2RS | 452HJ | 1ST STAGE B & S | 10/27/2010 17:23:16:806 | 10/28/2010 09:02:00 |
| 229F2RV | 452HH | 2ND STAGE FLUCTUATES | 10/27/2010 17:45:27:393 | 10/28/2010 17:05:51:853 |
| 229F2S2 | 452Q300 | FIRST STAGE RESEVIOR | 10/27/2010 19:32:14:773 | 10/28/2010 01:33:00 |
| 229F2U7 | 4531610 | INFLIGHT HANDLE | 10/28/2010 23:49:44:8 | 10/31/2010 18:52:00 |
| 229F53G | 45354 | RAMP SELECTOR HANDLE | 12/16/2010 12:58:07:18 | 2/17/2011 14:15:27 |
| 229F53Y | 45294 | LOCKPIN | 12/16/2010 17:07:52:043 | 1/17/2011 14:21:32:736 |
| 229F5PJ | 45294 | UPPER PYLON LOCKPIN ASSY | 1/6/2011 09:17:21:856 | 1/14/2011 14:44:44:56 |
| 229F5PK | 45294 | LOWER PYLON LOCKPIN ASSY | 1/6/2011 09:23:49:983 | 1/14/2011 14:55:46:95 |
| 229F5PL | 4529510 | PYLON FOLD SEQUENCE VALVE | 1/6/2011 09:25:17:293 | 1/11/2011 14:32:52:833 |
| 229F5Q1 | 4531510 | INFLIGHT FILLER CAP | 1/6/2011 09:56:30:826 | 1/17/2011 08:20:08:553 |
| 229F5R3 | 4529520 | CORRODED TERMINAL | 1/7/2011 08:47:15:873 | 1/17/2011 10:28:20:47 |
| 229F6CL | 45000 | NUMBER 1 ENG. | 1/24/2011 17:49:52:823 | 1/25/2011 08:56:59:61 |
| 229F6CO | 45211 | 2ND STG LEAK | 1/24/2011 19:41:44:246 | 1/24/2011 22:59:00 |
| 0NGHM34 | 45213 | 1ST STG SAMPLE | 2/12/2010 08:56:43 | 9/22/2010 15:30:51:69 |
| 0NGHM37 | 452Q2 | 2ND STG PRESS | 2/12/2010 08:56:43 | 9/22/2010 15:27:36:476 |
| 0NGHNNT | 45000 | ENGINE START RTRN MANIFOL | 9/15/2010 06:21:22:606 | 9/22/2010 15:26:02:886 |
| 0NGHNNU | 45000 | 2ND STAGE RESERVOIR | 9/15/2010 06:22:51:133 | 9/22/2010 15:25:19:733 |
| 0NGHNNW | 45000 | ENGINE START PUMP | 9/15/2010 06:25:44:696 | 9/22/2010 15:24:47:926 |
| 0NGHNNX | 45000 | ENGINE START LEAKS | 9/15/2010 06:26:39:503 | 9/22/2010 15:24:16:01 |
| 0NGHNP9 | 452X100 | B/F C/B POPS | 9/22/2010 14:00:45:55 | 10/7/2010 09:10:10:39 |
| 22BQ082 | 452J2 | 2ND STG PRESS. TRANSMIT. | 11/26/2010 22:11:31:563 | 11/27/2010 02:04:11:39 |
| 22BQ083 | 452M170 | 2ND STG PRESS. REDUCER | 11/26/2010 22:15:27:983 | 11/27/2010 01:07:00 |
| 22BQ0BT | 452L100 | UTL HEAT EXCHANGER/BLOWER | 11/29/2010 17:41:57:906 | 1/18/2011 13:24:27:583 |
| 22BQ0I1 | 45411 | 2ND STG PUMP GASKET | 12/3/2010 18:44:39:076 | 12/4/2010 06:10:01:126 |
| 22BQ0I2 | 45431 | UTILITY PUMP | 12/3/2010 18:49:42:92 | 12/4/2010 06:11:10:733 |

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason NO.1 START VALVE | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Semo 163077 | WO Status Cd U | PILOT/INITIATOR ▉▉▉▉▉ | | In Process Inspections | Modex 69 | |

| REPAIR CYCLE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME | |
| RECEIVED | 02 MAR 2011 | 1802 | | IN WORK | 02 MAR 2011 | 1930 | | COMPLETED | 02 MAR 2011 | 2041 | |

**DISCREPANCY**

NO.1 START VALVE HAS LARGE HYD LEAK.

