# Sikorsky CH-53E Super Stallion

From Wikipedia, the free encyclopedia

The **Sikorsky CH-53E Super Stallion** is the largest and heaviest helicopter in the United States military. It was developed from the CH-53 Sea Stallion, mainly by adding a third engine, a seventh blade to the main rotor and canting the tail rotor 20 degrees. Sailors commonly refer to the Super Stallion as the "Hurricane Maker" because of the downwash the helicopter generates. It was built by Sikorsky Aircraft for the United States Marine Corps. The less common **MH-53E Sea Dragon** fills the United States Navy's need for long range mine sweeping or Airborne Mine Countermeasures (AMCM) missions, and perform heavy-lift duties for the Navy. The CH-53E/MH-53E are designated "S-80" by Sikorsky. Currently under development is the CH-53K, which will be equipped with new engines, new composite rotor blades, and a wider cabin.



**CH-53E Super Stallion**
**MH-53E Sea Dragon**

CH-53Es from HMM-264 prepare to take off from USS *Bataan* (LHD-5)

| | |
|---|---|
| Role | Heavy-lift cargo helicopter |
| Manufacturer | Sikorsky Aircraft |
| First flight | 1 March 1974 |
| Introduction | 1981 |
| Status | In service |
| Primary users | United States Marine Corps<br>United States Navy<br>Japan Maritime Self-Defense Force |
| Number built | 234 |
| Unit cost | US$24.36 million (1992) average [1] |
| Developed from | Sikorsky CH-53 Sea Stallion |
| Developed into | Sikorsky CH-53K Super Stallion |

## Contents

- 1 Development
  - 1.1 Background
  - 1.2 H-53E
  - 1.3 CH-53K
- 2 Design
- 3 Operational history
  - 3.1 1980s
  - 3.2 1990s
  - 3.3 2000s
- 4 Operators
- 5 Accidents and notable incidents
- 6 Specifications (CH-53E)
- 7 Notable appearances in media
- 8 See also
- 9 References
- 10 External links