1  James W. Hunt – SBN 122582
   Christopher S. Hickey – SBN 198938
2  Jennifer M. Vagle – SBN 279278
3  FITZPATRICK & HUNT,
   TUCKER, PAGANO, AUBERT, LLP
4  633 West Fifth Street, 60th Floor
   Los Angeles, CA 90071
5  Tel.: (213) 873-2100
   Fax: (213) 873-2125 Fax
6  james.hunt@fitzhunt.com
7  christopher.hickey@fitzhunt.com
   jennifer.vagle@fitzhunt.com
8
   Attorneys for Defendants
9  **SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT
   SERVICES, INC.;** and **UNITED TECHNOLOGIES CORPORATION**
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC FONTALVO, a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and TANIKA LONG, a minor, by and through her Guardian Ad Litem, TASHINA AMADOR, <br><br>                  Plaintiffs, <br><br>vs. <br><br>SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100, Inclusive, <br><br>                  Defendants. | Case No. 13-cv-00331-GPC-KSC <br><br> Judge:  Hon. Gonzalo P. Curiel <br> Magistrate:  Hon. Karen S. Crawford <br><br> **JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING AUTHENTICATION OF DOCUMENTS PRODUCED BY THE UNITED STATES NAVY** |

Plaintiffs D.F. and T.L., minors, by and through their Guardian Ad Litem, TASHINA AMADOR; Defendants SIKORSKY AIRCRAFT CORPORATION, SIKORSKY SUPPORT SERVICES, INC., and UNITED TECHNOLOGIES CORPORATION; Defendant E.I. DU PONT DE NEMOURS AND COMPANY; Defendant GE AVIATION SYSTEMS, LLC; and Defendant PKL SERVICES, INC. (collectively, the "Parties") hereby stipulate and agree to this Stipulation Regarding Authentication of Documents Produced by the United States Navy ("Stipulation re: Authentication of Navy Documents") as follows:

1. On December 12, 2014, the Court entered an order directing the United States Navy ("Navy") to produce certain documents "as 'Blue Ribbon' certified copies, duly authenticated in accordance with the requirements of Federal Rule of Evidence 902(4)" (the "Order"). (Doc. 91 at 2–3.)

2. The Navy has produced numerous documents in response to the Order. The Navy has not, however, produced the vast majority of these documents as "Blue Ribbon" certified copies, duly authenticated in accordance with the requirements of Federal Rule of Evidence 902(4), as required by the Order.

3. Rather than be required to produce these documents again as "Blue Ribbon" certified copies, duly authenticated in accordance with the requirements of Federal Rule of Evidence 902(4), the Navy has requested that the Parties instead stipulate to the authenticity of the documents produced by the Navy in this litigation.

4. On December 30, 2015, Defendant Sikorsky Aircraft Corporation served a subpoena to the U.S. Secretary of the Navy demanding production of the documents identified in the Order (the "Subpoena").

5. The Parties anticipate that the Navy will produce additional documents in response to the Subpoena.

6. The Parties agree to treat all documents produced by the Navy, previously and in the future, in response to the Order and the Subpoena as if they

were produced in the form required by the Order (i.e., as "Blue Ribbon" copies that meet the requirements of Federal Rule of Evidence 902(4)).

**STIPULATED AND AGREED TO:**

Dated: February 16, 2016            GRASSINI, WRINKLE & JOHNSON

                                        By: /s/ Marshall J. Shepardson
                                                Lawrence P. Grassini
                                                Lars C. Johnson
                                                Marshall J. Shepardson
                                                Attorneys for Plaintiffs
                                                **D.F., a minor, and T.L., a minor**

Dated: February 16, 2016            FITZPATRICK & HUNT
                                         TUCKER, PAGANO, AUBERT, LLP

                                         By: /s/ Christopher S. Hickey
                                                James W. Hunt
                                                Christopher S. Hickey
                                                Jennifer M. Vagle
                                                Attorneys for Defendants
                                                **SIKORSKY AIRCRAFT CORPORATION, SIKORSKY SUPPORT SERVICES, INC., AND UNITED TECHNOLOGIES CORPORATION**

Dated: February 16, 2016            THE AXELROD FIRM, PC
                                         MICHAELIS, MONTANARI & JOHNSON, PC

