FILED

MAR 1 4 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC FONTALVO, a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and TANIKA LONG, a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 13-cv-00331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Karen S. Crawford<br><br>**ORDER APPROVING STIPULATION REGARDING AUTHENTICATION OF DOCUMENTS PRODUCED BY THE UNITED STATES NAVY** |

Plaintiffs D.F. and T.L., minors, by and through their Guardian Ad Litem, TASHINA AMADOR; Defendants SIKORSKY AIRCRAFT CORPORATION, SIKORSKY SUPPORT SERVICES, INC., and UNITED TECHNOLOGIES

1  CORPORATION; Defendant E.I. DU PONT DE NEMOURS AND COMPANY;
2  Defendant GE AVIATION SYSTEMS, LLC; and Defendant PKL SERVICES,
3  INC. (collectively, the "Parties") have stipulated and agreed to the Stipulation
4  Regarding Authentication of Documents Produced by the United States Navy
5  ("Stipulation re: Authentication of Navy Documents") as follows:
6      1.    On December 12, 2014, the Court entered an order directing the United
7  States Navy ("Navy") to produce certain documents "as 'Blue Ribbon' certified
8  copies, duly authenticated in accordance with the requirements of Federal Rule of
9  Evidence 902(4)" (the "Order"). (Doc. 91 at 2–3.)
10     2.    The Navy has produced numerous documents in response to the Order.
11 The Navy has not, however, produced the vast majority of these documents as
12 "Blue Ribbon" certified copies, duly authenticated in accordance with the
13 requirements of Federal Rule of Evidence 902(4), as required by the Order.
14     3.    Rather than be required to produce these documents again as "Blue
15 Ribbon" certified copies, duly authenticated in accordance with the requirements of
16 Federal Rule of Evidence 902(4), the Navy has requested that the Parties instead
17 stipulate to the authenticity of the documents produced by the Navy in this
18 litigation.
19     4.    On December 30, 2015, Defendant Sikorsky Aircraft Corporation
20 served a subpoena to the U.S. Secretary of the Navy demanding production of the
21 documents identified in the Order (the "Subpoena").
22     5.    The Parties anticipate that the Navy will produce additional documents
23 in response to the Subpoena.
24     6.    The Parties agree to treat all documents produced by the Navy,
25 previously and in the future, in response to the Order and the Subpoena as if they
26 were produced in the form required by the Order (i.e., as "Blue Ribbon" copies that
27 meet the requirements of Federal Rule of Evidence 902(4)).
28 ///

The Court hereby approves the Parties' Stipulation re: Authentication of Navy Documents.

**IT IS SO ORDERED.**

Dated: 3/11/16

_____
The Honorable Karen S. Crawford
United States Magistrate Judge