# FILED UNDER SEAL

## EXHIBIT G to
## Declaration of Jennifer M. Vagle

<u>D.F., et al. v. Sikorsky Aircraft Corporation, et al.</u>
United States District Court, Case No. 13-cv-00331-GPC-KSC



## U.S. NAVAL CRIMINAL INVESTIGATIVE SERVICE

INVESTIGATIVE ACTION                                              20JUL11

                          CONTROL:  17MAR11-MWMM-0040-7HMA

V/FONTALVO, ALEXIS (NMN)/SGT USMC
  M/W/MEE5/S/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/25MAR86/NEW JERSEY

RECEIPT OF CASUAL FACTOR SUMMARY

[Body of document redacted]

FOR OFFICIAL USE ONLY                                    WARNING
Page 1                         THIS DOCUMENT IS THE PROPERTY OF THE NAVAL CRIMINAL INVESTIGATIVE SERVICE
                               CONTENTS MAY BE DISCLOSED ONLY TO PERSONS WHOSE OFFICIAL DUTIES REQUIRE ACCESS
                               HERETO. CONTENTS MAY NOT BE DISCLOSED TO THE PARTY(S) CONCERNED WITHOUT SPECIFIC
                               AUTHORIZATION FROM THE NAVAL CRIMINAL INVESTIGATIVE SERVICE.

EXHIBIT 17

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in
13-cv-0331-GPC-KSC

MIL092437

