# FILED UNDER SEAL

## EXHIBIT H to
## Declaration of Jennifer M. Vagle

**D.F., et al. v. Sikorsky Aircraft Corporation, et al.**
**United States District Court, Case No. 13-cv-00331-GPC-KSC**



DEPARTMENT OF THE NAVY
NAVAL AIR SYSTEMS COMMAND
NAVAL AIR SYSTEMS COMMAND HEADQUARTERS
WASHINGTON, DC 20361

IN REPLY REFER TO
4790
Ser AIR-41121I/2970
12 August 1987



MIL000002

**AECA/ITAR/EAR**
**TECHNICAL DATA AND/OR TECHNOLOGY**
**Pursuant to Amendment to Protective Order in**
**13-cv-0331-GPC-KSC**