# John M. McKeon

23788 Meadowgate Ct.  
Murrieta, Ca 92562  
Mckeonjm7@gmail.com

© 619-846-9654

## Demonstrated Skills

-Duty expert (30+ yrs.) in US Marine Aviation as both an "O" level technician and as an Aircraft Maintenance Officer.

-Previously demonstrated the ability as both an aircraft maintenance officer and as a project and program manager, to successfully plan, develop and manage a comprehensive aircraft maintenance plan.

-Previously conducted audits of programs and processes in accordance with both NAMP requirements and contractor Quality Assurance Plans.

## PROFESSIONAL EXPERIENCE

**PKL Services Inc., Poway Ca. 92064**  
**Human Resources / Recruiter**  
**June 2015 to Present/ Full Time/ 40 hrs per week**

-Assist PKL HR in the search, recruitment and interviewing of experienced F-15 aircraft maintenance instructors for deployment to the Kingdom of Saudi Arabia in support of the Royal Saudi Air Force.

**PKL Services Inc., Poway Ca. 92064**  
**CH-53E RESET Afghanistan (Camp Leatherneck)**  
**Camp Leatherneck, On-Site Manager**  
**Jan 2014 - Aug 2014 /full time/ 40+ hrs. Per week**

-Directed the induction of deployed CH-53E aircraft into both scheduled and unscheduled maintenance evolutions with specific and timely customer delivery timelines. Inspection periods included the deployed contractor work force achieving a high/optimum material condition of the aircraft (zero awaiting maintenance discrepancies) prior to returning it back to the USMC customer.

-Managed and led a core group of 16 artisans from both an aircraft technical standpoint in addition to all administrative responsibilities (i.e. training, payroll, monthly reports, individual counseling, etc.)

**PKL Services Inc. Poway Ca, 92064**

MV05-0000011  
12250352.1

**CH-53E / CH-46E USMC RESET, Program Manager for MCAS Miramar Ca, MCAS Camp Pendleton Ca, MCAS New River NC, MCAS Cherry Point NC, MCAS Kaneohe Hawaii, Al Asad Air Base Iraq, Camp Leatherneck, Afghanistan**
**Jan 2009 – Jan 2014/ Full time/40+ hrs. Per week**

Managed RESET 134 personnel, and all contract requirements at four CONUS locations and two overseas locations (Iraq/Afghanistan).

Managed both scheduled and unscheduled maintenance requirements including 226 Reset Inspections and 554 Phase maintenance requirements for the entire USMC inventory of CH-46E and CH-53E aircraft.

-Ensure compliance with aircraft maintenance and safety directives at all work sites to include monthly training. Managed a comprehensive quality assurance program that included a requirement that aircraft be returned back to the squadron customer with zero AWM discrepancies. Additionally managed and monitored monthly effectiveness and utilization of multiple aircraft maintenance teams to better support USMC squadrons. Developed and provided written monthly data reports and CDRL's to NAVAIR contract specialists on maintenance accomplished at all work sites.

-Provide direction and guidance to multiple Site Leads in management, recruitment and qualification reviews of their large contractor work teams.

**JK Hill & Associates, Virginia Beach, VA 23454**
**3rd MAW, MCAS Miramar, CH-53E RESET, Project Manager**
**Aug 2007 to Dec 2008/ Full Time/ 40+ hrs. Per week**

-Coordinated, planned and managed all RESET aircraft contractor requirements to ensure that post-RESET aircraft material condition meets or exceeded the Marine customer's expectations.

-Provided "duty expert" insight to both Organizational and Intermediate (O&I) level Marine maintenance managers on the extensive maintenance capabilities of the contract team that are beyond the scope of the RESET specification but within the requirement for unscheduled /scheduled "O" level contractor maintenance support.

-Provided daily oversight of CH-53E contractor work force to ensure that all safety regulations, CNAFINST, and applicable OSHA instructions were complied with. Developed a contractor tool control program that mirror images all requirements established for US Marine aircraft maintainers.


**Marine Aviation Logistics Squadron 16, Aircraft Maintenance Officer (USMC/Major)**
**MCAS Miramar, San Diego Ca. 92145**
**Jan 2004 to Aug 2007/ Full Time/ 40+ hrs. Per week**

-Managed, lead and deployed an expanded intermediate maintenance department for two (2) one-year deployments to Al Asad Iraq in support of combat CH-53E aircraft and ten other fixed and rotary wing type model series aircraft.

