ROBERT WUTHRICH - 03/17/2016

```
 1                UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   Dominic Fontalvo, a minor,   )
     by and through his Guardian  )
 6   Ad Litem, Tashina Amador,    ) Civil Action No.
     individually and as          )
 7   successor in interest to     ) 13-cv-00331-GPC-KSC
     Alexis Fontalvo, deceased,   )
 8   and T.L., a minor, by and    )
     through her Guardian Ad      )
 9   Litem, Tashina Amador,       )
                                  )
10                 Plaintiffs,    ) Pages 1-202
                                  )
11        VS.                     )
                                  )
12   Sikorsky Aircraft            )
     Corporation, Sikorsky        )
13   Support Services, Inc.,      )
     et al.,                      )
14                                )
                   Defendants.    )
15   _____  )

16

17   VIDEOTAPED DEPOSITION OF:

18          ROBERT WUTHRICH

19          THURSDAY, MARCH 17, 2016

20          8:12 A.M.

21

22

23

24   Reported by:  LINDA NICKERSON

25              CSR No. 8746
```

```
 1          Videotaped deposition of ROBERT WUTHRICH, the
 2   witness, taken on behalf of the Sikorsky Defendants
 3   and United Technologies Corporation, on THURSDAY,
 4   MARCH 17, 2016, 8:12 a.m., at Marine Corps Air
 5   Station, Building 8477 Basement, San Diego,
 6   California, before LINDA NICKERSON, CSR No. 8746,
 7   pursuant to NOTICE.
 8
 9   APPEARANCES OF COUNSEL:
10   FOR PLAINTIFFS:
11        GRASSINI, WRINKLE & JOHNSON
12        BY:  MARSHALL SHEPARDSON, ESQ.
13        20750 Ventura Boulevard
14        Suite 221
15        Woodland Hills, California  91364
16        (818) 348-1717
17        mshepardson@gwandjlaw.com
18   ///
19   ///
20   ///
21
22
23
24
25
```

```
 1    APPEARANCES OF COUNSEL (Continued):

 2

 3    FOR SIKORSKY DEFENDANTS AND UNITED TECHNOLOGIES

 4    CORPORATION:

 5         FITZPATRICK & HUNT, TUCKER, PAGANO,

 6         AUBERT, LLP

 7         BY:  JAMES W. HUNT, ESQ.

 8         633 West Fifth Street

 9         Sixtieth Floor

10         Los Angeles, California  90071

11         (213) 873-2100

12         james.hunt@fitzhunt.com

13

14    FOR DEFENDANT DUPONT CORPORATION:

15         MICHAELIS, MONTANARI & JOHNSON

16         BY:  GARRY L. MONTANARI, ESQ.

17         4333 Park Terrace Drive

18         Suite 110

19         Westlake Village, California  91361

20         (818) 865-0444

21         gmontanari@mmjlaw.com

22    ///

23    ///

24    ///

25
```

```
 1    APPEARANCES OF COUNSEL (Continued):

 2

 3    FOR DEFENDANT PKL SERVICES:

 4         HAIGHT, BROWN & BONESTEEL, LLP

 5         BY:  BRUCE CLEELAND, ESQ.

 6         2050 Main Street

 7         Suite 600

 8         Irvine, California  92614

 9         (714) 426-4600

10         bcleeland@hbblaw.com

11

12    FOR WITNESS:

13         U.S. DEPARTMENT OF JUSTICE

14         CHIEF, CIVIL DIVISION

15         BY:  TOM STAHL, ESQ.

16         Federal Office Building

17         880 Front Street, Room 6293

18         San Diego, California  92101-8893

19         (619) 546-7767

20         thomas.stahl@usdoj.gov

21    ///

22    ///

23    ///

24

25
```

```
 1    APPEARANCES OF COUNSEL (Continued):

 2

 3   FOR DEFENDANT GENERAL ELECTRIC:

 4        CONDON & FORSYTH, LLP

 5        BY:  ANDREW C. JOHNSON, ESQ.

 6        1901 Avenue of the Stars

 7        Suite 850

 8        Los Angeles, California  90067

 9        (310) 407-2385

10        ajohnson@condonlaw.com

11        (Present Telephonically)

12

13   ALSO PRESENT:

14        LAURA VERHEES (Videographer)

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | your pocket, you probably could give an estimate, | 08:22:51 |
