

**UNITED STATES MARINE CORPS**
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
P.O. BOX 452038
SAN DIEGO CA 92145-2038

IN REPLY REFER TO:
5720
SJA/CIV
**SEP 2 9 2011**

Attention: LtCol Jay M. Holtermann

Dear ▓▓▓▓▓▓▓▓▓▓▓▓▓▓:

    Please find enclosed a copy of the Manual of the Judge Advocate General final report of the command investigation into the facts and circumstances surrounding the class "A" CH-53E aircraft mishap of 17 March 2011, that resulted in the death of your son, Staff Sergeant Alexis Fontalvo, U.S. Marine Corps.

    Some parts of the investigation have been redacted or removed because they contain information exempt from public disclosure under the rulemaking established under the Freedom of Information Act (FOIA). As such, certain personal identifying information of third parties listed in the report has been removed, including names, birth dates, birth places, social security numbers, telephone numbers, mailing and e-mail addresses, and other information that may be personal to a third party.

    Other documents have been removed because they were generated by other U.S. Government agencies and thus are not under our control. We have forwarded those portions of the investigation to the appropriate agencies for a release determination. Those agencies will provide a response to you. We regret any delay this may create.

    a. The release authority for enclosures (22), (23), (24), (25), (35), and (37) is Commander, Naval Air Technical Data and Engineering Service Command, Naval Air Station North Island, Building 90, Distribution, PO Box 357031, San Diego, California 92135-7031.

    b. The release authority for enclosures (38) and (48) is Commander, Naval Air Forces, Office of the Force Judge Advocate (N01J), Box 357051, San Diego, California 92135-7051.

```
                                                        5720
                                                        SJA/CIV
```

       c.    The release authority for enclosure (45) is Commanding Officer, (Attn: Public Affairs/FOIA), PSC Box 21002, Jacksonville, North Carolina 28545.

       d.    The release authority for enclosures (5), (7), (16), (18), (28), (29), and (30) is Naval Criminal Investigative Services Headquarters (Code 00LJF), 27130 Telegraph Road, Quantico, Virginia 22134-2253.

       e.    The release authority for enclosure (46) is Office of Counsel NAWCAD, Attn: FOIA Officer, Bldg 435, 47076 Liljencrantz Road, Patuxent River, Maryland 20670.

    Other documents have been removed because they were generated by agencies outside the U.S. Government. Although they were included in the investigation as enclosures, we cannot consider them for release because they remain under the control of the civilian agency that originated and maintain these records. If you would like to obtain copies of enclosures (41), (43), and (44) from Sikorsky, you may contact them directly at this address: Sikorsky, 6900 Main Street, Stratford, Connecticut 06614.

    We have kept the scope of any redactions or removal as narrow as possible. However, if you would like a formal determination regarding the portions that have been deleted or removed, please submit a request to our office: Director, Joint Law Center, Attention: FOIA, Box 452022, San Diego, California 92145-2022.

    I would like to extend my deepest sympathy to you and to your family. I hope that the information contained in the investigation will assist you in some manner with the tragic loss of your son.

                                 Sincerely,

                                   *[signature]*

                                 PHILIP J. BETZ JR
                                 Colonel, U.S. Marine Corps
                                 Staff Judge Advocate
                                 By direction of the
                                 Commanding General

Enclosure:  1. Command Investigation of 18 Jul 2011

Subj:   COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES
        SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND
        DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC
        ON 17 MARCH 2011

63. The wire in question starts as Spec 55 wire (MIL-W-22759/43) and is spliced into the Kapton wire (MIL-W-81381/11). The engineering investigation found bare portions on both sections of the length wire in question. [Encls (40), (41), (42)]

64. The engineering investigation cites widespread Kapton wire degradation due to age, moisture intrusion, and handling of the wire (bending, clamping, and wire ties). [Encl (41)]

65. The engineering investigation highlights numerous sites of probable electrical arcing on the wire in question on the Kapton section of the subject wire. [Encl (41)]

66. Kapton wiring degradation and subsequent arcing has been cited as a causal factor during a similar CH-53E mishap in June 2005. [Encls (43), (44)]

