**James W. Hunt – SBN 122582**
james.hunt@fitzhunt.com
**Christopher S. Hickey – SBN 198938**
christopher.hickey@fitzhunt.com
**Mark R. Irvine – SBN 137294**
mark.irvine@fitzhunt.com
**FITZPATRICK & HUNT,
PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100
Fax: (213) 873-2125 Fax

Attorneys for Defendants
**SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.;** and **UNITED TECHNOLOGIES CORPORATION**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>                    Plaintiffs,<br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100, Inclusive,<br><br>                    Defendants. | Case No. 13-cv-00331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Karen S. Crawford<br><br>**DECLARATION OF CHRISTOPHER S. HICKEY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS**<br><br>Sec. Am. Compl. Filed: 10/9/2014<br><br>Date:       August 11, 2017<br>Time:       1:30 p.m.<br>Courtroom: 2D<br>Judge:      Hon. Gonzalo P. Curiel |

I, Christopher S. Hickey, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Fitzpatrick & Hunt, Pagano, Aubert, LLP, attorneys of record for Defendants Sikorsky Aircraft Corporation, Sikorsky Support Services, Inc., and United Technologies Corporation.

2. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

3. Attached to this declaration are true and correct copies of the following documents and deposition excerpts:

| Ex. | Description | Page |
|---|---|---|
| A | Rule 26 Report of Arthur Lee Coffman | 3-19 |
| B | Excerpt from deposition of Arthur Lee Coffman Deposition from *Saler, et al. v. Honeywell International*, Inc., CV-07-00488, USDC, AZ | 20-21 |
| C | Excerpt from deposition of John D. Wakefield | 23-24 |
| D | Maintenance Record dated January 17, 2011, MIL073170, filed under seal | 25 |
| E | Excerpts from deposition of John Bloomfield | 26-68 |
| F | Rule 26 Report of John Bloomfield | 69-88 |
| G | Rule 26 Report of Joseph Reynolds | 89-105 |
| H | Excerpts from deposition of Joseph Reynolds | 106-110 |

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 12th day of June, 2017, at Los Angeles, CA.

/s/ Christopher S. Hickey