# EXHIBIT E

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   D.F., a minor, by and through his
 5   Guardian Ad Litem, TASHINA AMADOR,
     individually and as Successor in
 6   interest to Alexis Fontalvo,
 7   deceased, and T.L., a minor, by
 8   and through her Guardian Ad Litem,
     TASHINA AMADOR
 9             Plaintiffs
10   vs.                             Case No. 13-cv-00331
11   SIKORSKY AIRCRAFT
     CORPORATION, et al.
12             Defendants
13   _____/
14
15           The Videotaped Deposition of LESLIE LEIGH
16   was held on Wednesday, February 15, 2017, commencing at
17   9:09 a.m., at Naval Air Station Patuxent River, 47085
18   Buse Road, Building 462, Patuxent River, Maryland,
19   20670, before Robert A. Shocket, Notary Public.
20
21
22   REPORTED BY:
23   Robert A. Shocket
24   Job No. 2537265
25   Pages 1 - 147
```

Page 1

```
 1    Q    Okay. Okay. And if you look at Bates 802.
 2    A    Okay.
 3    Q    It says, "2.1.19 Alighting Gear Support."
 4   And it says, "The following engineering effort is
 5   required to strengthen the sponson to accept 69,750
 6   pounds landing loads." So, looking at this, this page
 7   is Sikorsky saying from the prototype to production
 8   this is the change we're making to the landing gear?
 9    A    Correct.
10    Q    Okay. And are, and so everything that's
11   listed there is the totality of the changes from the
12   prototype to the production?
13    A    As is believed on that time, yes.
14    Q    Okay. All right. Right, because even
15   after this document things could have changed?
16    A    Correct.
17    Q    And other changes could be made, right?
18    A    Correct.
19    Q    Okay. Okay. And, if you turn to 8 -- so
20   Bates 869. Okay. And this is, this page has Paragraph
21   2.1.46, "Electrical Wiring." And right below
22   "Electrical Wiring" it says, "Provide production wiring
23   drawings in lieu of photobooks." Do you have an
24   understanding of what that sentence means?
25    A    Yes and no.
                                                  Page 98
```

```
 1    Q    Okay. Let's start with the first part of
 2   it. "Provide production wiring drawings," what does
 3   that mean?
 4    A    They would provide drawings of the layout
 5   of the wiring.
 6    Q    Okay. Which means NAVAIR would get a copy
 7   of all of the wiring schematics?
 8    A    Correct.
 9    Q    Right, and they would be reviewing those
10   schematics?
11    A    Correct.
12    Q    If they wanted to make any changes to those
13   schematics they would then write back to Sikorsky and
14   say these are the changes we want made?
15    A    Correct.
16    Q    Okay. And NAVAIR has electrical engineers
17   on its staff?
18    A    Yes.
19    Q    Okay. They know how to review schematics,
20   electrical schematics?
21    A    Yes.
22    Q    Okay. Now, the second part of that is "in
23   lieu of photo books." What does that mean if you know?
24    A    I don't know what a photobook is.
25    Q    Okay. But in any case this is indicating
                                                  Page 99
```

```
 1   that Sikorsky is going to provide the drawings or the
 2   schematics for the wiring that's in the CH-53E
 3   helicopter?
 4    A    Correct.
 5    Q    Okay. Okay. And below that -- and do you
 6   see Subparagraph 2?
 7    A    Yes.
 8    Q    It says, "All electrical wiring harnesses
 9   will be replaced with Kapton type wire in accordance
10   with" MIL spec or MIL -- I don't know what "W" means.
11   Anyways, MIL-W-81381." Are you familiar with Kapton
12   wiring?
13    A    Briefly.
14    Q    Okay. Not your -- have you ever dealt with
15   Kapton wiring?
16    A    No.
17    Q    Have you ever had any problems with your
18   systems with regards to Kapton wiring?
19    A    No.
20    Q    Okay. All right. Do you know what this --
21   it's no a standard -- I don't know what W stands for.
22   Do you know what W stands for in this?
23    A    No.
24    Q    Okay. Have you ever seen MIL-W-81381?
25    A    No.
                                                  Page 100
```

