# EXHIBIT L

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   D.F., a minor, by and through his

 5   Guardian Ad Litem, TASHINA AMADOR,

 6   individually and as Successor in

 7   interest to Alexis Fontalvo,

 8   deceased, and T.L., a minor, by

 9   and through her Guardian Ad Litem,

10   TASHINA AMADOR

11             Plaintiffs

12   vs.                                  Case No. 13-cv-00331

13   SIKORSKY AIRCRAFT

14   CORPORATION, et al.

15             Defendants

16   _____/

17

18             The Videotaped Deposition of OLIVIU MUJA

19   was held on Thursday, February 16, 2017, commencing at

20   8:04 a.m., at Naval Air Station Patuxent River, 47085

21   Buse Road, Building 462, Patuxent River, Maryland,

22   20670, before Robert A. Shocket, Notary Public.

23

24   REPORTED BY: Robert A. Shocket

25   PAGES 1 - 242
```

Page 1

### Page 58

1  A  Yes.
2  Q  They among other things employ engineers?
3  A  Chiefly, primarily. Quite a few other
4  competencies as well.
5  Q  Right.
6  A  But lots of engineers, yeah.
7  Q  How many of, how many electrical engineers
8  are you aware of within the NAVAIR family?
9  A  Uh, a fair question. I cannot even begin
10 to answer that but it's probably, I would say a
11 thousand.
12 Q  No, no. I'm asking about electrical
13 engineers.
14 A  Oh. I -- I could not answer that. I'm
15 sorry.
16 Q  Okay. That's fine. No guessing.
17 A  Yeah, no guessing. Exactly.
18 Q  All right.
19 A  HR folks would.
20 Q  I'm sorry?
21 A  The HR community would be able to answer
22 that.
23     MR. HUNT: Yeah. Well, I'm sure they
24 would, but, let's see. Tell me, Tom, any time you want
25 to take a break but I -- I'll just --

### Page 59

1     MR. STAHL: We're doing fine as long as the
2 witness is doing fine.
3     MR. HUNT: If you're feeling fine, sir --
4     THE WITNESS: Check.
5     MR. HUNT: -- we're all fine also. You're
6 doing all the work.
7     BY MR. HUNT:
8  Q  Are you familiar with the, what's been
9 called the final report of the CH-53E Super Stallion
10 Independent Readiness Review?
11 A  I have reviewed it, yes.
12 Q  Did, were you part of the effort that
13 produced that report, that final report?
14 A  Only in an advisory capacity. The Class
15 Desk and System Engineer asked for a review but really
16 I have no true influence in terms of its content.
17 Q  Did, is it your understanding that the,
18 that as a result of the SSIRR, I'll call it, that
19 report, that there is to be a so-called reset of the
20 CH-53E helicopters?
21 A  Correct.
22 Q  Does that reset contemplate doing anything
23 with the wiring of those aircraft?
24 A  The goal and intent was to do just that, to
25 have it take a phased approach based on the most

### Page 60

1 critical wiring to be removed at first opportunity and
2 replaced with a safer configuration wire such as 22759.
3 Q  You're talking about the phase Kapton
4 replacement program?
5 A  Yes.
6 Q  What --
7 A  There's a -- reset is a bit bigger than
8 that. It encompasses training. It encompasses quite a
9 few other aspects to ensure that it's not just a
10 long-term replacing of the wire but also educates the
11 maintainers providing the skills and support equipment
12 necessary for them to be able to support it for the
13 remainder of its lifetime.
14 Q  Was that understood -- was it your
15 understanding that that was understood to be something
16 that needed to be corrected or approved within the Navy
17 or the Marine Corps?
18 A  Yes. This is one area that, well, I don't
19 want to generalize but due to the nature of the way we
20 have been at war for the last 15 years, aircraft
21 maintenance specifically as it deals with wiring may
22 not have had the attention that it should have. And
23 again that's my opinion but generally speaking the
24 result of enormous strength put on aircraft and mission
25 readiness are not a good thing, so to speak. So a

### Page 61

1 reset was very much founded and appropriate.
2     MR. HUNT: Just off the record -- I'm
3 sorry, not going off record. Excuse me. Has this been
4 marked as an exhibit? I can't remember.
5     MR. HICKEY: The SSIRR?
6     MR. HUNT: Yeah.
7     MR. HICKEY: That was in the Hamilton
8 deposition.
9     MR. HUNT: Okay. Since I have it here I'm
10 going to go --
11    MR. STAHL: We're --
12    MR. HUNT: I'm sorry.
13    MR. STAHL: We're beyond the scope of what
14 he's designated for --
15    THE WITNESS: Correct.
16    MR. STAHL: When you get into the H-53E and
17 the SSIRR.
18    MR. HUNT: Okay.
19    MR. STAHL: So we're not going to let him
20 have any more discussion about that particular report.
21    MR. HUNT: Okay.
22    THE WITNESS: Yeah. I did not support the
23 platform directly in that capacity, so.
24    MR. HUNT: All right. That's fine. Just,
25 one very -- I want to touch on it if I may. I'll risk,

