# EXHIBIT 1

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of James M. Knox)

# DR. JAMES M. KNOX
**Computer Scientist**

TriSoft/CyberSearch
1300 Koenig Lane West
Austin, Texas 78756
(512) 385-0316

### Education
BSEE, Electrical Engineering, University of Texas, 1969
MA, Computer Sciences, University of Texas, 1971
PhD, Electrical Engineering, University of Texas, 1978

**Clearance**: SECRET          **Birthdate**: June 47

### Experience
- Owner, CyberSearch, Austin, Texas, 1976-present
- Owner, TriSoft, System Development Engineer, Austin, Texas, 1984-present
- Chief Engineer, Chief Technology Officer, L-3Com/AVISYS, Austin, TX, 2004-2006
- Faculty, Dept. of Electrical Engineering, University of Texas, 1992-1996
- Partner, TriSoft, System Development Engineer, Austin, Texas, 1982-1984
- System Programmer, Design Engineer, University of Texas, Department of Computer Sciences, Austin, Texas, 1970-1974
- System Programmer Analyst, Design Engineer, University of Texas, Austin, Texas, 1969-1978.
- System Programmer, Electronics Research Center, University of Texas, Austin, Texas, 1968-1969
- Computer Programmer, Bureau of Engineering Research, Austin, Texas, 1965-1968

### Fields of Experience
- Development of embedded-processor data collection systems. [University of Texas]

- Development of embedded-processor real-world interface system for assisted living environments. [National Institute of Health (NIH)]

- Senior lecturer on the design and analysis of computer hardware and software, with emphasis on embedded and real-time microprocessor applications. [Univ. of Texas]

- Implementation of several embedded realtime operating systems, including MS-1700 [University of Texas] and multiprocessor system MSOS [Tracor]

- Customization of operating systems such as Digital Research CP/M-68K for Tandy and Apple (Macintosh) systems, VAX-VMS and RSX/RT [University of Texas]

- Development of numerous microprocessor-based automated test equipment (ATE) systems. [Tracor, University of Texas]

- Design of graphic analysis algorithms for image enhancement, developed computerized analysis of cellular photomicroscopy images. [University of Texas]

- Secure LAN and other telecommunications, both military and commercial, provided analysis of MC68HC11 security limitations for financial network certification. [GTE, Intellect Australia, General Electric]

- Extensive experience in aircraft protection systems, threat-adaptive countermeasures systems and electronic warfare, including multiprocessor embedded system design and fault tolerant systems. [Tracor, Meccanicá L'Elettronicá Servomeccanismi (MES), Tokimec, BAE Systems, Avisys, L-3]

- Development of electronic publishing and database design for scientific journals. [Applied Mechanics Reviews, ASME]

- Development of inflight microprocessor-based tracking system for airline reservation, ticketing and data collection. [People's Express]

- Expert witness in cases involving electronic or computer systems, hardware or software, aircraft avionics and flight systems.

- Development of RF communications and wireless security devices.

### Publications
Almost two dozen, covering topics from computer networking and operating system design to biomedical research. [List available by request.]

### Other Interests
- Aircraft Pilot (ASEL, Commercial, Instrument rated)
- Director, former Chairman, and formerPresident of Angel Flight of Texas, Inc.
- President, Angel Flight South Central
- Director, Grace Flight of America
- Member – Institute of Electrical and Electronic Engineers (IEEE)
- Member – Aircraft Owners and Pilots Association (AOPA)
- Member – Association of Old Crows (AOC Military association)
- Member – Experimental Aircraft Association (EAA)

# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 2

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of James Knox
of Motion for Summary Judgment)

REDACTED, FILED CONDITIONALLY UNDER SEAL

EXHIBIT 3

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of James Knox
In Support of Motion for Summary Judgment)

# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT 4

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of James Knox
In Support of Motion for Summary Judgment )