James W. Hunt – SBN 122582
james.hunt@fitzhunt.com
Christopher S. Hickey – SBN 198938
christopher.hickey@fitzhunt.com
FITZPATRICK & HUNT,
PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125

Attorneys for Defendants
Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc.; and United
Technologies Corporation

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR, <br><br> Plaintiffs, <br><br> vs. <br><br> SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 13-cv-00331-GPC-KSC <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** <br><br> Date:   August 11, 2017 <br> Time:   1:30 p.m. <br> Courtroom:  2D <br> Judge:   Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on August 11, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Gonzalo P. Curiel, United States District Court, Southern District of California, Courtroom 2D (2nd Floor – Schwartz), 221 W. Broadway, San Diego, California 92101, Defendants Sikorsky Aircraft Corporation ("Sikorsky"), Sikorsky Support Services, Inc. ("SSSI"), and United Technologies Corporation ("UTC"), will and hereby do move the Court for an order granting summary judgment, or in the alternative for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56. Judgment is warranted on several grounds: Sikorsky and UTC have no liability based on the government contractor defense and the political question doctrine; SSSI has no liability because it did not design, manufacture, sell or market the helicopter in question; defendants are also not liable based on superseding cause and the sophisticated user defense; lastly, plaintiff T.L., a minor, lacks standing as a proper wrongful death claimant.

This motion is based on the concurrently filed Memorandum of Points and Authorities; Separate Statement of Undisputed Facts; the declarations of John D. Wakefield, James M. Knox, Christopher S. Hickey, and exhibits thereto; all records on file in this action, and such other matters as the Court may consider.

Dated this 12th day of June 2017

FITZPATRICK & HUNT
PAGANO. AUBERT. LLP
James W. Hunt
Christopher S. Hickey


By: _____/s Christopher S. Hickey_____
Christopher S. Hickey
Attorneys for Defendants Sikorsky Aircraft
Corporation, Sikorsky Support Services,
Inc., and United Technologies Corporation