| | |
|---|---|
| 1 | **James W. Hunt – SBN 122582** |
| | james.hunt@fitzhunt.com |
| 2 | **Christopher S. Hickey – SBN 198938** |
| 3 | christopher.hickey@fitzhunt.com |
| | **Mark R. Irvine – SBN 137294** |
| 4 | mark.irvine@fitzhunt.com |
| | **FITZPATRICK & HUNT,** |
| 5 | **PAGANO, AUBERT, LLP** |
| 6 | 633 West Fifth Street, 60th Floor |
| | Los Angeles, CA 90071 |
| 7 | Tel.: (213) 873-2100 |
| | Fax: (213) 873-2125 Fax |

Attorneys for Defendants
**SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; and UNITED TECHNOLOGIES CORPORATION**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR, <br><br> Plaintiffs, <br><br> vs. <br><br> SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. 13-cv-00331-GPC-KSC <br><br> Judge: Hon. Gonzalo P. Curiel <br> Magistrate: Hon. Karen S. Crawford <br><br> **DECLARATION OF CHRISTOPHER S. HICKEY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Sec. Am. Compl. Filed: 10/9/2014 <br><br> Date: August 11, 2017 <br> Time: 1:30 p.m. <br> Courtroom: 2D <br> Judge: Hon. Gonzalo P. Curiel |

1  I, Christopher S. Hickey, declare as follows:

2  1. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Fitzpatrick & Hunt, Pagano, Aubert, LLP, attorneys of record for Defendants Sikorsky Aircraft Corporation, Sikorsky Support Services, Inc., and United Technologies Corporation.

3  2. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

4  3. Attached to this declaration are true and correct copies of the following documents and deposition excerpts:

| Ex. | Description |
|---|---|
| A | USMC Command Investigation Report (MIL073006-307) |
| B | Excerpts from the deposition transcript of Jeremiah Wilcox, taken March 17, 2016 (p. 9, 2-11; p. 11, 16 – p. 13, 22; p. 14, 11-14; p. 14, 21-p. 15, 4; p. 15, 17 – p. 16, 3; p. 16, 25 – p. 18, 2; p. 20, 11-25; p. 22, 3 – p. 24, 25; p. 33, 9 – p. 34, 17; p. 35, 23 – p. 36, 14; p. 55, 15 – p. 56, 4; p. 56, 10-19) |
| C | AECA/ITAR/EAR Technical Data and/or Technology Pursuant to Amendment to Protective Order (Coffin Depo, Exh. 5 / MIL038346-349) |
| D | U.S. Naval Criminal Investigative Service (MIL092437-439) |
| E | Excerpts from the deposition transcript of Leslie Leigh, taken February 15, 2017 (p. 98, 19 – p. 100, 4; p. 106, 3-12) |
| F | Executive Summary, Technical Concurrence and Risk Acceptance Signature Sheet (MIL230430-440) |
| G | Excerpts from the deposition transcript of William Mellen, taken February 21, 2017 (p. 64, 23 – p. 65, 9; p. 75, 10 – p. 77, 5; p. 78, 7-21; p. 82, 3 – p. 83, 14; p. 83, 22; p. 96 – p. 97, 12; p. 102, 8-16) |
| H | Excerpts from the deposition transcript of Tashina Amador, taken November 4, 2015 (p. 43, 19-20; p. 45, 23 – p. 46, 8; p. 81, 18 – p. 82, 2; p. 129, 14-16; p. 134, 2, 5-13, 16; p. 138, 23 – p. 139, 1; p. 139, 3-7; p. 201, 25 – p. 202, 2; p. 202, 6-7) |
| I | Exhibit 8 to Amador Deposition |
| J | Internal Revenue Service - Exemptions, Standard Deduction, and Filing Information (For use in preparing 2010 Returns) |
| K | Excerpts from the deposition transcript of David Todd Fractor, Ph.D., taken May 17, 2017 (p. 63, 17-25; p. 65, 23 – p. 66, 9; p. 69, 9 – 70, 3) |

| | | |
|---|---|---|
| | L | Excerpts from the deposition transcript of Oliviu Muja, taken February 16, 2017 (p. 59, – p. 62, 7) |
| | M | Final Report of the CH-53E Super Stallion Independent Readiness Review (SSIRR) (MIL259969-973) |
| | N | H-53 System Safety Engineering – FY06 SSWG Top Safety Concerns – 20 March 2006 (MIL006618-640) |
| | O | H-53 Safety Action Record (SAR), MIL006497 |
| | P | Excerpts of deposition transcript of Martin Montes De Oca, taken Feb. 21, 2017 |

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 15th day of June, 2017, at Los Angeles, CA.

_____
Christopher S. Hickey