# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT A

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher Hickey
In Support of Motion for Summary Judgment)

# EXHIBIT B

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

JEREMIAH WILCOX - 03/17/2016

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF CALIFORNIA

 3

 4

 5    Dominic Fontalvo, a minor,    )
      by and through his Guardian   )
 6    Ad Litem, Tashina Amador,     ) Civil Action No.
      individually and as           )
 7    successor in interest to      ) 13-cv-00331-GPC-KSC
      Alexis Fontalvo, deceased,    )
 8    and T.L., a minor, by and     )
      through her Guardian Ad       )
 9    Litem, Tashina Amador,        )
                                    )
10              Plaintiffs,         ) Pages 1-59
                                    )
11        VS.                       )
                                    )
12    Sikorsky Aircraft             )
      Corporation, Sikorsky         )
13    Support Services, Inc.,       )
      et al.,                       )
14                                  )
                Defendants.         )
15    _____)

16

17    VIDEOTAPED DEPOSITION OF:

18          JEREMIAH WILCOX

19          THURSDAY, MARCH 17, 2016

20          2:49 P.M.

21

22

23

24    Reported by:   LINDA NICKERSON

25                   CSR No. 8746
```

JEREMIAH WILCOX - 03/17/2016                Pages 6..9

Page 6

EXHIBITS (Continued)

| NUMBER | PAGE | DESCRIPTION |
|---|---|---|
| Exhibit 5 | 25 | Subpoena to Testify at a Deposition in a Civil Action |
| Exhibit 6 | 25 | Letter dated 3-15-16 from Department of the Navy, J.B. Blazek |
| Exhibit 7 | 41 | NATOPS Aircrew Pocket Checklist CH-53E Helicopter |

Page 7

SAN DIEGO, CALIFORNIA
THURSDAY, MARCH 17, 2016; 2:49 P.M.

THE VIDEOGRAPHER: Good afternoon. We are now on the record. Here begins Videotape Number One in the deposition of Gunnery Sergeant Jeremiah Michael Wilcox in the matter of Fontalvo versus Sikorsky Aircraft Corporation in the United States District Court, Southern District of California, Case Number 13-cv-00331-GPC-KSC.

Today's date is March 17th, 2016, and the time on the video monitor is 2:49 p.m. The video operator today is Laura Verhees.

The video deposition is taking place at Miramar Naval Air Station, San Diego, California.

Counsel, please voice identify yourselves and state whom you represent.

MR. HUNT: Gunnery Sergeant Wilcox, my name is Jim Hunt. I'm from the firm of Fitzpatrick & Hunt. I represent Sikorsky and United Technologies.

MR. MONTANARI: Good afternoon. Garry Montanari, Michaelis, Montanari & Johnson representing DuPont.

MR. SHEPARDSON: Marshall Shepardson of the law firm of Grassini, Wrinkle & Johnson. I

Page 8

represent the plaintiffs.

MR. CLEELAND: Good afternoon. Bruce Cleeland on behalf of the defendant, PKL Services.

MR. STAHL: Tom Stahl, Assistant U.S. Attorney for the Department of the Navy.

MR. SHEPARDSON: And waiving their appearance is Mr. Johnson of Condon & Forsyth for General Electric.

THE VIDEOGRAPHER: The court reporter today is Linda Nickerson of DTI Court Reporting.

Would the reporter please swear in the witness.

JEREMIAH WILCOX,
having been first duly sworn, was
examined and testified as follows:

THE VIDEOGRAPHER: Go ahead.

EXAMINATION
BY MR. HUNT:
Q    Gunnery Sergeant Wilcox, thank you very much for coming today. I appreciate it.
A    Yes, sir.
Q    Have you ever been deposed before?

Page 9

A    I have not, sir.
Q    ==What is your full name please for the record?==
A    ==Jeremiah Michael Wilcox.==
Q    ==Okay. And you're a member of the U.S. Marine Corps?==
A    ==Yes, sir.==
Q    ==What is your rank?==
A    ==My rank is gunnery sergeant.==
Q    ==How long have you been in the Marines?==
A    ==Twelve years now, sir.==
Q    Okay. Have you ever been deposed before? Have you ever had your deposition taken before?
A    No, sir.
Q    Okay. Let me explain a little bit what we're doing here. There's a lawsuit of course, and this deposition is one of the things that happens when you have a lawsuit.

Testimony can be taken from witnesses who may have knowledge of certain events. Everything I say, everything anybody in the room here says will be taken down by the court reporter immediately to your right.

