# REDACTED, FILED CONDITIONALLY UNDER SEAL

# EXHIBIT O

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

# EXHIBIT P

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of Christopher S. Hickey
In Support of Motion for Summary Judgment)

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   D.F., a minor, by and through his
 5   Guardian Ad Litem, TASHINA AMADOR,
 6   individually and as Successor in
 7   interest to Alexis Fontalvo,
 8   deceased, and T.L., a minor, by
 9   and through her Guardian Ad Litem,
10   TASHINA AMADOR
11            Plaintiffs
12   vs.                          Case No. 13-cv-00331
13   SIKORSKY AIRCRAFT
14   CORPORATION, et al.
15            Defendants
16   _____/
17
18         The Videotaped deposition of MARTIN MONTES
19   DE OCA was held on Tuesday, February 21, 2017,
20   commencing at 8:06 a.m., at the offices of Naval Air
21   Systems Command Office of Counsel, 47085 Buse Road,
22   Building 462, Patuxent River, Maryland 20670, before
23   Heather Bjork Avalos, a Notary Public.
24   REPORTED BY:  Heather Bjork Avalos
25   Pages 1 - 103
```

Page 1

## Page 2

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:
MARSHALL J. SHEPARDSON, ESQUIRE
   Grassini, Wrinkle & Johnson
   20750 Ventura Boulevard, Suite 221
   Woodland Hills, California 91364
   Telephone: 818-348-1717
   Email: Mshepardson@grassinilaw.com

ON BEHALF OF THE DEFENDANTS, SIKORSKY AIRCRAFT CORPORATION, SIKORSKY SUPPORT SERVICES, INC., and UNITED TECHNOLOGIES CORPORATION:
ON BEHALF OF THE DEFENDANT SIKORSKY:
CHRISTOPHER S. HICKEY, ESQUIRE
   Fitzpatrick & Hunt, Pagano, Aubert
   633 West Fifth Street, 60th Floor
   Los Angeles, California 90071
   Telephone: 213-873-2100
   Email: Christopher.hickey@fitzhunt.com

APPEARANCES (Continued on Next Page)

## Page 3

APPEARANCES CONTINUED:

ON BEHALF OF THE DEFENDANTS, E.I. DU PONT DE NEMOURS & CO., and DU PONT DE NEMOURS & CO., LLC:
LISA J. SAVITT, ESQUIRE
   The Axelrod Firm, P.C.
   5028 Wisconsin Avenue, NW, Suite 100
   Washington, DC 20016
   Telephone: 202-765-2727
   Email: Lsavitt@theaxelrodfirm.com

ON BEHALF OF THE INTERESTS OF THE UNITED STATES:
TOM STAHL, ESQUIRE
   Assistant United States Attorney Chief
   Southern District of California
   880 Front Street, Room 6293
   San Diego, California 92101
   Telephone: 619-546-7767
   Email: Thomas.stahl@usdoj.gov

APPEARANCES (Continued on Next Page)

## Page 4

APPEARANCES CONTINUED:

ON BEHALF OF THE NAVAL AIR SYSTEMS COMMAND:
THOMAS WILSON, ESQUIRE
THOMAS RADTKE, ESQUIRE
   Department of the Navy
   Naval Air Systems Command Office of Counsel
   47123 Buse Road, Building 2272, Suite 257
   Patuxent River, Maryland 20670
   Telephone: 301-757-6138
   Email: Derek.t.wilson@navy.mil

ON BEHALF OF THE DEFENDANT, PKL SERVICES, INC:
BRUCE CLEELAND, ESQUIRE (Via Telephone)
   Haight, Brown & Bonesteel
   2050 Main Street, Suite 600
   Irvine, California 92614
   Telephone: 714-426-4600
   Email: Bcleeland@hbblaw.com

ALSO PRESENT: Eliza Spikes, Videographer

## Page 5

INDEX

Deposition of MARTIN MONTES DE OCA
February 21, 2017

| Examination By: | Page |
|---|---|
| Mr. Hickey | 7 |
| Mrs. Savitt | 90 |

| Exhibit No. | | Marked |
|---|---|---|
| Exhibit 1 | Notice of Deposition, subpoena | 11 |
| Exhibit 2 | 3-13-03 H-53 class desk presentation by Charles Singer | 63 |
| Exhibit 3 | H-53 system safety engineering 2007 system safety working group | 81 |

**Page 38**

 1  that was the problem -- that was a natural issue with
 2  the wiring.
