# EXHIBIT 12

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of John D. Wakefield)

No. 287768

**MATERIAL INSPECTION AND RECEIVING REPORT**

| Field | Entry |
|---|---|
| 1. PROC. INSTRUMENT IDEN (CONTRACT) | N00019-85-C-0066 |
| (ORDER) NO. | |
| 6. INVOICE NO. / DATE | |
| 7. PAGE / OF | 1 / 2 |
| 8. ACCEPTANCE POINT | S |
| 2. SHIPMENT NO. | STR 3485 |
| 3. DATE SHIPPED | 09/30/90 |
| 4. B/L TCN | 0 |
| 5. DISCOUNT TERMS | NET CASH |

**9. PRIME CONTRACTOR** CODE

UNITED TECHNOLOGIES SIKORSKY AIRCRAFT
Stratford, Connecticut 06601 U.S.A.

**10. ADMINISTERED BY** CODE S0707A

Defense Plant Representative
United Technologies Corporation
Sikorsky Aircraft Division
Stratford, Connecticut 06497

**11. SHIPPED FROM** *(If other than 9)* CODE FOB: S

See Block 9

**12. PAYMENT WILL BE MADE BY** CODE S0707A

Disbursing and Accounting Branch
Defense Plant Representative Office
Sikorsky Aircraft Division
Stratford, Connecticut 06497

**13. SHIPPED TO** CODE S0707A

Defense Plant Representative
United Technologies Corporation
Sikorsky Aircraft Division
Stratford, Connecticut 06497

**14. MARKED FOR** CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP'D./REC'D. ● | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0301 | Model CH-53E Helicopter Serial Number 163077 in accordance with the requirements of Detail Specification SD-552-3-9, dated 26 April 1985, with SCN 7, less withholdings. | 1 | EA | | |

**21. PROCUREMENT QUALITY ASSURANCE**

A. ORIGIN

[X] PQA [X] ACCEPTANCE OF LISTED ITEMS HAS BEEN MADE BY ME OR UNDER MY SUPERVISION AND THEY CONFORM TO CONTRACT, EXCEPT AS NOTED HEREIN OR ON SUPPORTING DOCUMENTS.

DATE: 30 SEPT 90 SIGNATURE OF AUTH. GOVT. REP.: Theodore L. Kulas (signature)

TYPED NAME AND OFFICE: Theodore L. Kulas S0707A

B. DESTINATION

[ ] PQA [ ] ACCEPTANCE OF LISTED ITEMS HAS BEEN MADE BY ME OR UNDER MY SUPERVISION AND THEY CONFORM TO CONTRACT, EXCEPT AS NOTED HEREIN OR ON SUPPORTING DOCUMENTS.

DATE SIGNATURE OF AUTH. GOVT. REP.

TYPED NAME AND TITLE

**22. RECEIVER'S USE**

QUANTITIES SHOWN IN COLUMN 17 WERE RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED.

DATE RECEIVED SIGNATURE OF AUTH. GOVT. REP.

TYPED NAME AND OFFICE

● IF QUANTITY RECEIVED BY THE GOVERNMENT IS THE SAME AS QUANTITY SHIPPED, INDICATE BY (√) MARK, IF DIFFERENT, ENTER ACTUAL QUANTITY RECEIVED BELOW QUANTITY SHIPPED AND ENCIRCLE.

**23. CONTRACTOR USE ONLY**

Sikorsky Serial Number
65568
Engine Serial Numbers
No. GE-E- 269771
No. GE-E- 269772
No. GE-E- 269770

SIKORSKY 811

| BOX NO. | CONTAINER | DIMENSIONS LENGTH | WIDTH | HEIGHT | CUBIC | WEIGHTS GROSS | NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

(WHEN ENCLOSED WITH OR ATTACHED TO A SHIPMENT, THIS SHEET SERVES AS A PACKING LIST.)

