# EXHIBIT 20

D.F. et al., v. Sikorsky Aircraft Corporation, et al.
U.S.D.C., Case No.: 13:cv-00331-GPC-KSC
(Exhibits to Declaration of John D. Wakefield)



CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

SIK 003880



SIKORSKY AIRCRAFT OPERATION SHEET NO.

6-AOS   NTR   OPC=S   PT=I:   P/L= J:
PAGE 2   DATE PRINTED 06/21/90

W/O CONTROL NO. XK1138-100
PART / ASSEMBLY NO. 65561-09301-012
QTY. THIS ORDER 00001

NOMENCLATURE WIRING INSTL

SOURCE 3264   DELIVER TO 3264

SYM.   MO/SO 13851   SUPP. ITEM 119

START W.W. 717   COMPLETION W.W. 722
QTY. FOR ORDER   QTY. FOR REQMT
TOT. TIME FOR ORDER   RIVET / FAB TIME
ASSY / SET-UP TIME   QTY. TO DATE

PLAN GRP. 47

| COMPONENTS | PT | OPC | SRCE | QTY | U/M | REF-QTY | MFG QA |
|---|---|---|---|---|---|---|---|
| MS27039-1-17 SCREW | D | | 4 | 00001 | | | |
| MS27039-1-24 SCREW | D | | 4 | 00002 | | | |
| MS27039DD1-22 SCREW | D | | 4 | 00002 | | | |
| MS35338-43 WASHER,LOCK | D | | 4 | 00006 | | | |
| M81824/1-1 SPLICE | D | | 4 | 00016 | | | |
| M81824/1-2 SPLICE | D | T | 4 | 00033 | | | |
| M81824/1-3 SPLICE | D | | 4 | 00012 | | | |
| ********** SUPERSEDES PART NUMBER : | D-436-38 | | | | REF NEXT ASSEMBLY | | |
| NAS1388-1 SPLICE | D | | 4 | 00036 | | | |
| NAS1388-2 SPLICE | D | | 4 | 00012 | | | |
| NAS43DD3-40 SPACER | D | | 4 | 00002 | | | |
| NAS43DD3-48 SPACER | D | | 4 | 00001 | | | |
| NAS43DD3-64 SPACER | D | | 4 | 00004 | | | |
| R23100-1 CHAFE GUARD | R | | 95 | 00036 | | | |
| 327583 SPLICE | D | | 4 | 00010 | | | |
| 65562-09301-041 HARNESS ASSY | A | L | 33:11 | 00001 | | 0 | |
| 65562-09302-041 HARNESS ASSY | A | L | 33:11 | 00001 | | 0 | |
| X 65562-09303-043 HARN ASSY | A | | 33:11 | 00001 | | 0 | |
| 65562-09305-043 HARN ASSY | A | L | 33:11 | 00001 | | 0 | |

REFER TO MATERIAL AND PROCESS SPECIFICATIONS INDEX AND TO SIKORSKY MANUFACTURING SPECIFICATION INDEX FOR APPLICABLE REVISION LEVEL AND EFFECTIVITY.
-----------
*** SS9208 APPLIES THE PRACTICES AND STANDARDS DESCRIBED THEREIN MAY BE USED FOR FABRICATION AND INSPECTION OF PARTS, UNLESS SPECIFICALLY PROHIBITED FOR ANY SPECIFIC OPERATION ***

(CONT.)

THIS DOCUMENT IS THE PROPERTY OF UNITED TECHNOLOGIES CORPORATION AND IS DELIVERED ON THE EXPRESS CONDITION THAT IT IS NOT TO BE DISCLOSED REPRODUCED IN WHOLE OR IN PART OR USED FOR MANUFACTURE FOR ANYONE OTHER THAN UNITED TECHNOLOGIES CORPORATION WITHOUT ITS WRITTEN CONSENT; AND THAT NO RIGHT IS GRANTED TO DISCLOSE OR SO USE ANY INFORMATION CONTAINED IN SAID DOCUMENT. THIS RESTRICTION DOES NOT LIMIT THE RIGHT TO USE INFORMATION OBTAINED FROM ANOTHER SOURCE.

