LAWRENCE P. GRASSINI — Cal. SBN 49046
LARS C. JOHNSON — Cal. SBN 205712
MARSHALL J. SHEPARDSON — Cal. SBN 263637
GRASSINI, WRINKLE & JOHNSON
20750 Ventura Boulevard, Suite 221
Woodland Hills, CA 91364-6235
Tel: (818) 348-1717
Fax: (818) 348-7921
Email: mail@grassinilaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DOMINIC FONTALVO, a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and TANIKA LONG, a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,

Plaintiff,

vs.

SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES, INC.; and DOES 1 through 100, Inclusive,

Defendants.

Case No.: 3:13-cv-00331-GPC-KSC

Judge: Hon. Gonzalo P. Curiel

**PLAINTIFFS' SEPARATE STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

DATE: August 11, 2017
TIME: 1:30 P.M.
CTRM: 2D

TO DEFENDANTS SIKORSKY AIRCRAFT AND THEIR ATTORNEYS OF RECORD:

Plaintiffs submit this Separate Statement of Additional Material Facts in Opposition to Sikorsky's Motion for Summary Judgment [Doc. No. 164] as follows:

| Material Fact and Supporting Evidence | Response and Evidence |
| --- | --- |
| | |
| 1. The Air Mishap Board ("AMB") conducted an investigation in connection with the fatal mishap involving CH-53E helicopter BuNo 163077 on March 17, 2011, which killed Staff Sgt. Alexis Fontalvo; as a result the AMB generated a Safety Investigation Report ("SIR"). **Shepardson Decl., Ex. A** (SIR, MIL073479–073563) | 1. |
| 2. Sikorsky is the manufacturer of CH-53E helicopter BuNo 163077 (the "Subject Aircraft"). **Shepardson Decl., Ex. B** (Wakefield Depo., p. 26:3–6) | 2. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 3. Sikorsky designed the landing gear wiring harness of the CH-53E helicopter.<br>**Shepardson Decl., Ex. B** (Wakefield Depo., pp. 170:16–171:4) | 3. |
| 4. Neither NAVAIR nor the Navy designed the CH-53E helicopter or the landing gear wiring harness.<br>**Shepardson Decl., Ex. II** (Jordan Depo.), pp. 18:25–19:1 | 4. |
| 5. John Wakefield is a spokesman for Sikorsky, duly designated to testify on behalf of the corporation regarding the role of the U.S. Government in the design process for the CH-53E helicopter.<br>**Shepardson Decl., Ex. B** (Wakefield Depo., p. 12:7–13) | 5. |
| 6. John Wakefield intermittently served as Program Director for the CH-53 program at Sikorsky from 1988 to 2003.<br>**Shepardson Decl., Ex. B** (Wakefield Depo., pp. 13:22–14:13) | 6. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 7. The Subject Aircraft was manufactured pursuant to the Detail Specification for Model CH-53E Helicopter FY-86 Procurement, SD-552-3-9.<br>**Shepardson Decl., Ex. B** (Wakefield Depo., p. 26:3–6);<br>**Wakefield Decl., Ex. 10** (Detail Spec SD-552-3-9) | 7. |
| 8. The preliminary (or proposed) Detail Specification SD-552-3, which was intended to govern the requirements of the prototype YCH-53E to be produced by Sikorsky, was authored by Sikorsky.<br>**Shepardson Decl., Ex. C** (Preliminary Detail Specification fot Model YCH-53E Prototype Helicopter for U.S. Navy), p. 1 (Cover Sheet) [SIK014944] | 8. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 9. All of the provisions of the Detail Specification regarding the landing gear went unchanged from the preparation of the Preliminary Detail Specification, to the publication of the revised Detail Specification (SD-552-3-9).<br>**Shepardson Decl. Ex. B** (Wakefield Depo. pp. 156:5–160:6, 162:5–7); **Shepardson Decl., Ex. C** (SD-552-3), Secs. 3.8.2 (pp. 50 (SIK015015) to 52 (SIK015017)); and 3.8.4 (p. 52 (SIK015015)); **Wakefield Decl., Ex. 10** (Detail Spec SD-552-3-9), Secs. 3.8.2 (pp. 49 (SIK007081) to 51 (SIK007083)); and 3.8.4 (pp. 51–52 (SIK007083–84)). | 9. |
| 10. Mr. Wakefield was unable to identify or produce any evidence that the U.S. Navy reviewed or approved any detail of the landing gear wiring harness of the CH-53E.<br>**Shepardson Decl. Ex. B** (Wakefield Depo. pp. 136:17–137:1). | 10. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 11. There is no evidence that Sikorsky ever informed the U.S. Navy that the landing gear of the CH-53E could inadvertently retract in the event of a short circuit. **Shepardson Decl. Ex. B** (Wakefield Depo. pp. 138:4–17) | 11. |
| 12. There is no evidence that the U.S. Navy ever contributed to the development of the landing gear wiring harness of the CH-53E. **Shepardson Decl. Ex. B** (Wakefield Depo. pp. 139:24–141:3, 142:9–13); **& GG** (Lawrence Report), pp. 10–12; **Lawrence Decl., paras. 6 & 12**. | 12. |
