LAWRENCE P. GRASSINI — Cal. SBN 49046
LARS C. JOHNSON — Cal. SBN 205712
MARSHALL J. SHEPARDSON — Cal. SBN 263637
GRASSINI, WRINKLE & JOHNSON
20750 Ventura Boulevard, Suite 221
Woodland Hills, CA  91364-6235
Tel:   (818) 348-1717
Fax:  (818) 348-7921
Email:  mail@grassinilaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC FONTALVO, a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and TANIKA LONG, a minor, by and through her Guardian Ad Litem, TASHINA AMADOR, | Case No.: 3:13-cv-00331-GPC-KSC |
| | Judge: Hon. Gonzalo P. Curiel |
| Plaintiff, | |
| vs. | **DECLARATION OF MARSHALL J. SHEPARDSON IN OPPOSITION TO SIKORSKY'S MOTION FOR SUMMARY JUDGMENT** |
| SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES, INC.; and DOES 1 through 100, Inclusive, Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Marshall J. Shepardson, declare:

1. I am an attorney at law duly licensed and admitted to practice before the courts of the State of California and the U.S. District Court for the Southern District of California. I an associate of the law firm Grassini, Wrinkle & Johnson, attorneys of record for the plaintiffs in this action.

2. I submit this Declaration in opposition to the Motion of defendants Sikorsky Aircraft Corporation, Sikorsky Support Services, Inc., and United Technologies Corporation (collectively, "Sikorsky") for Summary Judgment.

3. The following exhibits are filed herewith, except that they shall be filed conditionally under seal where indicated:

Exhibit A is a true and correct copy of the Safety Investigation Report authored by the Air Mishap Board, as redacted by counsel for the U.S. Department of the Navy for production in this action. [MIL073479–073563.] **To be filed under seal**.

Exhibit B is a true and correct copy of excerpts of the transcript of the depositions of Sikorsky 30(b)(6) witness and retained expert John Wakefield.

Exhibit C is a true and correct copy of the Preliminary Detail Specification SD-552-3 produced by Sikorsky in this action. [SIK014944–SIK015102.] **To be filed under seal.**

Exhibit D is a true and correct copy of excerpts of the transcript of the depositions of Sikorsky retained expert James Knox.

Exhibit E is a true and correct copy of a photographic depiction of the hydraulic utility manifold of the CH-53E produced by Sikorsky in this action. [SIK008317.] **To be filed under seal**.

Exhibit F is a true and correct copy of the Expert Report of John Bloomfield in relation to this action.

Exhibit G is a true and correct copy of the Expert Report of Lee Coffman in relation to this action.

1  Exhibit H is a true and correct copy of Enclosure 40 to the Command
2  Investigation Report relevant to this action.
3  Exhibit I is a true and correct copy of the set of photographs titled "HMH-361
4  BARE WIRE PHOTOS" produced by the U.S. Navy in this action. [MIL072889–
5  072894.] **To be filed under seal.**
6  Exhibit J is a true and correct copy of a set of microscopic photographs of
7  Spec-55 wire leading to P494, taken at a forensic inspection in connection with this
8  action.
9  Exhibit K is a true and correct copy of excerpts of the transcript of the
10  deposition of Manning Stelzer.
11  Exhibit L is a true and correct copy of excerpts of the transcript of the
12  deposition of Staff Sergeant Megan Stone, U.S.M.C.
13  Exhibit M is a true and correct copy of the Expert Report of Joseph Reynolds
14  in relation to this action. **To be filed under seal.**
15  Exhibit N is a true and correct copy of the Expert Report of James Knox in
16  relation to this action.
17  Exhibit O is a true and correct copy of excerpts of the transcript of the
18  deposition of Captain Micah Hamilton, U.S.M.C.
19  Exhibit P is a true and correct copy of excerpts of the transcript of the
20  deposition of former U.S.M.C. Lance Corporal Charles Coffin.
21  Exhibit Q is a true and correct copy of excerpts of the transcript of the
22  deposition of former U.S.M.C. Sergeant Christopher Danley.
23  Exhibit R is a true and correct copy of excerpts of the transcript of the
24  deposition of former U.S.M.C. Sergeant and crew chief, Evan Reid Shelton.
25  Exhibit S is a true and correct copy of an excerpt of the deposition of Captain
26  Justin Brown, U.S.M.C.
27
28

1    Exhibit T is a true and correct copy of excerpts of the transcript of the
2    deposition of Sergeant Joshua Perkins, U.S.M.C.
3    Exhibit U is a true and correct copy of the Technical Manual on Landing Gear
4    Systems for the CH-53E helicopter, produced by the U.S. Navy in connection with
5    this action [MIL100961–101055].  **To be filed under seal**.
6    Exhibit V is a true and correct copy of excerpts of the transcript of the
7    deposition of Leslie Leigh.
8    Exhibit W is a true and correct copy of NAVAIR's EI Final Report dated
9    September 29, 2011, produced by the U.S. Navy in connection with this action
10   [MIL006494–6496].  **To be filed under seal**.
11   Exhibit X is a true and correct copy of excerpts of the transcript of the
12   deposition of John Bloomfield.
13   Exhibit Y is a true and correct copy of excerpts of the transcript of the
14   deposition of Tashina Amador.
15   Exhibit Z is z true and correct copy of the General Specification for Design
16   and Construction of Aircraft Weapon Systems.  **To be filed under seal**.
17   Exhibit AA is a true and correct copy of the Publications Proposal for ECP
18   2162C1 produced by Sikorsky in connection with this action [SIK021989–22041].
19   **To be filed under seal**.
20   Exhibit BB is a true and correct copy of the September 22, 2014, Declaration
21   of Tashina Amador.
22   Exhibit CC is a true and correct copy of the Expert Report of David Fractor
23   in relation to this action.
24   Exhibit DD is a true and correct copy of excerpts of the transcript of the
25   deposition of David Fractor.
26   Exhibit EE is a true and correct copy of the decedent's Itemized Statement of
27   Earnings form the Social Security Administration.
28

1    Exhibit FF is a true and correct copy of Tashina Peshlakai's 2010 Federal Tax
2    Return Filing Instructions summary page.
3    Exhibit GG is a true and correct copy of the Expert Report of Col. William
4    Lawrence in relation to this action.
5    Exhibit HH is a true and correct copy of the May 27, 2013, Declaration of
6    Arthur "Lee" Coffman.
7    Exhibit II is a true and correct copy of excerpts of the transcript of the
8    deposition of Robert Jordan, FRCP 30(b)(6) representative of the U.S. Government.
9    I DECLARE UNDER PENALTY OF PERJURY THAT THE
10   FOREGOING IS TRUE AND CORRECT.
11   Executed on July 6, 2017, at Los Angeles, California.

/s/ Marshall J. Shepardson, Esq.

Attorney for Plaintiff
E:Mail: mshepardson@grassinilaw.com