# EXHIBIT D

D.F. et al., v. Sikorsky Aircraft Corporation, et al.

USDC Case No.: 13:cv-00331-GPC-KSC

(Exhibits to Declaration of Marshall J. Shepardson

In Support of Opposition to Motion for Summary Judgment )

JAMES M. KNOX - 05/10/2017

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    D.F., a minor, by and        ) CASE NO.
      through his Guardian Ad      ) 13-cv-00331-GPC-KSC
 5    Litem, TASHINA AMADOR,       )
      individually and as          )
 6    successor in interest to     )
      Alexis Fontalvo, deceased,   )
 7    and T.L., a minor, by and    )
      through her Guardian Ad      )
 8    Litem, TASHINA AMADOR,       )
                                   )
 9              Plaintiffs,        )
                                   )
10         VS.                     )
                                   )
11    SIKORSKY AIRCRAFT            )
      CORPORATION; SIKORSKY        )
12    SUPPORT SERVICES, INC.;      )
      UNITED TECHNOLOGIES          )
13    CORPORATION; G.E. AVIATION   )
      SYSTEMS, LLC; DUPONT         )
14    AEROSPACE CO.; E.I. DUPONT   )
      DE NEMOURS AND COMPANY; PKL  )
15    SERVICES, INC.; and DOES 1   )
      through 100, Inclusive,      )
16                                 )
               Defendants.         )
17    _____)

18

19           DEPOSITION OF JAMES M. KNOX

20                   TAKEN ON

21           WEDNESDAY, MAY 10, 2017

22

23

24    Reported by:  DENISE A. ROSS

25              CSR No. 10687
```

DTI Court Reporting Solutions - Woodland Hills

1-800-826-0277                              www.deposition.com

| | | |
|---|---|---|
| 1 | can see more than what you just see in a photograph of | 11:22:19 |
| 2 | the thing.  It also has a good description in there. | 11:22:22 |
| 3 | But it also has the exact specifications for the | 11:22:26 |
| 4 | unit -- flow rates, restrictor valve limitations. | 11:22:33 |
| 5 | Things of that nature. | 11:22:38 |
| 6 |     Q.   And did you have the corresponding -- | 11:22:39 |
| 7 |         You called it a manual; right? | 11:22:44 |
| 8 |     A.   Yes. | 11:22:45 |
| 9 |     Q.   Did you -- did you have the corresponding | 11:22:45 |
| 10 | maintenance manual for the 53 Delta hydraulic module? | 11:22:48 |
| 11 |     A.   No.  There's actually probably several of | 11:22:53 |
| 12 | them, but I didn't have the ones for Delta. | 11:22:55 |
| 13 |     Q.   Okay.  Did you have any drawings or diagrams | 11:22:58 |
| 14 | of the Delta utility module? | 11:23:01 |
| 15 |     A.   The schematic that we talked about earlier -- | 11:23:05 |
| 16 |     Q.   Uh-huh. | 11:23:08 |
| 17 |     A.   -- shows the breakdown of the connectors to | 11:23:08 |
| 18 | the hydraulic utility module components as they are in | 11:23:12 |
| 19 | the Delta.  It's not one big module like it is here. | 11:23:17 |
| 20 |     Q.   As it is in the Delta? | 11:23:24 |
| 21 |     A.   As it is in the Echo. | 11:23:26 |
| 22 |     Q.   Okay. | 11:23:26 |
| 23 |     A.   The Echo is one big unit.  The Delta has | 11:23:27 |
| 24 | several subsections, all mounted more or less together; | 11:23:30 |
| 25 | but it's not one unit. | 11:23:34 |

