# EXHIBIT F

D.F. et al., v. Sikorsky Aircraft Corporation, et al.

USDC Case No.: 13:cv-00331-GPC-KSC

(Exhibits to Declaration of Marshall J. Shepardson

In Support of Opposition to Motion for Summary Judgment)

# EXPERT REPORT OF JOHN BLOOMFIELD

1. My name is John Bloomfield. I am over 21 years of age and am legally competent and expressly qualified to author this Report. All of the opinions in this report are expressed to a high reasonable degree of engineering certainty.

2. I have been retained as an expert by Plaintiffs' counsel in this action, which arises from the March 17, 2011 accident of the CH-53E helicopter (BuNo 163077) manufactured by Sikorsky, a United Technologies Company. The accident helicopter suffered an unintended, uncommanded retraction of the left main landing gear pinning and fatally wounding crew technician Sargent Alexis Fontalvo. The accident aircraft was preparing for a proficiency training flight at MCAS, Miramar, California.

## I.  QUALIFICATIONS AND EXPERIENCE

3. I am an expert in avionics, aircraft electrical systems, aircraft electrical distribution, electric power generation, electric power control and management, avionics integration, trim systems, Global Positioning Systems, ("GPS"), Cockpit Voice Recorders ("CVR"), Full Authority Digital Engine Control, ("FADEC"), Flight Data Recorders ("FDR"), and Traffic Collision Avoidance Systems, ("TCAS").

4. As listed in my Curriculum Vitae, which is attached as Appendix A, I graduated from the Georgia Institute of Technology, Industrial and Systems Engineering School in 1976. In 1982, I was selected as one of twenty of the most innovative engineers in the history of Georgia Tech. I am also the youngest member of the Georgia Tech's "Living History" program.

5. I am the President and owner of Bloomfield Research and Development and am the holder of eight United States patents in the disciplines of electronics, robotics, avionics,

medical electronics, ultrasonics, Precision Spread Spectrum Radio Ranging, battlefield communications, cellular digital software, and electronic toys. Bloomfield Research and development invents, develops, designs, builds prototypes, patents, and licenses leading edge technology products and systems, some notable examples of which are listed in the attached Curriculum Vitae.

6. For the past several years I have been involved in the investigation of numerous aircraft accidents focusing on forensic electronic controller, electrical generation and distribution, electromechanical apparatus, microprocessor controlled devices failures and anomalies that have caused or contributed to aircraft accidents. [See Exhibit B]

7. A list of the cases in which I have testified at deposition or trial in the past is appended hereto as Exhibit C. I have not authored any publications in the last 10 years. I have been retained by plaintiffs' counsel to act as an expert witness in this accident case. My compensation is not, nor ever has been, dependent on the outcome of this matter.

## II.  INFORMATION AND DOCUMENTS REVIEWED

8. In reaching my opinions and conclusions set forth in this report, I have read, studied and researched various documents, investigative reports, engineering reports, manufacturer's reports, military reports, letters and correspondence, tutorials, schematics, mechanical prints, systems standards, installation manuals, user manuals, maintenance manuals, fault isolation manuals, design specifications, pilot handbooks, depositions and emails.

## III. GEAR SYSTEM DESCRIPTION

9. The CH53E incorporates a tricycle gear arrangement, (2 mains and a nose gear). The system is comprised of a gear switch handle with safety release, multiple harnesses and wiring, a hydraulic electrically controlled actuator, hydraulic valves, scissor mechanisms, weight on wheels switches and hydraulic plumbing and connectors.

10. The landing gear system is a safety critical system and the design attempts to employ several safeguards to prevent inadvertent mechanical movements. A basic electrical block diagram follows.



