# EXHIBIT G

D.F. et al., v. Sikorsky Aircraft Corporation, et al.

USDC Case No.: 13:cv-00331-GPC-KSC

(Exhibits to Declaration of Marshall J. Shepardson

In Support of Opposition to Motion for Summary Judgment)

**AERO SERVICES UNLIMITED**
**6703 Thunder Road**
**Amarillo, TX 79119-7383**
**Ph. 505-820-1476**
**Fax 505-820-1674**

March 29, 2017

Marshal J. Shepardson
Grassini, Wrinkle, & Johnson
20750 Ventura Blvd, Ste. 221
Woodland Hills, CA 91364

Ref: Aircraft: Sikorsky, CH-53E Super Stallion
Registration: BUNO 163077, Side Number 69
Accident Date: March 17, 2011
Location: Miramar, U.S. Marine Corps Air Station, California

Dear Mr.

I have considered the list of documents contained in Appendix 1 along with other materials from my library. I have the listing of credentials, listing of my depositions and trials, listing of my articles and rate sheet in my CV in Appendix 2. This is a report of my observations and conclusions in the aircraft accident involving BUNO 163077, Side Number 69 that occurred on March 17, 2011, at the Miramar U.S. Marine Corps Air Station, California. My observations and conclusions are based on my fifty two years of working in various aspects of the aviation industry, my work performed in this case and the observations and conclusions of other experts. I followed portions, as apply, of the analytical methodology set forth in Accident Investigation manuals used by Embry Riddle, USC, US Navy NAVAIR, US Air Force Mishap, TSB MOI, and NTSB that are also used by other investigators in performing investigations under the International Civil Aviation Organization (ICAO) and Annex 13 guidelines. I reserve the right to amend and add to this report, as further information is made available.

Scenario

The subject Sikorsky CH-53E Super Stallion helicopter was being prepared to taxi, on a training flight for the United States Marine Corp, when the pilots gave the authority to pull the “pins and chocks”. Upon pulling the pin from the left hand main landing gear the

gear retracted causing the helicopter to fall onto Sargent Fontalvo, a qualified Aerial Observer for the subject flight. Sargent Fontalvo was fatally injured during the accident.

Aircraft

The subject aircraft was a Sikorsky CH-53E Super Stallion helicopter identified in the Command Investigation Report and its enclosures as a grey Cargo Helicopter (CH) 53E, BUNO 163077, side number 69, assigned to HMH-361.

Findings

My findings and opinions are based on 52 years of training, and experience as an A&P mechanic in troubleshooting and repairing wiring issues in corporate and private aviation.

There are several sections of damaged wire that were noted during the investigation into this matter. There are damaged Kapton wires and there are damaged manufacturer installed “Spec-55” wires which directly control the main landing gear operation for the subject helicopter.

The damage to the Kapton wire in the subject helicopter is consistent with scraping and tearing due to being removed from the helicopter after the accident. The damaged areas of the Kapton wires appear to have jagged and torn sections that are consistent with being removed from the helicopter or damage following their removal.

During Mr. Manning Stelzer’s deposition taken on September 9, 2016 he produced his subject Sikorsky Materials Engineering Report as Exhibit 2, which references his report from the BUNO 161394 report at MCAS New River, N.C., and was produced as Exhibit 3. Mr. Stelzer comes to similar conclusions in both reports that the ultimate cause is the damage to the Kapton wire. In my opinion comparing the photos of both accidents the Kapton wire damage in the 2005 accident was consistent with commonly seen age related deterioration. The sections of Kapton wire that I inspected during the subject investigation exhibited a very low degree of age related deterioration as compared to the wire sections inspected during the 2005 accident. The subject Kapton wires exhibited damage consistent with removal from the helicopter and or handling damage following their removal from the subject helicopter. This kind of damage was not present in the 2005 accident wiring. These areas of damage on the subject Kapton wires outer coating exhibit ripped, torn, and jagged edges. The damage to the Kapton wire outer coating appears to be new damage that does not penetrate the inner amber coating or expose any conductive surfaces of the wire. These signatures are consistent with being damaged during removal or handling after removal from the helicopter.

