# EXHIBIT H

D.F. et al., v. Sikorsky Aircraft Corporation, et al.

USDC Case No.: 13:cv-00331-GPC-KSC

(Exhibits to Declaration of Marshall J. Shepardson

In Support of Opposition to Motion for Summary Judgment)

*Routed 22 NOV 11*

*I D Stevens*

SSgt Wuthrich
HMH-361 Avionics
(858) 577-7743

Here are the steps that we took to troubleshoot the mishap on aircraft 69.

Starting with a control aircraft, we applied electrical power via NC-10, and checked for power at the UP Landing Gear Control Valve plug 494 pin A, and the DOWN Landing Gear Control Valve plug 495 pin A. Neither plug had power on them at that time.

We then tried the same test on A/C 69. We again applied electrical power via NC-10 and checked for power at plugs 494 and 495. P 495 of the Down Landing Gear Control had 28 Volt DC. P 494 of the Up Landing Gear Control Valve had no power. It was also noted that the tension of the wires on the Down Control were tight and without proper strain relief and pin A of 495 had two wear through spots were the wires came in contact with the Up Landing Gear Control Valve Cannon Plug.

Hydraulic power was applied to the control aircraft along with the NC-10. After putting the helicopter up on aircraft jacks, hydraulic and electrical power were applied via the A/M27T-5 (Jenny) and the NC-10. With both the Up and Down Landing Gear Control Valve plugs 494 and 495 disconnected we checked for power on pin A of the respective plugs. Both plugs had a 0 volt DC reading.

Hydraulic and electrical power was applied to A/C 69 after it was jacked and plugs disconnected to P 494 and P495. Same result as before, P494 had no power but 28 volts was present on P495. As soon as the Down Landing Gear Valve cannon plug was connected to the valve, the left main landing gear extended.

All previous checks were completed in a manner that simulated aircraft 69 the day of the incident, meaning all cockpit switchology was annotated and matched prior to checks. The Landing Gear control Panel was in the down and Lock position and the down lock release lever moved out only when weight was off wheels. The control aircraft was also used to check landing gear retraction and extension operation and it did perform as intended and directed by the technical publication A1-H53CE-130-200.

The left and right main landing gear harnesses were checked for continuity of the scissor switches. Pins that were shown to have continuity in Weight on Wheels position had applicable continuity and pins that were shown to be Open with Weight on Wheels, were open. The same was applied to Weight off wheels and pins with continuity had it and those pins that should have been Open were Open. The Landing gear scissor switches ohmed out correctly according to the A1-H53CE-130-200 manual.

Aircraft 69 was relocated to the Hangar and the remainder of the power checks was conducted with hangar wall power.

Having previously noting the bare section of wire going to P 495 of the Down Landing Gear Control Valve, hydraulic and electrical power was applied to the aircraft and the bare wires were pressed up against the Up Landing Gear Control

ENCLOSURE ( 40 )

Valve Plug 494 to see if erroneous voltage on the external portion of the connector would actuate the Up Valve. Nothing happened.

The electrical test on bare sections of wire were still of concern so an external 28 volts was applied to the bare sections to visualize what would happen. These tests were conducted utilizing the aircraft crash worthy battery which produces 28 VDC output. Connecting both P494 and 495 powers was applied to the bare sections of pin A and indications in the cockpit were noted along with verifying Landing gear pin security. When power was applied to the Up Landing Gear Control Valve P494 pin A, the only indication in the cockpit was a momentary reduction in Utility hydraulics, the landing gear pins were hard to pull and when they were completely removed the gear moved up and when power was removed the gear traveled back to the down and lock position.

When the same test was conducted to the Down Landing Gear Control Valve pin A the same fluctuation on Utility hydraulic pressure indicator momentarily decreased and the Landing Gear Control Panel lights illuminated.

The Weight on Wheels scissor switches of the left and right landing gear were tested in miscompare with one weight on and one weight off and the gear didn't move. Then the switches were swapped and the test was run again with no movement on the landing gear. The Landing Gear was then compressed using two jacks and the switch was tested for actuation and verified by continuity within specified range according to A1-h53CE-130-000, Work Package 5.

After the system operation of the landing gear system and testing of the system was complete physical and visual verification of the power wires pin A of both Plug 494 and 495 were traced back to the Landing Gear Control Panel. The only noted discrepancies in the wires were the bare portions previously mentioned. The wires for the Utility Hydraulic manifold are all white wire and once they enter the aircraft about eighteen inches to two feet into the cabin, the wires are spliced into Kapton wiring. The wires were inspected from that point to plug 677 (the connector feed through into the left electronics bay), and from there to the landing gear control panel. The wires look and feels structurally sound upon inspection.

| Sign | Print | Date |
|---|---|---|
| _____ | _____ | _____ |

ENCLOSURE ( 40 )