# EXHIBIT J

D.F. et al., v. Sikorsky Aircraft Corporation, et al.

USDC Case No.: 13:cv-00331-GPC-KSC

(Exhibits to Declaration of Marshall J. Shepardson

In Support of Opposition to Motion for Summary Judgment)







Lens MX(G)-5040Z : Normal : x50
H-View 0.49 inch
Resolve 0.00 inch

0.2 inch



EXHIBIT
5/12/17
15
Reynolds



Lens | MX(G)-5040Z : Normal : x100
H-View | 0.12 inch
Resolve | 0.00 inch

0.05 inch



EXHIBIT
5/12/17
16
Reynolds