# EXHIBIT N

D.F. et al., v. Sikorsky Aircraft Corporation, et al.

USDC Case No.: 13:cv-00331-GPC-KSC

(Exhibits to Declaration of Marshall J. Shepardson

In Support of Opposition to Motion for Summary Judgment)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC FANTALVO, a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, Deceased and TANIKA LONG, a minor, by and through her Guardian Ad Litem, TASHINA AMADOR, | Case No.:  13-cv-0331-GPC-KSC |
| Plaintiffs, | |
| vs. | |
| SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G. E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E. I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES, INC.; and DOES 1 THROUGH 100, Inclusive, | Expert Report of James M. Knox, PhD |
| Defendants | |

_____
James M. Knox

**30 March 2017**

Date

[Note:  Portions of this document contain confidential information, subject to Protective Order in 13-cv-0331-GPC-KSC, as well as ITAR restrictions.]

# Table of Contents

1.    Scope of Document .............................................................................................................. 7

2.    Basis of Opinion and Expert Qualifications ........................................................................ 7

   2.1    Examinations and Opinions ........................................................................................ 7

   2.2    Qualifications ............................................................................................................. 7

3.    Overview of the Accident .................................................................................................... 9

   3.1    Accident Aircraft ........................................................................................................ 9

   3.2    Accident Details ........................................................................................................ 10

   3.3    Nature of the Accident .............................................................................................. 10

4.    Landing Gear System Detail .............................................................................................. 11

5.    Safety Interlocks ................................................................................................................ 14

   5.1    Tail Skid System ....................................................................................................... 14

   5.2    Landing Gear Attitude Warning System ................................................................... 15

   5.3    Landing Gear/Attitude/Altitude/Tow Tension Warning System ............................. 16

   5.4    Landing Gear Extension/Retraction Interlocks ....................................................... 16

      5.4.1    Landing Gear Circuit Breakers ........................................................................ 17

      5.4.2    Cam Lock Up-Limit Switches ......................................................................... 18

      5.4.3    Gear Position Lights ........................................................................................ 19

      5.4.4    Control Relay K241 .......................................................................................... 19

      5.4.5    Weight on Wheels Switches ............................................................................. 20

      5.4.6    Gear Handle Down-Lock Release Solenoid ..................................................... 20

      5.4.7    Gear Position Handle ....................................................................................... 21

      5.4.8    Gear Safety Pins .............................................................................................. 22

6.    Accident Investigation .............................................................................................................. 24

  6.1    Repeatability ................................................................................................................... 24

  6.2    Interlock Testing ............................................................................................................. 24

  6.3    Aircraft Wiring ................................................................................................................. 24

  6.4    Conclusion of Investigation ............................................................................................ 25

7.    Aircraft Wiring ........................................................................................................................... 25

  7.1    Kapton Wiring .................................................................................................................. 26

  7.2    Spec-55 ............................................................................................................................ 27

8.    Accident Investigation .............................................................................................................. 27

  8.1    Examination of Wiring – Aircraft General ...................................................................... 27

    8.1.1    General Condition .................................................................................................. 28

    8.1.2    Utility Module Connectors ..................................................................................... 33

  8.2    Examination of Wiring – Landing Gear Utility Module ................................................... 35

    8.2.1    Bag 1 – P494 (Utility Module Pin A) ...................................................................... 36

    8.2.2    Bag 2 – P494 (Landing Gear Control Panel to P677-I).............................................. 40

    8.2.3    Bag 3 – P494 (Utility Module to J677-I) ................................................................. 44

    8.2.4    Remaining Bags ...................................................................................................... 48

  8.3    Additional Testing and Observations - SEM .................................................................... 48

  8.4    Additional Testing and Observations - Leakage .............................................................. 52

9.    Comparison with Previous Designs ............................................................................................ 53

10.    Probable Cause of the Accident .............................................................................................. 54

  10.1    Direct Contact ................................................................................................................ 54

  10.2    Arcing ............................................................................................................................. 54

  10.3    Leakage .......................................................................................................................... 56

    10.3.1    Electrical Leakage ................................................................................................ 56

    10.3.2    Hydraulic Leakage ................................................................................................ 56

3

10.4     Indirect Connection.................................................................................................59

11.      Damage by Insulation Type...........................................................................................59

12.      Proposed Solutions by Plaintiff ....................................................................................60

    12.1     Additional Interlocks ...............................................................................................60

        12.1.1     Pin Removal Prevention .................................................................................61

        12.1.2     Additional Electrical Interlocks ......................................................................61

    12.2     Additional Landing Gear Interlocks.........................................................................63

        12.2.1     Existing Interlocks ..........................................................................................64

        12.2.2     Additional Relay Interlock ..............................................................................66

13.      Observations and Opinions...........................................................................................69

# List of Figures

Figure 1 – CH-53E (Similar to Accident Helicopter)..................................................... 9

Figure 2 – CH-53E Hydraulic Gear System .................................................................. 12

Figure 3 – CH-53E Utility Hydraulic Module (UM)..................................................... 13

Figure 4 – Utility Module Gear Solenoid Control ......................................................... 14

Figure 5 – CH53E Tail Skid (Deployed) ....................................................................... 15

Figure 6 – Landing Gear Control System (Block Diagram)........................................... 17

Figure 7 – CB and Cam Lock Up-Limit Switches ......................................................... 18

Figure 8 – Cam Lock Up-Limit Switch .......................................................................... 18

Figure 9 – Gear Position Switches and Lights ............................................................... 19

Figure 10 – Landing Gear Position Lights...................................................................... 19

Figure 11 – Main Gear Scissor Switch ........................................................................... 20

Figure 12 – Down-Lock Release Solenoid ..................................................................... 21

Figure 13 – Landing Gear Handle Assembly ................................................................. 22

Figure 14 – Safety Pin in Landing Gear ........................................................................ 23

Figure 15 – CH-53E Landing Gear Wiring Diagram ..................................................... 25

Figure 16 – Bundled Wiring along Helicopter Wall....................................................... 26

Figure 17 – Interior Wiring Run ..................................................................................... 28

Figure 18 – Leaking Hydraulic Fluic ............................................................................. 29

Figure 19 – Cable Bundle with Zip-Ties and Adel Clamps............................................ 29

Figure 20 – Cable with Lacing........................................................................................ 30

Figure 21 – Spec-55 White Wire Condition, General..................................................... 31

Figure 22 – Zip-Tied Multi-Splice Bundle .................................................................... 31

Figure 23 – Kapton Degradation in Bundles .................................................................. 32

Figure 24 – Spec-55 Apparent Nicks and Burns - General ........................................... 33

Figure 25 – Inspection P494 (MIL072890) .................................................................... 34

Figure 26 – Inspection P495 (MIL072891) .................................................................... 34

Figure 27 – Bag 1 P494-A UP Link................................................................................ 37

Figure 28 – Damage to Outer Insulation (Spec-55)........................................................ 38

Figure 29 – Bag 1 Damage to Wire Including Broken Strands ...................................... 38

Figure 30 – Bag 1 Chafing/Abrasion Damage (Spec-55) ............................................................ 39

Figure 31 – Bag 2 Landing Gear Control Panel to P677-I ....................................................... 40

Figure 32 – Bag 2 Damage to Kapton Wiring ........................................................................ 41

Figure 33 – Bag 2 Kapton Tape ............................................................................................. 41

Figure 34 – Bag 2 Delaminated Kapton Tape ....................................................................... 42

Figure 35 – Bag 2 Damaged Kapton Tape ............................................................................. 43

Figure 36 – Bag 2 Circumferential Insulation Damage (Kapton) ........................................ 44

Figure 37 – Bag 3 Cut Segment Cut ...................................................................................... 45

Figure 38 – Bag 3 Spec-55 Insulation Cut ............................................................................ 45

Figure 39 – Bag 3 Splice Cut Spec-55 Wire ......................................................................... 46

Figure 40 – Bag 3 Long Kapton Insulation Scrape ............................................................... 47

Figure 41 – Unknown object from Bag .................................................................................. 48

Figure 42 – Spec-55 Wire Damage (SEM) ............................................................................ 49

Figure 43 – Same Wire (Edax) .............................................................................................. 49

Figure 44 – Damaged Kapton Insulation (SEM) ................................................................... 50

Figure 45 – Same Kapton wire under Edax ........................................................................... 51

Figure 46 - Flashover Failures from Wet-Wire Arcing and Tracking ................................... 55

Figure 47 - Utility Module Hydraulics Schematic ................................................................ 57

Figure 48 - Current CH-53E Landing Gear Controls ............................................................ 64

Figure 49 - Additional Interlock Relay (Uncontrolled) ........................................................ 66

## 1.  SCOPE OF DOCUMENT

This report details the examination of data and materials relating to the accident involving Marine Corps heavy lift cargo helicopter CH-53E at the Marine Heavy Helicopter Squadron 361 (HMH-361) at Miramar, California on 17 March 2011.  This document also considers the history and documentation concerning the rotorcraft construction and materials (specifically the electrical wiring).

## 2.  BASIS OF OPINION AND EXPERT QUALIFICATIONS

### 2.1   Examinations and Opinions

A detailed list of all materials upon which my opinions are specifically based is included in the attached appendix or in the supplied data and information, as well as deposition testimony in this case.  In forming my opinions, I also have relied upon my review of document production and case depositions, rotorcraft and post-accident wiring inspections, and upon my experience and knowledge of electronic systems and their failure modes, as well as my knowledge of electronics, aircraft systems and their use and operation.

I understand that some documents and additional information may still come to light, and I reserve the right to supplement or modify my opinions as such information may become available.  At this time, I also have not seen the report of the Plaintiff's experts and whatever opinions they may express as to the cause of the accident.  I therefore reserve the right to issue a rebuttal report addressing those opinions.

