**James W. Hunt – SBN 122582**
james.hunt@fitzhunt.com
**Christopher S. Hickey – SBN 198938**
christopher.hickey@fitzhunt.com
**FITZPATRICK & HUNT,**
**PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125

Attorneys for Defendants
**SIKORSKY AIRCRAFT CORPORATION;**
and **UNITED TECHNOLOGIES CORPORATION**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,

Plaintiffs,

vs.

SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES INC.; and DOES 1 through 100, Inclusive,

Defendants.

Case No. 13-cv-00331-GPC-KSC

Judge: Hon. Gonzalo P. Curiel

**DEFENDANTS SIKORSKY AIRCRAFT CORPORATION and UNITED TECHNOLOGIES CORPORATION'S TRIAL WITNESS LIST**

COMES NOW Defendants Sikorsky Aircraft Corporation and United Technologies Corporation and submit its Trial Witness List for use at trial of this matter.

| NAME | Expect to Call | May Call |
|---|---|---|
| John Wakefield | X | |
| Manning Stelzer | | X |
| Christopher Lowenstein | | X |
| Christopher Bresh | | X |
| James Knox | X | |
| Robert Ostrowski | X | |
| Jerald Udinsky | X | |
| Martin Montes de Oca | (by deposition) | |
| Aldo Bassignani | (by deposition) | |
| Bill Mellen | (by deposition) | |
| Oliviu Muja | (by deposition) | |
| Leslie Leigh | (by deposition) | |
| John Fletcher | (by deposition) | |
| Keith Sparks | (by deposition) | |
| Robert Wuthrich | | (by deposition) |
| Evan Reid Shelton | (by deposition) | |
| Ian Danial Stevens | (by deposition) | |
| SSGT Meghan Stone | (by deposition) | |
| Jeramiah Michael Wilcox | (by deposition) | |
| William Althizer | | (by deposition) |
| Lee Bassett | (by deposition) | |
| Robert Jordan | | (by deposition) |
| Charles Coffin | | (by deposition) |

| | | |
|---|---|---|
| Justin Brown | (by deposition) | |
| Christopher Danley | | (by deposition) |
| Rebecca Fitzsimmons | (by deposition) | |
| Joshua Perkins | | (by deposition) |

Respectfully submitted this 1st day of December 2017.

FITZPATRICK & HUNT
PAGANO, AUBERT, LLP

By: ______________________
James W. Hunt, SBN 122582
james.hunt@fitzhunt.com
Christopher S. Hickey, SBN 198938
christopher.hickey@fitzhunt.com
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Telephone: (213) 873-2100
Facsimile: (213) 873-2125

Attorneys for Defendants Sikorsky Aircraft Corporation, Inc., and United Technologies Corporation

**CERTIFICATE OF SERVICE**

**D. F., et al. v. Sikorsky Aircraft Corporation, et al.**
**USDC – Southern Court Case No.: 13-cv-0331-GPC-KSC**
**Our File No.: 600,191**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 633 West Fifth Street, 60th Floor, Los Angeles, California 90071.

On **December 1, 2017**, I served the document described as **DEFENDANTS SIKORSKY AIRCRAFT CORPORATION AND UNITED TECHNOLOGIES CORPORATION'S TRIAL WITNESS LIST** on the interested party(s) in this action, as follows:

**SEE ATTACHED SERVICE LIST**

_X_ **(By U.S. Mail)** By placing ___ the original / _X_ a true copy thereof enclosed in a sealed envelope(s), with postage fully paid, addressed as per the attached service list, for collection and mailing at Fitzpatrick & Hunt, Pagano, Aubert, LLP in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

___ **(By CM/ECF System)** I caused to be electronically filed a true and correct copy of the above-entitled document(s) with the Clerk of the Court using Case Management/Electronic Case Filing (CM/ECF), which will send notification that such filing is available for viewing and downloading to all counsel on record electronically as required by the Court on this matter, addressed as per the attached service list.

_X_ **(By Electronic Mail)** I served a true and correct copy of the above-entitled document(s) to the offices at the addressee(s) set forth on the attached service list via electronic mail on said day.

___ **(By FedEx)** I caused said envelope(s) to be sent via FedEx [Overnight] to the offices of the addressee(s) on the attached Service List.

_X_ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on **December 1, 2017**, at Los Angeles, California.

Espie Minassian

Espie Minassian

**SERVICE LIST**

**D. F., et al. v. Sikorsky Aircraft Corporation, et al.**
**USDC – Southern Court Case No.: 13-cv-0331-GPC-KSC**
**Our File No.: 600,191**

| **Attorney for Plaintiffs**<br>Lawrence P. Grassini<br>Lars C. Johnson<br>Marshall J. Shepardson<br>Grassini, Wrinkle & Johnson<br>20750 Ventura Boulevard, Suite 221<br>Woodland Hills, CA 91364-6235<br>Tel.: (818) 348-1717 / Fax: (818) 348-7921<br>Email: mshepardson@grassinilaw.com<br>jjoel@grassinilaw.com<br>mail@grassinilaw.com | |
|---|---|