LAWRENCE P. GRASSINI — Cal. SBN 49046
LARS C. JOHNSON — Cal. SBN 205712
MARSHALL J. SHEPARDSON — Cal. SBN 263637
GRASSINI, WRINKLE & JOHNSON
20750 Ventura Boulevard, Suite 221
Woodland Hills, CA  91364-6235
Tel:   (818) 348-1717
Fax:   (818) 348-7921
Email:  mail@grassinilaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; et al.,<br><br>    Defendants. | Case No.: 3:13-cv-00331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>**PLAINTIFFS' AMENDED RULE 26 (a) (3) PRETRIAL DISCLOSURE** |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Scheduling Order of U.S. Magistrate Judge Karen Crawford entered November 13, 2017 (Doc. 219), plaintiffs hereby make the following disclosures, with amendments to rectify inadvertent omissions discovered while preparing the Proposed Pretrial Order pursuant to Doc. 219 and Local Rule 16.1(f)(6), and to reflect unavailability of certain witnesses previously identified as live:

| No. | NAME | CONTACT INFORMATION | EXPECTS TO PRESENT / MAY CALL IF NEEDED | INTENDS TO PRESENT BY DEPOSITION |
|---|---|---|---|---|
| 1. | Norma Fontalvo | c/o Grassini, Wrinkle & Johnson<br>20750 Ventura Blvd, Suite 221<br>Woodland Hills, CA 91364 | Will Present | |
| 2. | Rolando J. Fontalvo | c/o Grassini, Wrinkle & Johnson<br>20750 Ventura Blvd, Suite 221<br>Woodland Hills, CA 91364 | Will Present | |
| 3. | Tanika Fontalvo | c/o Grassini, Wrinkle & Johnson<br>20750 Ventura Blvd, Suite 221<br>Woodland Hills, CA 91364 | Will Present | |
| 4. | Dominic Fontalvo | c/o Grassini, Wrinkle & Johnson<br>20750 Ventura Blvd, Suite 221<br>Woodland Hills, CA 91364 | Will Present | |
| 5. | Rolando L. Fontalvo | c/o Grassini, Wrinkle & Johnson<br>20750 Ventura Blvd, Suite 221 | Will Present | |

| No. | NAME | CONTACT INFORMATION | EXPECTS TO PRESENT / MAY CALL IF NEEDED | INTENDS TO PRESENT BY DEPOSITION |
|---|---|---|---|---|
| | | Woodland Hills, CA 91364 | | |
| 6. | Tashina Amador | c/o Grassini, Wrinkle & Johnson<br><br>20750 Ventura Blvd, Suite 221<br><br>Woodland Hills, CA 91364 | Will Present | |
| 7. | Guido Bustos | c/o Grassini, Wrinkle & Johnson<br><br>20750 Ventura Blvd, Suite 221<br><br>Woodland Hills, CA 91364 | | May Present if Needed |
| 8. | Alfonsina Dones | c/o Grassini, Wrinkle & Johnson<br><br>20750 Ventura Blvd, Suite 221<br><br>Woodland Hills, CA 91364 | | May Present if Needed |
| 9. | James Flowers | c/o Grassini, Wrinkle & Johnson<br><br>20750 Ventura Blvd, Suite 221<br><br>Woodland Hills, CA 91364 | Will Present | |
| 10. | Matthew Garcia | c/o Grassini, Wrinkle & Johnson<br><br>20750 Ventura Blvd, Suite 221 | Will Present | |

| No. | NAME | CONTACT INFORMATION | EXPECTS TO PRESENT / MAY CALL IF NEEDED | INTENDS TO PRESENT BY DEPOSITION |
|---|---|---|---|---|
| | | Woodland Hills, CA 91364 | | |
| 11. | Ralph Cisneros | [Redacted for ECF Filing] | Will Present | |
| 12. | Thomas Silva | c/o Grassini, Wrinkle & Johnson<br><br>20750 Ventura Blvd, Suite 221<br><br>Woodland Hills, CA 91364 | Will Present | |
| 13. | Angelo Rainey | [Redacted for ECF Filing] | May Call If Needed | |
| 14. | Ivan Valdez | [Redacted for ECF Filing] | Will Present | |
| 15. | Gilbert Davila | [Redacted for ECF Filing] | Will Present | |
| 16. | Aldo Bassignani | c/o United States Navy | May Call If Needed | Video Deposition |
| 17. | Christopher A. Bresh | c/o Sikorsky Aircraft Corporation | May Call If Needed | Video Deposition |

