LAWRENCE P. GRASSINI — Cal. SBN 49046
LARS C. JOHNSON — Cal. SBN 205712
MARSHALL J. SHEPARDSON — Cal. SBN 263637
GRASSINI, WRINKLE & JOHNSON
20750 Ventura Boulevard, Suite 221
Woodland Hills, CA  91364-6235
Tel:   (818) 348-1717
Fax:   (818) 348-7921
Email:  mail@grassinilaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC FONTALVO, a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and TANIKA LONG, a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES, INC.; and DOES 1 through 100, Inclusive<br><br>　　　　　　Defendants. | Case No.:  3:13-cv-00331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>**CERTIFICATE OF SERVICE** |

///

| | |
|---|---|
| 1 | STATE OF CALIFORNIA         ) |
| 2 | COUNTY OF LOS ANGELES   )  ss. |

    I practice in the county of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 20750 Ventura Boulevard, Suite 221, Woodland Hills, CA 91364-6235.

    On January 4, 2018, I served the foregoing documents described as **PLAINTIFFS' AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURE** on the interested party or parties in this action by delivering a true copy thereof as follows:

SEE ATTACHED SERVICE LIST

[ ]   BY MAIL by placing a true copy thereof enclosed is a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Grassini & Wrinkle, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the original course of business, in a United States mailbox in Woodland Hills, California.

[X]   BY CM/ECF SYSTEM: I caused to be electronically filed a true and correct copy of the above-entitled document(s) with the Clerk of the Court using Case Management/Electronic Case filing (CM/ECF) which will send notification that such filing is available for viewing and downloading to all counsel on record electronically as required by the Court on this matter, addressed as per the attached service list.

[ ]   BY FEDERAL EXPRESS by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, in Woodland Hills, California and addressed as set forth below.

[ ]   BY FACSIMILE TRANSMISSION by transmitting said document(s) from our office facsimile machine (818)348-7921 which complies with California Rules of Court, Rule 2003(3), to a facsimile machine number(s) shown below. Following transmission, I received a "Confirmation Report" from our fax machine that the transmission had been transmitted without error.

    Executed on January 4, 2018, at Woodland Hills, California.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am a member of the bar of the U.S. District Court for the Southern District of California.

                              s/ Marshall J. Shepardson

# SERVICE LIST

***Dominic Fontalvo v. Sikorsky Aircraft Corporation, et al.***
UCSD Case No. 3:13-cv-00331-GPC-KSC

James W. Hunt
Christopher S. Hickey
FITZPATRICK & HUNT,
TUCKER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100
Fax.: (213) 873-2125 Fax
james.hunt@fitzhunt.com
christopher.hickey@fitzhunt.com
**ATTORNEYS FOR DEFENDANTS SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; and UNITED TECHNOLOGIES CORPORATION**