**UNITED STATES MARINE CORPS**
MARINE AIRCRAFT GROUP 16
3D MARINE AIRCRAFT WING
MARINE CORPS AIR STATION MIRAMAR
PO BOX 452025
SAN DIEGO, CA 92145-2025

IN REPLY REFER TO:
5830
IO
JUL 18 2011

From: Major Ian D. Stevens XXX XX 2928/7566 USMC
To: Commanding Officer, Marine Aircraft Group 16

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC ON 17 MARCH 2011

Ref: (a) JAGINST 5800.7E, Part II

Encl: (1) CO, MAG-16's Appointment Ltr 5810 CO of 18 Mar 11 with Requested and Approved Extensions
(2) IO's summary of mishap observances and post mishap tests conducted
(3) Environmental data, collected 17 March 11
(4) HMH-361 Flight Schedule for 17 Mar 11
(5) Voluntary Statement from Captain Sarg taken by NCIS dtd 18 Mar 11
(6) Voluntary Statement from Captain Sarg taken by IO dtd 25 Mar 11
(7) Voluntary Statement from First Lieutenant Brown taken by NCIS dtd 24 Mar 11
(8) Voluntary Statement from First Lieutenant taken by IO dtd 25 Mar 11
(9) Copy of Aircrew Training Jacket for Sergeant Fontalvo
(10) Excerpt copies of NATOPS qualifications and designations for Sergeant Fontalvo
(11) Flight Logbook copy for Sergeant Fontalvo
(12) HMH-361 Flight Hour Tracking Sheet
(13) Voluntary Statement from Sergeant Peshlakai taken by IO dtd 8 Apr 11
(14) Voluntary Statement from Sergeant Silva taken by IO dtd 31 Mar 11
(15) Voluntary Statement from Staff Sergeant Gerardo Rangel taken by IO dtd 31 Mar 11
(16) Voluntary Statement from Corporal Shelton taken by NCIS dtd 17 Mar 11
(17) Voluntary Statement from Corporal Shelton taken by IO dtd 25 Mar 11
(18) Voluntary Statement from Corporal Walker taken by NCIS dtd 18 Mar 11
(19) IO's Diagram of mishap aircraft location and aircrew positions

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES SURROUNDI

74. As a result of this mishap, Naval Air Systems Command (NAVAIR) drafted a Technical Directive requiring a one-time inspection of the suspect wiring harness. It further directs replacement of the wiring and spiral wrapping if damage is found. This proposed Technical Directive has not been signed at the time of this report. [Encls (47), (48)]

75. Landing gear safety pins are only mentioned in one maintenance publication. They are not mentioned in the NATOPS publications. There is no reference to malfunction or immediate actions when confronted with malfunction of the landing gear system with relation to landing gear safety pins. [Encls (22), (23), (24), (25)]

Opinions



Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC ON 17 MARCH 2011

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC ON 17 MARCH 2011

[content redacted]

Recommendations

[content redacted]

Subj: COMMAND INVESTIGATION INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CLASS "A" CH-53E AIRCRAFT MISHAP AND DEATH OF SERGEANT ALEXIS FONTALVO XXX XX 2071/6153 USMC ON 17 MARCH 2011

I. D. STEVENS