LAWRENCE P. GRASSINI — Cal. SBN 49046
MARSHALL J. SHEPARDSON — Cal. SBN 263637
GRASSINI, WRINKLE & JOHNSON
20750 Ventura Boulevard, Suite 221
Woodland Hills, CA  91364-6235
Tel:    (818) 348-1717
Fax:   (818) 348-7921
Email:  mail@grassinilaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; SIKORSKY SUPPORT SERVICES, INC.; UNITED TECHNOLOGIES CORPORATION; G.E. AVIATION SYSTEMS, LLC; DUPONT AEROSPACE CO.; E.I. DUPONT DE NEMOURS AND COMPANY; PKL SERVICES, INC.; and DOES 1 through 100, Inclusive,<br><br>                    Defendants. | Case No.:  3:13-cv-00331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br><br><br>**STIPULATIONS TO BE READ TO THE JURY** |

Attached is a document containing the Stipulated facts, as set forth in the Pretrial Order [Doc. No. 229], Section V., in a form suitable to be read to the jury.

STAEMENT OF THE CASE WITH OBJECTIONS        CASE NO. 3:13-CV-00331-GPC-KSC

1    Dated: April 26, 2018

2

3                                   s/ Marshall J. Shepardson, Esq.

4                                   Attorney for Plaintiffs
                                    E:Mail: mshepardson@grassinilaw.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28