**James W. Hunt – SBN 122582**
james.hunt@fitzhunt.com
**Christopher S. Hickey – SBN 198938**
christopher.hickey@fitzhunt.com
**FITZPATRICK & HUNT,**
**PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125

Attorneys for Defendants
SIKORSKY AIRCRAFT CORPORATION
AND UNITED TECHNOLOGIES CORPORATION

FILED
MAY 2 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased, and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION; et al.,<br><br>Defendants. | Case No. 13-cv-00331-GPC-KSC<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>**SIKORSKY'S MOTION FOR ORDER PERMITTING ENTRY AND USE OF TANGIBLE DEMONSTRATIVE EVIDENCE IN COURTROOM DURING TRIAL**<br><br>Trial Date: May 14, 2018<br>Courtroom: 2D |

**TO THIS HONORABLE COURT:**

Sikorsky Aircraft Corporation and United Technologies Corporation ("Sikorsky") move the Court for an Order permitting the entry and use of the following tangible demonstrative evidence in Courtroom 2D of the Edward J. Schwartz U.S. Courthouse, located at 221 West Broadway, San Diego, California, for use in the trial set to begin May 14, 2018:

1. A battery-operated working model which demonstrates the operation of, and interaction between different parts of, the electrical portion of the landing gear control system on the CH-53E helicopter. Sikorsky's expert witness, Dr. James M. Knox, intends on using this model to efficiently explain this highly technical and complex electrical system to the jury during trial. The model is approximately 2' (height) x 4' (width) x 6" (depth).

Dated: May 21, 2018

**FITZPATRICK & HUNT,
PAGANO, AUBERT, LLP**

By: _____
James W. Hunt
Christopher S. Hickey
Attorneys for Defendants
Sikorsky Aircraft Corporation and
United Technologies Corporation