MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Fontalvo VS Sikorasky Aircraft Corporation et al

Case Number: 13cv331-GPC    WITNESS LIST    Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
| --- | --- | --- | --- |
| 5-15-18 | X | | MICAH HAMILTON (VIDEO DEPOSITION) |
| 5-15-18 | X | | CHRISTOPHER DANLEY (VIDEO DEPOSITION) |
| 5-15-18 | X | | EVAN SHELTON |
| 5-15-18 | X | | JUSTIN BROWN (DEPOSITION – READ) |
| 5-15-18 | X | | CHARLES COFFIN (DEPOSITION – READ) |
| 5-15-18 | X | | JOSHUA PERKINS (DEPOSITION – READ) |
| 5-16-18 | X | | LEE COFFMAN (VIA VIDEO CONFERENCE) |
| 5-17-18 | X | | JOSHUA PERKINS (DEPOSITION – READ) |
| 5-17-18 | X | | IAN DANIEL STEVENS |
| 5-17-18 | X | | TANIKA FONTALVO |
| 5-17-18 | X | | LEE COFFMAN (VIA VIDEO CONFERENCE) |
| 5-21-18 | X | | NORMA FONTALVO |
| 5-21-18 | X | | ROBERT WUTHRICH (VIDEO DEPOSITION) |
| 5-21-18 | X | | JOHN BLOOMFILED |
| 5-21-28 | X | | TASHINA AMADOR |
| 5-22-18 | X | | MANNING STELZER (VIDEO DEPOSITION) |
| 5-22-18 | X | | DAVID FRACTOR |
| 5-22-18 | X | | MEGAN STONE (VIDEO DEPOSITION) |
| 5-22-18 | | X | LESLIE LEIGH (VIDEO DEPOSITION) |
| 5-22-18 | | X | OLIVIU MUJA (VIDEO DEPOSTION) |
| 5-23-18 | | X | JOHN WAKEFIELD |
| 5-23-18 | | X | MEGAN STONE (VIDEO DEPOSITION) |
| 5-23-18 | | X | ALDO BASSIGNANI (VIDEO DEPOSITION) |
| 5-24-18 | | X | JAMES KNOX |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | Fontalvo | VS | Sikorasky Aircraft Corporation et al |
|---|---|---|---|
| Case Number: | 13cv331-GPC | WITNESS LIST | Jury Trial |

| Date | | | Witness |
|---|---|---|---|
| 5-24-18 | | X | CHRIS LOWENSTEIN |
| 5-29-18 | | X | MARTIN MONTES de OCA (VIDEO DEPOSITION) |
| 5-29-18 | | X | LEE BASSETT (VIDEO DEPOSITION) |
| 5-29-18 | | X | WILLIAM MELLEN (VIDEO DEPOSITIION) |
| 5-29-18 | | X | OLIVIU MUJA (VIDEO DEPOSITION) |
| 5-29-18 | | X | ROBERT OSTROWSKI |
| 5-29-18 | | X | KEITH SPARKS (VIDEO DEPOSITIION) |
| 5-30-18 | | X | JOHN FLETCHER (VIDEO DEPOSITION) |
| 5-30-18 | | X | JEREMIAH WILCOX  (VIDEO DEPOSTION) |