Fontalvo VS Sikorasky Aircraft Corporation et al

Case Number: 13cv331-GPC    EXHIBIT LIST    Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| **KH** | 5-15-18 | 5-15-18 | A1-H53CE-450-400_REV DTD 2-1-2009 (MIL054657-MIL055064) |
| **GL** | 5-16-18 | 5-16-18 | Safety Investigation Report (SIR) re Buno 163077 (MIL233396-MIL233413) |
| **QO-1** | 5-16-18 | 5-16-18 | Photographs of wiring in CH-53E near utility hydraulic module |
| **QO-2** | 5-16-18 | 5-16-18 | Photographs of wiring in CH-53E near utility hydraulic module |
| **QO-3** | 5-16-18 | 5-16-18 | Photographs of wiring in CH-53E near utility hydraulic module |
| **KX** | 5-16-18 | 5-16-18 | 163077 DATA (Excel) (MIL076248) **(Large item)** |
| **PE** | 5-16-18 | 5-16-18 | NAVAIR 01-1A-505-1 (no bates number) **(1000 pages)** |
| **EA** | 5-16-18 | 5-16-18 | Department of Defense Guidelines for Inspection of Aircraft Electrical Wiring Interconnect Systems (Stone – 15; no bates stamp) |
| **BX** | 5-17-18 | 5-17-18 | 2/1/10 NAVAIR Technical Manual re: Daily Inspection and Maintenance Requirement Cards for Models CH-53E and MH-53E Aircraft (Coffin – 9; MIL059849-MIL059964) |
| **DU-250** | 5-17-18 | 5-17-18 | Investigating Officer Stevens' Report with 48 Enclosures (Stevens – 1; MIL073006-MIL073307) |
| **DU-251** | 5-17-18 | 5-17-18 | Investigating Officer Stevens' Report with 48 Enclosures (Stevens – 1; MIL073006-MIL073307) |
| BP | 5-17-18 | **Marked only** | August 2011 H-53E Airframe Bulletin (AFB) No. 332 re: Inspection of Landing Gear Wiring (Sparks – 2; MIL038346-MIL038349) |
| **DZ** | 5-17-18 | 5-17-18 | HMH-361 Bare Wire Photos (Stone – 4; MIL072889-MIL072894) |
| BI | 5-17-18 | **Marked only** | 6/5/15 Final Report of the CH-53E Super Stallion Independent Readiness Review (SSIRR) (Bassett – 3; MIL259969-MIL260039) |
| **KR** | 5-17-18 | 5-17-18 | FONTALVO WITH PII-SIR 17 MAR 11 CH-53E (MIL073479-MIL073563) |
| **TZ** | 5-17-18 | 5-17-18 | Proposed Protocol |
| UA | 5-17-18 | **Marked only** | Inspection Sign-in sheet |

| | | | VS | |
|---|---|---|---|---|
| | Fontalvo | | | Sikorasky Aircraft Corporation et al |
| Case Number: | 13cv331-GPC | | EXHIBIT LIST | Jury Trial |

