UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.F., a minor, by and through his Guardian Ad Litem, TASHINA AMADOR, individually and as successor in interest to Alexis Fontalvo, deceased; and T.L., a minor, by and through her Guardian Ad Litem, TASHINA AMADOR,<br><br>                    Plaintiffs,<br><br>v.<br><br>SIKORSKY AIRCRAFT CORPORATION, et al.,<br><br>                    Defendants. | Case No.: 3:13-cv-00331-GPC-KSC<br><br>**JUDGMENT** |

    This action came before the Court for trial by jury on May 14, 2018, in Courtroom 2D, the Honorable Gonzalo P. Curiel, presiding.  The Plaintiffs—D.F., a minor, by and through his guardian ad litem, Tashina Amador, individually and as successor in interest to Alexis Fontalvo, deceased; and T.L., a minor, by and through her guardian ad litem, Tashina Amador—were represented by attorneys Lawrence P. Grassini and Marshal J. Shepardson.  The remaining Defendants in this case—Sikorsky Aircraft Corporation and

United Technologies Corporation—were represented by attorneys Christopher S. Hickey, James W. Hunt, and Jesse F. Ruiz.

After presentation of evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict. On May 31, 2018, the jury returned a verdict in favor of the Defendants. (ECF No. 329.)

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of all Defendants;

2. Plaintiffs D.F., a minor, by and through his guardian ad litem, Tashina Amador, individually and as successor in interest to Alexis Fontalvo, deceased; and T.L., a minor, by and through her guardian ad litem, Tashina Amador, will recover nothing from Defendants; and

3. Defendants recover costs from Plaintiffs D.F., a minor, by and through his guardian ad litem, Tashina Amador, individually and as successor in interest to Alexis Fontalvo, deceased; and T.L., a minor, by and through her guardian ad litem, Tashina Amador.

This judgment disposes of this action in its entirety as to all parties and all causes of action.

Dated: June 20, 2018

Hon. Gonzalo P. Curiel
United States District Judge