**CORRECTIVE ACTION**

TIGHTENED NO.1 START VALVE JAMNUT IAW REF A1-H53CE-450-000. PRESSURE CHECK IS GOOD. AREA FOD FREE AT TIME OF INSPECTION.

| CORRECTED BY ▉▉▉▉ | INSPECTED BY ▉▉▉▉ | MAINT CONTROL ▉▉▉▉▉ | MCN 2AD1A2T | JCN GH7061447 |
|---|---|---|---|---|

# ADB Work Order

| Work Center<br>120 | | | CF Reqd<br>N | QA Reqd<br>N | System Reason<br>2ND STG HYD LEAK | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd<br>AHXD | Buno/Serno<br>163077 | | WO Status Cd<br>**U** | PILOT/INITIATOR | | | In Process Inspections | Modex<br>**69** |

| | | | | REPAIR CYCLE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | DATE | TIME |
| RECEIVED | 02 MAR 2011 | 2010 | | IN WORK | 02 MAR 2011 | 2041 | | COMPLETED | 09 MAR 2011 | 2319 |

**DISCREPANCY**

2ND STG HAS HYD LEAK FROM JAMNUT ON TEE UNDERNEATH 1000 PSI PRESSURE REDUCER. LEAK IS G2G FOR FLIGHT POC CPL ODE ON 2 MARCH 2011.

**CORRECTIVE ACTION**

REPLACED BACKUP ON JAMNUT UNDERNEATH 1000 PSI PRESSURE REDUCER IAW 450-000. AREA FOD FREE AT TIME OF INSP.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN<br>2AD1A30 | JCN<br>GH7061451 |
|---|---|---|---|---|

# ADB Work Order

| Work Center<br>200 | | CF Reqd<br>N | QA Reqd<br>N | System Reason<br>PYLON FOLD | | | | |
|---|---|---|---|---|---|---|---|---|
| Assy Cd<br>AHXD | Buno/Semo<br>163077 | WO Status Cd<br>U | | PILOT/INITIATOR<br>▓▓▓▓▓▓▓▓▓ | | | In Process Inspections | Modex<br>**69** |

| | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 04 MAR 2011 | 1720 | | IN WORK | 15 MAR 2011 | 1001 | | COMPLETED | 15 MAR 2011 | 1357 |

**DISCREPANCY**

PYLON WILL NOT FOLD ELECTRICLY FROM THE COCKPIT.

**CORRECTIVE ACTION**

REPAIRED BROKEN WIRE IN OVERHEAD COCKPIT IAW WCR-000. SYSTEM OP CHECKS GOOD IAW 450-200 WP11. AREA FREE OF FOD AT TIME OF INSPECTION.

| CORRECTED BY<br>▓▓▓▓▓▓▓ | INSPECTED BY<br>▓▓▓▓▓▓▓ | MAINT CONTROL<br>▓▓▓▓▓▓▓ | MCN<br>2AD1A8D | JCN<br>GH7063534 |
|---|---|---|---|---|

# ADB Work Order

| Work Center | | | CF Reqd | QA Reqd | System Reason | | |
|---|---|---|---|---|---|---|---|
| 120 | | | N | N | 1ST STAGE SAMPLE | | |

| Assy Cd | Buno/Serno | | WO Status Cd | PILOT/INITIATOR | | In Process Inspections | Modex |
|---|---|---|---|---|---|---|---|
| AHXD | 163077 | | U | ▓▓▓▓▓▓▓ | | | **69** |

| | | | | REPAIR CYCLE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 13 OCT 2010 | 0948 | | IN WORK | 27 OCT 2010 | 1700 | | COMPLETED | 27 OCT 2010 | 1732 |

DISCREPANCY

FIRST STAGE SAMPLE DUE TO AIRCRAFT ACCEPTANCE REFER TO JCN GKM281292

CORRECTIVE ACTION

PERFORMED FIRST STAGE SAMPLE IAW 01-1A-17. AREA FOD FREE AT TIME OF INSPECTION. SAMPLE FAILED. REFER TO JCN GKM300147 FOR BLEED AND SERVICE.

| CORRECTED BY | INSPECTED BY | MAINT CONTROL | MCN | JCN |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | 229F1YL | GKM286477 |