                                         By: /s/ Lisa Savitt
                                                Lisa Savitt
                                                Garry L. Montanari
                                                Attorneys for Defendant
                                                **E.I. DU PONT DE NEMOURS AND COMPANY**

```
 1  Dated: February 16, 2016          CONDON & FORSYTH LLP
 2
 3                                    By:    /s/ Richard Lazenby
                                             Richard A. Lazenby
 4                                           Andrew C. Johnson
                                             Attorneys for Defendant
 5                                    G.E. AVIATION SYSTEMS, LLC
 6
 7  Dated: February 16, 2016          HAIGHT BROWN & BONESTEEL LLP
 8
                                      By:    /s/ Bruce Cleeland
 9                                           Bruce Cleeland
                                             Attorneys for Defendant
10                                    PKL SERVICES, INC.
```

## CERTIFICATE OF SERVICE

**Dominic Fontalvo, et al. v. Sikorsky Aircraft Corporation, et al.**
USDC – Southern Court Case No.: 13-cv-0331-GPC-KSC
Our File No.: 600,191

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 633 West Fifth Street, 60th Floor, Los Angeles, California 90071.

On **February 16, 2016**, I served the document described as **JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING AUTHENTICATION OF DOCUMENTS PRODUCED BY THE UNITED STATES NAVY** on the interested party(s) in this action, as follows:

**SEE ATTACHED SERVICE LIST**

___ **(By U.S. Mail)** By placing ___ the original / ___ a true copy thereof enclosed in a sealed envelope(s), with postage fully paid, addressed as per the attached service list, for collection and mailing at Fitzpatrick & Hunt, Tucker, Pagano, Aubert, LLP in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ **(By CM/ECF System)** I caused to be electronically filed a true and correct copy of the above-entitled document(s) with the Clerk of the Court using Case Management/Electronic Case Filing (CM/ECF), which will send notification that such filing is available for viewing and downloading to all counsel on record electronically as required by the Court on this matter, addressed as per the attached service list.

_X_ **(By Electronic Mail)** I served a true and correct copy of the above-entitled document(s) to the offices at the addressee(s) set forth on the attached service list via electronic mail on said day.

___ **(By FedEx)** I caused said envelope(s) to be sent via FedEx [Overnight] to the offices of the addressee(s) on the attached Service List.

_X_ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on **February 16, 2016**, at Los Angeles, California.

_____
Martha L. Rodriguez

## SERVICE LIST

**Dominic Fontalvo, et al. v. Sikorsky Aircraft Corporation, et al.**
USDC – Southern Court Case No.: 13-cv-0331-GPC-KSC
Our File No.: 600,191

| Attorney for Plaintiffs | Attorney for Defendant, PKL Services, Inc. |
|---|---|
| Lawrence P. Grassini<br>Lars C. Johnson<br>Marshall J. Shepardson<br>Grassini, Wrinkle & Johnson<br>20750 Ventura Boulevard, Suite 221<br>Woodland Hills, CA 91364-6235<br>Tel.: (818) 348-1717<br>Fax: (818) 348-7921<br>Email: mail@gwandjlaw.com | Bruce Cleeland<br>Haight Brown & Bonesteel LLP<br>2050 Main Street, Suite 600<br>Irvine, CA 92614-8261<br>Tel.: (714) 426-4600<br>Fax: (714) 754-0826<br>Email: bcleeland@hbblaw.com |
| Attorneys for Defendants, E.I. Du Pont De Nemours and Company; and Du Pont De Nemours and Company, LLC<br><br>Lisa Savitt<br>The Axelrod Firm, P.C.<br>5028 Wisconsin Avenue, N.W.<br>Suite 100<br>Washington, D.C. 20016<br>Tel.: (202) 765-2727<br>Fax: (215) 238-1779<br>Email: lsavitt@theaxelrodfirm.com<br><br>Gary L. Montanari<br>Michaelis, Montanari & Johnson, P.C.<br>4333 Park Terrace Drive, #110<br>Westlake Village, CA 91361<br>Tel.: (818) 865-0444<br>Fax: (818) 865-8444<br>Email: gmontanari@mmjlaw.net | Attorneys for Defendant, G.E. Aviation Systems, LLC<br><br>Richard A. Lazenby<br>Andrew Johnson<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, CA 90067<br>Tel.: (310) 557-2030<br>Fax: (310) 557-1299<br>Email: rlazenby@condonlaw.com<br>        ajohnson@condonlaw.com |