-Successfully coordinated support maintenance actions worked in conjunction with over fourteen squadron maintenance officers in Iraq to ensure that daily support and intermediate repair requirements for 220+ combat aircraft were met in the shortest period of time.

-Recipient of the 2006 Navy and Marine Corps "Capt Virgil Lemmon" Aircraft Maintenance Officer Award for superior performance of duties. This award was established to recognize forward-thinking individuals who visualize change and then build improvements to Naval Aviation Maintenance outside of already established paradigms.


**Marine Aviation Logistics Squadron 16, Production Control Officer (USMC/Capt)**
**MCAS Miramar, San Diego Ca. 92145**
**Aug 2002 to Dec 2003 / Full Time/ 40+ hrs. Per week**

-Supervised and managed the production efforts of 40+ work shops in the repair of aeronautical components ranging from avionics, calibration, hydraulic, and engine overhaul in support of CH-53E and CH-46E helicopters. Ensured that established monthly production goals were attained while simultaneously ensuring all maintenance and logistics actions were managed to a successful conclusion while also attaining a noteworthy on all command inspections.

-Initiated a successful weekly production review with all maintenance divisions. Identified stagnation and back log component repairs. Formulated a plan for Continuous Process Improvement (CPI) i.e. optimize reliability and cycle time while striking a reasonable balance with repair costs.

-Communicated and provided both organizational flight line and intermediate level maintenance input and suggestions to depot engineers on issues related to aeronautical component test benches, avionics repair capability, "currently installed" aircraft flight dynamic components and pending airframe bulletins.

**CH-53E Acft Maintenance/Material Control Officer (USMC/CWO)**
**MCAS Tustin Ca/ MCAS New River NC.**
**July 1991 to July 2002/ full time/ 40+ hrs. Per week**

-Trained, managed and coordinated all maintenance efforts of 200 maintenance and logistic personnel for safe flight operation of 23 military aircraft.

-Coordinated with aircraft depot and organizational personnel the timely induction of aircraft for full rework or short term modifications. As an organizational maintenance manager, crafted depot

specific work orders for compliance of both scheduled and unscheduled organizational maintenance on "soon to be inducted" aircraft to the depot overhaul activity.

-Controlled the daily workload and personally established priorities for the maintenance effort. Consistently exceeded Department of the Navy monthly aircraft readiness goals.

**CH-53E Quality Assurance Representative (USMC/ SNCO)**
**MCAS New River, NC**
**Oct 1986 to Dec 1990/ Full Time/40+ hrs. Per week**

-Ensured quality maintenance was performed on aircraft by way of review of publications, individual worker performance and compliance of written instructions.

-Reviewed and initiated local low cost design improvements to depot engineering staff that were recommended for efficiency of mission or maintenance of aircraft.

-Recognized as a dynamic leader and instructor and nominated as the number 1 candidate for 1989 enlisted to Warrant Officer Board.

-As a subject matter expert, performed detailed audits of divisions within the organizational maintenance level intended to enhance and verify the level of total quality maintenance

**CH-53D, CH-53E, VH-3D Mechanic, Quality Assurance Inspector and Aircrew/Crew Chief**
**MCAS Tustin, Ca and MCB Quantico VA.**
**Nov 1977 to July 1986/ Full Time/40+ hrs. Per week**

-Ensured that correct and safe maintenance was accomplished on squadron aircraft aircraft as both a maintenance technician and as an inspector of other technicians work. Ensured quality workmanship was accomplished in accordance with current maintenance publications.

-Acted as a "team member" on aircraft flights and missions that involved cargo and passengers during hours of darkness, outside the continental United States, and aboard naval vessels.

-Designated as President Reagan's Marine One Helicopter Crew Chief from 1985 to 1986. Additionally ensured the safe mechanical condition of the aircraft prior to the President's use of it.

## **EDUCATION**

**Associate of Arts, Liberal Arts,** Community College, NY, NY

**Senior Marine Leadership Academy,** Quantico VA 1985

**Marine Officer Basic School**, Quantico VA 1991

**Aircraft Maintenance Officer School**, Pensacola Fla 1991