| 2 | and that would be just fine for these purposes. | 08:22:53 |
| 3 | Okay? | 08:22:57 |
| 4 | A    Okay. | 08:22:57 |
| 5 | Q    So just qualify your answers any way you | 08:22:57 |
| 6 | want to in terms of the degree of accuracy, | 08:23:00 |
| 7 | etcetera.  Okay? | 08:23:03 |
| 8 | A    Okay. | 08:23:04 |
| 9 | Q    Okay.  Great.  Let's go into your | 08:23:05 |
| 10 | background a little bit.  Education? | 08:23:07 |
| 11 | A    High school diploma, two college classes, | 08:23:09 |
| 12 | and then aviation electronics through Pensacola, | 08:23:13 |
| 13 | Florida, CH-53 training, I did delta and echo | 08:23:16 |
| 14 | training at New River, North Carolina.  Both of | 08:23:21 |
| 15 | those happened in 1999, and I started working on | 08:23:24 |
| 16 | CH-53 Delta in Hawaii in 2000 and CH-53 Echo in | 08:23:27 |
| 17 | 2009. | 08:23:34 |
| 18 | Q    Okay.  What are the two college classes you | 08:23:35 |
| 19 | took? | 08:23:41 |
| 20 | A    English 101 and Math 101. | 08:23:41 |
| 21 | Q    Reading and writing -- | 08:23:44 |
| 22 | A    Right. | 08:23:46 |
| 23 | Q    -- and arithmetic. | 08:23:46 |
| 24 | Tell us about the service schools you've | 08:23:50 |
| 25 | been to. | 08:23:53 |

ROBERT WUTHRICH - 03/17/2016                    Page 15

| | | | |
|---|---|---|---|
| 1 | A | The only other service schools other than | 08:23:54 |
| 2 | | the CH-53 and the aviation electronics -- | 08:23:58 |
| 3 | Q | I'm interested in those also. | 08:24:00 |
| 4 | A | -- would be PME, which is Professional | 08:24:02 |
| 5 | | Military Education for corporal, sergeant, staff | 08:24:07 |
| 6 | | sergeant. | 08:24:11 |
| 7 | Q | I wanted to go back to the technical | 08:24:11 |
| 8 | | schools you mentioned. | 08:24:13 |
| 9 | A | Yes. | 08:24:14 |
| 10 | Q | I just want to find out what they're all | 08:24:14 |
| 11 | | about. | 08:24:17 |
| 12 | A | Technical schools, yes, sir, they identify | 08:24:17 |
| 13 | | how to read wire, how to -- the general theory | 08:24:20 |
| 14 | | behind electronics, and then how our systems work, | 08:24:28 |
| 15 | | and then the more specified school in New River, | 08:24:31 |
| 16 | | North Carolina just talks about those specific | 08:24:35 |
| 17 | | systems on the CH-53. | 08:24:37 |
| 18 | | MR. HUNT:  Okay.  What did I do with that? | 08:24:39 |
| 19 | | Let's just mark -- we've already marked a | 08:24:44 |
| 20 | | couple of exhibits here.  If you could put in front | 08:24:47 |
| 21 | | of the witness Exhibit 1 -- Wuthrich Exhibit 1. | 08:24:49 |
| 22 | | (The document referred to was marked by the | |
| 23 | | Reporter as Wuthrich Exhibit 1 for identification | |
| 24 | | and is attached hereto.) | |
| 25 | | BY MR. HUNT: | 08:24:59 |

| | | |
|---|---|---|
| 1 | regarding the work that you did? | 08:26:07 |
| 2 | A    Yes, sir. | 08:26:10 |
| 3 | Q    Okay.  We'll get to that later.  Thank you. | 08:26:10 |
| 4 | A    That is all I got. | 08:26:22 |
| 5 | MR. HUNT:  Okay.  Great.  Take a look at -- | 08:26:24 |
| 6 | let's just mark -- we've already marked it.  I'd | 08:26:26 |
| 7 | just like you to take a look at Exhibit 2 to your | 08:26:28 |
| 8 | deposition. | 08:26:31 |
| 9 | (The document referred to was marked by the | |
| 10 | Reporter as Wuthrich Exhibit 2 for identification | |
| 11 | and is attached hereto.) | |
| 12 | BY MR. HUNT: | 08:26:37 |
| 13 | Q    This is just a letter from the Navy to | 08:26:37 |
| 14 | us -- to the lawyers basically advising what the | 08:26:41 |
| 15 | rules of the road are for your deposition. | 08:26:45 |
| 16 | A    Okay. | 08:26:47 |
| 17 | Q    Okay.  And basically your lawyer will guide | 08:26:48 |