67. During the 2005 CH-53E mishap, the aircraft was taxiing when all three of its landing gear retracted. All three landing gear safety pins were already pulled. [Encls (43), (44), (45)]

68. The command investigation for the 2005 mishap was published before the engineering investigation was completed and, in turn, before causal factors were determined. [Encl (45)]

69. It was later determined that bare Kapton wiring between the Landing Gear Control Panel and the utility module was the cause of the 2005 mishap. [Encls (43), (44)]

70. The fleet-wide plan to replace Kapton wiring was in place before the 2005 mishap. It is a phased program that prioritized each Kapton wire bundle into one of 3 phases. Aircraft are modified when inducted into IMC. [Encls (45), (46), (47)]

71. The Kapton wiring program has never been fully funded, and is due to be phase 3 complete in Fiscal Year 2017. [Encl (46)]

72. At present, there are 97 CH-53Es in service. One hundred percent are Phase I complete, 29 percent are Phase II complete, and Phase III is still in development. [Encl (47)]

73. The harness of wires that was involved in both mishaps is a part of Phase III of the Kapton wiring replacement plan. [Encl (46)]

11

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC ON 17 MARCH 2011

investigation was concluded; therefore, causal factors were not identified. Because of this, usable reccommendations were not filed. After the 2005 engineering investigation was concluded, the command investigation Convening Authority should have followed up and made appropriate recommendations for corrective action, possibly preventing a future incident. [FF (66), (67), (68), (69)]

12. NAVAIR did not accelerate nor alter the plan to replace Kapton wiring after the 2005 CH-53E mishap. Replacement of the Kapton wiring may have prevented this mishap. [FF (70), (71), (72), (73), (74)]

### Recommendations

1. A formal determination that Sergeant Fontalvo died in the line of duty and not due to his own misconduct.

2. Verbiage should be added to the aircraft systems familiarization portion of the CH-53E NATOPS to include a description and the purpose of the landing gear saftey pins. Include a Warning in aircrew pocket checkists annotating the danger of removing a pin that is impeded and immediate action steps that must be executed.

3. A description and explanation of the landing gear safety pins' function should be added to all appropriate technical publications. Include a Warning regarding the danger of removing a pin that is impeded.

4. Add landing gear safety pin familiarization and functionality technical training to schoolhouse requirements for aircrewman as well as for airframes mechanics.

5. Identify and replace Kapton wiring that can lead to serious aviation or ground mishaps if comprimised. Accelerate replacement of these wires in all aircraft without waiting for scheduled IMC.

6. Adjust NATOPS procedures so the landing gear safety pins are removed before electrical power is applied to aircraft. This would eliminate the possibility of an aircrewman being underneath the aircraft when the gear is capable of inadvertantly retracting.

**From:**
**Sent:** Friday, July 22, 2011 2:07 PM
**To:**
**Cc:**
**Subject:** RE: RFI
**Attachments:** CH_Phase2.ppt
**Signed By:**

Hi, I am responsible (along with my co-lead, ▓▓▓▓ Cc'd) for the Kapton replacement program at PMA-261.

In short, at a cost of ~$1M per aircraft, Kapton replacement has never been a fully funded program. As a result, an original (baseline) timeline to-complete could never be established; instead, we have been forced to attack the problem in phases based on the amount of money that became available through multiple POM and Supplemental funding requests.

Our current plan removes/replaces all Kapton from the aircraft in three phases with 19 harnesses targeted in Phase 1, 20 in Phase 2, and 32 in Phase 3. Phase 1 on the CH is complete, Phase 2 is currently in-work (see attached), and Phase 3 replacement harnesses are still in development with the first aircraft fit check on scheduled for Aug/Sept 2011.

Based on our current funding profile and IMC induction schedule, full Kapton replacement will be complete for the 97 affected CH's in FY-17.

If you're looking more details as to the harness part numbers included in each phase, by BuNo implementation plan, etc. let me know.

Regards,



-----Original Message-----
From:
Sent: Friday, July 22, 2011 13:25
To:
Cc:
Subject: RE: RFI

Can you answer ▓▓▓▓ question regarding Kapton wiring replacement?

Thanks.