```
 1         MR. HICKEY: Okay. That's that for, that's
 2   it, wait a minute, hold on. Let me just double-check.
 3   Okay. That's it.
 4         COURT REPORTER: This will be 12.
 5         MR. HICKEY: Twelve.
 6         (Leslie Exhibit 12 was marked for purposes
 7   of identification.)
 8         MR. HICKEY: Everyone ready? Leslie?
 9         THE WITNESS: Yes.
10         BY MR. HICKEY:
11    Q    Okay. Have you ever seen a document, have
12   you ever seen this specific document before?
13    A    No.
14    Q    Have you ever seen a document like this
15   before?
16    A    No.
17    Q    Okay. Can you tell who this document is
18   from and to?
19    A    It is from the Commander of Naval Air
20   Systems Command to Naval Plant Representative.
21    Q    And that Naval Plant Representative is
22   located in Stratford, Connecticut?
23    A    Correct.
24    Q    Okay. Which is where Sikorsky is located?
25    A    Correct.
                                                  Page 101
```

**Page 106**

1 for one Sikorsky engineer?
2   A  Correct.
3   Q  Okay. Let's see. Okay. Okay. That's it
4 for that document. Okay. Do you know how many
5 electrical engineers are at NAVAIR right now?
6   A  I have no idea.
7   Q  Lots?
8   A  Yes.
9   Q  Over a hundred?
10   A  I -- I couldn't surmise.
11   Q  But, okay. But a significant number?
12   A  Correct.
13   Q  Okay. All right. And do you happen to
14 know how many electrical engineers were present at
15 NAVAIR in the 1970s?
16   A  No.
17   Q  Okay. A rough estimate?
18   A  No.
19   Q  Okay.
20   A  I wasn't even born.
21     MR. HICKEY: Okay. We'll mark all of the
22 rest of these together. Okay. So that's 12?
23     COURT REPORTER: No. The next one is 13.
24     MR. HICKEY: Oh, it is? Oh, that was 12.
25 Okay. Sorry. All right. Next one, 13 -- and there's

**Page 107**

1 only one copy of this as well. So you guys want to
2 share that for now? Just give it back to me. We'll
3 just do all of these together. So that was 13, Exhibit
4 14 and 15. They're all the same, the discrepancy
5 reports.
6     MS. SAVITT: Is that Exhibit 14?
7     MR. HICKEY: Yeah. So 14, 15, yeah.
8     (Leigh Exhibits 13, 14 and 15 were marked
9 for purposes of identification.)
10     MR. STAHL? Which exhibit is this?
11     MR. HICKEY: Oh.
12     MR. STAHL: Is that 15?
13     THE WITNESS: Fifteen.
14     MR. HICKEY: Yeah. Fourteen and 15.
15     MR. STAHL: So --
16     MR. HICKEY: Fourteen.
17     MR. STAHL: Fourteen. Okay. Thank you.
18     MR. HICKEY: Everyone ready?
19     THE WITNESS: Yes.
20     BY MR. HICKEY:
21   Q  Okay. Okay. So Leslie, you've been handed
22 what have been marked -- actually, where is 13, can I
23 have 13 back, are you done? -- documents that have been
24 marked 13, 14 and 15. Number 13 is SIK020064 through
25 67. Fourteen is SIK020043 through 46. Number 15 is

**Page 108**

1 SIK016496 through 499. Let's start with Exhibit 13.
2 Have you ever seen a document like this before?
3   A  No.
4   Q  Okay. Just looking and reading it, can you
5 tell what it is?
6   A  Looks like a deficiency report.
7   Q  Okay. And in your experience with, at
8 working at NAVAIR do you ever put together deficiency
9 reports?
10   A  No.
11   Q  And do you know what a deficiency report
12 is?
13   A  It is when you inspect the parts and if
14 they are found deficient you write a report about it.
15   Q  Meaning the contractor delivers a part and
16 NAVAIR reviews that part and if it finds that it
17 doesn't meet the specifications or isn't what the
18 government wanted, for whatever reason it issues a
19 discrepancy report?
20   A  Correct.
21   Q  Correct, okay. And in this specific
22 deficiency report is -- where is it -- it's referencing
23 in Paragraph 1, "Eighteen minor electrical installation
24 deficiencies." Correct?
25   A  Correct.

**Page 109**

1   Q  So, and up on the top left-hand corner it
2 says, "Model YCH-53E"?
3   A  Correct.
4   Q  So, and then it has the Bureau Number
5 159122. And if we look back on our chart of the
6 delivery log, that would match up with the second
7 prototype aircraft that was delivered, correct?
8   A  Correct.
9   Q  Okay. So is your understanding that NAVAIR
10 has that prototype aircraft and is now reviewing it for
11 any deficiencies?
12   A  They could have reviewed it at Sikorsky.
13   Q  Oh, yeah, okay. So wherever the helicopter
14 is, NAVAIR personnel are reviewing that helicopter,
15 inspecting that helicopter?
16   A  Inspecting.
17   Q  And they're looking for deficiencies?
18   A  Correct.
19   Q  Okay. And this is a deficiency related to
20 18 minor electrical installation deficiencies, correct?
21   A  Correct.
22   Q  Okay. And would the government do with
23 this document? Or I -- strike that. Has the
24 government generated this document?
25   A  Yes.

28 (Pages 106 - 109)

Veritext Legal Solutions
866 299-5127

# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT F

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)