```
 1   I'll risk this anyway.
 2         BY MR. HUNT:
 3   Q    Your understanding is that the reset
 4   program for the Super Stallion, the CH-53E will among
 5   other things result in the total replacement of all the
 6   wiring in those aircraft?
 7   A    Yes.
 8   Q    I won't ask any more about this then.
 9   A    Yeah.
10   Q    Let's see.  Are you familiar with the, with
11   MIL Handbook 522?
12   A    Yes.
13   Q    What is the purpose of that?
14   A    It provides EWIS inspection criteria in a
15   configuration where I believe there are 32 guidelines.
16   Depending on which version you're looking at, the
17   original.  Then there's Rev A and I think there are the
18   32 guidelines in Rev A.  And we're working on Rev B.
19   So in essence it provides a very specific,
20   acceptable-unacceptable configuration of various EWIS
21   components like looking for like in this case
22   polyimide, what is acceptable and what is unacceptable
23   wire degradation, also splices, terminal lugs, you name
24   it, various aspects.
25   Q    This has already been marked as an exhibit.
                                                    Page 62
```

```
 1   training to quality assurance to ensure that the
 2   maintenance and installations are done correctly.
 3   Q    If you look at Page 8, Arabic Page 8.
 4   A    It only goes to 7.
 5   Q    It only goes to 7?
 6   A    Oh.  Roman 7, sorry.  The Arabic.  I stand
 7   corrected.  Eight.  Yes, go ahead.
 8   Q    You see about midway down under 4.1B?
 9   A    Yes.
10   Q    And would you read that please into the
11   record?
12   A    Under guideline two for incoming wire
13   inspection from the supply system, 4.1 -- D as in Delta
14   you said or B as in Bravo?
15   Q    B.
16   A    "B, visually inspect wire for physical
17   damage such as nicks, cuts, burns, abrasion, et cetera.
18   See Figure 2-1."  Uh-huh.  The following page
19   identifies examples of corrosion.
20   Q    All right.  So this is for aircraft -- I'm
21   sorry -- this is for wire being received into the
22   system?
23   A    Yes.  We, it was reported to the Joint
24   Services Wiring Action Group.  There was a very good
25   initiative that was put together I believe by NADEP,
                                                    Page 64
```

```
 1   It's Stone Exhibit 15.
 2   A    Yeah, this is the original version, yes.
 3   Q    And it was dated October 26, 2010?
 4   A    That's right.
 5   Q    And it's MIL-HDPK-522?
 6   A    Yes.  I helped write this.
 7   Q    I'm sorry?
 8   A    I helped write this.
 9   Q    I see -- I think I see you on the third
10   page of the document?
11   A    Yes.
12   Q    And unfortunately, the copy I have here has
13   not been Bates stamped at the bottom.  I apologize for
14   that.  But, but you are, when it refers to NAVAIR
15   wiring system, systems branch, AIR-4.4.5.3, that's you?
16   A    That is our competency code basically.  So
17   that designates electrical wire interconnect systems.
18   That's, if any questions arise in that regard it comes
19   to us.
20   Q    Was that you back in 2010?
21   A    Yes.  I was the original architect and did
22   the initial writing on it and coordination and
23   validation and review and whatever is required to put
24   out a handbook.  It was necessitated by the fleet.  We
25   felt that it was necessary to get more specificity and
                                                    Page 63
```

```
 1   Cherry Point.  It's our depot.  They on occasion had
 2   reports of wire supposed to have arrived to them for
 3   installation and that exhibited corrosion.
 4        So as a means to more or less stop the use
 5   of bad wire or corroded damage or deteriorated wire,
 6   they instituted a program for incoming wire inspection.
 7   And essentially they looked at every single spool
 8   coming in.  We debated and discussed this as at the
 9   JSWAG.  We agreed that it needs to be in there.  So in
10   the, in the 505, second page, Work Package 4, it
11   actually has incoming wire inspection.  And it's doing
12   exactly that to look for these type of issues.
13   Q    Does it also provide for inspection of
14   wire --
15   A    Okay.  Yeah.  Go ahead.  Sorry.
16   Q    Of wire that's actually installed on an
17   aircraft?
18   A    Yes.
19   Q    Are the requirements similar?
20   A    Now, the incoming is only new coming in
21   from supply.
22   Q    I see.
23   A    But this is only guideline 2.  There are
24   other guidelines that look at wire, the nature and if
25   there is any damage to wire, for example.
                                                    Page 65
```

17 (Pages 62 - 65)

# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT M

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT N

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)