She'll produce eventually a transcript, kind of a little booklet with verbatim questions and

Page 10

1  answers, and you'll have an opportunity to review
2  that, but -- and make changes, if necessary, if you
3  desire.
4          You'll obviously consult with your lawyer
5  when you do that, but it's important to try to give
6  your best testimony today. And, of course, you
7  understand you're under oath. You just took an
8  oath.
9          So this -- this could be shown to a judge
10 and jury someday in the lawsuit, and it's as if you
11 were present in the courtroom. You're under oath,
12 and you're supposed to answer the questions as
13 truthfully and directly and completely as you can.
14         We have to proceed by questions and
15 answers, and I will try my best -- I will not always
16 succeed, but I'll try my best to not step on your
17 answers. I'll try to wait until you're done. Try
18 to wait until I'm done before you answer the next
19 question. That way we will have a clear record.
20         If you have any confusion about anything
21 that is asked by any lawyer in the course of this
22 deposition, you can basically express that
23 confusion, ask for a clarification or whatever, and
24 we'll be happy to do that.
25         You have to answer yes or no, if it's a yes

Page 11

1  or no, or I don't know or I don't remember or a
2  substantive answer if that's -- if that's the
3  appropriate one. That's about it. Any questions
4  or --
5      A   No, sir.
6          MR. HUNT: Okay. Good. You -- you were
7  kind enough to bring with you today four things that
8  we've marked as exhibits, and I would like to take
9  them one at a time and ask you to identify them and
10 tell us a little bit about each of these things.
11 Okay?
12         The copies of which you brought are in
13 front of you, of course. The first one has been
14 marked as Wilcox Exhibit 1, and it's a portion of a
15 technical manual.
16         (The document referred to was marked by the
17 Reporter as Wilcox Exhibit 1 for identification and
18 is attached hereto.)
19 BY MR. HUNT:
20     Q   Would you please describe what this is,
21 sir?
22     A   This manual is the general aircraft
23 information manual. It covers general information
24 used for a variety of subjects. I printed off the
25 cover page and page 4 of work package 6, and in that

Page 12

1  work package, when it talks about parking and tie
2  down, it does include a warning regarding the
3  landing gear pins. So this GAI manual is used by
4  all of the maintainers. It's not flight crew
5  specific.
6      Q   Does this apply to the CH-53E helicopters?
7      A   It applies to both the CH-53 and the MH-53.
8      Q   E model both?
9      A   E model.
10     Q   Okay. And the part you were talking about
11 is on page 4, the second page of the exhibit, and
12 there's a warning -- actually it's something that
13 starts with -- with the notation "Parking."
14         Would you read paragraph A into the record,
15 please?
16     A   Paragraph A, "Make sure auxiliary tank
17 safety pins with warning streamer are installed.
18 Warning: The potential exists for one or more
19 landing gear to retract if landing gear safety pins
20 are removed while hydraulic and electrical power are
21 applied to the gear system. Serious injury or death
22 may result due to restriction of the gear" --
23 "retraction of the gear unless the aircraft is on
24 jacks. The landing gear safety pins shall never be
25 removed during ground handling or maintenance of

Page 13

1  aircraft, unless jack and cycle operations are being
2  conducted. At any time, when removing pins if
3  resistance is felt, stop and find cause of
4  resistance. Do not force pin out of strut."
5      Q   And then B?
6      A   B, "Make sure" --
7      Q   I'm sorry.
8      A   -- "main and nose landing gear safety pins
9  are installed," and just to clarify, this is the
10 1 December of 2015 version.
11     Q   Okay. Was this -- was this warning -- was
12 this admonition in this general aircraft information
13 manual before December 1st, 2015?