 3         And, also -- and this was part of the
 4  problem with the clamps.  The overall reliability
 5  wasn't there.  Even with limited testing we have, it
 6  just wouldn't last in the environment.  So the
 7  combination of the two, you know, ultimately doomed it.
 8  Because if it won't last in the environment and if you
 9  have too many false alerts, the maintainers and the
10  pilots and the crew end up ignoring it, because it just
11  becomes a nuisance.  Just like your check engine light
12  in your car.  If it comes on all the time, you forget
13  about it.
14      Q    So explain what a false alert is.
15      A    A false alert is when you're indicated --
16  on any aircraft, you have a status panel that shows the
17  status of your engines or different avionics on board.
18  And if there is a failure, you will have an alert
19  alerting you to the failure.  They range in several
20  degrees of severity.
21         And a false alert would be something that
22  just comes up that says, you know, we have a problem.
23  You know, and you go and check.  And you can't find an
24  issue.  And, you know, you reset it, and it comes back,
25  and it says you have a problem.  And there is no actual

**Page 39**

 1  issue.
 2      Q    Okay.  And sitting here today, do you know
 3  how many false alerts this system was getting?
 4      A    No.  I can't -- no.  I can't tell you how
 5  many.  But there is a number.  I can't tell you what
 6  the number is.  But there is number that human factors
 7  determines as false alerts.  It's a -- based on
 8  psychology of the crew that after -- they've proven
 9  that after X amount of false alerts, the average
10  person, no matter where it is, will start ignoring it,
11  whether it's your car alarm or your fire detector.
12  After a while, you just -- if you start getting false
13  alerts on your fire detector at home, you take the
14  battery out after a time or you change it.  There is a
15  number there that you just -- after a while, you
16  suppress that limit, it becomes ineffective.
17      Q    So the thought was that this change would
18  just ultimately become ineffective?
19      A    Right.
20         And, again, it wouldn't last.  The 53
21  operating environment is challenging on avionics and
22  equipment and people.  So not only does it have to do
23  the job, it has to be able to survive the environment.
24  So the way I remember it is while they were pretty
25  confident that they could -- at least that's what they

**Page 40**

 1  were saying, that they could get to the point to fix
 2  the issues technology-wise, they couldn't recognize it
 3  enough to survive the environment over time.  So it was
 4  shelved and given back to the company for further
 5  development.
 6      Q    And by "environment," do you mean the
 7  military mission environment?
 8      A    Yes.
 9      Q    Flying into combat?
10      A    Well, just overall -- just, you know, we
11  have salt spray, we have vibration, we have oil,
12  hydraulic fluid, that kind of thing, not specifically
13  combat.  It's just the areas of normal operation of the
14  aircraft.
15      Q    Okay.  And then the other on-board system
16  that you mentioned, the -- where they were replacing
17  the clamps with this diagnostic system, why was that
18  ultimately rejected?
19      A    That was primarily for -- it just could not
20  recognize it enough to survive the environment.  The
21  vibration of the environment and just the operational
22  environment.  It worked good on the ground and it did
23  its job well, but it joust could not -- they would
24  break.  You know, with the vibration of the environment
25  of the aircraft, it would just break.

**Page 41**

 1         Slightly different reasons, but, you know,
 2  ultimately it's a tough environment to survive in
 3  over -- you know, you're talking -- the Marines
 4  determine how what's -- how long something has to
 5  survive.  You can't change everything once a flight
 6  becomes untenable.
 7      Q    Explain.  I'm not sure I --
 8      A    There are things that are on the aircraft
 9  that are dailies.  You know, you check the oil every
10  day, regular maintenance things.  But every component
11  on the aircraft has a reliability number that it's
12  supposed to last X amount of hours between maintenance
13  or between repair.  And that hour -- that number
14  affects the overall operational readiness of that
15  particular aircraft.  You're supposed to be -- for
16  example, you're supposed to be able to fly the engines
17  for a hundred hours before it goes into Phase A
18  maintenance.  Every seventy-five hours we have to
19  change the oil and the oil filters, that kind of thing.
20  That's maintenance.  And that's the number that's
21  in-between failure.  Which it's supposed to last this
22  long -- with proper maintenance, it's supposed to last
23  a thousand hours.