CONTRACTORS CONTROL No. 287768

DD FORM 250

Confidential
Pursuant to Protective Order

SIK 006845

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1313

YELLOW COPY IS MASTER COPY

MATERIAL INSPECTION AND RECEIVING REPORT
CONTINUATION SHEET

PAGE 2 OF 2

| SHIPMENT NO. | DATE SHIPPED | PROC. INSTRUMENT IDEN. | ORDER NO. | INVOICE NO. |
|---|---|---|---|---|
| STR 3485 | 09/30/90 | N00019-85-C-0066 | | |

| ITEM NO. | STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | QUANTITY SHIP'D/REC'D | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | HELICOPTER PARTS SHORTAGES: | | | | |
| | Helicopter Serial Number 163077 is short certain parts as described in List "A" attached. | | | | |
| | QUALIFICATION REQUIREMENTS: | | | | |
| | The parts installed in Helicopter Serial Number 163077 for which qualification is incomplete are described in List "B" attached. | | | | |
| | CH-53E Helicopter Serial Number 163077 "accepted under speical conditions" authorized in accordance with N00019-85-C-0066, DPRO/AAB (L.Sanford/mlb) dated 09/30/90 subject to the following withholdings: | | | | |
| | | | | | *Withholdings |
| | CFE and GFE Part Shortages - List "A" | | | | -0- |
| | Unqualified Components - List "B" | | | | 12,352. |
| | Open CMRAS - List "C" | | | | -0- |
| | Miscellaneous - List "D" | | | | 38,334. |
| | TOTAL WITHHOLDING | | | | $ 50,686. |
| | The above withholdings shall be reduced or liquidated upon installation, completion, or verification of required actions. The withholdings shall be released to the Contractor by the ACO upon concurrence by the Government of installation, completion, or verfication, as the case may be. | | | | |

Confidential
Pursuant to Protective Order

SIK 006846

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1314




DEFENSE LOGISTICS AGENCY
DEFENSE CONTRACT MANAGEMENT COMMAND
DEFENSE PLANT REPRESENTATIVE OFFICE
SIKORSKY AIRCRAFT DIVISION
STRATFORD, CT. 06497-7553

UNITED STATES CONSTITUTION BICENTENNIAL
DEPARTMENT OF DEFENSE

IN REPLY REFER TO DPRO/AAB (L.Sanford/6-6209/mlb)

SEP 3 0 199[illegible]

SUBJECT: Contract N00019-85-C-0066; Provisional Acceptance of CH-53E Helicopter Serial Number 163077

Ms. JoAnn Evans
Contract Administrator
United Technologies Corporation
Sikorsky Aircraft Division
Mail Stop S404A

Dear Ms. Evans:

The subject aircraft is being provisionally accepted under special conditions by the Defense Plant Representative Office pursuant to section H-14, paragraph (3), "Acceptance Under Special Conditions" of Contract N00019-85-C-0066 and the delegation of authority contained in NAVAIR letter 4200 Ser PMA-2611/0403D of 20 September 1990. Your letter CA/JLE-90-0390 of 06 September 1990 requested that this office accept the subject aircraft.

Based on a review of current physical status, part shortages, unqualified components, and other open items, provisional acceptance is subject to the following withholdings:

| | |
|---|---|
| List A - CFE and GFE Part Shortages | $ 0 |
| List B - Unqualified Components | 12,352.00 |
| List C - Open CMRAs | 0 |
| List D - Miscellaneous | 38,334.00 |
| TOTAL WITHHOLDINGS: | $ 50,686.00 |

The withholdings for shortages and incomplete actions will be reinstated upon installation or completion. The Contractor will provide written notification of installation or completion with supporting documentation to the cognizant Administrative Contracting Officer.

The subject aircraft is configured with GFE T-416A engines in lieu of T-416 engines.

The Contractor is authorized to deliver the subject aircraft without installation or completion of the items specified in Paragraph (2). The DD250 shall be annotated accordingly.

Confidential
Pursuant to Protective Order

SIK 006847

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1315

SUBJECT: Contract N00019-85-C-0066: Provisional Acceptance of CH-53E Helicopter Serial Number 163077

For all deficiencies identified at the time aircraft serial number 163077 is tendered for acceptance under special conditions and for outstanding deficiencies/deviations/waivers/class I or II changes/parts shortages/unqualified parts/nonstandard parts/CMRA's, the Government does not waive any rights under Special Provision H-14, entitled "Acceptance", or any other terms and conditions of contract N00019-85-C-0066.