SA 565-8 REV. C

SIK 003881

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC

Wakefield Ex. 20 - 1370

SIKORSKY AIRCRAFT OPERATION SHEET NO.

| 6-ADS | NTR | DPC=S | PT=I | P/L = J |
|---|---|---|---|---|
| PAGE 3 | | DATE PRINTED 06/21/90 | | |

MATERIAL DESCRIPTION / MAKE FROM

| | | SOURCE | DELIVER TO | | NOMENCLATURE | | | W/O CONTROL NO. |
|---|---|---|---|---|---|---|---|---|
| | | 3264 | 3264 | | WIRING INSTL | | | XK1138-100 |
| | | SYM. MO/SO | SUPP. ITEM | | START W.W. | COMPLETION W.W. | | PART / ASSEMBLY NO. |
| | | 13851 | 119 | | 717 | 722 | | 65561-09301-012 |
| | | ASSY / SET-UP TIME | RIVET / FAB TIME | | TOT. TIME FOR ORDER | QTY. FOR REQ'M'T | | QTY. TO DATE / QTY. THIS ORDER |
| PIECES | LENGTH | WIDTH | THICKNESS | UNIT / MEAS. | BP REV. | OS REV | PLAN GRP. | J L 47 / 00001 |

| NO. | ASSEMBLY INSTRUCTIONS | SH RV UNIT MACH | SETUP | PCTIME | TOOLS/CUTTERS | TOOL LOC. | MFG QA |
|---|---|---|---|---|---|---|---|
| 005 | INSPECT - FOR A/C 0098-01118 | 00 L 1040 | | | | | |
| | VERIFY THAT THE FOLLOWING HARNESSES ARE NOT SPEC 55 WIRE (S/N 99 OR LESS). | | | | | | |
| | FOR A/C 0119 AND SUBQ VERIFY THAT THEY ARE SPEC 55 WIRE (S/N 100 OR HIGHER). | | | | | | |
| | 65562-09301-041 65562-09302-041 65562-09303-043 | | | | | | |
| | 65562-09305-043 | | | | | | |
| 010 | INSTALL HARNESS PER ASSY | 00 J 3264 | | | | | |
| | DIAGRAMS REV "3". | | | | | | |
| 020 | INSPECT INSTALLATION PER ENG | 00 K 1040 | | | | | |
| | DWG 65561-09301-012 | | | | | | |
| 999 | NOTE: MANUFACT. & INSPECTION | 00 | | | | | |
| | TO CHECK GENERAL AREA FOR FOREIGN OBJECTS AFTER COMPLETION OF ALL OPERATIONS. | | | | | | |

LAST PAGE OF 3 PAGES

.00   .00   TOTALS

WIRING INSTL

32654 REV. C

717   722   65561-09301-012

THIS DOCUMENT IS THE PROPERTY OF UNITED TECHNOLOGIES CORPORATION AND IS DELIVERED ON THE EXPRESS CONDITION THAT IT IS NOT TO BE DISCLOSED REPRODUCED IN WHOLE OR IN PART OR USED FOR MANUFACTURE FOR ANYONE OTHER THAN UNITED TECHNOLOGIES CORPORATION WITHOUT ITS WRITTEN CONSENT; AND THAT NO RIGHT IS GRANTED TO DISCLOSE OR SO USE ANY INFORMATION CONTAINED IN SAID DOCUMENT. THIS RESTRICTION DOES NOT LIMIT THE RIGHT TO USE INFORMATION OBTAINED FROM ANOTHER SOURCE."

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

SIK 003882

AECA/ITAR/EAR
TECHNICAL DATA AND/OR TECHNOLOGY
Pursuant to Amendment to Protective Order in 13-cv-0331-GPC-KSC