| 13. There is no record of any correspondence in which the government addressed or dictated the configuration of the landing gear interlock system of the CH-53E. **Shepardson Decl. Exs. B** (Wakefield Depo. p. 82:10–15) **& GG** (Lawrence Report), pp. 10–12; **Lawrence Decl., paras. 6 & 12** | 13. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 14. There is no evidence of any facts reflecting any government participation in the design of the CH-53D landing gear system. **Shepardson Decl. Ex. B** (Wakefield Depo. pp. 87:25–88:6); **& GG** (Lawrence Report), pp. 10–12; **Lawrence Decl., paras. 6 & 12** | 14. |
| 15. There is no evidence of any facts reflecting any government participation in the design of the CH-53D wiring system. **Shepardson Decl. Ex. B** (Wakefield Depo. pp. 88:7–88:16); **& GG** (Lawrence Report), pp. 10–12; **Lawrence Decl., paras. 6 & 12** | 15. |
| 16. The schematic for the landing gear wiring system of the CH-53E is different from the one for that of the RH-53D. **Lawrence Decl., para. 11; Exs. A** (-53D Schematic (SIK024984)) **& B** (-53E Schematic (SIK008384)); **Bloomfield Decl., paras. 4 & 5** | 16. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 17. The differences in the schematics for the two systems reflect physical and configurational differences between the landing gear wiring harnesses in the two aircraft. **Lawrence Decl., para. 11; Exs. A** (-53D Schematic (SIK024984)) **& B** (-53E Schematic (SIK008384)); **Bloomfield Decl., paras. 4 & 5** | 17. |
| 18. There is no signature indicating government approval of the schematic for the landing gear control system of the CH-53E. **Lawrence Decl., para. 13, Ex. B** (SIK008384) | 18. |
| 19. There is no signature indicating government approval of the schematic for the landing gear control system of the RH-53D. **Lawrence Decl., para. 13**, Ex. A (SIK024984) | 19. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 20. The configuration of the hydraulic utility manifold ("UM") in in the CH-53E is different than that of the UM in the RH-53D; specifically, in the RH-53D the UM was not a unified electromechanical assembly, but instead was a manifold of separate, side-by-side hydraulic valves.<br>**Shepardson Decl., Ex. D** (Knox Depo. pp. 50:15–25, 51:10–53:3) | 20. |
| 21. The UM interfaces with the landing gear wiring harnesses at plugs that are representationally depicted in the schematics.<br>**Bloomfield Decl., paras. 4 & 5; Exs. 1** (-53D Schematic (SIK024984)) **& 2** (-53E Schematic (SIK008384)) | 21. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 22. The configuration of the landing gear wiring harness plugs at the UM in in the CH-53E is different than that of the UM in the RH-53D; specifically, in the RH-53D, the landing gear up- and down-command valves were connected in a single plug connector, designated P499, whereas in the CH-53E the up- and down-command functions were separated into two different plug connectors, designated P494 (up) and P495 (down).<br>**Bloomfield Decl., paras. 4 & 5; Exs. 1** (-53D Schematic (SIK024984)) **& 2** (-53E Schematic (SIK008384)) | 22. |
| 23. The different configuration of utility manifold valves and plugs necessarily required a change in the configuration of the landing gear wiring harness that powered the valves controlling the landing gear. **Lawrence Decl., paras. 9–11; Exs. A** (-53D Schematic (SIK024984)) **& B** (-53E Schematic (SIK008384)) | 23. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 24. The up- and down-valve plug connectors on the UM were arranged in a single vertical dimension, so that the up-command plug (P494) was directly and immediately below the down-command plug (P495). **Shepardson Decl., Exs. E** [SIK008317] **& F** (Bloomfield Report), paras. 17 & 18. | 24. |
| 25. This configuration of the landing gear control valves on the UM allowed the wires leading to the up-command valve to rub and chafe against the wires leading to the down-command valve. **Shepardson Exs. A**, (SIR), p. 45, paras. 45–52; **F** (Bloomfield Report), paras. 17 & 18; **G** (Coffman Report), p. 3; **H** (Wuthrich Report), **I** (Bare Wire Photos); **J** (Microscopic Photos of P494). | 25. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 26. This configuration and orientation of the CH-53E's separate plugs powering the up- and down landing gear functions was entirely absent on the RH-53D. **Bloomfield Decl., paras. 5 & 6; Exs. 1** (-53D Schematic (SIK024984)) **& 2** (-53E Schematic (SIK008384)); **Shepardson Decl., Ex. D**, Knox Depo., pp. 50:15–25, 51:10–53:3. | 26. |