```
 1      Q.   Okay.  Can you look at Exhibit 4 and tell me    11:23:36
 2  what you're talking about when you say the -- the        11:23:43
 3  schematic contained that?                                11:23:46
 4      A.   Yes.                                            11:23:47
 5           But do you also have the corresponding Delta    11:23:48
 6  schematic?                                               11:23:52
 7           Okay.                                           11:23:54
 8           MR. HICKEY:  Object to the form of the last     11:23:56
 9  question.                                                11:23:58
10           THE WITNESS:  If you look in the lower          11:23:59
11  left-hand area --                                        11:24:04
12  BY MR. SHEPARDSON:                                       11:24:06
13      Q.   Uh-huh.                                         11:24:06
14      A.   I probably should do it this way so I get my    11:24:06
15  left and right the same.                                 11:24:09
16           -- there is a thing here that says "utility     11:24:11
17  manifold."                                               11:24:13
18      Q.   Right.                                          11:24:14
19      A.   And that is what they're talking about          11:24:14
20  here --                                                  11:24:16
21      Q.   Right.                                          11:24:17
22      A.   -- this utility module.                         11:24:17
23      Q.   Uh-huh.                                         11:24:19
24      A.   If you look at it, the top of it, you see       11:24:19
25  three connectors; and there's a 494, 495 and a "P."  I   11:24:23
```

| | | |
|---|---|---|
| 1 | can't quite remember -- read the one off -- 122 off on | 11:24:32 |
| 2 | the right-hand side. | 11:24:36 |
| 3 | If you look at the corresponding diagram for | 11:24:38 |
| 4 | the Delta unit -- | 11:24:42 |
| 5 | Q.  Uh-huh. | 11:24:43 |
| 6 | A.  -- they're spread out more because they're | 11:24:44 |
| 7 | different pieces of this module.  And they have, of | 11:24:49 |
| 8 | course, different plug numbers and wire numbers because | 11:24:52 |
| 9 | it's off a different aircraft.  But if you trace them | 11:24:55 |
| 10 | back, they all go and do the same things. | 11:24:58 |
| 11 | Q.  Okay. | 11:25:00 |
| 12 | A.  So it's the same functionality there, but | 11:25:00 |
| 13 | it's not one nice compact unit like they put in the | 11:25:04 |
| 14 | Echo. | 11:25:08 |
| 15 | Q.  Okay.  So the different hydraulic functions | 11:25:09 |
| 16 | in the Delta were controlled by separate mechanical | 11:25:13 |
| 17 | components, whereas they're all controlled by a single | 11:25:17 |
| 18 | manifold in the Echo? | 11:25:20 |
| 19 | A.  I'm reluctant to agree to that, because in | 11:25:22 |
| 20 | the area we primarily care about here, which is the | 11:25:27 |
| 21 | landing gear up and down valve, that was still one -- | 11:25:31 |
| 22 | one sub-assembly. | 11:25:33 |
| 23 | Q.  Uh-huh. | 11:25:35 |
| 24 | A.  But this unit handles, as you -- or suggested | 11:25:36 |
| 25 | a moment ago, a number of different hydraulic systems | 11:25:41 |

```
 1   or hydraulic valves; whereas, in the Delta, you would        11:25:46
 2   have found, you know, kind of mounted side by side,          11:25:49
 3   several different ones.                                      11:25:52
 4        Q.   Okay.  Do you have any drawings or depictions      11:25:53
 5   of how those connector plugs were configured when            11:25:59
 6   actually assembled in the aircraft?                          11:26:04
 7        A.   Which aircraft?                                    11:26:06
 8        Q.   The Delta.                                         11:26:07
 9        A.   Not on the Delta, no.                              11:26:10
10        Q.   Do you have that pertaining to the Echo?           11:26:12
11        A.   Yes.  Probably not 100 percent complete, but       11:26:19
12   there are photographs that were taken in the -- in the       11:26:21
13   accident aircraft at the time -- well, a couple days         11:26:27
14   later.  There are photographs that -- that I and some        11:26:30
15   of the other people with me took.  And there are             11:26:35
16   photographs -- I'm sorry.  There are diagrams of the --      11:26:39
17   of the placement of the things in these manuals that I       11:26:45
18   was talking about a moment ago.                              11:26:49
19        Q.   Okay.  And based on that review, can you look      11:26:50
20   at Exhibit 5 and tell me where the P494 actual pin           11:26:54
21   connection was?                                              11:27:06
22        A.   Yeah.  The 494 is the one that says "up            11:27:08
23   valve" on the bottom here.                                   11:27:15
24        Q.   Right.                                             11:27:16
25             And so is there a socket for a Cannon plug         11:27:17
```