Proceeding from the left, electrical power, (28 volts DC) is sourced through protective circuit breaker CB 48 to a delay relay K241 3-5. Once the conditions of K241 3-5 are satisfied electrical power can now move to the scissor mechanisms on both main gears that control WOW, (weight on wheels) switches. The WOW switches sense the condition of physical aircraft weight remaining on the gear mechanisms. The WOW switches prevent electrical power from moving along the path to actuate/raise the gear when any weight is on them. When the WOW switches sense no aircraft weight, electrical power is then supplied to the Landing Gear Control Panel. The Landing Gear Control Panel is a panel in the aircraft cockpit assessable to both the pilot and co-pilot. It is comprised of an electrical switch with a handle shaped like a landing gear tire, (fairly standard in aircraft switch design), a down lock release and a momentary push button to test the light that illuminates the translucent handle. When the Gear Handle is placed in the "UP" position electrical power is passed through the handle switch onto a hydromechanical valve that when energized allows pressurized hydraulic fluid, (3000 psi) to enter a hydraulic actuator and mechanically raise the gear.

11. The CH53E landing gear system also incorporates another safety locking mechanism while on the ground. To prevent accidental retraction or collapsing of the gear that could result from a malfunction of the drag strut or towing over uneven terrain, a "landing gear safety pin" is placed through the strut mechanism as a lock. There are five pins in total; two for the auxiliary fuel tanks, (once each of two tanks) and one pin each for the left main gear, right main gear, and nose wheel. This Report will concentrates on the landing gear pins only and not the auxiliary fuel tanks pins.



The Landing Gear Safety Pin is shown by the orange collar in the center of this image of an exemplar aircraft. They are "quick release" pins. Gripping the orange collar with the first and middle finger and pressing the center mechanism with the thumb releases a small retention ball at the other end of the pin allowing the pin to be removed by simply pulling it out.

12. The pins are to be removed in the CH53E after the aircraft engines are at proper parameters, all necessary electrical systems are powered, area and vicinity safety is assured and then the pilots deliver oral authority to the ground crews to remove the pins. Ideally, the pins slip right out unimpeded with little or no friction: however some

witnesses in this case (for example, gunnery Sergeant Jeremiah Wilcox) have testified that corrosion or interference due to environmental conditions, such as salt spray or sand, can cause some perceptible friction or "stickiness" to the pin.

## IV. HISTORY OF ACCIDENT FLIGHT

13. On March 17, 2011 the flight schedule authorized a proficiency training flight for CH53E BuNo 163077. The Captain completed a standard preflight inspection that included the nose landing gear and the left main landing gear. Subsequently, the Co-Captain inspected the right main landing gear. Other crewmembers assembled in the forward hydraulics compartment and did not recognize any problems with any hydraulic lines, electrical wires or other systems. All landing gear was deemed safe however, the safety pins that were in place at the time we're not checked for any tension and it is not required by any governing manuals.

14. With the engines running, and electrical systems, hydraulic systems and other aircraft systems passing their associated checklists, the crew received the oral authority to pull the landing gear safety pins and the wheel chocks. Sergeant Fontalvo took the responsibility of removing the left main landing gear safety pin. The Navy report states that Sergeant Fontalvo was having trouble removing the landing gear safety pin. Sergeant Fontalvo then proceeded to remove the left auxiliary fuel tank pin. That exercise being successful, Sergeant Fontalvo then returned to the left main landing gear to reattempt that pin's removal. While engaged in the second attempt the left main landing gear retracted suddenly and immediately as soon as the pin was removed. The aircraft's left sponson fell on and crushed Sergeant Fontalvo.

## VI. ACCIDENT CAUSE

15. The military investigation ultimately relied on Sikorsky's internal investigation ostensibly to determine the probable cause of this accident. Sikorsky pinned the blame on