The other section of wires that had noted damage were the manufacturer installed Cannon plug Spec-55 pigtails (as noted in the Redacted Safety Report) for splicing into the main landing gear electrical control to the hydraulic retraction/extension system. These wires

were identified as P494 Pin A of the UP Main Landing Gear Control Valve and P495 Pin A of the Down Main Landing Gear Control Valve. Based on my experience these wires exhibit signatures consistent with chaffing. The damaged wire coating of the Spec-55 wire have smooth appearing edges with a lack of tearing and ripping signatures. The chaffed areas were worn through the coating exposing the bare wires. The bare wires exhibits signatures that in my opinion are consistent with chaffing and some areas of electrical arcing. Based on my experience and career, a fatal short occurred in the Spec-55 wire of the main landing gear hydraulic system that directly resulted in this main landing gear retraction malfunction and fatal accident.

In Robert Wuthrich's deposition taken on March 17, 2016 in Exhibit 2 he describes the steps they took to troubleshoot the subject aircraft mishap. Mr. Wuthrich noted that the tension was tight on the Down Landing Gear Control Valve wires and they lacked proper strain relief. He also noted areas of wire coating wear through where the wires made contact with the Landing Gear Control Valve Cannon Plug. Adding electrical power to the damage exposed wires caused the landing gear to operate. This indicates to me that a fatal short at a chaffed and arced area on wire on P494 Pin A is the most likely cause of this accident.

The arcing would have created an intermittent unpredictable electrical signal being sent to the main landing gear hydraulic retraction system. The uncommanded intermittent activation of the main landing gear hydraulic retraction system caused the landing gear hydraulic system to load and unload without warning, creating a situation in which the main landing gear down lock pin could be removed with no resistance, as it should be, one moment, then causing the pin to become difficult if not impossible to remove the next moment.

During the later stages of the manufacturing process, helicopters including the subject helicopter, are put through a shake test and then inspected to ensure the proper security of the wiring in the helicopter. In areas that squawks are identified the wiring is further secured to prevent further issues. It is the nature of helicopters to shake and vibrate during normal operation and all wiring should be properly secured prior to and following the shake test. The proper installation during manufacture is important due to the fact that over time electrical wiring tends to settle, which can result in age related damage and chaffing and sagging damage if the wires are not properly secured during manufacture. It appears to me that the installation of the main landing gear hydraulic wiring was non-compliant with Military Specification MIL-W-5088F section 3.11.7 Radius of Bend.

In aviation, in general, but especially in helicopters there should be no system in which a Single Point Failure can occur. Every system in a helicopter has back-up systems and some of the back-up systems have back-up systems. This fatal short at the chaff damaged areas on pin A of P494 bypassed all of the main landing gear safety systems, creating a Single Point Failure of the main landing gear hydraulic retraction system.

To a reasonable degree of probability the non-compliant installation and damage to the subject Spec-55 wires, due to chaffing, caused an intermittent fatal short, arcing, and

uncommanded activation of the main landing gear retraction system that directly resulted in this main landing gear retraction malfunction and fatal accident.

I reserve the right to make changes as new information is obtained. Although these are the main categories of my opinions, there are related opinions and sub-opinions which opposing counsel will be able to obtain during my deposition. Furthermore, I expect to have counter-opinions to defense experts' opinions once those opinions are fully disclosed. Again, I believe defense counsel will have an opportunity to inquire as to these counter-opinions at the time of my deposition.