All opinions and facts stated herein are true and correct to the best of my knowledge, and are submitted with a high degree of engineering certainty.  If called to testify, I may illustrate my opinions with visual aids, computer generated videos, and electrical/mechanical demonstratives, including animated replays based upon recorded aircraft data and known aircraft performance values.

### 2.2   Qualifications

I have worked in the design of computer hardware and software for over 45 years, and electrical systems and construction for even longer.  I received a Ph.D. in Electrical Engineering from the University of Texas in 1978, a Master's degree in Computer Science from the University of Texas in 1971, and a Bachelor's degree in Electrical Engineering from the University of Texas in 1969.

I have taught courses in Electrical Engineering and Computer Science at the University of Texas, and am currently the owner of a computer and technology research company called TriSoft/CyberSearch located in Austin, Texas.  During my career, I have designed and implemented a variety of digital and analog systems, including many for use in commercial, Head of State, and military aircraft – as well as other mission critical man-rated environments.  I have also implemented software and hardware for ground based aviation systems, including ground support and test equipment, and FAA/USAF control tower display and reporting systems.

I am familiar with the requirements for certification of avionics systems for rotorcraft such as the Sikorsky CH-53E, including various hardware Technical Standards Orders (TSOs), hardware testing under DO-160C, D, E, and F, and software requirements imposed under DO-178B and C. A copy of my resume is available as an attachment.

I have participated in the design, development, interfacing, and certification of a number of military avionics systems, including several in past or present use on the CH-53 helicopter.  I am also familiar with the safeguards and protective systems for electrical and electro-mechanical devices in both civilian, commercial, and military aviation.

I am an active general aviation aircraft pilot holding a commercial pilot's license issued by the Federal Aviation Administration (FAA).  In addition to personal and business flights, I am active with, and have served on the board of directors of several volunteer pilot organizations, including Angel Flight and Grace Flight of America.  These organizations provide free transport to patients in need of medical treatment or humanitarian aid.  I hold an instrument rating and valid medical certificate allowing me to exercise Pilot-in-Command privileges in both visual and instrument (i.e. in clouds) conditions.  I own and pilot a small general aviation aircraft.

I have been retained by Sikorsky Aircraft, Inc. to provide my expert opinions in this case. My compensation is $350 per hour. My compensation is not based on the outcome of any litigation which may result from this accident.

## 3.   OVERVIEW OF THE ACCIDENT

### 3.1    Accident Aircraft

The Sikorski CH-53E Super Stallion is a heavy lift cargo helicopter used by the US Marine Corps (a similar version, the MH-53E Sea Dragon, serves with the US Navy). This helicopter was developed from a long line of Heavy Lift helicopters, from the CH-53A through the CH-53D models. A number of variants also serve with allied military throughout the world, including the CH-53G (a version of the CH-53D) for the West German army, and to Japan as the S-80-M-1.



**Figure 1 – CH-53E (Similar to Accident Helicopter)**

[Photo by Mike Lynaugh]

The CH-53E is the direct descendent of the CH-53D, but with substantially stronger (and additional) engines, an additional blade and beefed up transmission and structure. The overall structure is about six feet longer, and stronger to support the increased lift capacity and cargo payload. Electrically, the CH-53E features some newer avionics, especially protective countermeasures, but the basic wiring and electrical system design remain very similar.

## 3.2   Accident Details

The Naval Criminal Investigative Services (NCIS) reports the accident as follows:

> This reactive investigation was initiated on 17Mar11 subsequent to receipt of notification from the Criminal Investigation Division (CID), Provost Marshal's Office (PMO), Marine Corps Air Station (MCAS) Miramar, CA, that V/Fantalvo was pinned under a Cargo Helicopter (CH) – 53E at the Marine Heavy Helicopter Squadron 361 (HMH-361) located in Hangar 5 on MCAS Mirimar's flight line. … Witness interviews revealed V/Fonatlvo was one of the aerial observers for the training that particular CH-53E was scheduled to conduct on 17Mar11. On this day, V/Fantalvo was responsible for pulling the chocks and pins before the aircraft departed. Due to an apparent landing gear malfunction, V/Fontalvo was underneath the aircraft when it collapsed on its left side.

Sgt. Fontalvo died under the weight of the CH-53E. A subsequent autopsy lists the cause of the death as blunt force trauma.

## 3.3   Nature of the Accident

A subsequent investigation was conducted by Marine Corp personnel and NCIS investigators. Statements by witnesses indicated that the aircraft presented no relevant problems. The gear handle was reported to be in the down position, and the gear position indicators showed all three landing gear "down and locked." The procedure for departure calls for the engine to be started with all landing gear pins in place. With the engine at 100%, the pins are then pulled so that the landing gear can be retracted once in flight.

Sgt. Fontalvo was responsible for the left side MAIN landing gear safety pin. According to reports, the personnel were unable to remove any of the safety pins for the landing gear (nose, left main, right main). Sgt. Fontalvo, by report, failed to successfully remove the left landing gear safety pin. He then removed the pin for the auxiliary fuel tank and subsequently used that pin "as a tool to get the landing gear pin out."

Upon removal of the left side main landing gear safety pin, the CH-53E dropped to the left side. Sgt. Fontalvo was caught under the left underside of the aircraft and suffered fatal injuries.

Subsequent examination, both by the Marine Corps, and by Sikorsky Aircraft, failed to reproduce or definitively identify the exact cause of the accident. The general opinion of both parties remains that there was most likely inadvertent energization of the P494-A wire (to be discussed in detail later). This forced attempted retraction of all three landing gear by the hydraulic system, and causing the three safety pins to become "stuck." [These safety pins are normally easily removed with just light finger effort.] Upon the <u>forced removal</u> of the left main landing gear safety pin by Sgt. Fontalvo, the left main drag strut was able to move the main gear forward sufficiently that the weight of the helicopter caused that gear to collapse. However, as stated, they were unable to specifically locate the cause of that inadvertent energization.

## 4.   LANDING GEAR SYSTEM DETAIL

The landing gear system is detailed in A1-H53CE-130-100, dated 1 May 2015, and entitled

**Technical Manual**

**Organizational Maintenance**

**Principles of Operation**

**Landing Gear Systems**

**Navy Models CH-53E MH-53E**

There are three landing gear on the aircraft, each extended or retracted by its own hydraulic strut.[1]  This strut is, in turn, moved by the application of hydraulic fluid from a unit known as the "Utility Hydraulic Module" (UM) – a multi-purpose collection of fluid valves and solenoids which operate the valves. Pressure for the UM is from a constant hydraulic pump (meaning it operates whenever the aircraft is under power) at 3000 psi.

Whenever the gear is commanded to extend, fluid is introduced into the "extend" (top) end of the strut. To retract, fluid is introduced into the lower or "retract" end of the strut. In both cases a valve allows return fluid from the lower-pressure portion to return to the system, maintaining a

---

[1] This strut is not to be confused with the "shock strut" which supports the actual weight of the aircraft.

closed environment.  [There is also a nitrogen "blow down" bottle for gear extension in case of emergencies.]



**Figure 2 – CH-53E Hydraulic Gear System**

The Utility Module for the hydraulic gear system is shown below.



**Figure 3 – CH-53E Utility Hydraulic Module (UM)**

In operation, the nose gear retracts to the rear of the aircraft.  The two main landing gear retract forward, towards the nose.

Electrically, the system is fairly simple.  The cockpit control consists of a landing gear handle which has two positions, "UP" and "DN".  A series of interlocks are designed to prevent the gear from retracting when the aircraft is on the ground, primarily by interrupting power which is passed <u>through</u> the gear handle to either side of the UM.

The landing gear portion of the UM consists of an electrically operated, spring loaded valve. When energized to the "UP" position, hydraulic fluid pressure can retract the piston in the strut. When energized in the "DN" position, hydraulic fluid pressure can extend the piston in the strut. When neither the "UP" or the "DN" solenoid coil is energized, the valve seals both tubes, creating a hydraulic lock, and preventing motion of the strut.  In normal operation, with the gear either fully down or up, there is no power to <u>either</u> the "DN" or the "UP" contact of the UM.[2] [A1-H53CE-130-100, Section 2-5 and 2-6]

---

[2] Pins P495-A and P494-A respectively.



**Figure 4 – Utility Module Gear Solenoid Control**

## 5. <u>SAFETY INTERLOCKS</u>

The CH-53E may be flown with the gear either retracted (UP), or extended (DOWN).  There are a number of other systems on the aircraft which interact with and respond to gear position.  Since most of these are considered not relevant to the accident in question, they will only be mentioned briefly.

### 5.1    Tail Skid System

The tail skid, when extended, prevents the tail rotor blades from striking the ground when landing the helicopter in a nose-high attitude.  The position of the tail skid is controlled by the position of the landing gear when airborne, and the position of the ramp when on the ground.  When airborne with all landing gear up and locked, the tail skid is automatically retracted.  The tail skid is lowered when any landing gear is down and locked.  [A1-H53CE-130-100 008 00, 1-2 Tail Skid System]



**Figure 5 – CH53E Tail Skid (Deployed)**

None of the eye witness reports indicate any abnormal indication of tail skid position.  Since the aircraft was prior to takeoff, with the ramp raised, the tail skid would normally have been extended.

## 5.2    Landing Gear Attitude Warning System

The landing gear attitude warning system provides the pilot and copilot with a visual and audible warning when landing gear is up, airspeed is less than 60 knots, and either the helicopter is below 150 feet of altitude or the radar altimeter is unreliable.  If the landing gear warning factors are present, a pulsating tone will be heard in the pilot and co-pilots headsets and the LDG GEAR UP PUSH TO RESET warning light on the instrument panel will flash.  [A1-H53CE-130-100 005 00, 1-2 Landing Gear Attitude Warning System]

None of this was reported in statements made by either the pilot or co-pilot, and is consistent with correct operation on the ground.