| No. | NAME | CONTACT INFORMATION | EXPECTS TO PRESENT / MAY CALL IF NEEDED | INTENDS TO PRESENT BY DEPOSITION |
|---|---|---|---|---|
| | | | | |
| 18. | Justin Robert Brown | c/o U.S. Navy | Will Present | Transcript of Deposition |
| 19. | William Charles Coffin | c/o U.S. Navy | Will Present | Transcript of Deposition |
| 20. | Christopher A. Danley | c/o U.S. Navy | Will Present | Video Deposition |
| 21. | Rebecca Fitzsimmons | c/o U.S. Navy | Will Present | Transcript of Deposition |
| 22. | Micah Hamilton | c/o U.S. Navy | Will Present | Video Deposition |
| 23. | Robert Jordan | c/o United States Navy | Will Present | Video Deposition |
| 24. | Leslie Leigh | c/o U.S. Navy | Will Present | Video Deposition |
| 25. | Christopher O. Lowenstein | c/o Sikorsky Aircraft Corporation | May Call If Needed | Video Deposition |

| No. | Name | Contact Information | Expects to Present / May Call if Needed | Intends to Present by Deposition |
|---|---|---|---|---|
| 26. | Joshua David Perkins | c/o U.S. Navy | Will Present | |
| 27. | Evan Reid Shelton | c/o U.S. Navy | Will Present | |
| 28. | Manning Stelzer | c/o Sikorsky Aircraft Corporation | Will Present | Video Deposition |
| 29. | Ian Daniel Stevens | c/o U.S. Navy | Will Present | |
| 30. | Megan A. Stone | c/o LT P. Tyson Marx, JAGC, USN | Will Present | Video Deposition |
| 31. | Jeremiah Wilcox | c/o U.S. Navy | May Call If Needed | Video Deposition |
| 32. | Robert Wuthrich | c/o U.S. Navy | Will Present | Video Deposition |
| 33. | Arthur "Lee" Coffman | c/o Grassini, Wrinkle & Johnson | Will Present | |

| No. | NAME | CONTACT INFORMATION | EXPECTS TO PRESENT / MAY CALL IF NEEDED | INTENDS TO PRESENT BY DEPOSITION |
|---|---|---|---|---|
| 34. | John Bloomfield | c/o Grassini, Wrinkle & Johnson | Will Present | |
| 35. | David Fractor | c/o Grassini, Wrinkle & Johnson | Will Present | |
| 36. | William Lawrence | c/o Grassini, Wrinkle & Johnson | Will Present | |
| 37. | James Knox | c/o Fitzpatrick & Hunt | Will Present | Video Deposition |
| 38. | Robert Ostrowski | c/o Fitzpatrick & Hunt | Will Present | Video Deposition |
| 39. | Joseph Reynolds | c/o Michaelis, Montanari & Johnson, P.C. | Will Present | Video Deposition |
| 40. | Douglas Stimpson | c/o Michaelis, Montanari & Johnson, P.C. | Will Present | Video Deposition |
| 41. | Jerald Udinsky | c/o Fitzpatrick & Hunt | May Call If Needed | Video Deposition |