☐ Plaintiff  ☒ Defendant  ☐ Court

| | | | |
|---|---|---|---|
| **BR** | 5-21-18 | 5-21-18 | Diagram **(49 pages)** |
| **MG** | 5-21-18 | 5-21-18 | A1-H53CE-130-100_REV_1NOV10 (MIL101147-MIL101238) |
| **BH** | 5-21-18 | 5-22-18 | 12/24/63 Military Specification MIL-W-5088F: Wiring, Aerospace Vehicle (Leigh – 18; MIL210455-MIL210515) |
| **AY** | 5-22-18 | 5-22-18 | H-53 Production Delivery Log from December 1980 through December 1982 (Leigh – 6; SIK022630-SIK022634) **(5 pages)** |
| **BB** | 5-22-18 | 5-22-18 | 3/25/76 Sikorsky Aircraft Electrical Performance Test Plan for the Production Prototype Phase II CH-53E Helicopter (Leigh – 9; SIK012726-SIK012735) |
| **BC** | 5-22-18 | 5-22-18 | 6/2/76 Navy Memo to Sikorsky Aircraft re: Contract N00019-75-C-0267 for Model CH-53E Helicopter, Contract Data Requirement, and Electrical Performance Test Plan (Leigh – 10; SIK022550-SIK022551) |
| **BD** | 5-22-18 | 5-22-18 | 9/10/77 Sikorsky Aircraft CH-53E Production Helicopter Sub-System Design |
| **N** | 5-22-18 | 5-22-18 | 9/15/09 NAVAIR 01-1A-505-1: Wire Characteristics, Replacement and Inspection Techniques (Muja – 1;MIL000155-MIL000189) |
| **O** | 5-22-18 | 5-22-18 | Materials Test Report No. 27-83: Correlation of Damage to Kapton Wire Insulation with Properties and Constituents of Four Aircraft Cleaners (Muja – 2; MIL104923-MIL104936) |
| **P** | 5-22-18 | 5-22-18 | 8/4/83 NRL Memorandum Report 5158:Temperature Dependence of Hydrolysis of Polyimide Wire Insulation (Muja – 3; MIL104962-MIL104988) |
| **Q** | 5-22-18 | 5-22-18 | (December 1984) Flashover Failures from Wet-Wire Arcing and Tracking (Muja – 4; MIL000239-MIL000254) |
| **R** | 5-22-18 | 5-22-18 | January 1986 Navy Memo re: Forwarding of Summary of Electrical Harness Testing (Muja – 5; MIL000017-MIL000064) |
| **S** | 5-22-18 | 5-22-18 | 6/4/02 Memo re: H-53E Kapton Electrical Wiring Risk Assessment (Muja – 6; MIL224294-MIL224312) |
| **T** | 5-22-18 | 5-22-18 | 12/6/85 Navy Memo re: Aircraft Wire (Muja – 7; MIL152801) |
| **U** | 5-22-18 | 5-22-18 | 12/13/85 Navy Memo re: Aircraft Wire (Muja – 8; MIL152802) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | VS | |
|---|---|---|---|
| Fontalvo | | | Sikorasky Aircraft Corporation et al |
| Case Number: | 13cv331-GPC | EXHIBIT LIST | Jury Trial |

☐ Plaintiff   ☒ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| V | 5-22-18 | 5-22-18 | 2/21/86 Navy Memo re: Aircraft Wire (Muja – 9; MIL152808-MIL152811) |
| W | 5-22-18 | 5-22-18 | 1/29/86 Du Pont Position re: Navy Decision to Remove MIL-W-81381 Wires from MIL-W-5088 for New Navy Aircraft Electrical Systems (Muja – 10; MIL000015-MIL000016) |
| X | 5-22-18 | 5-22-18 | 11/10/86 Sikorsky Letter to Navy re: Contract N00019-85-C-0066, Letter of Intent, MH-53E and CH-53E Helicopters, Replacement of MIL-W-81381 (Muja –11; MIL247341-MIL247342) |
| Y | 5-22-18 | 5-22-18 | 5/7/87 Navy Memo re: Aircraft Wire (Muja – 12; MIL152805-MIL152807) |
| Z | 5-22-18 | 5-22-18 | 5/8/87 Navy Memo re: Replacement/Repair of Aircraft Wire (Muja – 13; MIL103307-MIL103309) |
| AE | 5-22-18 | 5-22-18 | 10/18/91 Navy Memo re: Policy Statement on Naval Aerospace Interconnect Wire Requirements (Muja – 18; MIL000261-MIL000265) |
| AH | 5-22-18 | 5-22-18 | Minutes of the 12th H-53 System Safety Working Group Meeting (Muja – 21; MIL006641-MIL006646) |
| QA | 5-23-18 | 5-23-18 | U.S. General Accounting Office Staff Study 1973 (Wakefield – 13) |
| QB | 5-23-18 | 5-23-18 | U.S. General Accounting Office Staff Study 1974 (Wakefield – 14) |
| PX-798 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| PX-799 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| PX-822 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| PX-870 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| PX-871 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| PX-939 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| PX-058 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) **(3 pages)** |
| PX-380-383 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) |
| GE | 5-23-18 | 5-23-18 | YCH-53E Final Report, May 10, 1972 (SER-13013)(SIK011778; SIK011791-SIK011792; SIK011966-SIK011968) |

| Fontalvo | | VS | Sikorasky Aircraft Corporation et al |
|---|---|---|---|
| Case Number: | 13cv331-GPC | EXHIBIT LIST | Jury Trial |