# ADB Work Order

| Work Center 120 | | CF Reqd N | QA Reqd N | System Reason 1ST STAGE B & S | | | |
|---|---|---|---|---|---|---|---|
| Assy Cd AHXD | Buno/Serno 163077 | WO Status Cd D | PILOT/INITIATOR ▓▓▓▓▓▓▓▓ | | | In Process Inspections | Modex **69** |

| | REPAIR CYCLE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | TIME | EOC | | DATE | TIME | EOC | | DATE | TIME |
| RECEIVED | 27 OCT 2010 | 1723 | Z | IN WORK | 27 OCT 2010 | 1733 | Z | COMPLETED | 28 OCT 2010 | 0902 |

**DISCREPANCY**

PERFORM 1ST STAGE BLEED AND SERVICE DUE TO A FAILED HYDRAULIC SAMPLE.

**CORRECTIVE ACTION**

PERFORMED 1ST STAGE BLEED AND SERVICE IAW 450-000 DUE TO REMOVAL AND REPLACEMENT OF 1ST STG RESEVOIR. AREA FOD FREE AT TIME OF INSPECTION. FOR PRESSURE CHECK REFER TO JCN GKM301166, FOR SAMPLE REFER TO JCN GKM300153.

| CORRECTED BY ▓▓▓▓▓▓ | INSPECTED BY ▓▓▓▓▓▓▓ | MAINT CONTROL ▓▓▓▓▓▓ | MCN 229F2RS | JCN GKM300147 |
|---|---|---|---|---|



At that time, the nose landing gear lifted off the ground approximately 1.5 to2 feet, and did a counter-clockwise circle away from me.  At that time, I was laying down, on the right side of the nose landing gear, with my head toward the aft of the airplane.  My immediate reaction was to roll to the right side of the aircraft.  I rolled approximately 5 yards and then stood up.  I when I looked, I could see Sgt Fontalvo's body underneath the collapsed portion of the aircraft.

I screamed to the pilots that "there is somebody under the aircraft, shut down immediately".  The pilots executed a emergency shutdown of the aircraft.     I did not participate in the rescue operation as I was removed from the scene.

If I had more time troubleshooting the nose landing gear, I would have checked the servicing of the gear on top of the strut, and then I would have announced it over the ICS that the pin was stuck.  I would have asked the pilots if the gear handle was up.

Interview concluded.

I certify that this 2 page statement is an accurate representation of my interview.

_____          _____          _03/31/2011_

Sign                                        Print                                       Date





Here are the steps that we took to troubleshoot the mishap on aircraft 69.

Starting with a control aircraft, we applied electrical power via NC-10, and checked for power at the UP Landing Gear Control Valve plug 494 pin A, and the DOWN Landing Gear Control Valve plug 495 pin A. Neither plug had power on them at that time.

We then tried the same test on A/C 69. We again applied electrical power via NC-10 and checked for power at plugs 494 and 495. P 495 of the Down Landing Gear Control had 28 Volt DC. P 494 of the Up Landing Gear Control Valve had no power. It was also noted that the tension of the wires on the Down Control were tight and without proper strain relief and pin A of 495 had two wear through spots were the wires came in contact with the Up Landing Gear Control Valve Cannon Plug.

Hydraulic power was applied to the control aircraft along with the NC-10. After putting the helicopter up on aircraft jacks, hydraulic and electrical power were applied via the A/M27T-5 (Jenny) and the NC-10. With both the Up and Down Landing Gear Control Valve plugs 494 and 495 disconnected we checked for power on pin A of the respective plugs. Both plugs had a 0 volt DC reading.

Hydraulic and electrical power was applied to A/C 69 after it was jacked and plugs disconnected to P 494 and P495. Same result as before, P494 had no power but 28 volts was present on P495. As soon as the Down Landing Gear Valve cannon plug was connected to the valve, the left main landing gear extended.

All previous checks were completed in a manner that simulated aircraft 69 the day of the incident, meaning all cockpit switchology was annotated and matched prior to checks. The Landing Gear control Panel was in the down and Lock position and the down lock release lever moved out only when weight was off wheels. The control aircraft was also used to check landing gear retraction and extension operation and it did perform as intended and directed by the technical publication A1-H53CE-130-200.