| 18 | you through this if there are any -- any questions | 08:26:53 |
| 19 | that involve this letter or any other parameters of | 08:26:55 |
| 20 | the deposition.  Okay? | 08:26:58 |
| 21 | A    Okay. | 08:26:59 |
| 22 | Q    Okay.  Let's go back into your background a | 08:26:59 |
| 23 | little bit.  I'd just quickly like you to run | 08:27:04 |
| 24 | through your duty stations, that is, your | 08:27:06 |
| 25 | assignments and the duties that you had, what -- | 08:27:07 |

| | | |
|---|---|---|
| 1 | what your job consisted of in those various | 08:27:13 |
| 2 | assignments in the Marine Corps, just briefly. | 08:27:16 |
| 3 |    A   Okay.  HMH-463, based out of the Marine | 08:27:20 |
| 4 | Corps base in Hawaii, I was an aviation electronic | 08:27:23 |
| 5 | technician there.  That was on the CH-53 Delta from | 08:27:26 |
| 6 | 2000 to 2008. | 08:27:28 |
| 7 |        I held the billet of technician, collateral | 08:27:30 |
| 8 | duty inspector, quality assurance representative, | 08:27:34 |
| 9 | and collateral duty quality assurance | 08:27:38 |
| 10 | representative.  I then PCS'd to MCAS Miramar, | 08:27:41 |
| 11 | HMH-361, where I held the same occupation, aviation | 08:27:49 |
| 12 | electronic technician, and I held the billets of | 08:27:53 |
| 13 | collateral duty inspector, or CDI, and CDQAR. | 08:27:57 |
| 14 |    Q   Two jobs? | 08:28:01 |
| 15 |    A   And then I went to MCRD Parris Island where | 08:28:03 |
| 16 | I was a drill instructor for 2nd Battalion Gulf | 08:28:10 |
| 17 | Company.  I did that from 2012 to 2015, and now I'm | 08:28:14 |
| 18 | stationed at HMH-465 as an aviation electronic | 08:28:19 |
| 19 | technician. | 08:28:23 |
| 20 |    Q   Okay.  Thank you.  And then the job -- | 08:28:24 |
| 21 | HMH-361, you were there from 2008 to 2012? | 08:28:31 |
| 22 |    A   2009 to 2012. | 08:28:36 |
| 23 |    Q   Okay.  All right.  You mentioned two | 08:28:39 |
| 24 | phrases or two acronyms, rather. | 08:28:43 |
| 25 |        CDI, what does that mean? | 08:28:45 |

| | | |
|---|---|---|
| 1 | A     Collateral duty inspector is a CDI that is | 08:28:48 |
| 2 | an individual that inspects work after a job is | 08:28:52 |
| 3 | complete.  They verify the proper procedures via the | 08:28:55 |
| 4 | manuals that have been accomplished and it's a | 08:29:04 |
| 5 | second -- the first second set of eyes to look at a | 08:29:07 |
| 6 | job. | 08:29:10 |
| 7 | Q     Whose -- whose work are you checking as a | 08:29:10 |
| 8 | CDI? | 08:29:13 |
| 9 | A     For an aviation electronic technician, I | 08:29:13 |
| 10 | would check the work of avionics marines. | 08:29:17 |
| 11 | Q     So you're talking about a trained marine | 08:29:19 |
| 12 | avionics specialist mechanic -- is mechanic the | 08:29:24 |
| 13 | right word? | 08:29:27 |
| 14 | A     Yes. | 08:29:28 |
| 15 | Q     Okay.  And you're checking to see that the | 08:29:28 |
| 16 | work that that avionics specialist has done is | 08:29:31 |
| 17 | appropriate, is proper? | 08:29:34 |
| 18 | A     Yes. | 08:29:35 |
| 19 | Q     Okay.  Do you have to have special training | 08:29:36 |
| 20 | or qualifications for that to be designated as CDI? | 08:29:40 |
| 21 | A     The special training is on-the-job | 08:29:44 |
| 22 | training, and it's mostly your confidence and | 08:29:46 |
| 23 | ability to troubleshoot, identify discrepancies, and | 08:29:51 |
| 24 | then know the proper procedures out of the manuals. | 08:29:56 |
| 25 | Q     Okay.  Then you also mentioned another | 08:29:59 |

ROBERT WUTHRICH - 03/17/2016                Page 20

| | | |
|---|---|---|
| 1 | acronym.  You said CDQAR? | 08:30:02 |