14     A   To the best of my knowledge, yes.
15     Q   Do you remember -- but it wasn't in there
16 before the accident that brings us here, the one of
17 March 17, 2011, correct?
18     A   In this manual, I am not sure, sir.
19     Q   Okay. Well, is there anything in the
20 warning that you've just read that was not known to
21 you prior to March 17, 2011?
22     A   No, sir.
23     Q   Specifically you've been -- you've been in
24 the Marines for, you said, 12 years now.
25         How long have you been working on CH-53E

JEREMIAH WILCOX - 03/17/2016                      Pages 14..17

Page 14

1  helicopters?
2      A    For about almost 12 years.
3      Q    Okay.
4      A    The first four months was other training
5  before I started working on helicopters.
6      Q    What was your first job after training?
7      A    My first job after training was checking
8  into HMH-465 where I began on-the-job training with
9  the maintenance department and with flight
10 qualifications.
11     Q    Just quickly go through the rest of your --
12 of your background in the Marine Corps, that is,
13 duty stations and job assignments and generally --
14 generally what your duties were, if you would.
15     A    I joined in 2003 -- October of 2003 to the
16 United States Marine Corps, went through boot camp,
17 followed by marine combat training, followed by
18 naval aircrew candidacy school, followed by
19 survival, evasion, resistance, and escape school --
20          THE REPORTER:  I'm sorry.  Survival?
21          THE WITNESS:  Evasion, resistance, and
22 escape school, followed by CNATT training which
23 is --
24 BY MR. HUNT:
25     Q    What does that stand for?

Page 15

1      A    I'm not sure of the acronym, sir, but it is
2  our -- it is our flightline mechanic school.
3  Following that, I went to HMT-302, the crew chief
4  training squadron.
5          Once I graduated from the training squadron
6  as a crew chief, I attached to HMH-465.  I deployed
7  in Iraq in 2005.  Upon return from my deployment, I
8  attended weapons and tactics instructor course 1-07
9  and became a weapons and tactics instructor, which
10 at that time I held every instructor designation
11 that I could possibly hold as a crew chief.
12         I deployed again in 2007 to Iraq.  I
13 deployed on the 13th Marine Expeditionary Unit in
14 2009.  After that deployment, I was transferred to
15 HMH-361 where I deployed to the 31st Marine
16 Expeditionary Unit.
17         After returning from the 31st MEU, I was --
18 I received orders to Marine Aviation Weapons and
19 Tactics Squadron 1 out of Yuma, Arizona where I
20 became a MAWTS-1 crew chief instructor.
21         THE REPORTER:  Became a what?
22         THE WITNESS:  MAWTS-1, M-A-W-T-S, -1.
23 While a MAWTS-1, I spent three and a half years
24 there, the last two years I was the CH-53 crew chief
25 instructor division chief which, for all intents and

Page 16

1  purposes, is the highest crew chief instructor
2  qualification and billet that you can have in the
3  Marine Corps related to the 53s.
4          Once I got done at MAWTS-1, I attached to
5  HMH-465, and at HMH-465, I deployed again to the
6  31st MEU and just returned from the 31st MEU
7  approximately seven to eight months ago.
8  BY MR. HUNT:
9      Q    Would you tell me a little bit about the
10 crew chief instructor course that you mentioned
11 toward the end of -- a few years ago, I guess.
12         You said that you were MAWTS-1 crew chief
13 instructor and highest rating that you could have as
14 an instructor -- or as crew chief instructor in the
15 Marines Corps?
16     A    Yes, sir.  The MAWTS-1, the squadron itself
17 puts on the weapons and tactics instructor course,
18 which is a multi-MOS, full-spectrum warfare training
19 event, a schoolhouse.
20         The equivalent would be if you took the
21 Navy Top Gun School, combined every discipline in
22 the United States Marine Corps for tactical training
23 and integration, that is the course that is
24 provided.
25         It is the highest level of aviation

Page 17

1  schooling you can get as a aircrewman in the Marine
2  Corps.  To become a MAWTS-1 instructor, you are hand