24         So if you have a unit on the aircraft that
25  breaks every flight, you know, there's -- if it's easy

**Page 42**

1 to change and it's part of the maintenance concept,
2 that's fine. It's reconsumeable. But if it's not, if
3 it's supposed to be a healthy wire and it breaks every
4 flight -- and we're talking a couple of hundred of them
5 per aircraft -- it just becomes -- you know, the
6 changing out this one clamp becomes the majority of
7 your maintenance man hours.
8    Q   I understand that.
9       And another thing you mentioned with regard
10 to this diagnostic tool that was going to replace the
11 clamps, you said that weight was an issue.
12       What did you mean by that?
13    A   The clamps were heavier -- because they had
14 electronics embedded in them -- than the regular
15 clamps. The reason they were to replace the clamps --
16 the difference between the regular cushion clamps and
17 these clamps would be smaller -- you could have added
18 these clamps in other spots, other than where the
19 primary existing clamps were. So -- or the technology
20 in the clamps could have been wrapped around a
21 different spot.
22       So they had made the decision that it would
23 be better if we can kill two birds with one stone and
24 have the clamps holding the wire -- securing the wire
25 instead of having it as a separate stand-alone ring,

**Page 43**

1 for example, on the wire itself.
2    Q   So how much extra weight -- if the decision
3 was made not to replace the existing clamps with this
4 diagnostic tool, how much extra weight would have been
5 added to the helicopters?
6    A   I can't tell you that -- the specific on
7 that one.
8    Q   Can you give me an estimate? And,
9 remember, I'm not asking you to guess.
10    A   Yeah. I can't give you an estimate,
11 because we never got to that point as far as, you know,
12 how much each one weighed. That was just overall -- I
13 don't know that number. That wasn't my area.
14    Q   Okay. So -- and that was going to be my
15 next question. Do you know how much each clamp
16 weighed?
17    A   No.
18    Q   But in any case, these clamps would have
19 added weight to the helicopter and that was not
20 acceptable to Nav Air?
21    A   Not -- since they didn't work. It
22 wasn't -- the weight issue was not the top concern.
23 It's always -- weight is always a concern on the
24 aircraft.
25    Q   Let me stop you. Why is weight always a

**Page 44**

1 concern?
2    A   The heavier the aircraft is, the more fuel
3 it uses, the less range it has, the less cargo capacity
4 it has. And you get to a certain point and it won't
5 fly. If it's too heavy, it won't get off the ground.
6    Q   So, essentially, you lose mission
7 effectiveness the heavier the aircraft is?
8    A   Right.
9    Q   And in a military environment, the mission
10 is the primary goal, correct?
11    A   Correct.
12    Q   ==So we talked about changes to NATOPS==
13 ==manuals. We talked about off-board wiring diagnostic==
14 ==tool. And we just talked about this on-board==
15 ==diagnostic system that was evaluated and ultimately==
16 ==rejected.==
17       ==Other than the arc fault circuit breaker,==
18 ==which we'll talk about in a bit, were there any other==
19 ==things that Nav Air considered in order to address==
20 ==wiring-deterioration problems?==
21    A   ==The only other thing that we had done at==
22 ==the time -- this is around the same time period -- that==
23 ==we instigated -- our branch did a wiring awareness==
24 ==training. That's what we called it. Wiring awareness==
25 ==and inspection techniques training.==

**Page 45**

1    Q   And explain what the -- it was a wiring
2 awareness --
3    A   Awareness and inspection techniques
4 training.
5       The program came out of when our branch --
6 a few of us including myself -- were going out to
7 different squadrons and looking at the material
8 conditions of the aircraft. And this is not limited to
9 the 53. This is general. And we would see wiring
10 issues. And then we would ask specifically the
11 squadrons how can we help you. And they said -- they
12 were saying that we could use more training -- specific
13 training to recognize things. That's how the program
14 was created.
15       And what it is -- it's a two-day class --
16 classroom. And it's on board the aircraft where we
17 go -- and the way we normally do things -- I haven't
18 done it in a while. But what we would do is we would
19 arrive at squadron and we would ask them to let us have
20 an aircraft to assess. It didn't matter what it was.
21 We didn't care whether it was a hanger queen or the
22 best aircraft. It just didn't matter to us. We would
23 go to the aircraft and assess the condition of it and
24 take pictures.
25       The following day, we would have a

1  designed to help people spot problems regarding the
2  maintenance-caused problems with wiring?
3     A   Yes.
4     Q   Let me stop you there.  My question was
5  horrible.  But you understand my question, correct?