Sincerely,

Julia A. O'Shea

JULIA A. O'SHEA
Administrative Contracting Officer

4 Encl

cc:
NAVAIR
PMA-261
AIR-215R
AIR-514
DPRO
AD
ADEM/Bader
APPL/Wing
AEC/Chosak
AQI/Bromell
AWB/Evans

Confidential
Pursuant to Protective Order

SIK 006848

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1316

LIST A
PART SHORTAGES
CH-53E HELICOPTER SERIAL NUMBER 163077

| PART NUMBER | NOMENCLATURE | QTY | ITEM WITHHOLDING | TOTAL WITHHOLDING |
|---|---|---|---|---|
| CFE | | | | |
| None | | | | |
| GFE: | | | | |
| 613AS100 | Seat Belts | 56 | 0 | 0 |
| MS17399B-1 | Turn Rate Gyro | 1 | 0 | 0 |

TOTAL WITHHOLDINGS LIST A: 0

Enclosure (1)

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC



LIST B
UNQUALIFIED COMPONENTS
CH-53E HELICOPTER SERIAL NUMBER 163077

| PART NUMBER | NOMENCLATURE | S/A PLAN | S/A SUBMITTAL | S/A DOCUMENT | NAVY RESPONSE | NAVY DOCUMENT | ACTION | PER A/C |
|---|---|---|---|---|---|---|---|---|
| 65912-01019-101 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $70.00 |
| 65560-03901-127 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $610.00 |
| 65126-11359-101 | DAMPER ISOLATOR | | 05/31/90 | SER-13808/SEL-4661 | 01/20/88 | SER-53031H/7.73745 | NAVAIR | $86.00 |
| 65912-01801-103 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $50.00 |
| 65395-07031-042 | T/R PITCH CHANGE SHAFT | | | | | | NAVAIR | $0.00 |
| 65664-09910-101 | APP START ACCUMULATOR | | 06/19/90 | SER-13853R2/SEL-4739 | | | NAVAIR | $7,600.00 |
| 65912-01801-104 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $50.00 |
| 65130-07159-043 | T/R PITCH SHAFT SUPT. | | | | | | NAVAIR | $0.00 |
| 65506-09115-104 | CONTAINER (FIRE EXTINGUISHER) | 09/30/90 | | | | | S/A | $1,920.00 |
| 65506-09116-104 | CONTAINER (FIRE EXTINGUISHER) | 09/30/90 | | | | | S/A | $766.00 |
| S6168-63585-104 | HYDRAULIC HEAT EXCHANGER | 03/31/91 | | SEL-    \SER-13905 | | | S/A | $1,200.00 |



TOTAL WITHHOLDINGS LIST B:        $12,352.00

Enclosure (2)



Confidential
Pursuant to Protective Order

SIK 006850

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1318

LIST C

OPEN CONFIGURATION MANAGEMENT RELEASE AUTHORITIES (CMRAs)
CH-53E HELICOPTER SERIAL NUMBER 163077

None

TOTAL WITHHOLDINGS LIST C: 0

Enclosure (3)

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

LIST D
MISCELLANEOUS
CH-53E HELICOPTER SERIAL NUMBER 163077

| ITEM | WITHHOLDING |
|---|---|
| Water Integrity | $ 33,334.00 See Note 1 |
| Open Spec Compliance, SD-522-39 (p) 3-16.5 missing electrical shield grounds from ICS harness P/N 65611-02212-042 | $ 5,000.00 See Note 2 |
| TOTAL WITHHOLDINGS LIST D: | $ 38,334.00 |

Note 1: 1/2 restoration when effective implementation of process improvements to improve water integrity has been demonstrated.

1/2 restoration at completion of implementation of process improvements.

Note 2: Corrective action will be accomplished in accordance with the milestone chart submitted with Sikorsky Aircraft letter PML-90-113 of 28 Jun 90. Withholding will be restored upon completion of all actions outlined in said letter, and DPRO approval of test results.

Enclosure (4)

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

SEP 28 '90 11:08 NAVPRO SIKORSKY P.2

LIST A
PART SHORTAGES
CH-53E HELICOPTER SERIAL NUMBER 163077

| PART NUMBER | NOMENCLATURE | QTY | ITEM WITHHOLDING | TOTAL WITHHOLDING |
|---|---|---|---|---|
| CFE | | | | |
| None | | | | |
| GFE: | | | | |
| 613AS100 | Seat Belts | 56 | 0 | 0 |
| MS17399B-1 | Turn Rate Gyro | 1 | 0 | 0 |

TOTAL WITHHOLDINGS LIST A: 0

Enclosure (1)