| 27. The CH-53E has three engines. **Shepardson Decl. Ex. B** (Wakefield Depo. p. 247:16–24) | 27. |
| 28. The RH-53D had two engines. **Shepardson Decl. Ex. B** (Wakefield Depo. p. 247:16–24) | 28. |
| 29. The accommodation of an additional engine in the CH-53E by necessity required a global overhaul of the aircraft's wiring configuration. **Lawrence Decl., para. 9** | 29. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 30. The UM of the CH-53E helicopter BuNo 163077 was fabricated and assembled by Eaton Aerospace. **Shepardson Decl. Ex. K** (Stelzer Depo., pp. 251:22–252:1) | 30. |
| 31. When the UM was fabricated during the manufacture of the Subject Aircraft, segments of wire were already connected to the UM's Cannon plug connectors, with unterminated opposite ends; these segments of wire are known colloquially in the industry as "pigtails". **Shepardson Decl. Ex. K** (Stelzer Depo., pp. 118:25–119:16) | 31. |
| 32. The "pigtails" were not made of wire insulated with Kapton, but were instead a type of wire known as "white wire" or "Spec-55 wire". **Shepardson Decl. Exs. G** (Coffman Report), p. 2–3; H (Wuthrich Report), p. 2 (MIL073204); L (Stone Depo.), pp. 78:17–79:25. | 32. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 33. "Spec-55" wire can be identified by the bright white pigmentation of the outer casing.<br>**Shepardson Decl., Ex. K** (Stelzer Depo., p. 255:17–21) | 33. |
| 34. "Spec-55" wire contains no Kapton.<br>**Shepardson Decl., Ex. K** (Stelzer Depo., p. 254:11–17) | 34. |
| 35. When the Eaton-assembled UM was installed by Sikorsky into the Subject Aircraft, Sikorsky personnel spliced the Spec-55 "pigtails" onto the Kapton wire used for the main wiring bundle.<br>**Shepardson Decl., Ex. K** (Stelzer Depo., pp. 118:14–119:8) | 35. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 36. When the UM wiring was spliced and assembled by Sikorsky during manufacture, the Spec-55 wiring at P494 (the up-command control wire) had excessive slack, allowing the wire to come in contact with the UM mount frame.<br>**Shepardson Decl., Ex. A** (SIR), p. 45, lines 45 & 50 [MIL073523]. | 36. |
| 37. The improper bundling, splicing and supporting of the Spec-55 segments of both the up- and down-command wires permitted rubbing and chafing that ultimately produced bare (denuded) segments of metal conductive wire on both the up-command Spec-55 wire and the down-command Spec-55 wire.<br>**Shepardson Decl., Exs. A** (SIR), p. 45, lines 48, 50 & 52 [MIL073523]; **G** (Coffman Report), pp. 3–4; **& H** (Wuthrich Report), p. 1. | 37. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 38. The uncommanded landing gear retraction giving rise to this suit occurred due to the entry of errant voltage into the up-command control wire path through a breach in the insulation.<br>**Shepardson Decl., Exs. G** (Coffman Report), pp. 3–4; **M** (Reynolds Report), p. 17, para. No. 10; and **N** (Knox Report), p. 25 para. 6.4 & p. 54 para. 10. | 38. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 39. The official investigators for NAVAIR expressly declined to find that Kapton played a role in the mishap, instead limiting their conclusion to the following: “AN UNDETERMINED VOLTAGE WAS PRESENT ON THE WIRING THAT PROVIDES POWER TO THE LANDING GEAR CONTROL VALVE. THIS WIRING COULD HAVE BEEN EITHER KAPTON OR SPEC 55 DEPENDING ON THE LOCATION OF THE VOLTAGE INTRUSION. THE SOURCE AND POINT OF ENTRY OF THIS VOLTAGE ON THE SUSPECT WIRING IS UNDETERMINED.” **Shepardson Decl., Ex. W** (EI Final Report). | 39. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 40. There was not a single identifiable point on the Kapton portion of the landing gear wiring harness in which the double-wrapped amber-colored insulation had been penetrated so as to expose any conductive metallic element. Shepardson Decl., Exs. G (Coffman Report), p. 2; **M** (Reynolds Report, Appendix N of Microscopic Photographs), pp. 133 to 142. | 40. |
| 41. The only type of wire from the Subject Aircraft's up-command control wire path in which exposed conductive metal element was visible to the naked eye was Spec-55 wire, and none was visible on any of the Kapton-insulated wire. **Shepardson Decl., Exs. H** (Wuthrich Report), pp. 1 & 2 [MIL073203–04]; **G** (Coffman Report), pp. 2–3; **M** (Reynolds Report), pp. 14–15. | 41. |