"Kapton degradation," referring to the polyimide wire insulation that was used in some of the wiring in the landing gear wiring harnesses that supply electrical current to the hydraulic utility module. The hydraulic utility module is comprised of metal body encasing a series of electrically driven solenoids that actuate valves to control hydraulic pressure and flow to extend and contract a hydraulic ram that raises and lowers the gear. The system utilizes ship's power of 28VDC. When the "up" valve solenoid receives 28VDC, electrical energy is passed through its coil to ground and the solenoid plunger reacts driving the valve to open allowing hydraulic fluid to pass to the gear ram. There is no safety logic at this point and the utility module solenoids (up or down) "don't care" where the 28VDC is sourced. Sikorsky's employee engineer concluded that compromised Kapton insulation created an errant electrical pathway from a 28VDC wire to the wire that energizes the "up" solenoid. The check and safety logic built from the series of switches, (relay, weight on wheels switches, control panel gear switch) were all "upstream" of the compromised wires and therefore had no effect or safety control because the electrical pathway was established after their circuitry.

16. What Sikorsky ignored, however, was that the only sections of wire showing damage sufficient to allow a short like the one that occurred, were segments of non-Kapton wire leading immediately to the plugs energizing the "up" and "down" solenoids. The following series of images are from a document titled HMH-361 produced by the military AECA/ITAR/EAR. As is clearly depicted, the denuded segments are in fact "white wire," often known colloquially as "Spec–55" wire, as opposed to the signature gray casing used in the Kapton wire elsewhere in the harnesses. Marine avionics technician Megan Stone testified that it is her fingers depicted in these photos, and both she and her supervising technician Robert Wuthrich testified that the subject wire was not Kapton.

## BARE WIRE ON THE P494 CANNON PLUG
(LANDING GEAR CONTROL VALVE - UP)



BARE WIRE EXPOSED ON THE P494 PIN A

P494 PIN A – 28 VDC FOR LG UP

P494 PIN B or C – GROUND

P494 PIN B or C GROUND

## BARE WIRES ON THE P495 CANNON PLUG
(LANDING GEAR CONTROL VALVE - DOWN)



PIN A – 28 VDC FOR LG UP

PIN B or C GROUND

## KAPTON WIRE ON THE P741 CANNON PLUG LEADING INTO PORT SIDE RELAY PANEL



CANNON PLUG P741

90 DEGREE BEND AND EXPOSED WIRE

## THE HYDRAULIC UTILITY MODULE WIRE BUNDLE (VIEW FROM OUTSIDE GOING INTO CABIN)





17. What the photos also depict is that the plugs energizing the "up" and "down" solenoids are immediately adjacent to each other, and the wire terminus for each is simply a loose strand of isolated wire, meaning that the loose wires intended to energize the "up" and "down" solenoids are permitted, by virtue of the design of the wiring harness and utility module, to come in direct contact with the metal features of the utility module, as well as with each other. The juxtaposition of the "up" and "down" control valves is clearly depicted in the following illustration also produced by the military AECA/ITAR/EAR (contained in the Organizational Maintenance Testing and Troubleshooting Procedures manual for the CH-53E landing gear systems).



Figure 1  Landing Gear Control System - Location Diagram   (Sheet 4)

18. The defective configuration of the wiring harness allowed stray 28VDC electrical power to pass directly from the "down" wire path into and to energize the "up" wire to the "up" solenoid in the hydraulic utility module. That caused the landing gear system to want to retract, (landing gear up position). The only reason the landing gear did not retract was the "landing gear safety pin" was in place. That is why Sergeant Fontalvo had difficulty removing the left main landing gear safety pin. When Sargent Fontalvo managed to get the pin removed the landing gear was now free to retract which it did suddenly and rapidly allowing the helicopter to fall on Sergeant Fontalvo.

## VII. HARDWARE INSPECTIONS AND EXAMINATIONS

19. In mid October 2015, I attended a two-day inspection and lecture at MCAS Miramar, CA. The first day consisted of lectures detailing the landing gear system, accident scenario, maintenance practices, command structure and other pertinent information outlining the accident. Additionally, an exemplar aircraft was made available for inspection and service crew were on hand to answer any questions. The wiring bundles that contained the defective wires in the accident aircraft were identified and traced in the exemplar aircraft.



Exemplar: Pink tape identified the wiring bundles carrying the gear control wires.