Sincerely,

Arthur Lee Coffman

Arthur Lee Coffman

**Appendix 1**

**Fontalvo List of Documents Considered**

1. **Command Report:** Command Investigation Report & All Encl. (electronic);
2. **ASU Photos:** 12.001 insp 10-22-15 (electronic); 12.001 insp Seal 1-13-16 (electronic);
3. **Other Photos:** Bloomfield Photos May, 2014; Wiring Insp. Jan. 2016 (phys file); Seal Hirox Bag 6 insp 9-16 (electronic);
4. **Reports:** CH-53E Safety Inv. Report (Confidential) (electronic);
5. **Depositions:** Depo of R. Wuthrich 3-17-16 (physical in #6); Depo of Evan Shelton 5-25-16; Depos - Bresch, Hamilton, Lowenstein, Wakefield; Depos Bassett, Harmon, Leigh, Muja, Stelzer; Depos of Mellen (exh.) & Fletcher (physical); Depos of Sparks & Mellen; Depo of Aldo Bassignani 11-15-16 (electronic); Depo of Olivia Muja 2-16-17 (electronic);
6. **Requests and Responses:** Fontalvo Information; Declaration of Lee Coffman (electronic); Motion to Remand (electronic); Protective Order signed 12-4-14 (electronic); [Proposed] Order Dir. SECNAV to Prod. Crit. Gov. Ev. (electronic); FOIA DF-00001 to DF-00370; DuPont's Initial Disclosures DUP 1-365 (Conf.); Sikorsky's Initial Disclosures SIK 1-8352 (Conf.); NAVAIR Confidential Prod. 5 (Disks); Supp Navy Production (Confidential) (electronic); Def. Response to 2nd Set of RFP (electronic); Proposed DuPont Product ID Protocol - 7.27.15 (electronic); Stip. Amendment to Protective Order; Confidential Docs; Documents 3-31-16 (physical): MIL 1-101,289 & Depos of Brown, Coffin, Fitzsimmons, Perkins, / 4-11-16: MIL 102,346-200,333 & Depos of Stevens, Wuthrich, Wilcox; Draft Protocol 12-12-16 (electronic); Expert Disclosures (physical); Designation of Expert Witnesses of DuPont (electronic); Designation of Expert Witnesses of Sikorsky (electronic); Expert Disclosure of PKL Services (electronic);
7. **Logbooks:**
8. **AD's, SB's, etc:**
9. **Maintenance Chronology:** Maintenance Record (electronic);
10. **Manuals:** Natops CH-53A & D Flight Manual (electronic); Natops MH-53E Flight Manual 15 Dec 2000 (electronic); Natops CH-53E Flight Manual (electronic); Safety Pin (electronic);
11. **Maintenance Documents:** WO's (electronic);
12. **Articles:**
13. **Inspection Docs:**

**Appendix 2**

# ARTHUR "LEE" COFFMAN

**AERO SERVICES UNLIMITED**
6703 Thunder Road
Amarillo, TX 79119
(505) 820-1476


## HISTORY

Legal Firms, Insurance Companies and Adjusters have consulted me on a regular basis over the last 38 years. I have been consulted, deposed and/or testified in over 570 cases and claims.

I have developed, in 52 years of experience in the Aviation Business, an expertise in Piston and Turbine Engines, Corporate Aircraft, Agricultural Aircraft and General Aviation Aircraft that is rarely equaled. Trouble-shooting, mechanical knowledge and market knowledge plus the ability to communicate with the owners, pilots and mechanics are my strengths.

## REFERENCES

| | | |
|---|---|---|
| Anthony Tarricone | Kreindler & Kreindler LLP | (617) 424-9100 |
| Stuart R. Fraenkel | Nelson Fraenkel LLP | (213) 622-6469 |

I am available for consultation at your convenience.


Office (505) 820-1476

FAX (505) 820-1674

E-mail turbine@suddenlink.net


Sincerely,

Lee Coffman

See Attached:

Rev. 2/17

# PERSONAL RECORD

**NAME:** Arthur "Lee" Coffman

**CERTIFICATE NO.:** A&P (IA) 1605619

**TOTAL EXPERIENCE IN AVIATION:** 52 Years

**EDUCATION:**

| | |
|---|---|
| 1959 | Grady High - Grady, NM, Graduated |
| 1959-1963 | Pasadena College - Pasadena, CA, Liberal Arts |
| 1963-1964 | Northrop University - Inglewood, CA, A&P Mechanic |
| 1963-Present | Pilot certificates & ratings; commercial-airplane single & multi. land-instrument, Total Time 2000+ in over 75 different models of aircraft |
| 1964-Present | Various job-related training schools |
| 1978 | FAA Inspection Authorization |