### 5.3   Landing Gear/Attitude/Altitude/Tow Tension Warning System

The landing gear/attitude/altitude/tow tension warning system warns of potentially dangerous situations which, if allowed to continue, could cause loss of helicopter or injury to crew.  The system will warn the cockpit of the possibility of landing with landing gear up, or with too high nose attitude.  [A1-H53CE-130-100 005 00, 1-2 Landing Gear/Attitude/Altitude/Tow Tension Warning System]

None of this was reported in statements made by either the pilot or co-pilot, and is consistent with correct operation on the ground.

### 5.4   Landing Gear Extension/Retraction Interlocks

The landing gear has several interlocks which prevent certain operations while airborne.  No anomalies have been reported in any of these systems on the accident helicopter.  Therefore, while they may appear in certain diagrams presented, they will only be discussed where they are relevant to the considerations of inadvertent retraction.  Since the gear is designed to be extended (lowered) in flight, as well as left down in during airborne operations, there is no interlock preventing such actions.  There are gear position and warning lights and indications which may be discussed below.  However, in general, the following discussions deal primarily with those aspects of retraction of the landing gear.



**Figure 6 – Landing Gear Control System (Block Diagram)**

The figure above shows the landing gear control system in a very simplified block diagram. For additional clarity of the diagrams, I refer the reader to the original document A1-H53CE-130-100.

The landing gear retraction solenoid is activated by energizing the "A" pin on the P494 connector plug, into J494 on the UM. This corresponds to line 1 (top left) in Figure 6 above. For safety and proper operation of the gear, a number of interlock devices sit (electrically) between the 28 volt aircraft electrical system and this pin.

5.4.1   Landing Gear Circuit Breakers

Starting with the aircraft 28 volt DC electrical distribution bus, power for gear retraction must first pass the Landing Gear Circuit Breaker (upper left of Figure 7 below). This circuit breaker protects against inadvertent grounding of the power wires used for both gear retraction and extension. Should a wire insulation chafe through or otherwise make electrical contact with the grounded structure of the aircraft, or another grounded wire conductor, this small 5-Amp circuit breaker will "trip," removing power from the gear system. A failure of this CB (open) will, of course, also prevent gear retraction.

17



**A1-H53CE-130-100**

**Figure 7 – CB and Cam Lock Up-Limit Switches**

5.4.2    Cam Lock Up-Limit Switches

Each gear has a "Cam Lock Up-Limit Switch" mounted on the gear extension/retraction strut. Pictorially, this is shown in Figure 8 below.



**Figure 8 – Cam Lock Up-Limit Switch**

The primary purposes for these three switches is to verify when the gear is up and locked into position, and to notify the system such that power can be removed two seconds after that happens.  With the gear down and the aircraft on the ground, power is sent through all three of these Up-Limit switches (signifying that the gear is not <u>fully</u> retracted).

### 5.4.3   Gear Position Lights

In addition to the Cam Lock Up-Limit Switches, there are three Cam Lock Down-Limit Switches.  Although not directly in line with the gear retraction system, these six switches serve as an additional safety system.



**Figure 9 – Gear Position Switches and Lights**

As shown in Figure 9 above, used in combination, these six switches indicate to the pilot that the gear is fully locked (either up or down), or in transit.



**Figure 10 – Landing Gear Position Lights**

### 5.4.4   Control Relay K241

Power from the 28 Vdc bus landing gear circuit breaker is sent to control relay K241.  This relay's coil is energized by the three gear cam lock up-limit switches, but includes a two second delay timer which keeps the relay closed for two seconds after the energizing signal is removed. [There is no corresponding delay for closing.]  This delay insures that the gear is fully retracted, even after the up-limit switches open.

5.4.5   Weight on Wheels Switches

Each main gear supports the helicopter's weight via a compression strut.  In flight this strut fully extends via pressure inside the strut.  [This is true even when the gear is retracted.]  When the helicopter lands and the weight of the helicopter is pressing on the wheels, this gear strut compresses partially.  A scissor device, mounted on each main gear, partially closes.[3]  When this happens, a switch on each door electrically opens, signaling that weight is on the wheels. [Technically, this is referred to as Weight-off-Wheels, or "not Weight-on-Wheels," since it is electrically high when the switches are closed, i.e. in flight.]



**Figure 11 – Main Gear Scissor Switch**

Note that the two scissor switches are electrically wired in series with each other.  This means that even of one of the switches fails (or there is a temporary release of weight on one side during lift off), there will be no transfer of 28 Vdc power from K241 to the gear control handle.

5.4.6   Gear Handle Down-Lock Release Solenoid

---

[3] There is no corresponding Scissor switch for the nose gear.

To prevent the pilot from inadvertently raising the gear position handle (either by accident or mistake), there is a down-lock release solenoid installed in the gear handle assembly.  This is a spring-loaded interposer that physically prevents the gear handle from being moved from the DOWN to the UP position.  It can be bypassed only with a deliberate effort of the pilot or co-pilot.



**Figure 12 – Down-Lock Release Solenoid[4]**

This interposer is electrically retracted by power through the Left Gear Scissor Switch, which is electrically open when weight is on the wheels.  With no power to the interposer solenoid (prevented by this left main scissor switch), the gear handle cannot be moved.  Only after the aircraft is off the ground and the oleo strut extended, does the left scissor switch close – providing power to retract the interposer.  Note that this in no way signals for gear retraction, but only <u>allows</u> the pilot or co-pilot to then manually raise the landing gear position handle.

5.4.7   Gear Position Handle

The gear position handle is, of course, the main interlock for gear retraction.  The gear handle shows the pilot the current desired position of the landing gear, and only directs power to the UP

---

[4] Gear Lever shown in "DOWN" position.

solenoid within the UM if the handle is moved to the UP position. [In a correctly operating gear switch assembly this, of course, cannot happen without first disabling the interposer solenoid, or if the left scissor switch is closed.]

Power to the UM "UP" solenoid will be maintained until two seconds after the last of the three gear cam lock UP-limit switches open.



**Figure 13 – Landing Gear Handle Assembly**

If the gear handle is in the DOWN position, and all three gear are not down and locked, then the switch contacts will provide power to the P495-A pin of the UM, causing hydraulic pressure to extend the struts and drive the gear down. This will cease if and when all three gear cam lock down-limit switches open. At this time power will be removed from the gear handle DOWN switch, and therefore from the UM solenoid.[5]

5.4.8   Gear Safety Pins

The final safety interlock for the landing gear is mechanical, rather than electrical. Each gear is supplied with a safety pin which fits through a corresponding hole in the gear. This physically prevents retraction of the gear, even if all other interlocks fail.

---

[5] The block diagram in Figure 6 appears to have an error in the drawing of the gear handle switch.



**Figure 14 – Safety Pin in Landing Gear**

Under normal circumstances, the pin is inserted and removed quite easily.  The center button is depressed, releasing two pawls on the far end of the pin.  The pin slips into the gear pin hole without resistance.  With the pin fully inserted (and the button released), the pawls extend – locking the pin into the hole.  Note:  The pin is significantly longer than the hole (total).  This allows the pin to be slipped back and forth without the center button pressed, and without risk of accidentally pulling the pin.

Should the pins not be removed prior to flight, the hydraulic pressure is insufficient to overcome the safety pin.  The gear will jam against the pin and remain extended.  Under the very unlikely chance that the UM hydraulic valve should be attempting to raise the gear with the pin still inserted and not in flight (requiring bypassing or failure of multiple interlocks), the pressure of the gear (attempted) motion will trap the pin, effectively preventing its normal removal.

## 6.  ACCIDENT INVESTIGATION

An investigation following the accident involved a team of inspectors going over the gear electrical and mechanical systems of the accident helicopter.  This is detailed in the Marine Corps Command Investigation Report.  The key points are indicated below.

### 6.1   Repeatability

Investigators attempted to replicate the accident, but were unable to do so.  Electrical measurements were nominal, and the gear operated normally.  [With appropriate safety protocols.]  Neither the P494-A nor P495-A wires had power.  Similar tests were performed with the aircraft on jacks.  Test personnel followed aircraft settings as per the setup at the time of the accident, including cockpit switches.

### 6.2   Interlock Testing

Investigators tested the interlocks of the accident aircraft, including the scissor switches responsible for producing the Weight-on-Wheels information (and interrupting power to the "UP" position of the gear handle switch.  Both worked correctly.  This test was specifically performed with nominal weight compressing the landing gear struts.

Investigators tested the limit switches on the accident aircraft, and did not find any problems.

The investigators tested the gear position handle and found the switches operated correctly, and was in good condition.

### 6.3   Aircraft Wiring

The aircraft wiring related to the landing gear was tested for stray voltage, as well as for continuity.  Both the aircraft internal wiring and the landing gear wire harnesses tested correctly.  Voltages were identified only as and when they should or should not be present.

Investigators noted bare portions of wire going to the "DOWN" landing gear control valve (P495-A).  A number of tests were performed, including applying 28 Vdc power to the bare portions of the P495-A wire and attempting to link those bare portions to the P494-A wire, or to the P494 plug.  They were unable to create a current flow into the P494-A wire pin.

24

Tests were performed with gear safety pins inserted and it was verified that the an application of power to the P494-A pin would produce activation of the hydraulics.  "The landing gear pins were hard to pull and when they were completely removed the gear moved up …"  [Pg 199, Command Investigation Report.]