| No. | NAME | CONTACT INFORMATION | EXPECTS TO PRESENT / MAY CALL IF NEEDED | INTENDS TO PRESENT BY DEPOSITION |
|---|---|---|---|---|
| 42. | John Wakefield | c/o Fitzpatrick & Hunt | Will Present | Video / Transcript of Deposition |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 1. | WIRES: Bag 1 | X | | |
| 2. | Wires: Bag 2 | X | | |
| 3. | Wires: Bag 3 | X | | |
| 4. | Wires: Bag 4 | X | | |
| 5. | Wires: Bag 5 | X | | |
| 6. | Wires: Bag 6 | X | | |
| 7. | REPORT: Command Investigation [Redacted per 10 USC 2254] | X | | |
| 8. | REPORT: Safety Investigation [Redacted per FRE 701 & 802] | X | | |
| 9. | JAGMAN ENCLOSURE (2) | X | | |
| 10. | JAGMAN ENCLOSURE (3) | X | | |
| 11. | JAGMAN ENCL (4) | X | | |
| 12. | JAGMAN ENCL (5) | | X | |
| 13. | JAGMAN ENCL (6) | | X | |
| 14. | JAGMAN ENCL (7) | | X | |
| 15. | JAGMAN ENCL (8) | | X | |
| 16. | JAGMAN ENCL (9) | X | | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 17. | JAGMAN ENCL (10) | X | | |
| 18. | JAGMAN ENCL (11) | X | | |
| 19. | JAGMAN ENCL (13) | | X | |
| 20. | JAGMAN ENCL (16) [Redacted per FRE 701 & 802] | | X | |
| 21. | JAGMAN ENCL (17) | X | | |
| 22. | JAGMAN ENCL (19) | X | | |
| 23. | JAGMAN ENCL (20) | | X | |
| 24. | JAGMAN ENCL (21) | X | | |
| 25. | JAGMAN ENCL (22) | X | | |
| 26. | JAGMAN ENCL (23) | X | | |
| 27. | JAGMAN ENCL (24) | X | | |
| 28. | JAGMAN ENCL (25) | X | | |
| 29. | JAGMAN ENCL (26) | X | | |
| 30. | JAGMAN ENCL (27) | X | | |
| 31. | JAGMAN ENCL (28) | X | | |
| 32. | JAGMAN ENCL (29) | X | | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 33. | JAGMAN ENCL (30) | X | | |
| 34. | JAGMAN ENCL (33) | X | | |
| 35. | JAGMAN ENCL (40) | X | | |
| 36. | JAGMAN ENCL (41) | | X | |
| 37. | JAGMAN ENCL (42) | | X | |
| 38. | JAGMAN ENCL (43) | X | | |
| 39. | JAGMAN ENCL (44) | X | | |
| 40. | JAGMAN ENCL (45) | X | | |
| 41. | JAGMAN ENCL (48) | | X | |
| 42. | Sikorsky Build File re BuNo 163077 [SIK 000001–006861] | X | | |
| 43. | N00019–85–C–0066 [SIK 006862–007008] | X | | |
| 44. | SD-552-3-9 [SIK 007009–007204] | X | | |
| 45. | MIL-C-58096 [SIK 007219–7257] | | X | |
| 46. | Photos from 2005 Mishap [SIK 007938–8290] | X | | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 47. | Sikorsky Engineering Report re 2005 Mishap [SIK 008291–008301] | | X | |
| 48. | Sikorsky (Stelzer) PowerPoint re 2005 Mishap [SIK 008302–008343] | X | | |
| 49. | Sikorsky Engineering Report re 2011 Mishap [SIK 008344–008352] | X | | |
| 50. | TD P 101756Z AUG 11 [MIL038346–349] | X | | |
| 51. | Dependency Statement [DF-00230–234 | X | | |
| 52. | CH-53E Landing Gear System Schematic [SIK008384] [Highlighted by J. Bloomfield] | X | | |
| 53. | RH-53D Landing Gear System Schematic [SIK024984] [Highlighted by J. Bloomfield] | | X | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 54. | US GAO Staff Study [Wakefield Ex 2 – 17–42] | X | | |
| 55. | YCH-53E Final Report [SIK011778–12006] | X | | |
| 56. | SER-13197 [SIK012484–12670] | X | | |
| 57. | SER-13066 [SIK012224] | X | | |
| 58. | SER13451 [SIK14085–14096] | X | | |
| 59. | SER-13300 [SIK-13500–13744] | X | | |
| 60. | H-53 Production Delivery Log [SIK022630–634] | X | | |
| 61. | MIL-W-5088F [MIL210455–210515] | X | | |
| 62. | DD Form 250 [SIK 006845–6861] | X | | |
| 63. | SEL-6361 [MIL259030–032] | | X | |
| 64. | SEL-1794 [MIL247341–342] | | X | |
| 65. | SD-552-3-10 [SIK018366–18617] | | X | |
| 66. | SES-13002 [SIK014944–15102] | | X | |
| 67. | UM Photo [SIK008317] | X | | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 68. | SocSec Statement of Earnings [DF-000691–94] | | X | |
| 69. | Amador Tax Return Summary [DF-000697] | | X | |
| 70. | HMH-361 Bare Wire Photos [MIL072889–72894] | X | | |
| 71. | A1-H53CE-130-100 [MIL100961–101055] | X | | |
| 72. | EI Final Report R09446-11-0013 [Redacted per 10 USC 2254] [MIL006494–96] | X | | |
| 73. | SD-24J | | X | |
| 74. | TD P 061813Z JAN 12 A1-H53CE-MRC-200 Card 1 | X | | |