☐ Plaintiff  ☒ Defendant  ☐ Court

| | | | |
|---|---|---|---|
| ON-4559-66 | 5-23-18 | 5-23-18 | Contract N00019-73-C-0228 (SIK015432-SIK022549) |
| ON-4517 | 5-23-18 | 5-23-18 | Contract N00019-73-C-0228 (SIK015432-SIK022549) |
| PX-1463 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) (incl pages 1464;1474; 1512) |
| PX-062 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) (incl pages 084;0128;129) |
| AZ-003 | 5-23-18 | 5-23-18 | N00019-75-C-0267 Contract (Leigh – 7; SIK022552-SIK022629) (incl page 005) |
| PX-1927 | 5-23-18 | 5-23-18 | Historical documents (Wakefield depo exhibit -4) (incl pages 1928;1931;1933) |
| BD (Revised) Previously admitted on 5/22/18 | 5-23-18 | 5-23-18 | 9/10/77 Sikorsky Aircraft CH-53E Production Helicopter Sub-System Design (incl pages 002;003;004;016;121;125;127;243) |
| UB | 5-23-18 | **DEMO** | Production Contracts for The CH-53E Chart |
| AY (previously admitted on 5/22/18) | 5-23-18 | 5-23-18 | H-53 Production Delivery Log from December 1980 through December 1982 (Leigh – 6; SIK022630-SIK022634) **(5 pages)** |
| BF | 5-23-18 | 5-23-18 | 4/30/85 Contract No. N00019-85-C-0066 Between Navy and UTC/Sikorsky Aircraft Division (Leigh – 16; SIK006862-SIK007008) (incl pages 003;006;011;016;022;077) |
| BG | 5-23-18 | 5-23-18 | 6/22/82 Detail Specification SD-552-3-9 for Model CH-53E Helicopters (Leigh – 17; SIK007009-SIK007204) ) (incl pages BG; 074;075;146) |
| ON-4124 | 5-23-18 | 5-23-18 | Contract N00019-73-C-0228 (SIK015432-SIK022549) |
| BK | 5-23-18 | 5-30-18 | NAVAIR Presentation re: H-53 Fleet Support Team Meeting for 2008 System Safety Working Group on 5/12/08 (Fletcher – 2; MIL007414-MIL007519) |
| OP | 5-23-18 | 5-23-18 | Sikorsky letter to the Navy, December 15,1981 (MIL259030-MIL259032) (incl OP;002;003 ) |
| AS | 5-23-18 | 5-23-18 | 12/6/85 Navy Memo re: Aircraft Wire (Althizer – 3; MIL152801) |