The left and right main landing gear harnesses were checked for continuity of the scissor switches. Pins that were shown to have continuity in Weight on Wheels position had applicable continuity and pins that were shown to be Open with Weight on Wheels, were open. The same was applied to Weight off wheels and pins with continuity had it and those pins that should have been Open were Open. The Landing gear scissor switches ohmed out correctly according to the A1-H53CE-130-200 manual.

Aircraft 69 was relocated to the Hangar and the remainder of the power checks was conducted with hangar wall power.

Having previously noting the bare section of wire going to P 495 of the Down Landing Gear Control Valve, hydraulic and electrical power was applied to the aircraft and the bare wires were pressed up against the Up Landing Gear Control

Valve Plug 494 to see if erroneous voltage on the external portion of the connector would actuate the Up Valve.  Nothing happened.

The electrical test on bare sections of wire were still of concern so an external 28 volts was applied to the bare sections to visualize what would happen.  These tests were conducted utilizing the aircraft crash worthy battery which produces 28 VDC output.  Connecting both P494 and 495 powers was applied to the bare sections of pin A and indications in the cockpit were noted along with verifying Landing gear pin security.  When power was applied to the Up Landing Gear Control Valve P494 pin A, the only indication in the cockpit was a momentary reduction in Utility hydraulics, the landing gear pins were hard to pull and when they were completely removed the gear moved up and when power was removed the gear traveled back to the down and lock position.

When the same test was conducted to the Down Landing Gear Control Valve pin A the same fluctuation on Utility hydraulic pressure indicator momentarily decreased and the Landing Gear Control Panel lights illuminated.

The Weight on Wheels scissor switches of the left and right landing gear were tested in miscompare with one weight on and one weight off and the gear didn't move.  Then the switches were swapped and the test was run again with no movement on the landing gear.  The Landing Gear was then compressed using two jacks and the switch was tested for actuation and verified by continuity within specified range according to A1-h53CE-130-000, Work Package 5.

After the system operation of the landing gear system and testing of the system was complete physical and visual verification of the power wires pin A of both Plug 494 and 495 were traced back to the Landing Gear Control Panel.  The only noted discrepancies in the wires were the bare portions previously mentioned. The wires for the Utility Hydraulic manifold are all white wire and once they enter the aircraft about eighteen inches to two feet into the cabin, the wires are spliced into Kapton wiring.  The wires were inspected from that point to plug 677 (the connector feed through into the left electronics bay), and from there to the landing gear control panel.  The wires look and feels structurally sound upon inspection.

_____          _____          _____

Sign                                        Print                                      Date







**From:**
**Sent:** Friday, July 22, 2011 2:07 PM
**To:**
**Cc:**

**Subject:** RE: RFI
**Attachments:** CH_Phase2.ppt
**Signed By:**



Hi, I am responsible (along with my co-lead, ▮▮▮▮▮▮▮▮ Cc'd) for the Kapton replacement
program at PMA-261.

In short, at a cost of ~$1M per aircraft, Kapton replacement has never been a fully funded
program.  As a result, an original (baseline) timeline to-complete could never be
established; instead, we have been forced to attack the problem in phases based on the amount
of money that became available through multiple POM and Supplemental funding requests.

Our current plan removes/replaces all Kapton from the aircraft in three phases with 19
harnesses targeted in Phase 1, 20 in Phase 2, and 32 in Phase 3.  Phase 1 on the CH is
complete, Phase 2 is currently in-work (see attached), and Phase 3 replacement harnesses are
still in development with the first aircraft fit check on scheduled for Aug/Sept 2011.

Based on our current funding profile and IMC induction schedule, full Kapton replacement will
be complete for the 97 affected CH's in FY-17.

If you're looking more details as to the harness part numbers included in each phase, by BuNo
implementation plan, etc. let me know.

Regards,



-----Original Message-----
**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, July 22, 2011 13:25
**To:** ▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: RFI

▮▮

Can you answer ▮▮▮▮▮▮▮▮question regarding Kapton wiring replacement?

Thanks.

-----Original Message-----
From: ████
Sent: Friday, July 22, 2011 8:32
To: ████████████
Cc: ████████████
Subject: RE: RFI

████ below is the Proposed AFB we are working.  IRT your other questions please contact ████████ or his right hand ████████. I have Cc them both on this e-mail.. And as I stated on the phone if you need anything else please feel free to contact me..

Per our Conversation, the below data is provided:
As of 15 June 2011
97 CH53E aircraft
100% complete phase I
27/97 (28%) complete phase II
0% complete phase III

V/r,