| 2 | A    Collateral duty quality assurance | 08:30:05 |
| 3 | representative is a quality assurance representative | 08:30:07 |
| 4 | that works in the avionics division and not out of | 08:30:11 |
| 5 | the quality assurance division, so -- | 08:30:15 |
| 6 | Q    Is that something that you have to qualify | 08:30:20 |
| 7 | for by course work or testing or some other respect? | 08:30:22 |
| 8 | A    Time on -- time on aircraft and then, | 08:30:26 |
| 9 | again, confidence on the aircraft and ability to | 08:30:30 |
| 10 | troubleshoot and identify discrepancies, yes. | 08:30:33 |
| 11 | Q    Is any -- is there any education or testing | 08:30:35 |
| 12 | required in order to achieve that designation? | 08:30:37 |
| 13 | A    No. | 08:30:39 |
| 14 | Q    Are you -- in the order of things, is a | 08:30:40 |
| 15 | CDQAR considered to be higher in the hierarchy than | 08:30:47 |
| 16 | a CDI? | 08:30:52 |
| 17 | A    Yes. | 08:30:53 |
| 18 | Q    Why is that? | 08:30:53 |
| 19 | A    The ability that they have, some jobs | 08:30:54 |
| 20 | require a higher level of experience.  Like flight | 08:30:57 |
| 21 | control routes and things like that require more | 08:31:04 |
| 22 | senior individual, more senior qualifications to | 08:31:08 |
| 23 | sign off. | 08:31:11 |
| 24 | Q    Is there any similar designation in the | 08:31:11 |
| 25 | Marine Corps that's higher than a CDQAR? | 08:31:14 |

| | |
|---|---|
| 1   type or the other? | 08:33:46 |
| 2        A    It would be advisable -- if you had a | 08:33:48 |
| 3   question on the landing gear pin specifically, you | 08:33:52 |
| 4   would take it to your chain of command.  So if | 08:33:57 |
| 5   you're a flightline -- a young marine out of | 08:33:59 |
| 6   flightline, you would ask your flightline CDQARs. | 08:34:02 |
| 7   If they can't answer you appropriately, they would | 08:34:05 |
| 8   lead you in the right direction to go talk to | 08:34:08 |
| 9   whomever you need to talk to. | 08:34:11 |
| 10       Q    Okay.  Thank you.  Were you on base on | 08:34:12 |
| 11  March 17, 2011? | 08:34:15 |
| 12       A    Yes. | 08:34:16 |
| 13       Q    And that's here at Miramar? | 08:34:16 |
| 14       A    Yes. | 08:34:18 |
| 15       Q    When was the first involvement you had with | 08:34:18 |
| 16  the -- with the accident that involved Sergeant | 08:34:24 |
| 17  Fontalvo? | 08:34:26 |
| 18       A    The emergency shutdown of the aircraft. | 08:34:27 |
| 19       Q    Where were you -- did you -- were you a | 08:34:31 |
| 20  witness to any of the events? | 08:34:32 |
| 21       A    The shutdown of the aircraft. | 08:34:37 |
| 22       Q    Okay.  So you were in the immediate | 08:34:39 |
| 23  vicinity at the time? | 08:34:42 |
| 24       A    Yes. | 08:34:43 |
| 25       Q    Okay.  Did you see the gear -- the aircraft | 08:34:43 |

ROBERT WUTHRICH - 03/17/2016                  Page 24

| | | | |
|---|---|---|---|
| 1 | | when the gear collapsed? | 08:34:48 |
| 2 | A | No. | 08:34:50 |
| 3 | Q | But you were there immediately thereafter? | 08:34:50 |
| 4 | A | Yes. | 08:34:53 |
| 5 | Q | Okay.  Just describe what you saw. | 08:34:53 |
| 6 | A | The -- I was in my office.  The turning | 08:35:02 |
| 7 | | helicopter made a loud noise, something that is | 08:35:08 |
| 8 | | not -- not normally heard, and then shouting from | 08:35:12 |
| 9 | | marines, and that's all it takes. | 08:35:17 |
| 10 | Q | Okay.  Did you go outside? | 08:35:18 |
| 11 | A | Yes. | 08:35:19 |
| 12 | Q | What did you see? | 08:35:20 |
| 13 | A | Aircraft was in the emergency shutdown | 08:35:21 |
| 14 | | procedure.  Marines were running for fire bottles to | 08:35:24 |