3  selected and then pulled to MAWTS-1 to become an
4  instructor.
5      Q    Okay.  When did you first become aware of
6  the purpose of a landing gear safety pin on a CH-53E
7  helicopter?
8      A    That was one of the first things talked
9  about at the crew chief school at HMT-302 when we
10 start talking about basic duties of a crew chief and
11 we start learning about some of the safety systems
12 and basic aircraft knowledge.
13     Q    When did you first become aware that if the
14 landing gear safety pin on a CH-53E helicopter
15 offers resistance, you shouldn't pull it?
16     A    That was one of the things they taught when
17 they talked about the landing gear pins.
18     Q    You gave some instruction to Sergeant
19 Fontalvo when you were both stationed in Okinawa,
20 correct?
21     A    Yes.
22     Q    Did you teach him both of those things?
23     A    Yes, sir.
24     Q    Specifically did you teach him that if the
25 landing gear safety pin offers resistance, you

Page 18

1  should not try to force it out or pull it out?
2     A    Yes, sir.
3          MR. HUNT:  The second exhibit that you
4  brought today has been marked, it's been marked
5  Wilcox Exhibit 2.
6          (The document referred to was marked by the
7  Reporter as Wilcox Exhibit 2 for identification and
8  is attached hereto.)
9  BY MR. HUNT:
10    Q    Would you please briefly describe what that
11 is?
12    A    Wilcox Exhibit 2 is an excerpt from the
13 NATOPS flight manual for the Navy Model CH-53 Echo
14 helicopter.  The date on this is 1 January 2015.
15         The excerpt printed out describes landing
16 gear system.  This is general knowledge.  Both
17 pilots and enlisted aircrew both study this manual,
18 and it gives a description of the landing gear
19 actuating system.
20    Q    Would this be something that a crew chief
21 on a CH-53E would be familiar with?
22    A    Both crew chiefs and aerial observers both
23 study this manual, and this is the manual that the
24 open and closed book NATOPS tests are based off of.
25    Q    Okay.  And I see that this is -- this is

Page 19

1  dated 1 January 2 -- 2015.  Do you know -- well,
2  withdrawn.
3          If you -- if you flip to page 2-83, you can
4  see a little black bar on the right side on the
5  upper portion of the page?
6     A    Yes, sir.
7     Q    What -- what does that mean?
8     A    The black bar, I believe, is an interim
9  change where the manual was changed to the best of
10 my knowledge, sir.
11    Q    So that's -- does that indicate a change
12 since the last iteration of the manual?
13    A    I believe so, sir.
14    Q    And this -- this manual, relevant portions
15 of which you've produced here, describes the -- the
16 operation of the landing gear system from the point
17 of view of both pilots and crew chiefs and aerial
18 observers?
19    A    Yes, sir.
20    Q    Is there anything in here -- and I don't
21 see it offhand so I'm just asking you -- is there
22 anything in here about the landing gear safety pin?
23    A    In a different chapter that details the
24 startup checklist, I believe it might.  The startup
25 checklists are also copied out of this manual and

Page 20

1  provided to both pilots and enlisted aircrew in
2  their pocket checklist which is a separate document
3  that has also been produced.
4          MR. HUNT:  Thank you.  You brought also
5  with you what's been marked as Wilcox Exhibit 3
6  which is a two-page document.
7          (The document referred to was marked by the
8  Reporter as Wilcox Exhibit 3 for identification and
9  is attached hereto.)
10 BY MR. HUNT:
11    Q    And this is a part of the NATOPS aircrew
12 pocket checklist for the CH-53E helicopter, correct?
13    A    Yes, sir.
14    Q    Also dated 1 January 2015.  And why -- why
15 did you think this was relevant to your --
16    A    This is relevant because the excerpt on
17 page 3-11 is from the pretaxi checklist which is
18 what we go through prior to taxiing the aircraft,
19 and step 21, pins and chocks removed, followed by a
20 warning that says, "If any resistance or binding is
21 felt while pulling a landing gear safety pin, reseat