6     A   I know exactly what you're saying.  Yes.
7     Q   So let he rephrase it this way.
8         So during maintenance that's done on an
9  aircraft, that can occasionally damage a wire, correct?
10    A   Yes.
11    Q   And what are the ways in which that
12 maintenance can damage wire?
13    A   Well, from my experience and what I've seen
14 is it's not the electricians or the avionics
15 technicians who have problems with the wiring.  Because
16 that's what they're trained in.  It's, like, the
17 hydraulic servicing guys.  And they would replace a
18 line and they move the wiring out of place to get to
19 the unit.  And they put it back, but they don't know
20 exactly what they're doing.  So they won't necessarily
21 put it back correctly.  But the maintenance manuals
22 don't say stop what you're doing -- it's not like a
23 union -- you know, stop here, go to the shop and get
24 the electrical guy to fix it.  That's not how it works.
25 It says put it back that way you found it.

Page 50

1     Q   So let's break that down.  First, why is it
2  important to put wiring back in the same place it was
3  before?
4     A   The wiring design -- the engineering design
5  of the wiring includes the routing.  And the routing of
6  the wiring is part of its airworthiness.  It's routed
7  in a certain way to minimize potential damage to it.
8  And if you don't put it exactly where you found it,
9  assuming there are no other issues, you can cause
10 chafing or you can cause damage to the wiring or -- you
11 know, you have to be careful with your wiring, just
12 like any other unit.  The same reason you would put
13 hydraulic lines back the way you find it.  The same
14 thing applies.
15    Q   And the example that you gave, so
16 squadron-level hydraulics-maintenance personnel would
17 complete their work on the hydraulic line and then
18 would not put the wiring back in the -- in its proper
19 location, correct?
20    A   Not necessarily good.  They would cause
21 problems.  Or when they are uninstalling it, they're
22 uninstalling it incorrectly.
23    Q   And one of the problems you just mentioned
24 is that their manuals, meaning the hydraulic service
25 manuals, don't tell those individuals to put the wiring

Page 51

1  back where they found it?
2     A   It does, but they're hydraulic guys not
3  wiring guys.
4     Q   So the manuals do tell them to put the
5  wiring back, but they ignore it?
6     A   They're not necessarily trained
7  specifically on how to put wiring back correctly.
8         Everybody thinks they know what wiring is,
9  because is in everything.  It's in your car.  It's in
10 your house.  I know wiring.  That's the attitude.  And
11 that's not necessarily always the case.
12    Q   And how prevalent were these types of
13 problems?
14    A   I can't answer that question.  I've seen
15 it.  And it goes throughout the maintainers, the metal
16 smith guys and all that.
17        But they show up later.  And when you try
18 to do a root-cause analysis of the problem, you know,
19 you find out, you know, some of the issues that we
20 have.  And since we couldn't pinpoint it to any
21 specific people or how often does it happen -- that was
22 part of the wiring training, to let these hydraulic
23 guys know, you know, what it's supposed to look like
24 when it's correct.
25    Q   Have you seen this type of problem with

Page 52

1  regard to the CH-53E?
2     A   On occasion.
3     Q   Now, both the Navy and the Marine Corps
4  operate CH-53E's, correct?
5     A   Yes.
6     Q   Have you seen it with regard to a Marine
7  Corps CH-53E?
8     A   On occasion.  Maintenance-induced problems.
9  But I don't work on the day-to-day level with the
10 squadrons.  It was more of a -- you know, you're
11 walking -- for myself, I walk by the aircraft.  I look
12 inside of the wiring.  I'm the wiring TA.  So I'm
13 responsible for the wiring.  And I would see -- it's
14 like what are these guys doing kind of thing, you know.
15 Then I go into the maintenance shop, it's like -- tell
16 these guys to stop it, fix it.  So it was like more
17 antidotal.  I can't give you the dates and that kind of
18 thing.  Especially with the Marines here, I would see
19 them doing things.
20    Q   So this was O-level maintenance that you
21 were observing?
22    A   Yes.
23    Q   Which is at the squadron level?
24    A   Yes.
25    Q   And you saw this on occasion.

Page 53

14 (Pages 50 - 53)

**Page 54**

1  Can you estimate how many times?
2  A   The last -- since -- I would say four or
3  five times in the last ten years or so.  Like I said,
4  it's almost a random event.  It's like you have to be
5  there and catch them doing that, because I'm not at the
6  squadron on a day-by-day thing.