Confidential
Pursuant to Protective Order
SIK 006853

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1321

LIST B
UNQUALIFIED COMPONENTS
CH-53E HELICOPTER SERIAL NUMBER 163077

| PART NUMBER | NOMENCLATURE | S/A PLAN | S/A SUBMITTAL | S/A DOCUMENT | NAVY RESPONSE | NAVY DOCUMENT | ACTION | PER A/C |
|---|---|---|---|---|---|---|---|---|
| 65912-01019-101 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $70.00 |
| 65560-03901-127 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $610.00 |
| 65126-11359-101 | DAMPER ISOLATOR | | 05/31/90 | SER-13808/SEL-4661 | 01/20/88 | SER-53031H/7.73745 | NAVAIR | $86.00 |
| 65912-01801-103 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $50.00 |
| 65395-07031-042 | T/R PITCH CHANGE SHAFT | | | | | | NAVAIR | $0.00 |
| 65664-09910-101 | APP START ACCUMULATOR | | 06/19/90 | SER-13853R2/SEL-4739 | | | NAVAIR | $7,600.00 |
| 65912-01801-104 | ILLUM INFO PNL | | 06/13/90 | 444-BJL/N700.009 | | | NAVAIR | $50.00 |
| 65130-07159-043 | T/R PITCH SHAFT SUPT. | | | | | | NAVAIR | $0.00 |
| 65506-09115-104 | CONTAINER (FIRE EXTINGUISHER) | 09/30/90 | | | | | S/A | $1,920.00 |
| 65506-09116-104 | CONTAINER (FIRE EXTINGUISHER) | 09/30/90 | | | | | S/A | $766.00 |
| S6168-63585-104 | HYDRAULIC HEAT EXCHANGER | 03/31/91 | | SEL- \SER-13905 | | | S/A | $1,200.00 |

TOTAL WITHHOLDINGS LIST B: $12,352.00

Enclosure (2)

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

SEP 28 '90 11:09 NAVPRO SIKORSKY                                    P.4

LIST C

OPEN CONFIGURATION MANAGEMENT RELEASE AUTHORITIES (CMRAs)
CH-53E HELICOPTER SERIAL NUMBER 163077

None

TOTAL WITHHOLDINGS LIST C:             0

Enclosure (3)

Confidential
Pursuant to Protective Order

SIK 006855

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1323

SEP 28 '90 11:09 NAVPRO SIKORSKY P.5

LIST D
MISCELLANEOUS
CH-53E HELICOPTER SERIAL NUMBER 163077

| ITEM | WITHHOLDING |
| --- | --- |
| Water Integrity | $ 33,334.00 See Note 1 |
| Open Spec Compliance, SD-522-39 (p) 3-16.5 missing electrical shield grounds from ICS harness P/N 65611-02212-042 | $ 5,000.00 See Note 2 |
| TOTAL WITHHOLDINGS LIST D: | $ 38,334.00 |

Note 1: 1/2 restoration when effective implementation of process improvements to improve water integrity has been demonstrated.

1/2 restoration at completion of implementation of process improvements.

Note 2: Corrective action will be accomplished in accordance with the milestone chart submitted with Sikorsky Aircraft letter PML-90-113 of 28 Jun 90. Withholding will be restored upon completion of all actions outlined in said letter, and DPRO approval of test results.

Enclosure (4)

Confidential
Pursuant to Protective Order

SIK 006856

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1324



6900 Main Street
Stratford, Connecticut 06601-1381
203/386-4000

September 6, 1990

CA/JLE-90-0390

Department of the Navy
Defense Plant Representative Office
Stratford, Connecticut 06497

Attention: Mr. E. Weisman, Administrative Contracting Officer

Subject: Contract N00019-85-C-0066; Acceptance of Model CH-53E Helicopter, Serial Number 163077

Enclosure: (1) List A, Part Shortages
(2) List B, Unqualified Parts
(3) List C, Open CMRA's
(4) List D, Miscellaneous

Pursuant to the terms and conditions of the subject contract, Sikorsky Aircraft hereby submits a request for acceptance of CH-53E Helicopter, Serial Number 163077 under Contract Line Item 0301.

We anticipate that this aircraft will be available for delivery during September 1990. Components for which qualifications testing has not been completed, shortage items and any applicable waivers/deviations will be listed on the DD Form 250.

An equitable withholding for the work to be completed on this aircraft at time of delivery should be established in accordance with Special Contract Requirement H-14, Paragraph (3) (a) entitled, "Acceptance Under Special Conditions". The Contractor requests that the DEPROPLANTREPO be authorized to reduce such withholdings as item for which the withholdings were established become available and/or are incorporated in the aircraft.

In the event that the subject aircraft is ready for delivery except for certain items identified on "List A, Part Shortages" attached to the DD Form 250, it is understood that as these items become available, they will be installed by Sikorsky Aircraft at no change in the subject contract price.

Accordingly, Sikorsky Aircraft requests that the Administrative Contracting Officer accept CH-53E, Serial Number 163077 under the provisions of the subject contract based on the facts cited herein.