| Material Fact and Supporting Evidence | Response and Evidence |
| --- | --- |
| 42. The only type of wire from the Subject Aircraft's up-command control wire path in which exposed conductive metal element was visible under microscopy was Spec-55 wire, and none was visible even microscopically on any of the Kapton-insulated wire. **Shepardson Decl., Ex. M** (Reynolds Report), p. 15. | 42. |
| 43. The only type of wire from the Subject Aircraft's up-command control wire path in which exposed conductive metal element was confirmed under Energy Dispersive Spectroscopy ("EDS" or "EDAX") was Spec-55 wire, and none was evident upon EDS analysis on any of the Kapton-insulated wire. **Shepardson Decl., Ex. M (**Reynolds Report), p. 15; **N** (Knox Report), pp. 49–50. | 43. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 44. The only type of wire from the Subject Aircraft's down-command control wire path in which exposed conductive metal element was confirmed under Energy Dispersive Spectroscopy ("EDS" or "EDAX") was Spec-55 wire, and none was evident upon EDS analysis on any of the Kapton-insulated wire. **Shepardson Decl., Ex. M** (Reynolds Report), p. 15; **N** (Knox Report), pp. 49–50.] | 44. |
| 45. The only type of wire from the Subject Aircraft's down-command control wire path in which exposed conductive metal element was visible under microscopy was Spec-55 wire, and none was visible even microscopically on any of the Kapton-insulated wire. **Shepardson Decl, Ex. M** (Reynolds Report), p. 15. | 45. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 46. The damage to the Spec-55 wire leading to P494 and P495 was consistent with prolonged chafing, in light of the smooth, worn edges. **Shepardson Decl, Ex. G** (Coffin Report), pp. 2–3; **J** (microscopic photographs of Spec-55 wire) | 46. |
| 47. At the time of Sikorsky's mishap wiring inspection, the Kapton wiring in the subject harness was found to be in pristine condition, with its outer sheathing having maintained remarkable physical integrity, except for several areas of superficial mechanical damage. **Hickey Decl., Ex. A,** Encl. 41 (Sikorsky Materials Engineering Report), p. 3 of 9. | 47. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 48. Sikorsky's engineering investigator Manning Stelzer contrasted the condition of the wiring harness from BuNo 163077 with that of the CH-53E involved in the 2005 New River mishap (BuNo 161394), in which the wire showed visible, verifiable signs of deterioration, exhibited as "radial cracking." **Hickey Decl., Ex. A**, Encl. 41 (Sikorsky Materials Engineering Report), p. 3 of 9. | 48. |
| 49. The superficial damage to the outer Kapton sheathing was caused by mechanical scraping and friction during the harness's handling by military and/or Sikorsky personnel, after the mishap occurred. **Shepardson Decl., Ex. G** (Coffman Report), p. 2. | 49. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 50. Mr. Knox did no chemical analysis that might indicate that any of the up-command control wire had undergone any chemical deterioration characteristic of "Kapton degradation." **Shepardson Decl., Ex. D** (Knox Depo., p. 205:7–206:9) | 50. |
| 51. Mr. Knox admitted that he is not qualified to perform the type of chemical analysis that might indicate that any of the up-command control wire had undergone any chemical deterioration characteristic of "Kapton degradation." **Shepardson Decl., Ex. D** (Knox Depo., p. 205:7–206:9) | 51. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 52. Mr. Knox did, however, admit that the transfer of errant voltage into the up-command control wire ***more likely than not occurred due to direct contact with another denuded segment of wire***. **Shepardson Decl., Ex. N** (Knox Report), p. 54. | 52. |
| 53. The design purpose of the Landing Gear Safety Pin under the applicable general military specifications is "for securing each landing gear in the down position, to prevent collapse during ground maintenance." **Shepardson Decl., Exs. B (**Wakefield Depo.), p. 133:10–135:8; **& Z** (SD-24J, Vol. II), p. 67, Sec. 3.23.2.12. | 53. |
| 54. SSgt. Fontalvo was not a crew chief. **Hickey Decl., Ex. A** (Command Investigation Report), p. 4, para. 3.e. [MIL073009] | 54. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 55. Before March 17, 2011, at no time were aircrewman or airframes mechanics formally taught the function of the landing gear safety pin, or the danger and immediate actions if the pin is not functioning properly.<br>**Hickey Decl., Ex. A** (Command Investigation Report), p. 13, para. 10. [MIL073018] | 55. |
| 56. Before March 17, 2011, knowledge regarding the function of the landing gear safety pin, and the danger and immediate actions if the pin is not functioning properly, was handed down by word of mouth at crew chief school among experienced crew chiefs, if at all.<br>**Hickey Decl., Ex. D** (NCIS Report), p. 2 [MIL092438] | 56. |
| 57. Before March 17, 2011, not all crew chiefs were aware of the hazard but some were.<br>**Hickey Decl., Ex. D** (NCIS Report), p. 2 [MIL092438] | 57. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 58. Before March 17, 2011, no non-crew chief MOS aircrewman was ever have been made aware of the hazard in any training or operational venue. **Hickey Decl., Ex. D** (NCIS Report), p. 2 [MIL092438] | 58. |
| 59. All of Staff Sergeant Fontalvo's peers who were on active duty with him on March 17, 2011, testified that up until that date, they were never taught anything, and never knew anything, about the danger and immediate actions if the landing gear safety pin is not functioning properly. **Shepardson Decl., Exs. O** (Captain M. Hamilton Depo., pp. 84:11–85:17, 87:20–22); **P** (Coffin Depo., pp. 61:12–62:1); **Q** (Danley Depo., pp. 20:18–21:2); **R** (Shelton Depo., pp. 117:6–11, 146:1–5, 158:17–25); **S** (Captain J. Brown Depo., p. 99:8–17); **& T** (Sgt. J. Perkins Depo., p. 33:4–7) | 59. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 60. Sikorsky's own retained expert James Knox states that the accident was not foreseeable.<br>**Shepardson Decl., Ex. N** (Knox Report), p. 70, Opinion No. 9. | 60. |
| 61. The Command Investigator (Major Ian Stevens) relied on Sikorsky's internal "engineering investigation" that found that Kapton contributed to this mishap.<br>**Hickey Decl., Ex. A**, paras. 64 & 65, Encl. 41 (Stelzer Materials Engineering Report) | 61. |
| 62. The damage to the landing gear wiring harness was due to rubbing and chafing, rather than the chemical propensities of the type of insulation, and would have occurred regardless of the type of material used for the insulation.<br>**Shepardson Decl., Ex. HH** (Coffman Declaration) | 62. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 63. Before the CH-53E went into production, Sikorsky never provided the Navy with any drawings or photographic depictions of the physical configuration of the landing gear wiring harness.<br>**Lawrence Decl., para. 6.** | 63. |
| 64. Before the CH-53E went into production, Sikorsky never provided the Navy with any drawings or photographic depictions of the physical configuration of the hydraulic utility module.<br>**Lawrence Decl., para. 6.** | 64. |
| 65. Sikorsky did, and was under Contract No. N100140-91-D-DA28 to, prepare and provide manuals for the CH-53E.<br>**Shepardson Decl., Ex. AA** (Publications Proposal for ECP2162), Cover Letter [SIK021989] | 65. |

| Material Fact and Supporting Evidence | Response and Evidence |
|---|---|
| 66. Up until February 1990, Sikorsky Customer Service had personnel dedicated to “publications and training”; after February 1990 those personnel were integrated with Sikorsky’s logistics support personnel to form the Technical Support Services department. **Shepardson Decl., Ex. AA** (Publications Proposal for ECP2162),Attachment A to Enclosure (3) [SIK022034] | 66. |
| 67. Sikorsky furnished the Navy with engineering data that was incorporated into the maintenance and training manuals used by the Marines. **Shepardson Decl., Ex. B** (Wakefield Depo.) pp. 137:17–19 | 67. |
| 68. Sikorsky never furnished any engineering data concerning the risk of inadvertent retraction of the landing gear in the event of an electrical short. **Shepardson Decl., Ex. B** (Wakefield Depo.) pp. 137:20–138:12. | 68. |
| | |

Dated July 6, 2017

GRASSINI, WRINKLE & JOHNSON

s/ Marshall J. Shepardson, Esq.

Attorneys for Plaintiff
E:Mail: mshepardson@grassinilaw.com