20. In mid January 2016, I attended an inspection of the accident wires at Seal Labs, Los Angeles, CA. At that inspection all the individual wires that were harvested by the military inspectors were laid out, photographed, measured and microscopically examined and micro-photographed. The most critically compromised sections of insulation were identified and matched to the HMH-361 documentation.



Actual accident wire portion of "uplink" control

## VIII. CONCLUSIONS AND REMEDIES

21. Sikorsky contemplated only human error malfunctions, as evident because they incorporated a series of electrical interlock provisions to prevent 28VDC from reaching the up solenoid and retracting the landing gear when it was not intentionally commanded. However, none of those safety provisions worked because this was a "single point"

failure. The "single point" is literally the very single point where a "hot" (28VDC) wire became compromised and energized the compromised control wire to the "up" solenoid valve.

22. To avoid "single point" failures many aircraft systems that are flight critical or safety priority enjoy dual systems. In this case two independent wires should be energized before the system would retract. It is foreseeable to the point of inevitability that any single wire path will become compromised during the lifespan of an aircraft, due to the normal vibration and chafing that occur during normal aircraft operation. On the other hand, the statistical likelihood of two, redundant wires being compromised and also becoming in contact with another "hot" wire would be very low. More still, a three-wire arrangement would make the failure a near impossibility.

23. Heavy lift helicopters like the CH53E contain hundreds of miles of a variety of wires. These wires are "bundled" and these bundles snake all over the airframe. There is no consideration of what wire is bundled directly with and in contact with the other wires. Wires that carry similar currents and voltages should be separated from each other and not in physical contact in the bundle and isolated by wires that are sensor signal wires, such that should a compromise in the insulation occur, the electrical energy could not find an electrical pathway into another circuit causing an unintended and uncommanded activation of a system at the wrong time. As concerns this case, the wires energizing the "up" and "down" valves of the hydraulic utility module should have been physically separated, especially considering that both wire paths use the same voltage (28 VDC) and command opposite functions. There is no more "cost" involved in merely separating these two critical, opposing paths, than in implementing the present configuration. Likewise, the utility module itself could just as easily, and for the same cost, have been designed with the "up" and "down" control valves on opposite sides of the mechanism, so that loose wire segments adjacent to the connection points were not necessarily in physical contact.

24. Another safety check method to avoid uncommanded landing gear retraction that was available, engineeringly plausible and inexpensive was to utilize the Radio Altimeter. A Radio Altimeter transmits Rf energy toward the ground. The Rf energy then bounces off the ground and is received by the Radio Altimeter. The round trip time of that Rf energy is the calculated into "feet off the ground". A Radio Altimeter has multiple outputs and one of those outputs could be tapped and then configured to send a signal to a solid-state relay or other electronic circuitry at the hydraulic utility module. For instance, when the Radio Altimeter determines the aircraft is 5 feet off the ground, (arbitrary), only then will it send a signal to the relay at the hydraulic utility module to allow any current into the "up" solenoid regardless of where the 28VDC came from as was the case in this accident. Should the Radio Altimeter fail, the only consequence would be that the landing gear could not be raised/retracted, which is not a safety priority issue.

25. If at all possible, crewmen should not be underneath a powered aircraft at all. A simple "core in sheath cable" (like a bicycle brake cable only much more rigid) could be configured with an end mechanism to attach to the landing gear safety pin. At the human end, a button and spring mechanism would allow the user to affix the button end on the pin and with finger pressure detent the pin's button and remove it. It is exactly how the pin is now removed and the cable mechanism is simply and extension of the same maneuvers only a few feet long eliminating the need to be under the aircraft at all. The luxury model would sport a small pull force gauge and should the pull on the pin exceed a predetermined force, (5 pounds); instructions would be to "stop and investigate."

I reserve the right and privilege to amend, correct or supplement this Report as any new information or knowledge is presented to me by others or discovered by me in the future.

_John Bloomfield_   March 29, 2017