**TECHNICAL TRAINING:**

| | |
|---|---|
| 4/76 | Garrett TPE331 Series Classroom & Shop, (2 Weeks) Phoenix, AZ |
| 3/76 | Marathon Battery Classroom & Shop, (3 Days) Houston, TX |
| 6/77 | Cessna 400 Series Classroom & Shop, (2 Weeks) Wichita, KS |
| 2/82 | Beech King Air 200 Classroom & Shop, (2 Weeks) Wichita, KS |
| 6/82 | Airwork PT6A "Bedding in Runs on the Wing" Classroom & Shop, (2 Days) - Houston, TX |
| 3/84 | Beech Wing Inspection, Eddy Current Certification Classroom & Shop, (1 Week) - Wichita, KS |
| 5/85 | Lear Jet 24, 25, 28 & 29 Classroom & Shop (2 Weeks)-Tucson, AZ |

| | |
|---|---|
| 4/88 | Parker Hannifin Corp Fuel Nozzle Maintenance Classroom & Shop, (2 Days) - Phoenix, AZ |
| 11/88 | Pratt & Whitney Canada Engine Condition Trend Monitoring Classroom, (2 Days) - Seattle, WA |
| 3/89 | Pratt & Whitney Canada PT6A Seminar Classroom (2 Days) Seattle, WA |
| 4/89 | Pratt & Whitney Canada JT15 Seminar Classroom (2 Days) Seattle, WA |
| 4/91 | Cessna 300-400 Series Pressurization - I Classroom & Shop, (1 Day), - Flightcraft, Seattle, WA |
| 4/91 | Cessna Multiengine Landing Gear - I Classroom & Shop, (1 Day) - Flightcraft, Seattle, WA |
| 11/91 | NDI Level II in MT & PT Inspection Classroom & Shop, (5 Days) - Aviall Inc., Dallas, TX |
| 7/92 | NDI Level III in MT & PT Inspection Examiner Classroom & Shop, (3 Days) - Aviall Inc., Dallas, TX |
| 12/93 | Pratt & Whitney Canada PT6A-41/45 Heavy Maintenance Classroom & Shop, (7 Days) - Longueuil, Quebec |
| 1/94 | Allied Signal TPE331 Line Maintenance Classroom & Shop, (2 Weeks) - Phoenix, AZ |
| 11/94 | FAA Approved Parts Seminar Classroom, (1 Day) FAA, El Paso, TX |
| 4/95 | P & W JT8D-7/17 Combustion Chamber Borescope Inspection Classroom, (3 Days) – Aviall - Dallas, TX |
| 12/96 | Inspection Authorization Refresher Seminar Classroom, (1 Day) - A.E.S.A., Albuquerque, NM |
| 6/97 | Allison 250, Series II Engines Maintenance/Oper. Classroom, (1/2 Day) - DAI, Phoenix, AZ |
| 6/97 | P & W JT15D Line Maintenance & Operation Classroom, (1/2 Day) - DAI, Phoenix, AZ |
| 2/98 | Southern Methodist University Air Law Symposium, Classroom, (2 Days) - Dallas, TX |
| 1/99 | Flight Safety's Principles of Troubleshooting Course Classroom, (2 1/2 Days) - San Antonio, TX |

| | |
|---|---|
| 1/99 | Pratt & Whitney Canada PT6A-60/65/67 Line Maintenance<br>Classroom, (3 1/2 Days) - Okmulgee, OK |
| 10/99 | ABA 1999 Aviation Litigation Seminar,<br>Classroom, (2 Days) - Washington, DC |
| 6/00 | Advanced Accident Investigation by Embry-Riddle<br>Aeronautical University,<br>Classroom & Field, (4 Days) - Prescott, AZ |
| 2/01 | Southern Methodist University Air Law Symposium,<br>Classroom, (2 Days) - Dallas, TX |
| 1/02 | Inspection Authorization Refresher Seminar<br>Classroom, (1 Day) - A.E.S.A., Albuquerque, NM |
| 1/03 | Inspection Authorization Refresher Seminar<br>Classroom, (1 Day) - A.E.S.A., Albuquerque, NM |
| 2/03 | Southern Methodist University Air Law Symposium,<br>Classroom, (2 Days) - Dallas, TX |
| 1/04 | Inspection Authorization Refresher Seminar<br>Classroom, (1 Day) - A.E.S.A., Albuquerque, NM |
| 2/04 | Southern Methodist University Air Law Symposium,<br>Classroom, (2 Days) - Dallas, TX |
| 1/05 | Inspection Authorization Refresher Seminar<br>Classroom, (1 Day) - A.E.S.A., Las Vegas, NV |
| 3/06 | Inspection Authorization Web Classes (8 Hours) |
| 2/07 | Inspection Authorization Web Classes (8 Hours) |
| 3/08 | Inspection Authorization Web Classes (11.4 Hours) |
| 3/09 | Inspection Authorization Web Classes (11.5 Hours) |
| 3/10 | Inspection Authorization Web Classes (11.5 Hours) |
| 12/10 | Honeywell TPE331 Engine Series Maintenance Training,<br>Classroom, (1 Day) – CD Aviation, Savannah, GA |
| 3/12 | Inspection Authorization Web classes (9.6 Hours) |
| 3/13 | Inspection Authorization Web Classes (9.6 Hours) |
| 12/14 | P&WC NAAA PT6A Seminar<br>Classroom (8.0 Hours) Louisville, KY |

| | |
|---|---|
| **12/15** | **P&WC NAAA PT6A Seminar**<br>**Classroom (8.0 Hours) Savannah, GA** |
| **1/17** | **FAA IA Seminar, Lycoming, PT6A, Air Tractor**<br>**Classroom (8.0 Hours) Lubbock, TX** |

**EMPLOYMENT:**

| | |
|---|---|
| **9/64**<br>**5/65** | **Coronado Aircraft, Albuquerque, NM**<br>**Aircraft Mechanic for general aviation aircraft** |
| **8/65**<br>**4/67** | **Pacific Airmotive Corporation, Burbank, CA**<br>**Aircraft Mechanic for general aviation aircraft** |
| **5/67**<br>**2/68** | **Air Hub, Tucumcari, NM**<br>**Aircraft Mechanic for general aviation aircraft** |
| **2/68**<br>**2/75** | **Pitts Aero Repair, Hereford, TX**<br>**Service Manager; maintenance of 35 spray planes, plus corporate and general aviation aircraft** |
| **2/75**<br>**7/79** | **AAR Amarillo, Amarillo, TX**<br>**Service Manager; Cessna Citation Service Station, performing HSI's on JT15 & PT6A, maintaining many other Turboprop and Jet Aircraft** |
| **7/79**<br>**10/88** | **Chaparral Aviation, Amarillo, TX**<br>**Service Manager; Beech, Cessna, Piper & Bell Service Center, This was the out standing Beechcraft, King Air and PT6A shop of the Region** |
| **10/88**<br>**7/91** | **Flightcraft Inc., Seattle, WA**<br>**Service Manager; Beech, Cessna, Piper & McDonnell Douglas Service Center, This was the out standing Turboprop and Jet shop of the Region** |
| **10/91**<br>**10/92** | **Aviall Inc., Dallas, TX**<br>**Quality Control Manager of 7 turbine shops and 22 product-engineering shops across the US plus a time over the PT6A, JT15 & TPE331 overhaul line** |
| **10/92**<br>**10/95** | **Aviall Inc. / Dallas Airmotive Inc., Dallas, TX**<br>**Regional Manager Engine Sales/Service PT6A/TPE331 South Central Region - NM, TX, LA, MS, AR & OK** |
| **10/95**<br>**7/96** | **Dallas Airmotive Inc., Dallas, TX**<br>**Agricultural Engine Program Manager Sales/Service PT6A/TPE331 for the US** |

| | |
|---|---|
| 8/96<br>9/06 | Aero Services Unlimited, Santa Fe, NM<br>Aviation Consultant |
| 10/06<br>Present | Aero Services Unlimited, Amarillo, TX<br>Aviation Consultant |

Arthur "Lee" Coffman
Aero Services Unlimited
6703 Thunder Road
Amarillo, TX
505-820-1476

The following is the list of cases in which I have consulted, been deposed and/or testified during the last four years.

| COURT | DATE | CAPTION: | TRIAL DEP. | PLAINTIFF DEFENDANT |
|---|---|---|---|---|
| | 1/13 | Sacha Wood R44II Crash | | P |
| | 1/13 | Sabin Cessna 340A Crash | | P |
| | 1/13 | Seminole EC 130 B4 Crash | | P |
| | 1/13 | Dawson Creek C206-C Crash | | P |
| | 1/13 | Wood Group PT6A-114 | Dep. | P |
| | 2/13 | Rust C206G Crash | | P |
| | 2/13 | Hunt TFE731 | Dep. | P |
| | 3/13 | Feldkamp PC-12 Crash | | P |
| | 3/13 | Baytown Crash | | P |
| | 3/13 | Easley PT6A-34AG | Dep. | P |
| | 4/13 | Otieno Bell 206B Crash | | P |
| | 4/13 | Langenbau Bell 407 Crash | | P |
| | 4/13 | Melton Cirrus SR22 Crash | | P |
| | 4/13 | Littlejohn B58 Crash | | P |
| | 5/13 | PT6A-42A SN PCE-RM0340 Failure | | D |
| | 5/13 | Nelson B58 Crash | | P |
| Sta/DAL | 5/13 | Hunt TFE731 | Trial | P |
| | 6/13 | PT6T-3 Twin Pack Failure | | D |
| | 9/13 | PT6A-27 PC-E41696 Failure | | D |
| | 9/13 | PT6A-11 ACDA13016721 Failure | | D |
| | 9/13 | Mooney M20-J Crash | | P |
| | 9/13 | Cessna 421C Crash | | P |
| | 9/13 | PT6A-34AG PCE-PH0851 Failure | | D |
| | 11/13 | PA-24-250 Crash | | P |
| Sta/BOS | 11/13 | Rezendes BE300 | Trial | P |
| | 12/13 | TPE331 USS0106678-12 Fire | | D |
| | 12/13 | Roth B390 Premier 1A Crash | | P |
| | 12/13 | Quinn C208B Crash | | D |
| | 12/13 | Goldstein 421B | Dep. | P |
| | 12/13 | Shively Apache Heli Failure | | P |
| | 1/14 | Jetstream Aviation Failure | | P |
| | 1/14 | ALS PT6A-21 FOD | | D |
| | 2/14 | Mull 690C Crash | | P |
| | 2/14 | Cavner U206F Crash | | P |
| | 3/14 | Smith AS-350-B3 Crash | | P |
| Sta/Dal | 4/14 | Hunt TFE731 | Trial | P |

| | | | | |
|---|---|---|---|---|
| | 4/14 | Voit Beech A36TC Crash | | P |
| | 5/14 | Alsip Socata TB-20 Crash | | P |
| | 5/14 | Dudley PT6A-67AG Failure | Dep. | P |
| | 5/14 | Chapman AS350 Crash | Dep. | P |
| | 5/14 | Lewis 269C-1 Crash | Dep. | P |
| | 5/14 | Lallo M20J Crash | | P |
| | 6/14 | Boyne City m20R Crash | | P |
| | 6/14 | Dobbs-Sizemore 206L-1 Crash | | P |
| | 6/14 | Inhofe MU2B-25 Crash | | P |
| Sta/HOU | 7/14 | Easley PT6A-34 Failure | Trial | P |
| | 8/14 | ALS PT6A-28 FOD | | D |
| Sta/ANC | 8/14 | Rust 206G Crash | Trial | P |
| | 8/14 | DHC-8-103 Crash | | P |
| | 8/14 | HI 208B Crash | | P |
| Sta/LAS | 9/14 | Chapman AS350 Crash | Trial | P |
| | 9/14 | 685 Commander Crash | | P |
| | 9/14 | DHC-3 Otter Crash | | P |
| | 10/14 | CAP Jets PT6A Failure | | P |
| | 10/14 | Littlejohn B58 Crash | Dep. | P |
| | 11/14 | KA B200 Crash | | P |
| | 11/14 | Greystoke PT6A-114 Failure | Dep. | P |
| | 11/14 | ALS PT6A-42A Fire | | D |
| | 12/14 | Phenon 100 Crash | | P |
| | 1/15 | Wilder PA-34 Crash | | P |
| | 1/15 | Viola Enstrom 208FX Crash | | P |
| Sta/TX | 1/15 | Philips PA-24-250 Crash | Trial | P |
| | 1/15 | Cavner U206F Crash | Dep. | P |
| | 2/15 | Henkel Beech C24R Crash | | P |
| | 3/15 | PAM TPE331-5 Crash | | D |
| | 3/15 | PAM TPE331-10 Crash | | D |
| | 3/15 | Socata TBM 700 Crash | | P |
| | 4/15 | Cebeza PA-32R-300 Crash | | P |
| | 4/15 | DeVries G-IV Crash | | D |
| | 4/15 | Blake 421C Crash | | P |
| | 4/15 | Johnson 421C Crash | | P |
| | 4/15 | PAM PT6A-65AG Failure | | D |
| | 4/15 | Mullen 206L Crash | | P |
| | 5/15 | Cardenas PA-32R-301T Crash | | P |
| | 5/15 | Beech 1900C Crash | | P |
| | 5/15 | McNamee 172M Crash | | P |
| | 6/15 | Transwest Bell 214 Crash | | P |
| | 6/15 | Repsher/Bowie AS350-B3E Crash | | P |
| | 7/15 | Beech A36 Failure | | P |
| | 8/15 | Rockwell 112A Crash | | P |
| | 8/15 | Teutenburg 421C | Dep. | P |
| | 9/15 | Webb B35 Crash | | P |
| | 9/15 | Smethers Bell 206B Crash | | P |
| | 9/15 | Stewart PA28R-201 Crash | | P |
| | 10/15 | Kalister A36 Crash | | P |
| | 10/15 | Murray SR22 Crash | | P |
| | 12/15 | KA B200 PCE-93145 | | P |

List of Cases


| | | | | |
|---|---|---|---|---|
| | 12/15 | Langenbau Bell 407 | Dep. | P |
| | 1/16 | ORI JT-15D FOD | | D |
| | 1/16 | ORI PT6A-65 MIO | | D |
| | 2/16 | ORI PT6A-60 Crash | | D |
| | 2/16 | Quinn C208B Crash | Dep. | P |
| | 3/16 | Adams C150H Crash | | P |
| | 3/16 | Whitehurst C208B Crash | | P |
| | 3/16 | Steitz C404 Crash | | P |
| | 3/16 | Meyer Lancair Crash | | P |
| | 3/16 | Sultan SR20 Crash | | P |
| | 3/16 | 685 Commander Crash | Dep. | P |
| | 5/16 | ORI AT602 FCU Failure | | D |
| | 5/16 | Cessna 441 Crash | | P |
| Sta/HOU | 5/16 | 685 Commander Crash | Trial | P |
| | 8/16 | Jones B300 Corrosion | | P |
| | 8/16 | Teitlebaum R44 Crash | | P |
| | 8/16 | Mooney M20 Crash | | P |
| | 9/16 | UTP PT6A-34 CT Blade Fail | | P |
| | 9/16 | KA B200 PCE-93145 Failure | Depo. | P |
| | 10/16 | Avantair Piaggio Airworthy | | P |
| | 10/16 | Milligan 421B Crash | | P |
| | 10/16 | Cernadas AS350B2 Crash | | P |
| | 11/16 | Sundre Kodiak Oil | | P |
| | 11/16 | Donahue C172S Crash | | P |
| | 11/16 | Peoples B35 Crash | | P |
| | 11/16 | Ballinger R22 Crash | Depo. | P |
| | 1/17 | USAU PT6A-34 FOD/CT Blade | | D |
| | 1/17 | Garcia Lyc TIO-540 Crash | | P |

Arthur "Lee" Coffman
Aero Services Unlimited
6703 Thunder Road
Amarillo, TX 79119
505-820-1476

## Published Articles

**AG Air Update:**

Turbine Engine Over-Temp, 9/97
Turbine Barbecue, 10/97, 1/17
Fuel Nozzle Blues, 11/97
Turbine Engine Investment, 12/97
Shut Down Turbine Engine Landing, 1/98
AG Aircraft Accident Review, 5/01
Is It Really Impossible, 2/02

**Aviation International News:**

Overtemp Damage And How To Avoid It, 2/98
Transition To Brave New World of Turbine Engines, 9/98

## Billing Rate for Labor

| | |
|---|---|
| Research, Reports & Travel | $ 225.00 Per Hour |
| A Retainer is Required | $ 5,000.00 |

Expenses will be added to billing