Testing of the gear cables was performed and continuity was noted as and only as expected.

### 6.4   Conclusion of Investigation

Although the exact point of failure could not be determined, the number of interlocks and warning systems preventing an inadvertent gear retraction point to a single scenario.  An electrical "short" which directly or indirectly energized the wiring between pin P494-A at the UM and the E pin of the Gear Control Handle assembly seemed the only reasonable answer. [The phrase "directly or indirectly" will be discussed in more detail in a subsequent section.]

### 7.   <u>AIRCRAFT WIRING</u>

The bulk of the wiring within the helicopter (excluding RF antenna and other "specialty" cables) is stranded copper wire with insulation, collected into bundles and secured against the various stringers and paths of the walls and ceilings of the helicopter.



**Figure 15 – CH-53E Landing Gear Wiring Diagram**



**Figure 16 – Bundled Wiring along Helicopter Wall**

There are two types of wire insulation use for almost all of the helicopter.

## 7.1   Kapton Wiring

When Kapton was first developed by DuPont in the late 1960s, it was widely hailed for its insulating properties – especially in aircraft.  Kapton provides extremely high insulation coefficients for a given thickness, allowing insulation similar to other types – but with a much thinner thickness and resulting in less weight.  For an aircraft, these are both extremely valuable properties.

All aircraft are lift-limited.  That is, there is (for a given set of conditions) a total gross weight that can become safely airborne.  After subtracting the "empty weight" and fuel, what is left is the "useful load" the aircraft can carry.  In other words, every ounce of weight that is part of the aircraft itself becomes just that much <u>less</u> that the aircraft can transport safely.

Likewise, cargo space (human or otherwise) is also critical to aircraft.  Since most cargo is carried internally to the aircraft, the less space taken up by instrumentation and aircraft equipment and wiring, the more available for cargo.  The idea of thin and light weight insulation for the miles of aircraft wiring seemed like a true blessing.

Unfortunately, it was learned that Kapton insulation suffers substantial degradation when subjected to abuse, moisture, heat, and acidic environmental contaminants.  An outer coating over the Kapton itself can help isolate the Kapton from these contaminants, but only in so far as this outer coating itself remains intact.  Military aircraft (and especially cargo helicopters) present an extreme example of exactly the type of contaminants to which Kapton should not be exposed.

## 7.2    Spec-55

As a result of the problems with Kapton, the military began a series of replacement programs (including the CH-53E "Service Life Extension Program") to replace the Kapton insulated wire with what is referred to as "Spec-55."  Spec-55 wire insulation (formally 55A08XX and 55A02XX) is usually used in a "dual wall" insulation (in other words, two layers of insulation surrounding the conductive wire).  While Spec-55 wire is relatively thin and light, it does not have the superior insulating properties when compared to Kapton.

Unfortunately, it is my understanding that issues have kept the replacement program from proceeding as originally scheduled, and it is known that many helicopters (including the accident helicopter) still are wired largely with Kapton.

## 8.    ACCIDENT INVESTIGATION

Below is reported the condition of the wiring related to the accident at issue.  This includes the post-repair general condition of the accident aircraft, as well as more detailed examination of the wires removed by the investigation/repair team at Marine Corps Air Station Miramar.

## 8.1    Examination of Wiring – Aircraft General

Wiring within the **repaired** accident aircraft was examined at the Marine Corps Air Station Miramar, in Miramar California.  An additional companion CH-53E helicopter was also

available for examination.  The visit was unclassified (no DD-254) and therefore some areas of the craft were excluded from examination and/or photographs.  It is not believed that any of these areas or equipment were relevant to the investigation.  Note that this wiring does <u>not</u> include the wiring removed for repairs (post-accident), but does include much of the related landing gear control wiring.

8.1.1   General Condition

The bulk of the wiring runs within the body of the aircraft, where it is generally exposed to numerous fluids and physical attacks.  These include, but are not limited to, salt water, oil, hydraulic fluid, and aircraft wash fluids.  Physical attacks include, but are not limited to, sand and salts, transported cargo, personnel and their equipment.



**Figure 17 – Interior Wiring Run**

Much of the wiring is bundled and secured with zip-ties, with a few Adel clamps for support. Other area are simply "hung" and laced, with only the wiring itself for support.



**Figure 18 – Leaking Hydraulic Fluic**



**Figure 19 – Cable Bundle with Zip-Ties and Adel Clamps**



**Figure 20 – Cable with Lacing**

In general, the condition throughout the open areas of the cargo bay for the Spec-55 wire appeared <u>broadly</u> to be in good condition.  The wire insulation for the Spec-55 was covered in dirt and oil, but generally appeared intact.  [This may also be partially accounted for by the fact that the Spec-55 wire is generally newer than the original Kapton.]



**Figure 21 – Spec-55 White Wire Condition, General**

There were, however, even with the Spec-55 wiring, signs of questionable maintenance.  This included the use of Zip-Ties which were found to be binding the wire very tightly, and the use of multiple splices under a single Zip-Tie.[6]



**Figure 22 – Zip-Tied Multi-Splice Bundle**

---

[6] The military has issued a number of Air Frame Bulletins (AFBs) over the life of the CH-53E.  Many of these direct the inspection and repair as necessary (RAN) of both the Kapton and the Spec-55 wiring.  These typically order that damaged wires be cut, capped, and spliced past the damaged section – but that the damaged wires be left in place.  The result of this is that, over time, the bundles get larger, but the clamps typically do not.  This puts increased pressure on the wires, and increased likelihood for chafing.

By contrast, the Kapton wiring insulation had visually and extensively degraded.



**Figure 23 – Kapton Degradation in Bundles**

No electrical testing was permitted, but numerous spots of bare metal in the Kapton-insulated wiring appeared evident.

As mentioned above, the Spec-55 wiring appeared generally in better condition.  There was no sign of the wide-spread loss of insulation outer covering as was seen with the Kapton.  Closer inspection, however, showed a number of scrapes and nicks in at least the outer insulation of the Spec-55.



**Figure 24 – Spec-55 Apparent Nicks and Burns - General**

Again, without electrical testing, the depth and severity of these could not be determined.

8.1.2   Utility Module Connectors

The accident aircraft had undergone repairs prior to our allowed examination.  We were, however, furnished pictures of the area of the Utility Module, made prior to repairs.  These showed Spec-55 wiring with a number of unquestionably damaged spots.



**Figure 25 – Inspection P494 (MIL072890)**



**Figure 26 – Inspection P495 (MIL072891)**

## 8.2    Examination of Wiring – Landing Gear Utility Module

Six small bags of wire were removed from the aircraft by the inspection/repair team.  These were provided to us for more detailed examination.  These included both Spec-55 and Kapton wires. In general, the Spec-55 wires are identified by their outer insulation (a bright white insulation). The Kapton outer insulation is a more amber or severe off-white color.  The inner Kapton insulation is a distinct copper-gold color, signifying the actual Kapton tape wrapped around the conductive wire strands.

The six bags are identified as:

Bag 1 – P494 pin A (UP); short wire, Spec-55

Bag 2 – P494 (UP); Landing Gear Cntl to P677 pin I , Kapton

Bag 3 – P494 (UP) from UM to J677 pin I, mostly Kapton

Bag 4 – P495 (DN) from UM to J677, mostly Kapton

Bag 5 – P123 pin K to P677 pin C, mostly Kapton

Bag 6 – P495 (DWN); short wires, Spec-55

Of those bags, the first three were of primary interest, since energy into this circuit activates the "UP" solenoid.  In making the analysis, certain base assumptions were made.  The accuracy of these assumptions is based upon crew testimony, and upon normal operating procedures as outlined in the flight manuals for the CH-53E.[7]  One primary assumption was that the landing gear control lever was indeed in the "DOWN" position at the time of the accident.

While safety interlocks should prevent energization of the "UP" circuit, even with the handle position selecting "UP," a considerable length of Kapton wiring from the gear handle to the last WoW interlock was not made available for inspection.  Additionally, there is a safety pin interlock that is supposed to prevent upward movement of the gear handle while the left main

---

[7] NATOPS Flight Manual Navy Model CH-53E Helicopter, 2010

gear is under weight.  It was reported by the inspection team that this was in good condition, but we were not given this to examine ourselves.

Likewise, the landing gear control handle module was not made available for inspection.  The condition of wiring inside the module, therefore, was beyond our examination.

We were given reports on testing of the wire positioning and placement possibilities adjacent to the UM connectors.  [More will be discussed on this in a subsequent section.]  However, the wires we were given for examination had already been cut and removed.  We therefore take their report as factual, absent evidence to the contrary.

### 8.2.1    Bag 1 – P494 (Utility Module Pin A)

Bag 1 contained a single short strand of Spec-55 wire, labeled as connecting to the Cannon plug P494 (UP) pin A.[8]

---

[8] The included pictures are representative, and are only a small part of the collection of photos and micrographs available.



**Figure 27 – Bag 1 P494-A UP Link**

There were several small nicks, but of notable depth.  One of these was visibly through the outer layer of the Spec-55 wire, but did not appear to have compromised the inner insulation.  Two others, on the other hand, were visibly damaged into the conductive strands.



**Figure 28 – Damage to Outer Insulation (Spec-55)**



**Figure 29 – Bag 1 Damage to Wire Including Broken Strands**

The above damage is representative of a compression between two objects.  In addition to the torn insulation, at least two strands are broken.  Several others are severely compromised by compression, almost to the point of separation.  This damage is almost always caused by a

pinching action, or a by catching the wire between two hard objects with considerable force. The damage was likely caused by a single event.

A different type of damage is seen near the end of the wire segment near the splice.



**Figure 30 – Bag 1 Chafing/Abrasion Damage (Spec-55)**

Unlike the compression damage above, this damage is caused by repeated wear against an object. The evidence of <u>two</u> areas of damage (lower left and upper right) suggest that the insulation rubbed against something for a period of time, but did not wear through the insulation inner layer. At that point the wire "shifted" slightly (or the object against which it was rubbing shifted), beginning a new wear spot. This persisted for a much longer period of time, and likely against a relatively smooth object (such as a small hydraulic line).

This chafing not only wore through both layers of the Spec-55 insulation, but also wore well into the upper strands of the conductors.  Note the copper in the center.  At the time of the accident it may have been possible to determine with some certainty which wear spot occurred first, and if the more recent spot was perhaps ongoing at the time of the accident.  Unfortunately, without protection from the elements (since the accident), and given the time between the accident and our investigation, this is no longer possible.

8.2.2    Bag 2 – P494 (Landing Gear Control Panel to P677-I)

This bag contains a long length of entirely Kapton (approximately 11.4 feet).  Pins P677-I and P123-E were attached at respective ends



**Figure 31 – Bag 2 Landing Gear Control Panel to P677-I**

As with the other wires, the long Kapton segments showed multiple damage areas.

40



**Figure 32 – Bag 2 Damage to Kapton Wiring**

The red tape above shows areas of damage to the Kapton wiring.  Examination of the wire under the microscope showed many places where the outer insulation of the Kapton was completely gone, but where visual observation showed what appeared to be reasonably intact Kapton tape underneath (covering the conductive strands).



**Figure 33 – Bag 2 Kapton Tape**

41

In other sections of the Kapton wire (UP signal to P494 circuit), not only was the outer insulation gone, but the Kapton tape appeared to have become delaminated, with clear signs of intrusion by foreign liquids.



**Figure 34 – Bag 2 Delaminated Kapton Tape**

In other places the Kapton tape was torn and suffering multiple gouges and scrapes.



**Figure 35 – Bag 2 Damaged Kapton Tape**

There were at least two areas (including one at Pin P677-I) where the Kapton tape insulation was missing entirely.[9]  One spot in the Kapton wire was devoid of any insulation all the way around the wire.  Given the relatively clean edges, this is either the remains of a previous splice to another circuit, or a chafed portion where the wire was allowed to "roll" against the edge of a metal surface or stringer.  Investigators noted, but were unable to explain, the exact nature of the injury to the wire insulation.

---

[9] Since the relevant Cannon plugs were not provided, it is not possible to say to what extent the conductive wiring was available for contact with other circuits.



**Figure 36 – Bag 2 Circumferential Insulation Damage (Kapton)**

### 8.2.3    Bag 3 – P494 (Utility Module to J677-I)

This bag consisted of a long length of Kapton wire, from the Utility Module to J677-I, with a short segment approximately 7 inches long of Spec-55 spliced to one end.  Also included was a small apparent joint labeled "Up LK Pr – Pin ".[10]  This was never entirely identified.  Another short piece of wire (approximately 6" long), with a "one wire to two wires" splice at one end was cut from the Kapton length.

The short cut Spec-55 wire had several nicks and cuts, but most did not appear to be through the inner layer (grey) of insulation.

---

[10] The tape label was partially missing.



**Figure 37 – Bag 3 Cut Segment Cut**

Another area of this piece of wire, however, was clearly through to the conductor.



**Figure 38 – Bag 3 Spec-55 Insulation Cut**

Also of interest was where the splice had been cut from another wire prior to examination. Unlike the other fresh cut to Spec-55, the other cut appeared much older and tarnished. This was of concern, since it left conductive strands potentially exposed. It was not possible, unfortunately, to determine if this cut was made by the investigation/repair team at Miramar, or was the result of some other much earlier cut or break.



**Figure 39 – Bag 3 Splice Cut Spec-55 Wire**

Several small nicks on the length of Kapton wire were noted. At least one significant scrape was observed. It was not clear from visual observation, however, if this penetrated the inner Kapton tape insulation.



**Figure 40 – Bag 3 Long Kapton Insulation Scrape**

The strange object in the bag was subjected to X-ray examination.  This revealed two wires spliced into what appeared to be two air-gap devices, wired in series.  The exact nature was not determined.  Roughly, this is what one would expect of some kind of overvoltage (lightning) suppressor, but that remains only a guess.



**Figure 41 – Unknown object from Bag**

8.2.4    Remaining Bags

The remaining bags exhibited similar damage.  Detailed photographs and photomicrographs are available, but will not be presented here.  These other bags contain circuit wires from the P495 "DOWN" link.  There was considerable concern given to these wires during the military investigation, but it was realized that these wires can be only secondarily responsible at best. This is because the DOWN link is not energized by the aircraft electrical system once the aircraft landing gear is in the "down and locked" position (i.e., with the "down limit switch" engaged/open).

**8.3    Additional Testing and Observations - SEM**

Certain spots of compromised insulation were examined under a Scanning Electron Microscope (SEM).  This unit included the capability to perform material analysis via Energy Dispersive S-Ray Analysis (EDX) – a method that allows one to view (many of) the materials under the electron beam and determine their composition.  In some areas where there were visible metal wire strands, this yielded no surprises.  Silver (Ag) from the wire plating was seen.  In the more severely damaged areas, copper (Cu) was also observed.

48



**Figure 42 – Spec-55 Wire Damage (SEM)**



**Figure 43 – Same Wire (Edax)**

49

An attempt was made to find EDX readings of silver or copper in the areas of damaged Kapton insulation.  As noted earlier, there were places were the Kapton was simply no longer covering the conductive strands.  However, there were other areas where the Kapton tape was visibly damaged, but it was not possible to visually determine if the damage was down to the wires.



SEM MAG: 20 x       View field: 5.74 mm                          VEGA\\ TESCAN
SEM HV: 20.00 kV    Date(m/d/y): 08/24/16    1 mm
Name: 2 P123E-2C1 002                        EAG Laboratories-El Segundo

**Figure 44 – Damaged Kapton Insulation (SEM)**

Of the EDX tests performed, there were no positive reports of silver or copper in these areas.



**Figure 45 – Same Kapton wire under Edax**

There are, of course, limitations on such tests.  First, only limited areas can be tested.  Second, and arguably more important, the EDX can only report what is directly under the electron beam.  This produces two potentially false negative results:

- Non-orthogonal Penetrations.  If there is an arcing hole or other such damage, this produces a small hole in the insulation with a cone of carbonized material surrounding it, much like a volcano.  A number of areas were tested which looked very much like such arc-related spots, but with no metal detected.  However, unless the beam is looking straight down into the "crater," it will not detect metal.

- Delamination of Insulation.  Kapton is applied as a tape, wrapped in overlapping and normally multiple layers around the conductive wires.  In a similar sense to that above, if the layers delaminate (visually observed in some areas), then the EDX (looking straight down on the wire) will not report metal.  Somewhat like looking through a twisted tunnel

51

and not seeing light at the other end, the path is there, but you are not at the correct angle to see it.

Again, while several areas may or may not have been representative of arcing, none were confirmed by the EDX. Such confirmation would be a sufficient condition, but not a necessary one.

## 8.4    Additional Testing and Observations - Leakage

A leakage test was performed on the larger wire segments from the six bags. [Some short wires were too short, or had exposed metal too close to the end, to be properly tested.] A leakage test of this type is straight-forward. The wire segment is immersed in a conductive but harmless solution (salt water) and an ohm meter is connected to one end of the wire segment. Both segment ends are held above the water line. Normally the insulation of the wire is measured in the many billions of ohms. However, any break in the insulation that allows penetration of the salt water to the surface of the conductive material will show a much reduced resistance.

Bag 1 – The short Spec-55 segment (with obvious insulation damage) produced 350K Ohms leakage.

Bag 2 – the long Kapton wire (with P123-E out of solution) tested positive for substantial leakage (1.6M Ohms). The small strand with no obvious nicks tested negative for leakage.

Bag 3 – The long Kapton wire tested negative for leakage. The short wire with splice tested positive (850K Ohms).

Bag 4 – Tested negative for leakage.

Bag 5 – Tested negative for leakage

Bag 6 – The short segment to P495-A tested positive for leakage (300K Ohms). The short segment to P495-B tested positive for leakage (760K Ohms).

As with the SEM EDX testing, a positive leakage test is sufficient, but not necessary. Contamination of the leakage spot (with grease, or some other non-conducting material, or even an air bubble) can prevent the salt water from reaching the conductive wiring.[11]

## 9.  COMPARISON WITH PREVIOUS DESIGNS

As mentioned earlier, the CH-53E helicopter is a descendent of earlier models, and especially the CH-53D.  There were a number of improvements made to the "E" model to support a higher payload, including an additional engine and blade, as well as overall structural strength. However, the basic design of the CH-53E electrical wiring and control of the hydraulic system for raising and lowering the landing gear remain virtually identical from a systems standpoint.

The CH-53E has a Utility Module which is a single assembly, consisting of a variety of valves, restrictors, and solenoids.  The CH-53D has a more component set of these units, mounted to a panel, rather than a single module.  However, the functionality and system design are the same, and the CH-53E UM is simply the individual components of the CH-53D, assembled into a single unit..

The control drawing of the landing gear wiring (#65564-00574) for the CH-53E shows changes to wire numbers and connector numbers, as well as the sub-module separation mentioned above, but is in all important aspects the same as the CH-53D drawing #65552-00000.  The landing gear cabling (P340, P341, and P30), Bates SIK024985, appear not to have changed.

In particular, the interlock system for raising the landing gear of the CH-53E appears identical in placement and kind between it and the CH-53D.  The same structure of multi-level serial switches, warning lights, and mechanical pins and interposers that the military found successful in the CH-53D was carried forward into the CH-53E.

---

[11] Normally such testing would include ultrasonic cleaning of the wire, plus agitation or treating with a surfactant during the test.  Such was not allowed under the terms of the inspection protocol.

## 10. <u>PROBABLE CAUSE OF THE ACCIDENT</u>

The loss of evidence prevents a 100% positive determination as to the cause of the accident. However, by far the most likely direct cause is the inadvertent application of energy to the wire circuit terminating at P494-A of the UM.  Given the statements by the flight crew that the landing gear handle was in the down position, and given the post-accident testing (R09446-11-008), the primary circuit of concern would be the wires between P123-E and P494-A.

Given the condition of these wires, there are three most common methods by which the wires could have been energized.

### 10.1  Direct Contact

Numerous bare spots with visible access to the conductive wire strands were noted, both in the Spec-55 and in the Kapton wires.  The most obvious suspect is therefore direct contact with another conductor, either a contact pin or a bare spot on another adjacent wire, which was energized (either correctly or incorrectly) at the time of the accident.

No visual evidence was found to either support or disprove this possibility.  Unfortunately, the wires were not presented for inspection in situ, and it was not possible to determine what the uninsulated spots on the presented wires may have come in contact with.

The short Spec-55 P494-A wire to the pin was examined, both by SEM and under high visual magnification) for signs of arc marks or material transfer and none was found.  However, a <u>direct contact</u> with the same interior strands of another wire would not be expected to produce such signs, unless such contact were repeatedly made, or under much higher power than is required to activate the UM.  The military investigation team attempted to determine if these bare spots could be forced to come into contact with any energized wires at the time of the accident, and were unable to produce a possible causative result.  This wire, therefore, must be reasonably excluded.

### 10.2  Arcing

It is possible for a difference in electrical potential to "arc" through a normal or compromised insulation, air – for example, if the potential is high enough or the insulating material is poor enough.  Atmospheric lightning is the most common example that most people are familiar with.

The electrical system in question is, however, only 28 volts.  The IEEE Standard Techniques for High-Voltage Testing gives 17 KV as the required potential for just a 0.5 cm free air arc at STP.[12]  It is unlikely that such free air arcing caused the accident in question.

However, it is important to note that arcing can occur in other mediums, including conductive fluids.  There the potential difference required for a given distance between conductors is much less.  Note also that arcing is very dependent on shape of the point of closest approach.  A smooth round surface will much less likely initiate an arc than will a needle point, as the insulating material around that point will tend to ionize.

The summary below (MIL000240) highlights the problem in certain forms.

Flashover failure occurs in a wire bundle as a high-energy current surge between a bare conductor delivering power and a ground-plane (e.g. metal framework or wire shielding) as the conductive path across adjacent wires approaches zero resistance.  It happens as a violent blazing flashover in which the copper of the bare wire melts and splatters — causing melting and burn-through of some of the adjacent wires in the bundle.  Thus, it could produce the loss of a number of circuits at once.  Under service stress conditions the process leading to a flash-over could begin as the wire insulation initially deteriorates by cracking or chaffing and the surfaces of adjacent wires in the bundle become contaminated due to salt spray, mist, fog and high humidity.  Under these conditions, typical of Naval aircraft service, arcing and tracking initiate and eventually localized spots extend into a continuous carbonaceous path, bridging the wires from the fault to ground.  At some point the wetting is no longer necessary to sustain the current, and the flashover strikes.

**Figure 46 - Flashover Failures from Wet-Wire Arcing and Tracking**

While no signs of arcing were detected at the specific sites examined, it must be remembered that only a few small areas were examined in detail.  It must also be recalled that signs of arcing (carbonization of surrounding materials, melting of metal, etc.) may be removed or obscured by subsequent handling of the wiring itself.  Certain wire coatings may also not produce carbonized signs of arc tracking.[13]

---

[12] This is a "sphere gap" number.  A "point gap" number would be quite a bit less.
[13] Aircraft Electrical Wet-Wire Arc Tracking, FAA Technical Center, August 1988

**10.3  Leakage**

10.3.1  Electrical Leakage

Even after the accident CH-53E had been "cleaned and prepared" for our inspection, the electrical wiring inside the helicopter was literally dripping various fluids, including hydraulic oil and heavier oils.  Such fluids, including residue from salt water spray, cleaning solutions, and other unknown solutions can be (and generally are) conductive.  Two adjacent but not electrically touching breaks in wire insulation can be viewed as two conductors separated by a resistor – a resistor whose value changes over time, and with composition and temperature.

There is no exact determination of the fluid contaminants at the time of the accident.  However, a representative mixture of various hydraulic fluids, oils, salts, and aircraft approved wash fluids was tested, singly and in combination.[14]  When applied to small wiring insulation damage areas (similar to those seen in the removed CH-53E wires), values as low as 14.7K Ohms were observed.[15]  Ionization of the fluids over time was observed, as well as electrolysis producing separation of certain chemicals.

This equates to approximately 2 mA of current at 28 Vdc.  It is unlikely that this value is sufficient to promote significant movement of the gear solenoid within the UM.  However, it indicates the potential for such movement, given the right conditions, and especially in light of my understanding that the CH-53E was washed the morning of the accident.

It must also be noted that such leakage will not necessarily produce <u>any</u> long-term signs such as carbonization of the wire insulation, much less arc damage to the wire strands themselves.  This phenomenon is not the same as arcing and does not produce arc tracking signs.

10.3.2  Hydraulic Leakage

The purpose of the electrical leakage testing between adjacent wires of different potentials is the concern for motion of the solenoid within the UM in response to relative low currents.  The UM solenoid for the UP/DOWN hydraulics is an electromechanical device.  It consists of two normally closed pilot valve assemblies which position the balanced landing gear control lap

---

[14] Boeing D6-1748P Mil-H-5606, and Mil-L-22851D
[15] Test at 21 degrees C.  No elevated temperature testing was performed.

assembly against spring force.  This directs hydraulic fluid to raise or lower the aircraft landing gear.

Energizing the solenoid coil in either the UP or DOWN pilot valve retracts the plunger, allowing fluid pressure to push the sealing ball away from the pressure seat.  This directs pilot pressure to position the lap assembly to allow hydraulic flow through passages in the lap assembly and manifold to the outlet port.  When de-energized, the lap assembly is repositioned by spring force to block fluid to the landing gear.



**Figure 47 - Utility Module Hydraulics Schematic**

57

In normal operation, such a system is free from hydraulic leakage (when not under power), and the hydraulic lock in the gear extension struts is maintained.

The specification for the gear solenoid in the UM is 28 Vdc at 400 mA.  This, however, is the voltage/current rating which is <u>guaranteed</u> to cause a properly operating UM to control the full hydraulic pressure within a minimum specified time.  In other words, the UM may operate satisfactorily with a much smaller amount of power.  Especially, it may operate "out of spec" with a <u>much</u> lower amount or power.  Further, a relatively small amount of "leakage current" may small movement of the blocking ball and plunger such that the hydraulic "lock" is partially released, and hydraulic fluid pressure is introduced into the retraction chamber.[16]

Normally, a small leakage such as this would present no problem, and the rate of transfer of hydraulic fluid is low.  However, over a period of time (minutes), and into a finite container (the retraction side of the strut) the pressure will eventually reach the <u>full hydraulic pressure</u> of the pump (3000 PSI), <u>if</u> the strut is mechanically locked by the gear safety pin.  Release of the safety pin would be very difficult, and testing showed impossible to perform with no mechanical advantage.

Report R09446-11-007 describes testing of the retract strut at various pressures and compression loads.  The investigative team was able to get strut unlock and retraction with pressures down around 450 PSI, and with 2000 pounds of compression.  Various other combinations produced both similar and conflicting results – but show that such lower level pressures (such as would be building up due to leakage) could produce both a safety pin that had to be pried out, and a strut that would begin to retract (at least far enough for the weight of the CH-53E to collapse the strut).[17]

---

[16] The hydraulic pump is, during this time, operating continuously – whether gear operation is desired or not.

[17] An unacceptable internal leak of 27 drops per minute (within the extend side of the strut) was noted.  It is not clear what additional impact this may have had.  The investigative team did not apparently consider this significant.

**10.4   Indirect Connection**

The above discussion has focused on the application of energy between some unknown but deliberately energized wire and the circuit terminating at P494-A.  It is not necessary that such a connection exist.  Instead, an indirect connection can achieve the same result.

In such a connection, a wire which is part of the P494-A circuit path would be compromised in such a manner that it allowed transfer of energy between itself and another wire (by any of the means discussed above).  This second wire may not, however, be a wire which would normally be energized at this time.  Connection to this second wire could, therefore, have happened at other times, but would not produce the accident scenario.

This second wire would then (in this scenario) come into contact (by any of the means above) with a third wire which was energized.  The flow of energy would be sufficient to affect the UM and attempt retraction, but this indirect connection would make location of the contact points even more difficult, if not impossible.

Note that in such a scenario, at least one of the contact points would likely be direct physical contact of adjacent bare spots of wire strands.  [Given the relatively high resistance in a "leakage" scenario, and given that two such displaced connections would be additive in resistance, the likelihood of sufficient current flow is a low probability.]  Note also that, given the failure to identify arc points, the probability would be that the direct physical contact would have included at least the P494-A wire circuit.


## 11. DAMAGE BY INSULATION TYPE

I have been asked to opine on whether the relevant insulation damage was more likely to be in the Kapton or the Spec-55 wire.  It was well documented that there are conductive damaged areas to the insulation in both, and therefore only a probability can be assessed.

The damage to the Spec-55 wire leading to the P494-A pin is significant, and therefore would normally be a prime suspect.  However, these wires have greater separation for a significant portion of the distance leading directly to the Cannon plug.  Further, the investigation team was unable to locate any energized wire which could provide the necessary link to P494-A.

[Although tried, the P-495A wire can be excluded since testing showed that it was correctly not powered with gear down and locked.]

Damage to Kapton insulation has been cited as the cause in numerous military and civilian aircraft accidents and incidents.  H-53E's have reported engine over-speeds and severe flight control problems, all traced to Kapton.  [42-005-M H-53 Electrical Wiring Degradation.]  A 2002 report listed 71 total records of H-53E wiring incidences.  Of the 58 incidences involving aircraft which included Kapton wiring, 38 were traced to being caused by or related to the properties of Kapton wiring.  Sixteen incidences were not related to the Kapton wiring.  Four incidences could not be determined.

In 2005 a CH-53E suffered a gear collapse during taxi.  All three landing gear retracted uncommanded (all three safety pins were already pulled).  It was determined by investigators that "bare Kapton wiring between the Landing Gear Control Panel and the utility module was the cause of the 2005 mishap."  [Command Investigation Report.]

Given the history of the Kapton wiring, and given that there is much more Kapton insulated wiring in the suspect circuitry than there is Spec-55 (even when considering the possibility of more damage per foot with the Spec-55 wiring in the small area adjoining the UM), it is more likely than not that the piece of damaged wiring which allowed energy into the P494-A circuit was insulated with Kapton.

## 12. **PROPOSED SOLUTIONS BY PLAINTIFF**

As of this time, I have not seen the expert reports from Plaintiff's experts.  It is my understanding that Plaintiff may likely suggest that Sikorsky should have added additional safety interlocks and other component assemblies in order to have possibly prevented this accident.  These may possibly include the following, which I discuss below.

### 12.1  Additional Interlocks

It is my understanding that Plaintiff's experts may assert that the accident helicopter should have been equipped with additional and redundant interlocks to prevent the gear retraction.  I further understand that these fall into two categories:  Pin Removal, and UM "UP" Activation.

12.1.1  Pin Removal Prevention

Plaintiff's experts apparently assert that the CH-53E should have been equipped with some mechanism (mechanical or electrical is not explained) which would have prevented removal of the gear safety pins.  In point of fact, the CH-53E has exactly such a device – the safety pin and hole itself.

When the gear attempts to retract with the safety pin still engaged, the pin is caught by the outer and inner holes into which it is inserted.  This applies an <u>attempted</u> shearing force which traps the pin.  The pin should normally be easily slid in and out of the hole without unusual effort, and back and forth within the hole with a single finger.  This was tested during inspection at Miramar, and while the safety pin hole does not appear to have significant slack, the ease of extraction (with the safety button depressed) was surprising.

It is my understanding that, with any significant hydraulic retraction pressure against the strut, the pin cannot be removed with the fingers and hands alone.  This was confirmed by testing under report R09446-11-0007.  With only 700 or the rated 3000 PSI pressure, the safety pin could no longer be pulled out by hand.  According to the report, "the safety pin was then pried out with a screwdriver and pliers …"

According to witnesses, Sgt. Fontalvo experienced exactly that abnormal result.  Testimony indicates that he had to stop his manual attempt at removal and retrieve another pin from the auxiliary fuel tank.  He then used that pin to force out the gear safety pin.  Only <u>then</u> did the gear actually retract.

If Plaintiff's experts are suggesting some sort of electrical mechanism (for example, a flap that flips down over the pin if power is applied to P494-A), then this is potentially a decrease is safety, and actually adds to the likelihood of an inadvertent energizing of the P494-A circuit.  This and related issues are discussed under the "interlocks" section below.

12.1.2  Additional Electrical Interlocks

An aircraft's success lives and dies by its useful load (sometimes literally).  The useful load is the difference between the gross weight of the aircraft, and the empty weight of the aircraft (and

61

that assumes zero fuel weight). Everything (people and cargo and fuel) that goes into the aircraft after that is the useful load – and that is limited by the gross weight and by the space available.

The job of a heavy lift cargo/troop helicopter such as the CH-53E is to deliver that cargo or troops to where it needs to be, when it is needed. Therefore, the next concern is dispatch reliability.

This is not to say that safety is not a concern. No one wants to be injured by the vehicle they are relying upon. That safety, however, must always (and especially in military aircraft) be tempered by the requirement of the aircraft to perform its mission. The safest aircraft out there is arguably one that never manages to get off of the ground. And that, for a combat vehicle meant to go in harm's way, is not acceptable.

**Weight**

Every item that does not contribute to the combat mission of the aircraft must have its weight balanced against the value of something that does. Even a small relay for military helicopters must be panel mounted and hardened against vibration. Typical weights are up to 8 oz. for a small non-power handling relay. At 8 oz. (227 grams), that relay must be offset by the loss of, for example, 14 AK-47 bullets (16.5 grams each). But much worse, add in the weight of the connecting wire, and it can easily add up to a significant portion of a combat soldier.[18]

The problem is, of course, cumulative. A single small part can always be accommodated somehow. "Just don't let that soldier have breakfast, and it will balance out." But the problem is not just one component. There are thousands of circuits, many tied to 28 Vdc power directly or indirectly. And with wiring insulation degraded as was found in the subject aircraft, every one of those wires may be subject to problems. A thousand relays, at 8 oz. each, is 500 pounds – 500 pounds which must come directly out of the useful load of the aircraft.

**Reliability**

---

[18] The CH-53E is 99 feet long and 28 feet high. The UM is mounted near the top with, of course, the landing gear at the bottom. Just a single strand of wire, from the cockpit to the gear well to the UM would about 65 feet in length.

A military vehicle must be able to dispatch when it is needed, to support the purpose for which it was created.  Each and every additional interlock and go/no-go component actually **reduces** the dispatch reliability of the aircraft.

The purpose of a safety interlock is to prevent an unsafe action in the event of failure of some other component or wiring (including personnel).  But these safety interlocks themselves are no more than additional components, and they and their associated wiring are subject to the exact same failure rates as are the components they are protecting against.  This leads (correctly) to resulting "false positives" in failure detection.  That is, the vehicle is taken out of service, not because there is a failure of a necessary part of the vehicle, or because the vehicle is unsafe, but because an <u>additional</u> safety interlock **thought** that there was a problem with the vehicle.

In the civilian automotive world there have been accidents because someone attempted to start their car with the car still in a "motion" gear (Drive or Reverse).  To enhance safety, the Department of Transportation started requiring that cars sold in the United States be equipped with a transmission interlock – a pin and relay system that prevents the car from being started unless it is in Neutral or Park.  There is little argument that this has had some beneficial safety results – but it has also caused many repair problems with automobiles which refused to start, not because the automobile was not in Park, but because the safety interlock <u>thought</u> the automobile was not in Park.

In the civilian world it is acceptable to cause people to miss work or other possibly important events, and suffer significant repair costs to otherwise correctly operating automobiles, in order to prevent even a small number of accidents.  In war, the equation changes.  Everything that practically can be done to protect military personnel should be done – but that protection must be weighed against the purpose of that person being there in the first place.

## 12.2  Additional Landing Gear Interlocks

It is strongly suspected that Plaintiff's Experts will argue that they are not asking for thousands of additional safety devices and interlocks, but just one.  They will likely argue that a single relay, mounted close to the P494 plug, would have prevented this entire accident.  Such a relay, controlled by the gear scissor switch (or switches), would interrupt power to the "UP" solenoid,

and prevent an inadvertent electrical short to what is currently the P494-A circuit from reaching the solenoid coil.

It is difficult to argue against such logic.  Difficult, that is, until one realizes that the argument is made from the standpoint of hindsight.  However tragic, the death of Sgt. Fontalvo was a single fatality due to a single wire fault, in a helicopter with **many** such potential faults.  All of those wires are there for a reason – whether it is to control the ramp, or the tail skid, or the engines, or the landing gear.  Most of those wires could, hypothetically, cause potentially fatal problems if a malfunction occurs.  So this becomes not a question about a single interlock, but hundreds – if not thousands of interlocks, and the sensors and wiring to control them.

Focusing only on a single landing gear wire seems to make the problem much simpler.  In fact, however, even that single suggested interlock is not as simple as it would seem.

### 12.2.1  Existing Interlocks

It is suspected that Plaintiff's experts will suggest that one should have suspected that a wire would eventually chafe through, or be damaged at just such a spot such that the P494-A pin would become inadvertently energized while the aircraft was on the ground, and one would therefore have added an additional relay to the "#1" wire exiting the landing gear control panel (P123-E).



**Figure 48 - Current CH-53E Landing Gear Controls**

Of course, looking at the above circuit, the system already has many layers of interlocks and protection devices in the circuit.

- A Landing Gear Circuit Breaker to prevent fire in the case of a short of the wiring to ground.

- Landing Gear CAM Lock Up-Limit switches to detect that the gear is up, and prevent continued erroneous operation of the gear UM in flight.

- A relay to open the circuit and remove power two seconds after the gear is up and locked.

- A left gear scissor switch to prevent power from reaching the UM if weight is on wheels.

- A redundant right gear scissor switch to prevent power from reaching the UM if weight is on wheels.

- An interposer locking pin to prevent movement of the gear lever to the UP position, if weight is on the left main wheel.

- An additional set of scissor switch contacts on the left main gear to control the power to unlock the interposer only if weight is off the left main wheel.

- A gear position set of lights to warn the pilot if any of the gear is not fully locked into position.

- A manual indicator to warn the pilot if any of the gear is not fully locked into position.

- A set of landing gear safety pins to prevent gear retraction until the aircraft is ready for mission flight.

- Not shown:  Additional ground-air safety relays and interlocks driving lights and horns, to warn the crew of unsafe gear conditions.

---

A bit of comparison:  The Airbus A340 is a four engine intercontinental aircraft used by a number of airlines to transport up to 375 civilian passengers.  With almost 400 flying, it was first built in 1991 – not long before the CH-53E in question.  It costs almost $400 million in today's dollars.  Yet the A340 has fewer gear safety interlocks than the CH-53E.

The A340 has up and down limit switches (as does the CH-53E), and it has Weight-on-Wheels switches, as does the CH-53E.  [Actually, the A340 utilizes two weight signals – a Weight **ON**

Wheels, and a complementary Weight **OFF** Wheels.]  It does not, however, have an electromechanical interposer to prevent movement of the gear handle.  Nor does the A340 have a set of physical pins to prevent gear retraction while on the ground.

In spite of this, the A340 has an excellent safety record.  Still, I was able to locate approximately thirteen ground accidents.  These included taxiing into a passenger bus, taking off from a taxiway, and at least two collisions with parked planes.  Not a single one of these ground incidents involved inadvertent gear retractions – in spite of the lower number of interlocks. What the A340 had instead was proper maintenance of the wiring and systems already designed and installed, including Kapton wiring.

---

### 12.2.2  Additional Relay Interlock

It is assumed that the Plaintiffs will, as mentioned earlier, suggest that the P494-A circuit wire be cut.  It is assumed then that they will suggest a <u>relay</u> of some type be installed at the cut, such that it is somehow controlled by Weight-on-Wheels.



**Figure 49 - Additional Interlock Relay (Uncontrolled)**

Notice that the new relay, while (in theory) protecting the P494-A circuit, does not yet have any control (power to the coils).  Logically we must connect the coil to a source of "Weight on

Wheels" information.  However, it is not reasonable to use the existing signal from the Right Gear Scissors Switch.  That would provide little if any new protection (since if the switch malfunctions, it would malfunction for <u>both</u> interlocks).  The same is true for the left Gear Scissors Switch.  We only truly gain additional protection if we install one or more <u>new additional switches</u>.  These however, must be installed on the gear and subject to environmental abuse.  And we must add 30 to 100 feet of additional wiring, plus associated pins and connectors to get the new signals to the relay.

Meanwhile, the relay must be mounted on an appropriate relay panel – because the helicopter must be maintainable and repairable in a timely manner, even during war.[19]  A relay cannot simply be "duct taped" on anywhere in the aircraft.  So even in the simplified block diagram, we have the following:



Now, the truly important question – have we <u>really</u> improved the safety and design of the aircraft?

To address this one single piece of circuit wire (P494-A) we have added:

- A left scissors switch

- A right scissors switch

- A new connector P340, or an additional connector

- A new connector J340, or an additional connector

---

[19] MTTR – Mean Time To Repair.  A requirement of military combat equipment.

- A new connector P341, or an additional connector

- A new connector J341, or an additional connector

- Associated gear cable harness additional wiring (for both left and right mains)

- A new relay

- Additional relay panel space, including raceways and clamps

- Additional wiring between P340 and P341

- Additional wiring between P341 and the new relay

- Additional wiring between the Landing Gear Control Panel and the new relay

- Change or additional wiring between the relay and plug P494

- Additional maintenance procedures and documentation[20]

Plus, it is critical to recall that all of the above components are subject to malfunctions, including the new wiring. The relay may stick open or the coil may burn out, preventing retraction of the gear in flight, and decreasing helicopter range and speed. Either scissor switch may stick open or the coil may burn out, preventing retraction of the gear in flight, and decreasing helicopter range and speed. The relay may stick closed, eliminating any safety benefits. The scissors switches may stick closed, eliminating any safety benefits. The wiring between the UM and the relay may, if not protected properly, chafe and be subject to contact with other wires or metal.

And, it must be remembered, all of this was to eliminate one particular possibility of <u>one particular damaged circuit wire</u>, which was ordered replaced by the Navy many years ago.[21]

---

[20] Under normal conditions, the extra components are of no value. As a result, it is not possible for the crew or ordinary maintenance crew to determine if one of the additional components has failed in an unsafe manner.
[21] Including but not limited to AFB-328. See also 1995 replacement program for Kapton wiring (Service Life Extension Program). See also 1998 Sikorsky recommendation for rewiring all H-53 (MIL-127080).

I have been told that the CH-53E was designed by Sikorsky to include "side panels" and other protective surfaces covering the currently exposed wiring.  These protective panels would help prevent contact between cargo and the wiring, and soften (spread out and absorb) damage from errant cargo.  These panels would also help prevent environmental damage from some of the fluids which attack the wiring insulation (especially the Kapton), as well as minimize fluid-caused leakage and/or wet-wire arc tracking.

These panels, however, represent weight and (to some degree) space.  It is my understanding that, by their own choice, the Marine Corps has chosen not to use these panels.  I further note that, at the time of my inspection of both the accident helicopter and the exemplar at Miramar, no such panels were anywhere evident.

## 13. <u>OBSERVATIONS AND OPINIONS</u>

The following observations and opinions expressed below are given with a high degree of engineering certainty.  They are true and accurate to the best of my knowledge, and are supported by testing, analysis, and by exhaustive inspection of the wreckage and other physical evidence.

### <u>Observations</u>

1.  The relevant circuitry contains approximately 39" of Spec-55 wiring, and 350 inches of Kapton wiring.[22]

2.  No direct evidence of arcing or energy transfer was found.

3.  Bare metal, allowing potential metal-to-metal contact and energy transfer, was confirmed in both the Kapton and Spec-55 wiring

---

[22] This does not include ground return wiring, but does include both P494-A and P495-A wiring.  Some ground wiring was not available for inspection, and all of such wiring is unlikely to be relevant.  Note that AFB 332 indicates 70" of Spec-55 wire, but this is not consistent with the amount of Spec-55 wire available for inspection.

4.  Bare metal, allowing potential metal-to-metal contact and energy transfer, was confirmed in both the Kapton and Spec-55 wires between the landing gear control connection (P123-E) and Utility Module (P494-A)

5.  No landing gear cabling (P340, P341, and P30) from the accident aircraft was provided for inspection.

6.  No Limit Switches, Scissor Switches, or Landing Gear Control Panel from the accident aircraft were provided for inspection.

7.  No Utility Module from the accident aircraft was provided for inspection.

8.  Statements of aircraft crew, witnesses, and Marine inspection teams are considered accurate unless otherwise noted.  Reports R09446-11-007, R09446-11-008, R09446-11-009, and R09446-11-013 are considered accurate with two notes.

    a.  Report R09446-11-013 lists a test of the aircraft with all gear in the "UP" position.  The team reported voltages "on P494 Pin A: 27 V, Pin B: 0.0 V and Pin C: 0.0 V."  This would indicate a failure of one or more of the gear CAM UP-limit switches to open.  No such anomaly was noted, however, in the report.

    b.  Report R09446-11-013 indicates that "the wire was found to be in very good general condition …"  It is not clear exactly which "wire" is being referenced, or how they are applying the term "very good condition," especially in light of the subsequent statement that there were "several areas of damage and apparent deterioration on both of the main wire segments."

**Opinions**

9.  The accident involving Sgt. Fontalvo was not foreseeable, other than as a general consideration of the deteriorated and badly damaged condition of the overall wiring of the CH-53E aircraft.

70

10. The CH-53E gear system was designed with adequate safety interlocks and controls to prevent inadvertent gear retraction under any reasonable and foreseeable set of circumstances.

11. All of the gear system interlocks and controls functioned as designed, and were not causative to the accident.

12. The final and eventual cause of the uncommanded gear retraction was the forced removal of the interlock gear safety pin against the force of the hydraulic strut.

13. The accident most likely was prompted by damaged and deteriorated wiring (P494-A circuit) coming into contact with one or more other (unidentified) damaged wiring under power.

14. At least one of the energy transfer wires (wires with defective insulation) was <u>more likely than not</u> made with Kapton insulation.

15. No opinion is expressed as to the manufacturer of that wire, or the Kapton insulating tape.

16. A proper FMEA[23] of the landing gear control system would not have identified the P494-A circuit as a "single point failure."  The accident was not caused by a failure of the design, but rather failure of maintenance to maintain the aircraft in an airworthy fashion (that is, in conformance with its design type certificate).[24]

17. The gear system design (electrical) of the CH-53E is extremely similar to that of the CH-53D.

18. The installation of additional interlocks, properly designed and installed, into the CH-53E gear electrical controls would have been unlikely to have made the aircraft safer.

---

[23] Failure Mode Effects Analysis
[24] Civilian TC or Military Type Certificate (MTC), Military Certificate of Airworthiness

19. The installation of additional interlocks, properly designed and installed, into the CH-53E gear electrical controls would have reduced aircraft dispatch reliability, without measurable benefit.

# Referenced Materials

All provided and stamped materials have been reviewed and considered.  All inspection photos and documents are also included.  In addition, I specifically note use of the following documents and standards.

- CB of Dr. James Meredith Knox

- DoD document DO-160C, D, and E

- NCIS Investigation Report

- USMC Command Report

- AI-H53CE-130-100 Maintenance Manual

- R09446-11-0007 Final Report

- R09446-11-0008 Final Report

- R09446-11-0009 Final Report

- R09446-11-0013 Final Report

- NATOPS Flight Manual, 1 April 2010

- Schematic CH-53E Landing Gear Control

- Schematic CH-53D Landing Gear Control

- Schematic CH-53D, E Landing Gear Cable

- FAA Kapton Arc Tracking (Wet-Wire)

- Depot Maintenance – Utility Hydraulic Module

- 42-005-M H-53 Electrical Wire Degradation