| 75. | Flight Line Manual Card A1-H53BE-NFM-099 3-3 [MIL051060] | X | | |
| 76. | NCIS Report Enclosure (A/B) [Death Scene Photos] | X | | |
| 77. | NCIS Report Encl (D) | X | | |
| 78. | NCIS Report Encl Certificates/License | X | | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 79. | NCIS Report Encl Autopsy Report | X | | |
| 80. | Personnel File – Certificates & Commendations | X | | |
| 81. | Non-Commissioned Officer Certificates [MIL072941–42] | X | | |
| 82. | SD-552-3 (Preliminary) [SIK014944–15102] | | X | |
| 83. | Death Certificate [DF-00229] | X | | |
| 84. | Dependency Documents [DF-00230–370] | | X | |
| 85. | W-2s [DF-00389–396] | | X | |
| 86. | Fontalvo Family Photos: Before Mishap | X | | |
| 87. | Fontalvo Family Photos: After Mishap | X | | |
| 88. | May 2014 (Cherry Point) and October 2015 (Miramar) Inspection Photos of J. Bloomfield | | X | |
| 89. | October 2015 Miramar Inspection Photos of L. Coffman | | X | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 90. | January 2016 SEAL Inspection Microscopic Photos | X | | |
| 91. | January 2016 SEAL Inspection Photos of J. Bloomfield | X | | |
| 92. | January 2016 SEAL Inspection Photos of L. Coffman | X | | |
| 93. | August 2016 EAG Inspection Hirox Microscopic Photos | X | | |
| 94. | Report of Casualty [MIL072925] | X | | |
| 95. | Citation for Achievement [MIL072953–54] | X | | |
| 96. | Diagram of cockpit/control panel/aircraft [MIL010428–30] | X | | |
| 97. | NATOPS Flight Manual (01 April 2010) [MIL010356–10911] | | X | |
| 98. | NATOPS Flight Manual (15 March 2006) [MIL008897–9446] | | x | |
| 99. | NATOPS Flight Manual (1 July 2012) [MIL012064–13101] | | X | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 100 | NATOPS Flight Manual (1 January 2015) [MIL014570–15069] | | X | |
| 101 | A1-H53BE-NFM-500 Change Notice [Coffin Ex. 14] | | X | |
| 102 | Naval Air Test Ctr Deficiency Report [SIK016496–99] | X | | |
| 103 | Hot Line Report [SIK011191–92] | X | | |
| 104 | Materials Engineering Report [SIK008344–8352] | | X | |
| 105 | Stelzer Ex. 21 | | X | |
| 106 | Stelzer Ex. 26 | X | | |
| 107 | Stelzer 27 | X | | |
| 108 | Stelzer 28 | X | | |
| 109 | Stelzer 30 | X | | |
| 110 | Stelzer 31 | X | | |
| 111 | Stelzer 32 | X | | |
| 112 | Stelzer 35 | | X | |
| 113 | Stelzer 36 | | X | |
| 114 | Stelzer 39 | X | | |
| 115 | Stelzer 40 | X | | |
| 116 | DoD Guidelines for Inspection of Aircraft Electrical Wiring Interconnect Systems | X | | |
| 117 | Technical Manual: Landing Gear | X | | |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
|  | Systems [MIL053005–053053] |  |  |  |
| 118. | CV: J. Bloomfield | X |  |  |
| 119. | CV: Lee Coffman | X |  |  |
| 120. | CV: Col. Wm. Lawrence | X |  |  |
| 121. | CV: J. Reynolds | X |  |  |
| 122. | CV: J. Knox | X |  |  |
| 123. | CV: D. Fractor | X |  |  |
| 124. | CV: R. Ostrowski | X |  |  |
| 125. | CV: J. Wakefield | X |  |  |
| 126. | Loss Analysis [Fractor Ex. 4] | X |  |  |
| 127. | Fractor Ex. 5 | X |  |  |
| 128. | Fractor 6 |  | X |  |
| 129. | Fractor 7 |  | X |  |
| 130. | Fractor 12 |  | X |  |
| 131. | Fractor 14 |  | X |  |
| 132. | Fractor 15 |  | X |  |
| 133. | Knox 5 | X |  |  |
| 134. | Ostrowski 12 | X |  |  |
| 135. | Reynolds 11 | X |  |  |
| 136. | Reynolds 12 | X |  |  |
| 137. | Reynolds 15 | X |  |  |
| 138. | Reynolds 16 | X |  |  |
| 139. | Reynolds 18 | X |  |  |
| 140. | Reynolds 20 | X |  |  |
| 141. | Reynolds 22 | X |  |  |
| 142. | Reynolds 23 | X |  |  |
| 143. | Reynolds 24 | X |  |  |
| 144. | Reynolds 26 | X |  |  |
| 145. | Reynolds 27 | X |  |  |

| No. | DOCUMENTS | WILL OFFER | WILL OFFER IF NEEDED | OBJ? |
|---|---|---|---|---|
| 146 | Reynolds 29 | X | | |
| 147 | Mt. Soledad Plaque Proof | X | | |
| 148 | Order Granting Name Change | | X | |

Date: January 4, 2018                GRASSINI, WRINKLE & JOHNSON

By: *Marshall J. Shepardson*
          MARSHALL J. SHEPARDSON

Attorneys for Plaintiffs
E:Mail: mshepardson@grassinilaw.com