Fontalvo VS Sikorasky Aircraft Corporation et al

Case Number: 13cv331-GPC  EXHIBIT LIST  Jury Trial

☐ Plaintiff  ☒ Defendant  ☐ Court

| | | | |
|---|---|---|---|
| **W** (previously admitted on 5/22/18) | 5-23-18 | 5-23-18 | 1/29/86 Du Pont Position re: Navy Decision to Remove MIL-W-81381 Wires from MIL-W-5088 for New Navy Aircraft Electrical Systems (Muja – 10; MIL000015-MIL000016) (2 pages) |
| **AP** | 5-23-18 | 5-23-18 | H-53 Safety Action Record (SAR) re: Deterioration of Electrical Wiring for CH/MH-53E (Muja – 29; MIL006497-MIL006503) **(7 pages)** |
| **X** (previously admitted on 5/22/18) | 5-23-18 | 5-23-18 | 5/8/87 Navy Memo re: Replacement/Repair of Aircraft Wire (Muja – 13; MIL103307-MIL103309) |
| **AA** | 5-23-18 | 5-23-18 | 7/7/87 Navy Memo re: Status of Kapton Wire in NAVAIR Aircraft (Muja – 14; MIL152796-MIL152800) **(5 pages)** |
| **AL** | 5-23-18 | 5-23-18 | 11/27/98 Memo re: Minutes of H-53 Service Life Extension Program (SLEP) Fact Finding Meeting from November 23-24, 1998 (Muja – 25; MIL127078-MIL127097) **(20 pages)** |
| **K** | 5-23-18 | 5-23-18 | Executive Summary, Technical Concurrence and Risk Acceptance Signature Sheet for H-53E Kapton Eletrical Wiring SSRA (Mellen – 5;MIL230430-MIL230440) **(11 pages)** |
| **AN** | 5-23-18 | 5-23-18 | Summary of H-53E Wiring Incidents From 1/1/87 through 4/15/02 (Muja – 27; MIL006582 – MIL006595) **(14 pages)** |
| UC | 5-24-18 | **DEMO** | Defendant Sikorsky PowerPoint |
| **GU** | 5-24-18 | 5-24-18 | Stelzer email string (SIK011272-SIK011275) |
| **UE** | 5-24-18 | 5-24-18 | Photos of wires (Knox) |
| **RS** | 5-24-18 | 5-24-18 | Photos of wires (Knox) |
| UF | 5-24-18 | **Marked only** | Photos of wires (Knox) |
| UV | 5-24-18 | **Marked only** | Photos of wires (Knox) |
| **UG** | 5-24-18 | 5-24-18 | Photos of wires (Knox) |
| **UH** | 5-24-18 | 5-24-18 | Photos of wires (Knox) |
| **RV** | 5-24-18 | 5-24-18 | Photos of wires (Knox) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | VS | |
|---|---|---|---|
| Fontalvo | | | Sikorasky Aircraft Corporation et al |
| Case Number: | 13cv331-GPC | EXHIBIT LIST | Jury Trial |

☐ Plaintiff    ☒ Defendant    ☐ Court

| | | | |
|---|---|---|---|
| **RU** | 5-24-18 | 5-24-18 | Photos of wires (Knox) |
| **NV (1-66)** | 5-29-18 | 5-29-18 | Printout of digital training jacket (Ostrowski – 10; no bates stamp) **(pages 1-66)** |
| **NZ** | 5-29-18 | 5-29-18 | Certificates of Completion (Ostrowski – 14; no bates stamp) **(pages 75; 22; 61; 75; 91 and 105)** |
| **NY** | 5-29-18 | 5-29-18 | Certificates of Completion (Ostrowski – 13; no bates stamp) **(page 1 only)** |
| **QX** | 5-29-18 | 5-29-18 | Photographs of CH-53E |
| **ZB** | 5-29-18 | **DEMO** | H-523E Organization Chart |
| **BI (2,13, 15)** | 5-29-18 | **Marked only** | 6/5/15 Final Report of the CH-53E Super Stallion Independent Readiness Review (SSIRR) (Bassett – 3; MIL259969-MIL260039) |
| **QT** | 5-29-18 | **DEMO** | Photograph of CH-53E utility hydraulic module |
| **WG** | 5-29-18 | 5-29-18 | Photo of wire |
| **WT** | 5-29-18 | **Marked only** | Photo |
| **LZ** | 5-29-18 | **Marked only** | Copy of H53_FST_163077 (MIL092262) |
| **PM** | 5-29-18 | 5-29-18 | AFB 328 (MIL038335-MIL038337) |
| **EO** | 5-21-18 | 5-30-18 | 2010 Tax Documents (Amador – 11; DF000695-DF000717) |
| **EP** | 5-21-18 | 5-30-18 | 2011 Tax Documents (Amador – 12; DF000718-DF000734) |
| **BL** | 5-29-18 | 5-30-18 | NAVAIR Presentation re: H-53 Fleet Support Team Meeting for 2009 System Safety Working Group on 7/27/09 (Fletcher – 3; MIL007520-MIL007612) |
| **ZE** | 5-30-18 | 5-30-18 | 2009 Tax Documents |