| 15 | | get the aircraft shut down, and we just started | 08:35:28 |
| 16 | | emergency protocols. | 08:35:35 |
| 17 | Q | Did you ever see Sergeant Fontalvo's body | 08:35:36 |
| 18 | | under the helicopter? | 08:35:39 |
| 19 | A | No. | 08:35:40 |
| 20 | Q | Did you ever -- okay.  That's fine. | 08:35:40 |
| 21 | | Were you then asked to get involved in the | 08:35:47 |
| 22 | | investigation into the particular accident at some | 08:35:49 |
| 23 | | point? | 08:35:51 |
| 24 | A | Yes. | 08:35:51 |
| 25 | Q | And when was that? | 08:35:51 |

| | | | |
|---|---|---|---|
| 1 | A | I can't say for sure the day. | 08:35:52 |
| 2 | Q | Okay.  Within a few weeks of the accident? | 08:35:57 |
| 3 | A | Yes. | 08:36:00 |
| 4 | Q | And who asked you to get involved? | 08:36:00 |
| 5 | A | I don't recall. | 08:36:04 |
| 6 | Q | What were you asked to do? | 08:36:04 |
| 7 | A | As an aviation CDI, CDQ for the | 08:36:08 |
| 8 | | electronics, I was asked to troubleshoot and | 08:36:13 |
| 9 | | identify a potential issue on that aircraft. | 08:36:15 |
| 10 | Q | What -- what were you told when you first | 08:36:24 |
| 11 | | were given that assignment? | 08:36:26 |
| 12 | A | It would just be myself and a small crew, | 08:36:30 |
| 13 | | wouldn't talk to anybody about it, and that we would | 08:36:34 |
| 14 | | report to the investigating officer. | 08:36:37 |
| 15 | Q | Who was the investigating officer you | 08:36:40 |
| 16 | | reported to? | 08:36:42 |
| 17 | A | I don't remember. | 08:36:43 |
| 18 | Q | Do you know which investigation you were | 08:36:43 |
| 19 | | first involved with? | 08:36:47 |
| 20 | A | No. | 08:36:51 |
| 21 | Q | Okay.  Was it -- was it -- were you | 08:36:51 |
| 22 | | asked -- withdrawn. | 08:36:55 |
| 23 | | When you first got involved, were you | 08:36:56 |
| 24 | | working with Lieutenant -- I'm sorry.  Withdrawn. | 08:36:58 |
| 25 | | When you first got involved, were you | 08:37:00 |

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 08:38:12 |
| 2 | Q | From your shop? | 08:38:12 |
| 3 | A | Yes. | 08:38:14 |
| 4 | Q | And this, again, was when you were with | 08:38:14 |
| 5 | | HMH-361? | 08:38:21 |
| 6 | A | Correct. | 08:38:22 |
| 7 | Q | So the unit to which this helicopter -- the | 08:38:23 |
| 8 | | accident helicopter was attached? | 08:38:25 |
| 9 | A | Yes. | 08:38:27 |
| 10 | Q | So tell us just as best you can remember in | 08:38:27 |
| 11 | | a narrative fashion about what you did and how long | 08:38:37 |
| 12 | | it took and who you produced. | 08:38:43 |
| 13 | A | What we did was operational check of the | 08:38:49 |
| 14 | | entire aircraft on a control aircraft, so one that | 08:38:53 |
| 15 | | had a working landing gear system, and via the | 08:38:56 |
| 16 | | appropriate manuals, we did the exact same | 08:39:01 |
| 17 | | operational check on the aircraft that had the | 08:39:03 |
| 18 | | incident. | 08:39:07 |
| 19 | | We did this with electronic and hydraulic | 08:39:07 |
| 20 | | equipment to simulate a hundred percent rotor -- | 08:39:14 |
| 21 | | rotor spinning and we documented all of the | 08:39:19 |
| 22 | | findings. We investigated the wires. We | 08:39:23 |
| 23 | | investigated the connectors, and then we made some | 08:39:25 |
| 24 | | assumptions about how -- how the landing gear could | 08:39:32 |
| 25 | | retract and tried those theories as well. | 08:39:36 |

ROBERT WUTHRICH - 03/17/2016                    Page 28

| | | | |
|---|---|---|---|
| 1 | Q | And then you produced a report? | 08:39:38 |
| 2 | A | I did. | 08:39:40 |
| 3 | Q | Would you take a look at -- there's a | 08:39:41 |
| 4 | | binder in front of you that's been marked as Stevens | 08:39:43 |
| 5 | | Exhibit 1 and take a look at Enclosure 40.  There's | 08:39:46 |
| 6 | | a tab there.  There's a two-page document or report. | 08:39:50 |
| 7 | | Do you recognize that? | 08:40:01 |
| 8 | A | I do. | 08:40:02 |
| 9 | Q | And what is it? | 08:40:02 |
| 10 | A | This is the -- the report I wrote after our | 08:40:03 |
| 11 | | findings. | 08:40:07 |
| 12 | Q | Okay.  Did you write this yourself? | 08:40:07 |
| 13 | A | I did. | 08:40:12 |
| 14 | Q | Did you have any assistance? | 08:40:12 |
| 15 | A | Not to my knowledge. | 08:40:14 |
| 16 | Q | Okay.  Did you type this yourself? | 08:40:17 |
| 17 | A | Yes. | 08:40:19 |
| 18 | Q | Okay.  And -- and what did you do with this | 08:40:19 |
| 19 | | report?  To whom did you give it? | 08:40:26 |
| 20 | A | The inspection team. | 08:40:30 |
| 21 | Q | Okay.  At the top, there's some handwriting | 08:40:31 |
| 22 | | at the top right hand of the first page? | 08:40:38 |
| 23 | A | Yes. | 08:40:42 |
| 24 | Q | And we've been told by Lieutenant Colonel | 08:40:43 |
| 25 | | Stevens that that's his writing, and he's put the | 08:40:46 |

ROBERT WUTHRICH - 03/17/2016          Page 173

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Only about six minutes | 01:29:53 |
| 2 | left on this tape. | 01:29:54 |
| 3 | MR. CLEELAND:  I'll be done. | 01:29:56 |
| 4 | | |
| 5 | EXAMINATION | |
| 6 | BY MR. CLEELAND: | |
| 7 | Q   Good afternoon, Gunny. | 01:29:57 |
| 8 | A   Good afternoon. | 01:29:59 |
| 9 | Q   Were any of the elements of the incident | 01:29:59 |
| 10 | aircraft in the Fontalvo incident part of a phase A | 01:30:02 |
| 11 | maintenance? | 01:30:06 |
| 12 | A   No. | 01:30:06 |
| 13 | Q   Were any of the elements of the incident | 01:30:07 |
| 14 | aircraft in the Fontalvo incident part of a phase B | 01:30:09 |
| 15 | maintenance? | 01:30:14 |
| 16 | A   No. | 01:30:15 |
| 17 | Q   Were any of the elements of the incident | 01:30:15 |
| 18 | aircraft in the Fontalvo incident part of phase C | 01:30:19 |
| 19 | maintenance? | 01:30:22 |
| 20 | A   No. | 01:30:22 |
| 21 | Q   Were any of the elements of the incident | 01:30:23 |
| 22 | aircraft in the Fontalvo incident part of phase D | 01:30:28 |
| 23 | maintenance? | 01:30:31 |
| 24 | A   No. | 01:30:31 |
| 25 | Q   Do you recall what the dimensions were of | 01:30:32 |

ROBERT WUTHRICH - 03/17/2016                 Page 174

| | | |
|---|---|---|
| 1 | the wear-through spots that you observed on the wire | 01:30:34 |
| 2 | going to P 495? | 01:30:39 |
| 3 | A    No. | 01:30:40 |
| 4 | Q    Could you actually see the conductor | 01:30:40 |
| 5 | through those wear-through spots? | 01:30:46 |
| 6 | A    Yes. | 01:30:48 |
| 7 | Q    And the conductor was copper? | 01:30:48 |
| 8 | A    I do not know. | 01:30:50 |
| 9 | Q    Where was the landing gear control system | 01:30:51 |
| 10 | utility hydraulic module that you examined on the | 01:30:54 |
| 11 | incident aircraft located? | 01:30:56 |
| 12 | A    On the aircraft in its appropriate | 01:31:02 |
| 13 | location, top of the fuselage, just inside of the | 01:31:05 |
| 14 | sliding doghouse. | 01:31:09 |
| 15 | MR. CLEELAND:  Thank you very much. | 01:31:10 |
| 16 | MR. HUNT:  I've got some questions. | 01:31:14 |
| 17 | MR. MONTANARI:  Do you want to be here or | 01:31:18 |
| 18 | do you want me to -- | 01:31:19 |
| 19 | MR. HUNT:  I'm fine here. | 01:31:21 |
| 20 | THE VIDEOGRAPHER:  We have five, six | 01:31:21 |
| 21 | minutes. | 01:31:25 |
| 22 | MR. SHEPARDSON:  Do you want to just take | 01:31:25 |
| 23 | right now because I'm going to have something -- | 01:31:27 |
| 24 | MR. HUNT:  Sure. | 01:31:28 |
| 25 | MR. SHEPARDSON:  Yeah.  So let's just | 01:31:29 |

```
 1      A    Yes.                                      02:08:06

 2      Q    That is the place you attempted to press it  02:08:07

 3  up against?                                        02:08:09

 4      A    Yes.                                      02:08:09

 5           MR. SHEPARDSON:  Okay.  That's -- that's  02:08:35

 6  all I have.  Thank you.                            02:08:36

 7           MR. CLEELAND:  I'm sorry.  It will only   02:08:44

 8  take a moment.                                     02:08:47

 9

10                  FURTHER EXAMINATION

11  BY MR. CLEELAND:                                   02:08:48

12      Q    Sir, with respect to the incident aircraft,  02:08:48

13  which has been described variously as aircraft     02:08:54

14  number 69 or serial number 163007, were any of its  02:08:57

15  components that were involved in the Fontalvo       02:09:04

16  incident part of a phase A maintenance plan?        02:09:05

17      A    No.                                        02:09:08

18      Q    The same question with respect to were they  02:09:09

19  part of a phase B maintenance plan?                 02:09:12

20      A    No.                                        02:09:14

21      Q    Same question with respect to were they    02:09:15

22  part of a phase C maintenance plan?                 02:09:17

23      A    No.                                        02:09:19

24      Q    And the same question with respect to being  02:09:19

25  part of a phase D maintenance plan?                 02:09:22
```

```
 1    A    No.                                          02:09:24
 2         MR. CLEELAND:  Thank you for your time.      02:09:25
 3
 4                 FURTHER EXAMINATION
 5    BY MR. HUNT:
 6    Q    May I just ask you, what does NALCOMIS       02:09:28
 7    stand for?                                        02:09:31
 8    A    I do not know.                               02:09:32
 9    Q    It's an acronym of some kind?                02:09:33
10    A    It is.                                       02:09:34
11    Q    You see it written in capital letters as an  02:09:35
12    acronym?                                          02:09:38
13    A    It is.                                       02:09:39
14    Q    Okay.  And you did say a second ago,         02:09:43
15    talking about the testing that you did, Enclosure 02:09:45
16    40, your two-page report that we've been talking  02:09:51
17    about were also marked as Exhibit 3 to your       02:09:55
18    deposition, you said that you had -- you were     02:09:57
19    testing -- you were removing the connectors and then 02:09:58
20    reapplying the connectors?                        02:10:01
21    A    Yes.                                         02:10:03
22    Q    And how many times did you do that in the    02:10:03
23    course of doing the work reflected in your Exhibit 02:10:05
24    3, your two-page report?                          02:10:09
25    A    I do not know.                               02:10:10
```

ROBERT WUTHRICH - 03/17/2016                    Page 202

```
 1   STATE OF CALIFORNIA      )

 2                            )  ss

 3   COUNTY OF ORANGE         )

 4           I, LINDA NICKERSON, CSR #8746, in and for

 5   the State of California do hereby certify:

 6           That, prior to being examined, the witness

 7   named in the foregoing deposition was by me duly

 8   sworn to testify the truth, the whole truth, and

 9   nothing but the truth;

10           That said deposition was taken down by me in

11   shorthand at the time and place therein named, and

12   thereafter reduced to typewritten form at my

13   direction, and the same is a true, correct, and

14   complete transcript of the testimony at said

15   proceedings.

16           Before completion of the deposition, review

17   of transcript [X] was [ ] was not requested.  If

18   requested, any changes made by the deponent (and

19   provided to the reporter) during the period allowed

20   are appended hereto.

21           I further certify that I am not interested

22   in the event of the action.

23   WITNESS MY HAND this 30th day of March, 2016.

24           _____

25           LINDA NICKERSON, CSR No. 8746
```