22 it immediately and do not attempt to remove any of
23 the remaining pins.  Failure to do so may allow the
24 landing gear to inadvertently retract on the
25 ground."

Page 21

1     Q    Have you ever experienced a stuck -- or a
2  pin that was stuck or landing gear safety pin that
3  was stuck or offered resistance?
4     A    I have.
5     Q    Can you tell us the circumstances?
6     A    The circumstances on that was aircraft that
7  were parked on the deck of a ship while deployed in
8  the Pacific Ocean.  Due to the salt water spray, the
9  landing gear pins and any exposed metal that's not
10 painted can corrode and one of the aircraft or the
11 landing gear pins was starting to get some
12 resistance because it had corrosion built up, and
13 that's the only other time I've seen it, sir.
14    Q    Okay.  That was the first -- the only time
15 you've seen that?
16    A    Yes, sir.
17    Q    How many times have you -- have you pulled
18 landing gear safe -- safety pins on CH-53
19 helicopters in your career?
20    A    Over a thousand times, sir, at least.
21    Q    Okay.  When -- when did that happen, the
22 incident you just mentioned, the stuck or the
23 binding pin?
24    A    I believe it was 2009, sir.
25    Q    Did you discuss that with Sergeant Fontalvo

Page 22

1  when you instructed him in Okinawa?
2     A   I did not, sir.
3     Q   But did you discuss the subject of the
4  binding or stuck pin with him when you discussed --
5  when you instructed him in Okinawa?
6     A   Yes, sir.
7     Q   Okay. Then you've also brought with you
8  something that's -- a document that's been marked as
9  Wilcox Exhibit 4, and it's dated 1 May 2015, and it
10 says at the top "Organizational Maintenance
11 Principles of Operation, Landing Gear Control
12 System."
13    A   Yes, sir.
14        (The document referred to was marked by the
15 Reporter as Wilcox Exhibit 4 for identification and
16 is attached hereto.)
17 BY MR. HUNT:
18    Q   Why -- what do you think is significant to
19 this case in this document?
20    A   In this case, this would give the
21 principles of operation of landing gear systems and
22 how they work. It is more detailed than the NATOPS
23 or other documents. These principles of operation
24 manuals the -100 at the end of the manual designator
25 is what tells us the principles of operation.

Page 23

1         It's what mechanics typically study.
2  Specifically, airframes mechanics would study this
3  to learn how systems work, and it goes through and
4  talks about relays and censors and landing gear
5  down, Cam lock limit switches, and anything that
6  could apply, and I produced this in case there's any
7  questions on how the system worked.
8     Q   Thank you. I appreciate it.
9         When -- when you instructed Sergeant
10 Fontalvo in Okinawa in 2010, were you aware of what
11 his -- what his ratings and background were in the
12 Marine Corps?
13    A   I knew that he worked in airframes. I
14 can't recall his specific maintenance qualifications
15 at the time. He was either a collateral duty
16 inspector or working on collateral duty inspector.
17 I'm not sure if he was a quality assurance
18 representative or not at that time.
19    Q   What significance would that have? What is
20 a collateral duty inspector or what is a collateral
21 duty quality assurance representative?
22    A   So when maintenance procedures are
23 performed on the aircraft, the workers perform the
24 majority of the maintenance procedures outlined in
25 the maintenance manuals.

Page 24

1         Then there is what's called in-process
2  inspections. A collateral duty inspector would
3  verify the in-process inspections are done and sign
4  those off in a maintenance action form, and then
5  the -- there are steps outlined within the manuals
6  that require a collateral duty quality assurance
7  representative or a quality assurance representative
8  to make those final inspections.
9     Q   Okay. And if -- if an individual has
10 achieved the rating of collateral duty quality
11 airframe --
12    A   Assurance.
13    Q   -- assurance representative, thank you, as
14 an airframer, what would that mean in terms of the
15 landing gear of a CH-53E helicopters?
16    A   He would be able to oversee any maintenance
17 done on the aircraft in regards to the landing gear
18 and do any final inspections on any maintenance
19 procedures done on the landing gear, and that's
20 about the highest rating you can get in regards to
21 that MOS.
22    Q   What MOS is that?
23    A   I believe it's 6153.
24    Q   MOS means what?
25    A   Military occupational specialty.

Page 25

1         MR. HUNT: We got a little ahead of
2  ourselves here. So we're going to backtrack if we
3  can.
4         I'd like to mark as the next exhibit in
5  order a copy of the subpoena.
6         THE REPORTER: Exhibit 5.
7         MR. HUNT: And then also -- I'm sorry?
8         THE REPORTER: Exhibit 5.
9         MR. HUNT: That will be 5, okay. And then
10 also a copy of the letter that we were sent by the
11 Department of the Navy.
12        THE REPORTER: Exhibit 6.
13        MR. SHEPARDSON: Okay.
14        (The documents referred to were marked by
15 the Reporter as Wilcox Exhibits 5 and 6 for
16 identification and are attached hereto.)
17        MR. SHEPARDSON: Was that -- was that
18 occupational specialty or operational specialty?
19        THE WITNESS: Occupational specialty, sir.
20 BY MR. HUNT:
21    Q   If anybody wants them, I just want to
22 briefly show you these.
23        You understand you're here under subpoena?
24    A   Yes, sir.
25    Q   And we've marked as Wilcox Exhibit 6 a copy

JEREMIAH WILCOX - 03/17/2016                Pages 30..33

Page 30

and teach him how to review the records and the logs and file the aircrew training forms and file any kind of designations or qualification letters as well.

Q   Did you review these four pages then contemporaneously when they were completed?

A   I do not recall at this time, sir.

Q   And I stand corrected what I said before. Fontalvo is the name that's listed in the lower right side of each of these four pages. So they pertain to Sergeant Fontalvo obviously.

A   Yes, sir.

Q   Okay. This -- these all happened on the one day, all these evaluations, August 12, 2010, right? And it says in -- on the lower right corner of each of the forms, "Flight time 6.0."

What does that mean?

A   That is 6.0 hours.

Q   Okay. Flight time?

A   Of flight time, sir.

Q   Okay. Then "Landings/Externals 8/0," what does that mean?

A   Landings and externals, that is a count of how many landings and externals conducted during the flight.

Page 31

Q   Then if you go to -- and I gather that from the way these forms are filled out, that Sergeant Fontalvo's performance was adequate, that he -- or that he passed, he was found to be qualified?

A   Yes, sir.

Q   Okay. What are the -- just there are letters at the top of each column here, Q, U -- I can't read the others.

A   They stand for -- Q for qualified, U for unqualified, and DND, did not do, and NA, not applicable.

Q   Thank you. If you turn next to Exhibit -- I'm sorry -- Enclosure 11, so 11 through -- which is -- which is Bates stamped MIL073062, let's see, we have -- it looks like we have three pages of flight log records here.

Is that what these are?

A   Yes, sir, these are from his log book.

Q   And just looking at the -- so this is Sergeant -- this is from Sergeant Fontalvo's log book?

A   Yes, sir.

Q   So looking at the first one, which is dated August of 2010, it's got three entries. Those are the days of August 2010, I gather?

Page 32

A   Yes, sir.

Q   Okay. You can see that -- what the aircraft serial number is, we see three different -- or three CH-53Es or flights on three CH-53Es, rather, correct?

A   Yes, sir.

Q   And the kind of flight says IAI and something else.

Can you tell us what that means?

A   The kind of flight is a -- designated as the type of flight conducted --

Q   Okay.

A   -- whether it's training or FCF or in country.

Q   And then the hours, we have 6.5 hours, 4.2, and 5.0?

A   Yes, sir.

Q   And then in the -- you've also -- there was also some -- some of that was nighttime apparently, right?

A   Yes, sir.

Q   And then in the far column on the right, we have entries -- some sort of entries.

Can you please tell us what those three entries are and what they mean?

Page 33

A   Those entries for the 12th of August list Dejarnatt as the instructor -- the crew chief instructor onboard. The 13th, the shop S3 that makes these entries looks like mistakenly put the pilot's name as the instructor, and then on the 19th of August is my name of the instructor. The three digit codes are the training codes listed of what they flew on those days.

Q   Does that refer to Sergeant Fontalvo?

A   Yes, sir.

Q   In other words, that's the training he got on those days?

A   Yes, sir.

Q   This was part of his training to be an aerial observer?

A   Yes, sir.

Q   Would -- would that training have included the subject of preflight and pretaxi operations?

A   Yes, sir.

Q   And would that include the handling of a -- of landing gear safety pins?

A   Yes, sir.

Q   And also auxiliary tank safety pins?

A   Yes.

Q   Is there a procedure or practice that's

JEREMIAH WILCOX - 03/17/2016                Pages 34..37

Page 34

1  recommended in the Marine Corps for whether the
2  landing gear safety pin should be pulled first or
3  the auxiliary tank safety pin should be pulled
4  first?
5      A    The auxiliary tank pins should be installed
6  anytime we go underneath the aux tank.  So we will
7  pull the landing gear pin first and then pull the
8  auxiliary fuel tank pin second.  And then when we're
9  installing the pins, we put in the aux tank pin
10 first and then the landing gear pin.
11     Q    What is the reason for that?
12     A    Both are safety interlocks.  The aux tank
13 pin prevents jettising the -- jettisoning the aux
14 tanks.  So we want to put that aux tank pin in
15 before we step underneath the aux tank to put in the
16 landing gear pin, and then the landing gear pin gets
17 put in second.
18     Q    Do you have any independent recollection of
19 the training that you gave Sergeant Fontalvo on
20 August 19th, 2010?  I'm just asking if you remember
21 right now -- as you sit here, do you remember it?
22     A    No, sir.
23     Q    Okay.  And then if you look at this, at the
24 Enclosure 11, the first sheet, it's got those three
25 codes there?

Page 35

1      A    Yes, sir.
2      Q    Can you tell me what they mean from memory?
3      A    From memory, no, sir.  This -- these codes
4  are from a previous edition of the training
5  readiness manual.  Since then, we have gone to
6  four-digit training codes.
7      Q    Okay.  Would it have been the standard
8  practice when training someone to be an aerial
9  observer on a CH-53E to have him or her pull the
10 landing gear safety pins and the auxiliary tank
11 safety pins?
12     A    Yes, sir.
13     Q    Why is that?
14     A    We train to a two-man crew.  The crew chief
15 will be on the right gun and the aerial observer
16 will be on the left gun.
17          So as we're getting ready to pretaxi, the
18 aerial observer typically pulls the left side aux
19 tank and landing gear pin while the crew chief will
20 circle around to the right and pull the right side
21 aux tank and landing gear safety pin followed by the
22 nose landing gear pin and the chocks.
23     Q    Was there a standard practice as to
24 instructing such an AO trainee on the -- on what to
25 do if the landing gear safety pin was binding or

Page 36

1  resistant?
2      A    Anytime we train anybody, whether it's
3  maintenance or aircrew, if any resistance or binding
4  is felt, just stop and get somebody to help you out
5  and look at it.
6      Q    And what's the reason for that?
7      A    Typically the reason is, at that stage,
8  they do not have enough knowledge of what's going
9  on.  So if they do find any resistance or binding in
10 an auxiliary fuel tank pin, then they need to talk
11 to a flightline qualified mechanic about it.  If
12 there's any resistance or binding any landing gear
13 safety pin, then they will get an airframes mechanic
14 to take a look at it.
15     Q    Would you take a look at the next form --
16 similar form.  It's MIL073064, and this is -- this
17 is the flight log for Sergeant Fontalvo for
18 September 2010, September 7th, 27th, and 29th,
19 correct?
20     A    Yes, sir.
21     Q    And this also would have been in Okinawa?
22     A    Yes, sir.
23     Q    Are you -- it doesn't look to me -- I can't
24 tell for sure, but are you one of the three
25 gentlemen noted in the "Remarks" column?

Page 37

1      A    Not in the -- not in these remarks, no,
2  sir.
3      Q    Okay.  And then at the bottom left of this
4  form, it says, "Total to Date 22.0."
5           Is that the total time that Sergeant
6  Fontalvo had at that point?
7      A    That total to date will be the total after
8  these numbers are added to the previous hours.
9      Q    Okay.  So that's his total flight hours in
10 a helicopter?
11     A    Yes.
12     Q    In a CH-53, okay.  And then if we go to
13 Enclosure 10 -- let's see -- well, before we do that
14 actually, go to Enclosure 9 again, if you don't
15 mind, and it's the page that's marked at the bottom
16 MIL073058.  So it's about the third or fourth page
17 in.
18     A    That's Enclosure 9, sir?
19     Q    Yes, I think it's Enclosure 9.  I think
20 it's the next to last page of Enclosure 9.
21          MR. SHEPARDSON:  My 9 is one page.
22          THE REPORTER:  I'm sorry.
23          MR. HUNT:  Really?
24          MR. SHEPARDSON:  Oh, okay.
25          MR. HUNT:  Well, you have the special

Page 54

So there's a constant reminder every time we go down -- every time I go down to pull a landing gear pin, it flashes through my mind, but just something you've got to press through and continue on.

    MR. SHEPARDSON: Thank you very much for your time.

    THE WITNESS: Yes, sir.

             EXAMINATION

BY MR. MONTANARI:

Q  I take it that you did not participate whatsoever in any investigation of the accident?

A  No, sir.

Q  Okay. Had you -- have you ever heard from any source other than your attorney that Sergeant Fontalvo was trying to use the aux tank pin as a source of leverage to get out the landing gear pin?

A  I heard that, sir.

Q  And who did you hear that from?

A  Word of mouth from those that were on the flightline at that time. I've heard two different stories in particular. I can't say which one is correct, though, sir.

Q  What -- what two stories have you heard?

Page 55

A  I heard an aux tank pin was used to leverage it out and I heard a set of channel lock pliers was used to pull the pin. I can't verify which one happened. I just wasn't there.

Q  Do you recall the identity of anybody you heard that from?

A  No, sir.

Q  And that would not -- either of those procedures would not be authorized, correct?

A  No, sir.

Q  Thank you.

        FURTHER EXAMINATION

BY MR. HUNT:

Q  You say would not be authorized? I'm sorry.

   When you said that neither of those procedures would be authorized, that is, using the aux tank pin to help pry out a landing gear safety pin or use channel lock pliers, you meant that those are not authorized, correct?

A  We would never use the aux tank pins to pry it out just because it could deform and flex the aux tank pins causing binding.

   And I can't say if pliers could be used,

Page 56

but I know it should not be used in that setting of spinning on the flightline. They may use pliers if it's on jacks to remove the pin, depends on what tools they decide to use.

    MR. HUNT: Thank you, Gunnery Sergeant.

    THE WITNESS: Sure.

             EXAMINATION

BY MR. CLEELAND:

Q  Just a couple. Good afternoon, Gunnery. Is there any doubt in your mind that you instructed Sergeant Fontalvo not to use excessive force when removing landing gear safety pins?

A  No, sir.

Q  Is there any doubt in your mind that you instructed Sergeant Fontalvo that, if he encountered resistance during pin removal, to stop?

A  No, sir.

    MR. CLEELAND: Thank you very much.

    THE REPORTER: Is that it?

    MR. HUNT: That's it.

    THE VIDEOGRAPHER: This concludes the deposition of Gunnery Sergeant Jeremiah Michael Wilcox on March 17, 2016. The number of tapes used

Page 57

was one, and we are off the record at 3:51 p.m.

    (Whereupon, at the hour of 3:51 p.m., the deposition was concluded.)

# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT C

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT D

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)