7  Q   Other than actually seeing somebody do this
8  though, did you see the evidence of that later on in a
9  CH-53 aircraft?
10      MR. SHEPARDSON:  Objection.  Calls for
11 speculation.
12      THE WITNESS:  The -- I can't tell -- if
13 something is wrong on the wiring and I didn't see it
14 happen, I can't tell you the cause -- or who did it.  I
15 don't know it was the hydraulic guy, the wiring guy,
16 or, you know, the crew chief that did it.  You know, if
17 there is an issue, sometimes you can tell that it's
18 maintenance induced because it's not in the correct
19 position.  And if you know for a fact that the aircraft
20 didn't come that way and it doesn't match any of the
21 other aircraft, then you can kind of interpret that it
22 was a maintenance-induced thing.  But where and when
23 and who, that's impossible to ascertain unless you see
24 it happening as it's happening.
25 Q   So other than wiring being in an incorrect

**Page 55**

1  position, have you noticed any other
2  maintenance-induced problems with regard to wiring?
3      MR. SHEPARDSON:  Same objection.
4      THE WITNESS:  I would see some problems.
5  But that would be a training issue on how to put a
6  connector together or they wouldn't pin it correctly or
7  they're not using the -- they're not crimping the
8  terminal log on them, for example, correctly using the
9  right tools, that kind of thing.  ==Sometimes they use==
10 ==unapproved or unqualified parts because they have to --==
11 ==in response to the operational tempo, that kind of==
12 ==thing or are not sure what they're supposed to use and==
13 ==don't realize what they're supposed to be using.==
14 Q   ==And just specifically with regard to Marine==
15 ==Corps CH-53E's, have you seen unqualified parts on==
16 ==those --==
17 A   ==Mostly, what I've seen them use -- and they==
18 ==haven't done this in a while -- was zip ties, plastic==
19 ==cable straps.  And zip ties is a zip tie except they're==
20 ==not.  You can't go to Auto Zone or Radio Shack to buy==
21 ==zip ties if you can't get them from supply.  If you==
22 ==have to secure the wire, you know -- I've seen them do==
23 ==that.==
24 Q   And you said -- but they're not doing that
25 anymore?  They're not using zip ties anymore?

**Page 56**

1  A   No.  We've put a new -- we don't allow zip
2  ties to be used anymore.  And we put out -- once we
3  realized that that was an issue, we put out
4  instructions like -- you put out the qualified zip
5  ties.  What you're using, you can't use ewe.
6  Q   When is the last time you saw a zip tie
7  being used on a CH-53E helicopter?
8  A   Zip ties are used now.  They're part of the
9  aircraft design.
10 Q   Okay.
11 A   But the issue was if you did maintenance on
12 them, you cut them off.  And you have to replace it.
13 And you don't have them in stock -- I've seen them go
14 out to Auto Zone and buy zip ties.
15 Q   When is the last time you saw an Auto Zone
16 zip tie?
17 A   That would be --
18 Q   Let me finish my question so it's clear on
19 the record.
20     When is the last time you saw an Auto Zone
21 type zip tie used on a CH-53E helicopter?
22 A   It's been eight years -- seven or eight
23 years or so, that they admitted to.  It's the same kind
24 of thing, you know, a white zip tie is a white zip tie.
25 I can see them right now and I wouldn't know until they

**Page 57**

1  start breaking.
2  Q   ==Any other problems that you've seen caused==
3  ==by maintenance?==
4  A   ==Those are the main problems.  I mean, like==
5  ==I said -- putting -- putting it -- routing it==
6  ==incorrectly causes a lot of problems.  They can==
7  ==potentially cause catastrophic loss of the aircraft==
8  ==because there is chafing on -- especially on hydraulic==
9  ==lines.  And when you put it out of place, that's the==
10 ==kind of thing that can happen.==
11 Q   Have you ever noticed wiring being nicked
12 during maintenance?
13 A   I haven't noticed it personally.  But I
14 know that it can happen in normal maintenance when
15 you're cutting off string tie or zip ties off the
16 wiring to do maintenance on it.  And they're supposed
17 to be aware of it and fix it.
18 Q   And by "nick," I mean when the insulation
19 is accidentally removed down to the conductor, correct?
20 A   Yes.  Yes.
21 Q   And you know of occasions where --
22 A   It specifically --
23 Q   Let me finish my question.
24 A   Sorry.
25 Q   ==So you have -- you know of instances where==

**Page 58**

```
 1  during the maintenance -- during a maintenance
 2  procedure, a person completing that maintenance has
 3  accidentally removed the insulation down to the
 4  conductor?
 5      A    Yes.
 6      Q    And have you seen instances where when that
 7  occurs that wiring is then remained in place?  It's not
 8  fixed?
 9      A    I have.
10      Q    About how many times have you seen that
11  occur?
12      A    I've only seen that a couple of times.
13           That issue is specifically addressed in our
14  500 manual as far as nicking and that kind of thing,
15  what you're supposed to do.  You're not supposed to
16  leave it.  So if it's left, it's either the individual
17  didn't see it, you know, and then came back later and
18  saw it.  That's why there are multiple layers of
19  inspection when someone is completing their work, to be
20  sure that it's to the standards.
21      Q    We've been going for almost an hour and ten
22  minutes now.  Do you want to take a break.
23      A    Sure.
24           MR. HICKEY:  Let's go off the record.
25           THE VIDEOGRAPHER:  Off the record at 9:21.
```

**Page 59**

```
 1           (There was a break in the proceedings.)
 2           THE VIDEOGRAPHER:  This is the beginning of
 3  DVD number two.  We are back on the record at 9:34.
 4      Q    So, Martin, before we broke, we were
 5  talking about maintenance that caused problems or
 6  damaged wiring.  So maintenance procedures that would
 7  ultimately lead to wiring being damaged, correct?
 8      A    Correct.
 9      Q    Now, when we were talking about that
10  subject, were you limiting that just to Kapton wiring,
11  or did those kinds of problems occur with all types of
12  wiring?
13      A    That's all types of wiring.
14      Q    So, for example, you've mentioned that
15  you've seen hydraulic system guys not put wiring back
16  in the correct place.  Was that just limited to Kapton,
17  or have you seen that with other types of wiring?
18      A    I've seen that with all types of wiring.
19      Q    Remember, let me finish my question.
20      A    I'm sorry.  I thought you were finished.
21      Q    That's all right.
22           So you've seen that with other types of
23  wiring as well?
24      A    Yes.
25      Q    And we talked about nicks in wiring where
```

**Page 60**

```
 1  the insulation is taken away down to the conductor.
 2           Have you seen that with other types of
 3  wiring as well?
 4      A    Yes.
 5      Q    And when I use the term "conductor," what
 6  does that mean to you?
 7      A    That means the actual copper, the wire, the
 8  part that carries the signal or power.
 9      Q    So we've talked about an off-board wiring
10  diagnostic tool, changes to NATOPS manuals, and
11  on-board wiring -- or two on-board wiring diagnostic
12  technologies that were evaluated by Nav Air but
13  ultimately rejected, and then training that was put
14  into place to help the servicemen understand -- or
15  maintainers understand where -- when wiring had a
16  problem, correct?
17      A    Correct.
18      Q    Other than those and the -- other than
19  those items, the arc fault circuit breaker, and the
20  Kapton replacement program, are there any other
21  programs that Nav Air put into place to address
22  wiring-deterioration issues?
23      A    Not that Nav Air -- that I'm aware of that
24  Nav Air put into place.  I can't address whether the
25  CCMAC or CCPAC put in their specific programs.  But
```

**Page 61**

```
 1  that would have been generated through their FST's.
 2      Q    Let's break down those acronyms.  So --
 3      A    CCMAC, commanding chief Atlantic fleet,
 4  which is East Coast.  And CCPAC is commanding chief
 5  Pacific fleet, which is West Coast.  Those are the
 6  easiest terms.  So all the squadrons in the East Cost
 7  fall under, you know CCMAC.
 8           So the FSC is fleet support -- fleet
 9  support centers.  And they're just at the depot level
10  maintenance facilities.  The names keep changing.  So
11  do the acronyms.
12      Q    Do you have a military background?
13      A    No.
14      Q    The aircraft that's the subject of this
15  lawsuit that we're here for today has a Bureau Number
16  163077.  Do you have any information with regard to
17  that specific --
18      A    No.
19      Q    So now I want to talk to you about arc
20  fault circuit breakers.
21           So, Martin, do you know what and arc fault
22  circuit breaker is?
23      A    Yes.
24      Q    And can you describe exactly what it is?
25      A    Arc fault circuit breakers were designed to
```