Very truly yours,

UNITED TECHNOLOGIES CORPORATION

Jo Ann L. Evans
Contract Administrator
SIKORSKY AIRCRAFT DIVISION

Enclosures

Programs — 4 Sept 90 — Date

Confidential
Pursuant to Protective Order

SIK 006857

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 12 - 1325

LIST D
MISCELLANEOUS
CH-53E HELICOPTER SERIAL NUMBER 163077

| ITEM | WITHHOLDING |
| --- | --- |
| Water Integrity | $ 33,334.00 See Note 1 |
| Open Spec Compliance, SD-522-39 (p) 3-16.5 missing electrical shield grounds from ICS harness P/N 65611-02212-042 | $ 5,000.00 See Note 2 |
| TOTAL WITHHOLDINGS LIST D: | $ 38,334.00 |

Note 1: 1/2 restoration when effective implementation of process improvements to improve water integrity has been demonstrated.

1/2 restoration at completion of implementation of process improvements.

Note 2: Corrective action will be accomplished in accordance with the milestone chart submitted with Sikorsky Aircraft letter PML-90-113 of 28 Jun 90. Withholding will be restored upon completion of all actions outlined in said letter, and DPRO approval of test results.

Enclosure (4)

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Sikorsky Aircraft

AIRCRAFT SHORTAGE NOTICE

ORIG. DATE 9/14/90

| ATTACHMENT TO LETTER DATED 9/14/90 | AIRCRAFT MODEL | SERIAL NO. | DATES THIS NOTICE UPDATED | PAGE |
|---|---|---|---|---|
| | CH-53E | 163077 | 9/21/90 | 1 OF 1 |

| IDENTIFICATION NO. | NOMENCLATURE, TYPE AND MODEL | GFE OR CFE | QTY. SHORT | S.A. MANUFACTURING: INSTALLER'S SIGNATURE | S.A. MANUFACTURING: DATE INSTALLED | S.A. QUALITY CONTROL: INSPECTOR'S STAMP | S.A. QUALITY CONTROL: DATE INSPECTED |
|---|---|---|---|---|---|---|---|
| MS17399B-1 | TURN RATE GYRO | GFE | 1 | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| 613AS100-2 | LAP BELT | GFE | 56 | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| | | | | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| | | | | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| | | | | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| | | | | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| | | | | | | | |
| AUTHORITY/REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |
| | | | | | | | |
| AUTHORITY/REASON FOR | | | | | EST.AVAIL-ABILITY | | REQD.AVAIL-ABILITY |

SIK 006859

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

**Sikorsky Aircraft**

# AIRCRAFT SHORTAGE NOTICE

ORIG. DATE 9/14/90

| ATTACHMENT TO LETTER DATED 9/14/90 | AIRCRAFT MODEL | SERIAL NO. | DATES THIS NOTICE UPDATED | PAGE 1 OF 1 |
|---|---|---|---|---|
| | CH-53E | 163077 | | |

| IDENTIFICATION NO. | NOMENCLATURE, TYPE AND MODEL | GFE OR CFE | QTY. SHORT | S.A. MANUFACTURING INSTALLER'S SIGNATURE | S.A. MANUFACTURING DATE INSTALLED | S.A. QUALITY CONTROL INSPECTOR'S STAMP | S.A. QUALITY CONTROL DATE INSPECTED |
|---|---|---|---|---|---|---|---|
| MS17399B-1 | TURN RATE GYRO | GFE | 1 | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| 613AS100-2 | LAP BELT | GFE | 56 | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| | | | | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| | | | | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| | | | | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| | | | | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| | | | | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |
| | | | | | | | |
| AUTHORITY/ REASON FOR SHORTAGE | | | | | EST.AVAIL-ABILITY | REQD.AVAIL-ABILITY | |

SIK 006860

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

# Internal Correspondence

TO: F. Dunn, J. Evans, S. Hedges, J. Kirpas

PIF-B-3254-90

FM: T. Walsh

RE: Delineation of Configuration

DT: 9-6-90

cc: R. Davis, M. DePasquale, K. Sutter, D. Walker

It is hereby requested that the delivery documents for the aircraft listed below reflect those Engineering changes that have not yet been incorporated.

Revisions to the attached information will be available at your request by contacting the undersigned on extension 5652.

| A/C AFFECTED | TOTAL OPEN |
|---|---|
| CH-53E 163077 | 0 |

TW:peh

SA 5 REV. C

Confidential
Pursuant to Protective Order

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC